UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Desrosiers et al** ) | |
| Plaintiff(s), ) | |
| ) | |
| ) | **Civil Action No.** |
| v. ) | **22-11674-FDS** |
| **Sig Sauer Inc.** ) | |
| ) | |
| Defendant(s). ) | |

## NOTICE OF SCHEDULING CONFERENCE

**SAYLOR, J.**

      In accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, a scheduling conference will be by telephone on: **February 13, 2023 at 3:10 P.M.**

The court expects compliance with the terms of Local Rule 16.1, except as stated below.

1. **Agenda Not Required**: Notwithstanding the provisions of Local Rule 16.1(B)(1), counsel are not required to prepare an agenda of matters to be discussed at the scheduling conference unless otherwise specifically directed to do so by the court. Counsel are, however, required to comply with the remaining requirements of Local Rule 16.1.

2. **Scheduling Order**: In most cases, the court will issue a scheduling order at the conference in the form attached. The court may depart from the form in cases of relative complexity or simplicity or otherwise where justice may so require. The parties should attempt to agree on the relevant dates for discovery and motion practice. In a case of ordinary complexity, the parties should propose a schedule that calls for the completion of fact discovery, expert discovery, and motion practice less than one calendar year from the date of the scheduling conference. The dates of any status conferences and pretrial conferences will be set by the court.

3. **Early Rule 34 Requests**: Rule 26(d)(2) permits a party to serve a request for production of documents more than 21 days after the party has been served, even if the parties have not yet had a conference under Rule 26(f). The parties are encouraged to serve such requests in order to help focus the discussion at the scheduling conference concerning the timetable for discovery.

4. **<u>Discovery Event Limitations</u>**:  Counsel representing parties in relatively complex matters who expect to require relief from the limitations on discovery events set forth in Local Rule 26.2(c) should be prepared to address that issue at the scheduling conference.

By the Court,

<u>1/23/23</u>  
 Date

<u>/s/ Matthew McKillop</u>  
Deputy Clerk