## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUES DESROSIERS and<br>YOLETTE L. DESROSIERS<br><br>            *Plaintiffs,*<br>v.<br><br>SIG SAUER, INC.<br><br>            *Defendants.* | Case No. 1:22-cv-11674-FDS |

### **[PROPOSED] ORDER**

AND NOW, this_____ day of_____ , 2025, upon consideration of Plaintiffs' Motion for Leave to File Under Seal, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion for Leave to File Under Seal is **GRANTED.**

_____

J.