# EXHIBIT 33

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE SEGURIDAD PÚBLICA
Negociado de la Policía de Puerto Rico

ALEXIS TORRES
SECRETARY

ANTONIO LÓPEZ FIGUEROA
COMMISSIONER

SARP-ISA-DIIUF-ASJ-2-034     March 8, 2024

**Insp. Victor A. Castro Pabón 4-12266**
Director
Bureau of Licensing Investigations and
Inspections of Firearms

**Lt. I Jaime Cosme Oliver 6-13664**
Director
Division of Investigations of Use of Force Incidents
Assistant Superintendency for Professional Responsibility

# SUBPOENA OF THE GREEN CASE V. SIG SAUER CIVIL ACTION NO. 22CV01002(JAG)

On March 1, 2024, at 2:16 pm, an email was received from the Legal Affairs of the Puerto Rico Police Bureau, referring to us the Subpoena related to lawsuit of the Agt. [Agte.] Green vs. Sig Sauer, filed in the Federal District Court of Puerto Rico (Civil Action Case No. 22CV01002(JAG), which states in Subpoena 341-2) that it must be indicated whether the requested information exists (Certified copy of any report, record or statistics issued by the NPPR, concerning accidental critical discharges involving pistols Sig. Sauer P-320. This record also includes incidents that occurred with standard-issue weapons Smith & Wesson MP, Glock, Rifle, Colt M6, Diamond Long Gun (Non-NPPR), and Sig Sauer-516 Rifle.

After searching the archives (Use of Force System), which is operational since the end of 2019 to the present, the following information was found:

Since the requested date to the closing of this report, eighty-four (84) incidents of Negligent Critical Discharges have occurred, listed as follows:



### Incidents Occurred during the Year 2020

| # | Police Area | Complaint Number | Type of Weapon |
|---|---|---|---|
| 1 | SAN JUAN | 2020:01-162:007093 | SIG-SAUER P-320 |
| 2 | SAN JUAN | 2020:01-462:003131 | SIG-SAUER P-320 |
| 3 | SAN JUAN | 2020:01-366:002490 | SMITH & WESSON MP |
| 4 | SAN JUAN | 2020:01-462:001633 | SIG-SAUER P-320 |
| 5 | PONCE | 2020:03-079:004707 | SMITH & WESSON MP |
| 6 | HUMACAO | 2020:04-044:003319 | SIG-SAUER P-320 |
| 7 | MAYAGÜEZ | 2020:05-065:003351 | SIG-SAUER P-320 |
| 8 | BAYAMÓN | 2020:07-411:001228 | SIG-SAUER P-320 |
| 9 | BAYAMÓN | 2020:07-171:001283 | SIG-SAUER P-320 |
| 10 | CAROLINA | 2020:08-245:000638 | GLOCK 23 |
| 11 | CAROLINA | 2020:08-145:001495 | RIFLE, SIG-SAUER 516 |
| 12 | CAROLINA | 2020:08-216:000777 | SIG-SAUER P-320 |
| 13 | GUAYAMA | 2020:09-030:002029 | SIG-SAUER P-320 |
| 14 | AGUADILLA | 2020:10-051:003655 | SIG-SAUER P-320 |
| 15 | AIBONITO | 2020:13-005:000173 | SIG-SAUER P-320 |
| 16 | SAN JUAN | 2020:01-266:002061 | SIG-SAUER P-320 |

### Incidents Occurred during the Year 2021

| # | Police Area | Complaint Number | Type of Weapon |
|---|---|---|---|
| 1 | SAN JUAN | 2021:01-262:003433 | GLOCK 22 |
| 2 | SAN JUAN | 2021:01-382:003927 | SIG-SAUER P-320 |
| 3 | SAN JUAN | 2021:01-362:002595 | SIG-SAUER P-320 |
| 4 | SAN JUAN | 2021:01-266:002055 | RIFLE, SIG-SAUER 516 |
| 5 | ARECIBO | 2021:02-107:006207 | SIG-SAUER P-320 |
| 6 | ARECIBO | 2021:02-107:003558 | GLOCK 22 |
| 7 | ARECIBO | 2021:02-014:001441 | SIG-SAUER P-320 |
| 8 | PONCE | 2021:03-758:006851 | RIFLE, COLT M6 |
| 9 | MAYAGÜEZ | 2021:05-065:003387 | SMITH & WESSON MP |
| 10 | MAYAGÜEZ | 2021:05-050:007689 | SMITH & WESSON MP |
| 11 | MAYAGÜEZ | 2021:05-041:001730 | SIG-SAUER P-320 |
| 12 | MAYAGÜEZ | 2021:05-012:002068 | SIG-SAUER P-320 |
| 13 | MAYAGÜEZ | 2021:05-050:000958 | SIG-SAUER P-320 |
| 14 | BAYAMÓN | 2021:07-232:002219 | SIG-SAUER P-320 |
| 15 | BAYAMÓN | 2021:07-132:001941 | RIFLE, SIG-SAUER 516 |
| 16 | CAROLINA | 2021:08-116:007600 | SIG-SAUER P-320 |
| 17 | CAROLINA | 2021:08-015:000715 | GLOCK 23 |
| 18 | FAJARDO | 2021:12-046:002711 | SIG-SAUER P-320 |
| 19 | FAJARDO | 2021:12-027:000655 | SIG-SAUER P-320 |
| 20 | AIBONITO | 2021:13-010:000060 | SIG-SAUER P-320 |



