# EXHIBIT 34

Al Larochelle                                                                   12-5-2019
Sig Sauer, Inc.

## Pistol Inspection Report

The following pistol was sent to the factory from Oklahoma Highway Patrol for Evaluation for Unintentional Discharge: P320-9-OKDPS; Serial # 58C208343

The following inspections were performed:

1. Checked trigger Pull (5 ¾ Pounds) - Meets Factory Criteria
2. Checked function of Safety Lever - Meets Factory Criteria
3. Checked function of Sear - Meets Factory Criteria
4. Checked function of trigger bar - Meets Factory Criteria
5. Checked function of Takedown Safety Lever - Meets Factory Criteria
6. Checked function of Striker Safety Lock - Meets Factory Criteria
7. Checked function of Striker assembly - Meets Factory Criteria
8. Checked Headspace - Meets Factory Criteria
9. Checked out of Battery test - Meets Factory Criteria

Test Fired 42 rounds Gold Dot LE Duty Ammunition 9mm 124+P GDHP with no malfunctions.

Pistol Meets Factory Criteria for function, fit and finish.

**SIG-OAI 01403**

Inspected pistol and found that it appears a foreign object entered the holster causing the pistol to discharge. There are a lot of scratches and gouges on the right side grip module running from the trigger guard to the beaver tail. There is a scratch on top of slide. See Pictures Below





SIG-OAI 01404