# EXHIBIT 37

Message
―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――
**From**: Don Boulerice [/O=SIGSAUERORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DON BOULERICE921]
**Sent**: 1/4/2018 7:09:26 AM
**To**: Matt Farkas [/O=SIGSAUERORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Matt Farkas5d0]
**CC**: Alexandra Solimanto [/O=SIGSAUERORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Alexandra Solimanto2c6]
**Subject**: FW: Handgun Transition

Exhibit 4
Sabbey 7/16/2024 S.Y.

Matt,
Cambridge's legal department has requested a letter stating that the 320s they are receiving have the latest upgrades. Jim Berry has attempted to explain the L SKU and visible changes that they should be able to see, however they still requested a letter. I attached the email thread that I have had with them as well.
Can I get someone from Legal to provide them with a letter and if so who should I contact.


## Don Boulerice
*LE Regional Sales Manager*
*73 Greentree Dr. #343*
*Dover, DE. 19904*
*(302) 465-8881*
don.boulerice@sigsauer.com



72 Pease Boulevard
Newington, NH 03801
USA

**From:** Don Boulerice
**Sent:** Friday, December 8, 2017 7:49 AM
**To:** 'Sabbey, George' <GSabbey@CambridgePolice.Org>
**Cc:** Berry, Jim <Jim.Berry@atlantictactical.com>
**Subject:** RE: Handgun Transition

Sir.
    I understand you have some safety concerns of the P320 based on internet and Youtube. The reported drop-related P320 incidents that have occurred in the US commercial and law enforcement markets have been minimal, with hundreds of thousands of guns delivered to date. These instances occurred in conditions that appear to be outside of normal testing protocols. The previous P320 design met and exceeded all US safety standards. As it relates to the ad hoc media drop tests, these were not part of standardized testing protocols, and they were performed using firearms in unknown conditions.
    SIG SAUER has conducted additional testing above and beyond standard American National Standards Institute (ANSI)/Sporting Arms & Ammunition Institute (SAAMI), National Institute of Justice (NIJ), Department of Justice (DOJ), Massachusetts, California, and other global military and law enforcement protocols, and have confirmed that usually after multiple drops, at certain angles and conditions, a potential discharge of the previous P320 design may result when dropped. Although it is a rare occurrence, with very specific conditions, SIG SAUER has offered an upgrade to all of its current P320 owners to further reduce the likelihood of a potential discharge.
    The upgraded P320 your department have ordered has an alternate design that reduces the physical weight of the trigger, sear, and striker while additionally adding a mechanical disconnector. Since the upgraded

design, the testing of P320 has gone beyond the previous testing to include, but not limited to the rare occurrences with specific conditions as previously mentioned. All of the P320s built today includes all of the latest upgrades and the P320s you will receive will have the latest P320 design with all the current upgrades.

    I assume the warning your read is from the small owner's manual that comes with the P320 guns. You will find the same warning in your classic P229 owner's manual as well. The language used in major manufacturer's owner's manuals with regard to drop safety is consistently written to warn the user that dropping a loaded firearm is not recommended and could possibly result in an accidental discharge. Although extremely unlikely, it is still possible for any loaded firearm to discharge when dropped. Feel free to contact me with any further questions about your guns concerning this issue
Don

## Don Boulerice
*LE Regional Sales Manager*
*73 Greentree Dr. #343*
*Dover, DE. 19904*
*(302) 465-8881*
[don.boulerice@sigsauer.com](mailto:don.boulerice@sigsauer.com)



72 Pease Boulevard
Newington, NH 03801
USA

**From:** Sabbey, George [mailto:GSabbey@CambridgePolice.Org]
**Sent:** Monday, December 4, 2017 3:39 PM
**To:** Don Boulerice <Don.Boulerice@sigsauer.com>
**Subject:** RE: Handgun Transition

Hi Don – thanks for the information.  As you may be aware the Cambridge Police Department is in the process of purchasing a new weapon, P320c, 9mm.  there is a lot of videos and comments regarding the discharge of the weapon when dropped on the internet / youtube.  Can you tell me if this is correct and if it is what is Sig Sauer doing to correct the problem?  I have also viewed a P320 manual stating the weapon should not have a round chambered to prevent accidental discharge.  Is this true?
I'm just trying to clarify a few issues that are developing from our officers.
Thanks
George

**From:** Don Boulerice [mailto:Don.Boulerice@sigsauer.com]
**Sent:** Wednesday, October 25, 2017 6:22 PM
**To:** Sabbey, George
**Cc:** Berry, Jim
**Subject:** Handgun Transition

George,
    I spoke with Jim Berry about your department transitioning into the 320 from the 229.  I was a firearms instructor with the Delaware State Police and can offer assistance. I also spoke with an instructor at the Academy and who recommended at least an eight hour training day which would include nomenclature, maintenance, familiarization drills, and Qualification. Feel free to reach out to me concerning some of the drills and ammunition requirements and we will be happy to help you out.
Be safe
Don

**Don Boulerice**
*LE Regional Sales Manager*
*73 Greentree Dr. #343*
*Dover, DE. 19904*
*(302) 465-8881*
[don.boulerice@sigsauer.com](mailto:don.boulerice@sigsauer.com)



72 Pease Boulevard
Newington, NH 03801
USA

SIG-DESROSIERS0000003