# EXHIBIT 38

CDRL Item A007
W15QKN-17-D-0016

MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA)

Reference: MIL-STD-882E

CDRL Item A007
W15QKN-17-D-0016

Case 1:22-cv-11674-PBS    Document 83-38    Filed 03/28/25    Page 3 of 3
MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA)

Reference: MIL-STD-882E