# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUES DESROSIERS and YOLETTE L. DESROSIERS,<br><br>  Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>  Defendant. | CIVIL ACTION<br>NO. 1:22-CV-11674-FDS |

## AFFIDAVIT OF SEAN TONER

I, Sean Toner, do hereby depose and say:

1. I am a resident of the State of New Hampshire.

2. I am a Senior Design Engineer employed by Sig Sauer, Inc., working at Sig Sauer's office located at 18 Industrial Dr., Exeter, NH 03833.

3. While I have not been served with a subpoena to attend trial yet, I understand that Plaintiffs' counsel has asked for me to appear for trial in this matter on July 15, 2025.

4. I have a long-standing personal vacation scheduled from July 16, 2025 through July 20, 2025 which is a yearly trip that I have taken with friends for the last eleven (11) years.

5. I am available and willing to appear at trial in this matter the week of July 21, 2025.

6. While I am available to appear at trial on July 15, 2025, I am not available to come back to court July 16, 2025 if my testimony is not completed on July 15, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of June, 2025, in Exeter, New Hampshire.

_____
Sean Toner