IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUES DESROSIERS and YOLETTE L. DESROSIERS, <br><br> Plaintiff, <br><br> v. <br><br> SIG SAUER, INC., <br><br> Defendant. | C.A. NO. 1:22-CV-11674-PBS |

## **DEFENDANT, SIG SAUER INC.'S MOTION TO SEAL EXHIBIT 320 AND TESTIMONY REGARDING ITS CONTENTS**

The Defendant, Sig Sauer Inc. respectfully requests that the Court enter an order sealing Exhibit 320 and any testimony relating to its contents because the Exhibit contains confidential business information and information that, if released to the public, may harm Sig Sauer Inc's competitive advantages in the marketplace. Moreover, the Exhibit constitutes sensitive military information subject to Department of Defense Instruction (DoDI) 5230.24 distribution controls. Finally, the Court previously granted the Plaintiff's Joint Motion to seal this same document as part of the summary judgment record. Docket 79 & 84.

In further support of this motion, the Defendant relies on its Memorandum of Law and accompanying exhibits.

WHEREFORE, SIG Sauer, Inc. respectfully requests that the Court order Exhibit 320 and any testimony relating to its contents to be sealed.

SIG SAUER, INC.,

By its Attorneys,

CAMPBELL, CONROY & O'NEIL, P.C.

*/s/ James M. Campbell*
James M. Campbell (BBO #541882)
jmcampbell@campbell-trial-lawyers.com
Alaina N. Devine (BBO #688152)
adevine@campbell-trial-lawyers.com
20 City Square, Suite 300
Boston, MA 02210
Tel: (617) 241-3000
LITTLETON JOYCE UGHETTA & KELLY LLP

*/s/ Christophe A. Monson*
Kristen E. Dennison (*pro hac vice*)
kristen.dennison@littletonjoyce.com
Christopher A. Monson (BBO #689210)
Christopher.monson@littletonjoyce.com
2460 N. Courtenay Pkwy, Suite 204
Merritt Island, FL 32953
Tel: (321) 574-0280

## CERTIFICATE OF SERVICE

    I, Christopher A. Monson, counsel for defendant Sig Sauer, hereby certify that the foregoing Motion was electronically filed with the Clerk of the Court on July 28, 2025 using the Court's electronic filing (ECF) system, which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

                                                    */s/ Christopher A. Monson*
                                                    Christopher A. Monson