UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUES DESROSIERS and
YOLETTE DESROSIERS,

                    Plaintiffs,

vs.

SIG SAUER, INC.,

                    Defendant.

NO. 1:22-CV-11674-FDS

**PLAINTIFFS' JACQUES DESROSIERS AND YOLETTE DESROSIERS
TRANSCRIBED TRIAL TESIMONY OF WITNESSES THAT WERE VIDEO
<u>RECORDED AND PLAYED FOR THE JURY</u>**

Plaintiffs submit the following exhibits of the excerpts of the recorded testimony that was played for the jury.

- Ex. A- Chris Meyer
- Ex. B- Michael Lingo
- Ex. C- Daniel Witts
- Ex. D- Robert Greene
- Ex. E- David Cahn
- Ex. F-James Tertin
- Ex. G- David Cole
- Ex. H-Craig Jacklyn
- Ex. I- Donald Thatcher
- Ex. J- Marvin Reyes
- Ex. K- Aaron Roth
- Ex. L- Romy Tota
- Ex. M- Samuel Romirowsky
- Ex. N- Andrew Verzilli
- Ex. O- Johnny Davis

Respectfully submitted,

**SALTZ MONGELUZZI & BENDESKY**

/s/:<u>Ryan D. Hurd</u>
RYAN D. HURD (*pro hac vice*)
SAMUEL A. HAAZ (*pro hac vice*)
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
(215) 496-8282 (Telephone)
(215) 496-0999 (Facsimile)
rhurd@smbb.com
shaaz@smbb.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

    I, Ryan D. Hurd, certify hereby certify that the foregoing document and all attached exhibits referenced therein, if any, were filed on the Court's ECF system, where they are available for viewing and download by all counsel of record, and the filing of this document automatically generates a notification to all counsel of record by email, which constitutes good service under the rules of this Court.

Dated: July 28, 2025

                                                                           */s/ Ryan D. Hurd*
                                                                           RYAN D. HURD