# EXHIBIT A

Transcribed Trial Testimony of Chris Meyer that was video recorded and played for the Jury

# PLAYED Meyer Playback

Designation List Report



**Meyer, Christopher**                                      2024-02-23

| Playback Designations | 00:01:19 |
|---|---|
| **TOTAL RUN TIME** | **00:01:19** |



ID: MeyerPB

**MeyerPB - PLAYED Meyer Playback**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:07 - 7:14 | **Meyer, Christopher 2024-02-23** | 00:00:19 | **MeyerPB.1** |
| | 7:07   Q.   Mr. Meyer, where do you live? | | |
| | 7:08   A.   I live at 28 Opossum Drive in | | |
| | 7:09         Chester, New Hampshire. | | |
| | 7:10   Q.   And by whom are you employed? | | |
| | 7:11   A.   Sig Sauer. | | |
| | 7:12   Q.   How long have you worked for Sig | | |
| | 7:13         Sauer? | | |
| | 7:14   A.   Just over six years. | | |
| 22:20 - 22:22 | **Meyer, Christopher 2024-02-23** | 00:00:03 | **MeyerPB.2** |
| | 22:20   Q.   Okay.  And what's your current | | |
| | 22:21         role? | | |
| | 22:22   A.   Customer service manager. | | |
| 139:18 - 139:24 | **Meyer, Christopher 2024-02-23** | 00:00:22 | **MeyerPB.3** |
| | 139:18   Q.   All right.  Sir, we're looking at | | |
| | 139:19         page one, and this appears to be an incident | | |
| | 139:20         related to a Michael Richardson from Rosscommon, | | |
| | 139:21         Michigan.  Do you see that? | | |
| | 139:22   A.   Yes, I do. | | |
| | 139:23   Q.   Okay.  And the date of this one is | | |
| | 139:24         February 4, 2016. (edited) | | |
| 140:02 - 140:13 | **Meyer, Christopher 2024-02-23** | 00:00:34 | **MeyerPB.4** |
| | 140:02         That's your (edited) | | |
| | 140:03         understanding as well? | | |
| | 140:04   A.   Yes, it's my understanding that | | |
| | 140:05         that is the first one. | | |
| | 140:06   Q.   Is it your understanding that this | | |
| | 140:07         incident is the first time that Sig was made | | |
| | 140:08         aware of a claim of unintended discharge not | | |
| | 140:09         resulting from a drop? | | |
| | 140:10   A.   It's -- yeah, it's my | | |
| | 140:11         understanding that this is the first incident | | |
| | 140:12         of -- yeah, of an unintended discharge, yeah, not | | |
| | 140:13         from a drop, so, yes, I would agree. | | |

| | | |
|---|---|---|
| | Playback Designations | 00:01:19 |
| | **TOTAL RUN TIME** | **00:01:19** |