# EXHIBIT B

Transcribed Trial Testimony of Michael Lingo that was video recorded and played for the Jury

# Michael Lingo - Edited for trial

Designation List Report

| | | |
|---|---|---|
|  | **Lingo, Michael A.** | **2023-10-20** |
| | Stipulated Designations | 00:14:39 |
| | **TOTAL RUN TIME** | **00:14:39** |



ID: OSI5V2

| 7:23 - 17:08 | **Lingo, Michael A. 2023-10-20** | 00:12:23 | **OSI5V2.1** |
|---|---|---|---|

| | | |
|---|---|---|
| 7:23 | | If you would, please begin by |
| 7:24 | | introducing yourself to the jury. |
| 7:25 | A. | My name is Michael Lingo. I'm 32 |
| 8:01 | | years old. I live in rural Montana; basically, the |
| 8:02 | | west side of Montana. |
| 8:03 | | I am a heavy civil superintendent for |
| 8:04 | | a large firm that does large foundations and |
| 8:05 | | infrastructures for the Yellowstone Club and as such. |
| 8:06 | Q. | Is it correct that on January 7, |
| 8:07 | | 2023, you had an unintended discharge with your Sig |
| 8:08 | | Sauer P320? |
| 8:09 | A. | Yes. |
| 8:10 | Q. | Prior to January 7, 2023, what was |
| 8:11 | | your experience with firearms? |
| 8:12 | A. | Firearms, with me, started at a very |
| 8:13 | | young age. I was gifted a Red Ryder BB gun at the |
| 8:14 | | age of four. I was taught the fundamentals of |
| 8:15 | | firearm safety and fire -- proper handling of |
| 8:16 | | firearm -- firearms themselves. And then progressing |
| 8:17 | | through that, I've had multiple different long |
| 8:18 | | rifles, shotguns, handguns and multiple other |
| 8:19 | | trainings and safety trainings with such firearms. |
| 8:20 | Q. | Tell us a little bit more about the |
| 8:21 | | safety trainings that you've had over the years. |
| 8:22 | A. | So it starts early. I was in the |
| 8:23 | | Youth Hunter Safety Program at the age of 10 and a |
| 8:24 | | ha -- or I was 10 when I took that. At the age of -- |
| 8:25 | | I believe it's 12, that's when I took my full hunter |
| 9:01 | | safety education. |
| 9:02 | | At the age of 21, I took the |
| 9:03 | | concealed weapons permit license and class for the |
| 9:04 | | State of Montana, at the age of 21. |
| 9:05 | | And then, at the age of, I believe |
| 9:06 | | 26, I have attended a long rifle shooting |
| 9:07 | | fundamentals and safety course. That was for a shoot |
| 9:08 | | competition, long-range rifles, and then at the age |
| 9:09 | | of 30, I attended a tactical training and safety |
| 9:10 | | class done by Tony Cowden, and just recently, I |
| 9:11 | | attended another class from Tom Castro, who is one of |