### Incidents Occurred during the Year 2022

| # | Police Area | Complaint Number | Type of Weapon |
|---|---|---|---|
| 1 | SAN JUAN | 2022:01-382:005011 | SIG-SAUER P-320 |
| 2 | SAN JUAN | 2022:01-266:006398 | SIG-SAUER P-320 |
| 3 | SAN JUAN | 2022:01-282:006187 | SIG-SAUER P-320 |
| 4 | ARECIBO | 2022:02-107:009374 | SIG-SAUER P-320 |
| 5 | ARECIBO | 2022:02-107:007012 | SIG-SAUER P-320 |
| 6 | ARECIBO | 2022:02-034:003748 | SIG-SAUER P-320 |
| 7 | ARECIBO | 2022:02-207:001446 | SIG-SAUER P-320 |
| 8 | ARECIBO | 2022:02-107:001959 | SIG-SAUER P-320 |
| 9 | PONCE | 2022:03-057:002855 | RIFLE, SIG-SAUER 516 |
| 10 | PONCE | 2022:03-758:007686 | SIG-SAUER P-320 |
| 11 | PONCE | 2022:03-858:006629 | SIG-SAUER P-320 |
| 12 | PONCE | 2022:03-039:001664 | SIG-SAUER P-320 |
| 13 | PONCE | 2022:03-858:000825 | SIG-SAUER P-320 |
| 14 | HUMACAO | 2022:04-044:001355 | SMITH & Wesson MP |
| 15 | MAYAGÜEZ | 2022:05-050:000459 | SIG-SAUER P-320 |
| 16 | BAYAMÓN | 2022:07-111:012736 | SIG-SAUER P-320 |
| 17 | BAYAMÓN | 2022:07-026:004947 | SIG-SAUER P-320 |
| 18 | BAYAMÓN | 2022:07-171:003287 | SIG-SAUER P-320 |
| 19 | BAYAMÓN | 2022:07-111:004798 | ARMA LARGA DIAMOND (NO NPPR) |
| 20 | CAROLINA | 2022:08-116:009493 | SIG-SAUER P-320 |
| 21 | GUAYAMA | 2022:09-064:001282 | SIG-SAUER P-320 |
| 22 | AGUADILLA | 2022:10-002:005293 | SIG-SAUER P-320 |
| 23 | AGUADILLA | 2022:10-203:001010 | SIG-SAUER P-320 |
| 24 | AGUADILLA | 2022:10-103:000842 | SIG-SAUER P-320 |
| 25 | FAJARDO | 2022:12-027:003765 | SIG-SAUER P-320 |
| 26 | FAJARDO | 2022:12-061:002998 | SIG-SAUER P-320 |
| 27 | AIBONITO | 2022:13-005:001946 | SIG-SAUER P-320 |

**Incidents Occurred during the Year 2023**

| # | Police Area | Complaint Number | Type of Weapon |
|---|---|---|---|
| 1 | SAN JUAN | 2023:01-166:001445 | SIG-SAUER P-320 |
| 2 | PONCE | 2023:03-758:002987 | SIG-SAUER P-320 |
| 3 | PONCE | 2023:03-858:000108 | SIG-SAUER P-320 |
| 4 | MAYAGÜEZ | 2023:05-006:000407 | SIG-SAUER P-320 |
| 5 | MAYAGÜEZ | 2023:05-050:006853 | SIG-SAUER P-320 |
| 6 | PONCE | 2023:03-858:006105 | SIG-SAUER P-320 |
| 7 | MAYAGÜEZ | 2023:05-050:007868 | SIG-SAUER P-320 |
| 8 | SAN JUAN | 2023:01-266:005513 | SIG-SAUER P-320 |
| 9 | SAN JUAN | 2023:01-182:004634 | RIFLE SIG-SAUER-516 |
| 10 | CAROLINA | 2023:08-015:004015 | SIG-SAUER P-320 |
| 11 | SAN JUAN | 2023:01-282:007055 | SIG-SAUER P-320 |

| 12 | SAN JUAN | 2023:01-182:004978 | SIG-SAUER P-320 |
|----|----------|--------------------|-----------------|
| 13 | ARECIBO | 2023:02-014:003280 | SIG-SAUER P-320 |
| 14 | MAYAGÜEZ | 2023:05-065:003618 | SIG-SAUER P-320 |
| 15 | ARECIBO | 2023:02-107:008291 | SIG-SAUER P-320 |
| 16 | SAN JUAN | 2023:01-382:006207 | SIG-SAUER P-320 |
| 17 | ARECIBO | 2023:02-034:005744 | SIG-SAUER P-320 |
| 18 | BAYAMÓN | 2023:07-111:011866 | SIG-SAUER P-320 |

### Incidents Occurred during the Year 2024

| # | Police Area | Complaint Number | Type of Weapon |
|---|-------------|------------------|----------------|
| 1 | SAN JUAN | 2024:01-566:001314 | SIG-SAUER P-320 |
| 2 | AGUADILLA | 2024:10-103:000993 | SIG-SAUER P-320 |
| 3 | MAYAGUEZ | 2024:05-043:000200 | SIG-SAUER P-320 |

These files are available if required.

cc:
Col. Joshe L. Ramirez Ramos 1-14358
Assistant Commissioner for Professional Responsibility
Puerto Rico Police Bureau.

Col. Antonio López Figueroa
Commissioner
Puerto Rico Police Bureau.