| | | | | |
|---|---|---|---|---|
| | 9:12 | | the top USPSA pistol competition shooters, all in | |
| | 9:13 | | such. | |
| | 9:14 | | I am working on doing my RO | |
| | 9:15 | | certification for USPSA, which goes over a lot of gun | |
| | 9:16 | | handling fundamentals, everything like that, with the | |
| | 9:17 | | competitions that I do currently shoot. | |
| | 9:18 | Q. | Prior to January 7, 2023, would you | |
| | 9:19 | | regularly carry a firearm? | |
| | 9:20 | A. | Since the age of 16, I have carried a | |
| | 9:21 | | pistol during bow season and rifle season in Montana, | |
| | 9:22 | | which is roughly about four months, and then, at the | |
| | 9:23 | | age of 21, was when I had my concealed weapon | |
| | 9:24 | | license, and I've had a pistol with me ever since. | |
| | 9:25 | Q. | In all of those years of carrying a | |
| | 10:01 | | pistol, did you ever have an unintended discharge | |
| | 10:02 | | prior to January 7, 2023? | |
| | 10:03 | A. | No, sir. | |
| | 10:04 | Q. | On January 7, 2023, were you carrying | |
| | 10:05 | | your P320? | |
| | 10:06 | A. | Yes. | |
| | 10:07 | Q. | Tell us what, if any, modifications | |
| | 10:08 | | had been made to that from its stock existence? | |
| | 10:09 | A. | The only thing that was placed on the | |
| | 10:10 | | firearm were attachments, but as far as internal | |
| | 10:11 | | modifications, there was none. | |
| | 10:12 | | External modifications included a Sig | |
| | 10:13 | | Romeo 1 PRO Red Dot, which is designed to fit that | |
| | 10:14 | | pistol itself, and then there was a SureFire HL1 | |
| | 10:15 | | SureFire weapons light on the front of the weapon as | |
| | 10:16 | | well. | |
| | 10:17 | Q. | Did you have a holster for that | |
| | 10:18 | | pistol suitable for those modifications? | |
| | 10:19 | A. | Yes. I had a -- they're custom-made | |
| | 10:20 | | holsters from Safariland, and it's a Safariland Duty | |
| | 10:21 | | holster that is meant specifically for that firearm. | |
| | 10:22 | Q. | So tell us what happened on January | |
| | 10:23 | | 7, 2023. | |
| | 10:24 | A. | So, as I had mentioned before, I am a | |
| | 10:25 | | competitive pistol shooter. And that firearm was | |
| | 11:01 | | purchased for such competitions. I was on a routine, | |
| | 11:02 | | regular training weekend. I'm usually training | |

| | | | |
|---|---|---|---|
| 11:03 | anywhere -- in the winter months, it's one to maybe | | |
| 11:04 | two weekends a month out on the range. I had gone | | |
| 11:05 | with my shooting partner, and we had been through | | |
| 11:06 | close to 100 rounds that day. We had set up stages | | |
| 11:07 | that we had pulled from USPSA; basically, replicating | | |
| 11:08 | the stages that we would shoot in the upcoming | | |
| 11:09 | season. | | |
| 11:10 | I had loaded my magazines, placed | | |
| 11:11 | them in my weapons belt, and then loaded my magazine | | |
| 11:12 | and loaded my P320, placed it in the holster. This | | |
| 11:13 | is back at the -- basically, the bench; had walked | | |
| 11:14 | forward probably about ten years to the established | | |
| 11:15 | start stick. And then my shooting partner was coming | | |
| 11:16 | up behind me with the shot timer and I went to | | |
| 11:17 | reposition my feet on the start stick and as soon as | | |
| 11:18 | I moved my feet, the pistol discharged into the | | |
| 11:19 | holster. | | |
| 11:20 | Q. Was the pistol fully seated in the | | |
| 11:21 | holster before you start walking to your starting | | |
| 11:22 | place? | | |
| 11:23 | A. Yes. | | |
| 11:24 | Q. How sure are you of that? | | |
| 11:25 | A. 100% because it is in a Safariland | | |
| 12:01 | duty holster, and those are a three-tension holster | | |
| 12:02 | with a lock. So it was all the way seated down with | | |
| 12:03 | a bill flopped over. Yeah, that's how I know it was | | |
| 12:04 | all the way in there. | | |
| 12:05 | Q. Where were your hands at when the | | |
| 12:06 | pistol discharged? | | |
| 12:07 | A. Hands were midchest. | | |
| 12:08 | Q. And is it correct that that holster | | |
| 12:09 | was on your thigh? | | |
| 12:10 | A. Yes. So that was on a drop holster | | |
| 12:11 | that was mounted to my thigh. | | |
| 12:12 | Q. Was there anything hanging out of | | |
| 12:13 | your pocket, like a key laniard or a toggle on a | | |
| 12:14 | zipper of your clothing that would have been in the | | |
| 12:15 | vicinity of that holster? | | |
| 12:16 | A. No. That day it was mid 30s. I was | | |
| 12:17 | in Wrangler blue jeans and I was in a Carhartt | | |
| 12:18 | sweatshirt with the sleeves rolled up, and I have a | | |

| | | | |
|---|---|---|---|
| | 12:19 | two-piece bison belt that my sweatshirt and shirt | |
| | 12:20 | gets tucked in underneath of that, and with it | |
| | 12:21 | hanging in midthigh, there's no clothing that can | |
| | 12:22 | come down in between there and the pistol itself. | |
| | 12:23 | And with the Safariland duty holster, the trigger is | |
| | 12:24 | fully enclosed in the holster itself. | |
| | 13:04 | Q. I'm going to share my screen with you | |
| | 13:05 | and show you two images. | |
| | 13:06 | Well, first, let me ask you: Was | |
| | 13:07 | there damage to that holster? | |
| | 13:08 | A. Yes. | |
| | 13:09 | Q. Is that holster open at the bottom or | |
| | 13:10 | closed at the bottom? | |
| | 13:11 | A. It was closed. | |
| | 13:12 | Q. You say "was" past tense. Are you | |
| | 13:13 | indicating that it was no longer closed after the | |
| | 13:14 | discharge? | |
| | 13:15 | A. Yes, sir. | |
| | 13:16 | Q. Was the damage to that holster at the | |
| | 13:17 | bottom of it -- | |
| | 13:18 | A. Yes, sir. | |
| | 13:19 | Q. -- where the muzzle is? | |
| | 13:20 | A. Yeah. | |
| | 13:21 | Q. So let me start at the top. | |
| | 13:22 | Is this an image of your P -- the | |
| | 13:23 | subject P320? | |
| | 13:24 | A. Yes, sir. | |
| | 13:25 | Q. And page 2 of Exhibit 1, is this an | |
| | 14:01 | image of the holster after it was damaged? | |
| | 14:02 | A. Yes, sir. | |
| | 14:03 | Q. Was any of this damage depicted in | |
| | 14:04 | the holster there prior to your discharge? | |
| | 14:05 | A. No. | |
| | 14:06 | Q. Page 3 of Exhibit 1, is this also an | |
| | 14:07 | image of your damaged holster? | |
| | 14:08 | A. Yes. | |
| | 14:09 | Q. And page 4 of Exhibit 1, is this a | |

14:10     picture of you?
14:11   A.  Yes, sir.
14:12   Q.  And is that where you were wearing
14:13     the holster at the time of your discharge?
14:14   A.  Exactly the same spot, yes.
14:15   Q.  Okay. Is that the same holster?
14:16   A.  Yep.
14:17   Q.  Was this picture taken --
14:18   A.  Yes, sir.
14:19   Q.  -- prior to the discharge?
14:20   A.  Yes. That picture was taken in the
14:21     shooting class I took with Tony Cowden.
14:22   Q.  So your rig there is the same rig
14:23     that you had the day of the discharge?
14:24   A.  Yes.
14:25   Q.  How sure are you --
15:01   A.  As --
15:02   Q.  I'm sorry. Go ahead.
15:03   A.  As you can see, with the way that
15:04     belt setup is, your clothing gets tucked in with the
15:05     belt.
15:06   Q.  Did you have a tourniquet or anything
15:07     hanging off of the holster itself, like police
15:08     officers sometimes do?
15:09   A.  No. That holster does not have a
15:10     mount.


15:15   Q.  When your pistol discharged, were you
15:16     struck?
15:17   A.  Yes.
15:18   Q.  Where were you struck?
15:19   A.  I was struck less than an inch below
15:20     my right knee on the outside. It missed my tibia,
15:21     where that connects into the top of your knee, and
15:22     the bullet went down the inside of my front of my
15:23     calf and then stopped on the top of my -- where your
15:24     foot and ankle kind of meets there.
15:25   Q.  There is a medical record -- I

| | | | |
|---|---|---|---|
| | 16:01 | believe it was from EMS or Fire that responded that | |
| | 16:02 | suggested that you said you shot yourself. | |
| | 16:03  A. | 100% -- | |
| | 16:04  Q. | Did you ever tell anyone -- let me | |
| | 16:05 | ask you the question. | |
| | 16:06 | Did you ever tell anyone after this | |
| | 16:07 | incident that you shot yourself? | |
| | 16:08  A. | 100% no.  I even corrected the | |
| | 16:09 | sheriff when I was in the emergency room because he | |
| | 16:10 | had suggested that as well.  And that's when I | |
| | 16:11 | corrected him on his statement that he had assumed | |
| | 16:12 | that I was -- that I physically manipulated the | |
| | 16:13 | pistol to where I caused the accidental discharge. | |
| | 16:14 | And that was also said when I had | |
| | 16:15 | first called 911 when we were at the gun range, and | |
| | 16:16 | it was brought up when I had was transferred from my | |
| | 16:17 | vehicle to the ambulance, and then, again, when the | |
| | 16:18 | sheriff came in to do an after-accident report when I | |
| | 16:19 | was in the emergency room. | |
| | 16:20  Q. | So if anybody suggested to you that | |
| | 16:21 | you shot yourself, would you disagree with them? | |
| | 16:22  A. | 100%. | |
| | 16:23  Q. | You mentioned that you do competitive | |
| | 16:24 | shooting. | |
| | 16:25 | Do you continue to competitively | |
| | 17:01 | shoot? | |
| | 17:02  A. | Yes, sir. | |
| | 17:03  Q. | Do you still use a P320? | |
| | 17:04  A. | Absolutely not. | |
| | 17:05  Q. | Why not? | |
| | 17:06  A. | The trigger safety has become | |
| | 17:07 | completely relevant to -- or irrelevant to anything | |
| | 17:08 | that I want around me. | |
| 25:18 - 25:22 | **Lingo, Michael A. 2023-10-20** | 00:00:13 | **OSI5V2.2** |
| | 25:18  Q. | So the Safariland holster that you | |
| | 25:19 | had, did you purchase that when you purchased the | |
| | 25:20 | P320? | |
| | 25:21  A. | Yes.  Well, ordered.  Placed the | |
| | 25:22 | order.  They have to be made for those. | |
| 26:16 - 27:03 | **Lingo, Michael A. 2023-10-20** | 00:00:45 | **OSI5V2.3** |

| | | | | | |
|---|---|---|---|---|---|
| | 26:16 | Q. | Why were you using a drop holster at | | **OSI5V2.3** |
| | 26:17 | | the time? | | |
| | 26:18 | A. | Because I hadn't gotten the parts to | | |
| | 26:19 | | bring the holster up yet. | | |
| | 26:20 | Q. | In the, say, six months leading up to | | |
| | 26:21 | | the time of your discharge, how often did you use the | | |
| | 26:22 | | holster in a drop holster configuration? | | |
| | 26:23 | A. | I had close to 1200 rounds through | | |
| | 26:24 | | that gun and holster. | | |
| | 26:25 | | On average, during the summer months, | | |
| | 27:01 | | two to three times per week, not including dry fire | | |
| | 27:02 | | practice at home of holstering and unholstering the | | |
| | 27:03 | | weapon, yeah, from home. | | |
| 31:06 - 32:03 | **Lingo, Michael A. 2023-10-20** | | | 00:01:18 | **OSI5V2.4** |
| | 31:06 | Q. | Does that holster have a hood on it? | | |
| | 31:07 | A. | It does. | | |
| | 31:08 | Q. | What position was the hood in when | | |
| | 31:09 | | the discharge occurred? | | |
| | 31:10 | A. | The hood would have been -- so it has | | |
| | 31:11 | | a back strap hood and then it also had an optics | | |
| | 31:12 | | cover hood which were in the forward position. | | |
| | 31:13 | Q. | When you say "forward position," is | | |
| | 31:14 | | that -- so I'm thinking of -- I guess I'm thinking of | | |
| | 31:15 | | the back strap hood, which would be -- | | |
| | 31:16 | A. | Yeah. | | |
| | 31:17 | Q. | -- if you're looking at it, it's kind | | |
| | 31:18 | | of up, if the pistol is seated in the holster, the | | |
| | 31:19 | | hood is, I guess, behind the slide at that point. So | | |
| | 31:20 | | that if you tried to pull it up, if there's no other | | |
| | 31:21 | | retention on there, if you pull it up on the pistol, | | |
| | 31:22 | | the back of the slide would hit the hood? | | |
| | 31:23 | A. | No, not with that holster because the | | |
| | 31:24 | | hood is the secondary locking mechanism. That's what | | |
| | 31:25 | | the thumb lock is for. So even with the hood laid | | |
| | 32:01 | | forward or not behind the slide of the pistol, there | | |
| | 32:02 | | still is the tension lock with your thumb that you | | |
| | 32:03 | | have to manually release. | | |

| Stipulated Designations | 00:14:39 |
|---|---|

| TOTAL RUN TIME | 00:14:39 |
|---|---|