# EXHIBIT C

Transcribed Trial Testimony of Daniel Witts that was video recorded and played for the Jury

# Daniel Witts - Stipulated

Designation List Report

 **Witts, Daniel D.**                                                                 **2024-07-11**

| Stipulated Designations | 00:29:27 |
|---|---|
| **TOTAL RUN TIME** | **00:29:27** |



**ID: OSI3V2**

OSI3V2 - Daniel Witts - Stipulated

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:13 - 6:17 | **Witts, Daniel D. 2024-07-11** | 00:00:09 | **OSI3V2.1** |

| | | | |
|---|---|---|---|
| | 6:13 | Q. | All right. Let's begin. If you |
| | 6:14 | | could, please introduce yourself. |
| | 6:15 | A. | My name is Daniel Witts. I'm an |
| | 6:16 | | officer with the Montville Police Department. I've |
| | 6:17 | | been with them for the last nine years. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:07 - 12:17 | **Witts, Daniel D. 2024-07-11** | 00:05:41 | **OSI3V2.2** |

| | | | |
|---|---|---|---|
| | 7:07 | Q. | Officer Witts, who are you currently |
| | 7:08 | | employed with and what is your rank? |
| | 7:09 | A. | An officer with the Montville Police |
| | 7:10 | | Department in Connecticut. |
| | 7:11 | Q. | Thank you. When did you go to the |
| | 7:12 | | police academy? |
| | 7:13 | A. | I went to the police academy in 2015. |
| | 7:14 | Q. | Immediately after the police academy, |
| | 7:15 | | did you then join Montville? |
| | 7:16 | A. | Yes. I was hired by Montville while I |
| | 7:17 | | was in the academy. |
| | 7:18 | Q. | Tell us about your experience in the |
| | 7:19 | | academy. What type of training did you have? |
| | 7:20 | A. | A lot of classroom training obviously |
| | 7:21 | | learning all the laws we have to follow, motor |
| | 7:22 | | vehicle, criminal. We had firearms training for |
| | 7:23 | | rifle, shotgun, pistol. A lot of hands-on training, |
| | 7:24 | | use-of-force training. Typical things that all |
| | 7:25 | | police officers go through. |
| | 8:01 | Q. | Tell us specifically about the firearm |
| | 8:02 | | training as it relates to a pistol. What did that |
| | 8:03 | | involve? |
| | 8:04 | A. | For the pistol, I believe it was a |
| | 8:05 | | full-week course. The first day was fully |
| | 8:06 | | classroom. And then for the final four days, it was |
| | 8:07 | | half classroom, half on-the-range training. |
| | 8:08 | | In between each time we shot, you |
| | 8:09 | | would go back to the classroom, discuss what we were |
| | 8:10 | | going to do, and go and shoot that course of fire. |
| | 8:11 | | It was a 40-hour block. |
| | 8:12 | Q. | After joining Montville, did you have |
| | 8:13 | | any additional training or obtain any certifications |
| | 8:14 | | related to firearms? |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 8:15 | A. | I did. | | |
| | 8:16 | Q. | Could you tell us about that? | | |
| | 8:17 | A. | So one of them was for an armorer, I | | |
| | 8:18 | | went to the Sig academy to be an armorer for the | | |
| | 8:19 | | P320.  That was in 2019. | | |
| | 8:20 | | In 2020, I went back to the Sig | | |
| | 8:21 | | academy in New Hampshire for a 40-hour block where I | | |
| | 8:22 | | was certified as a pistol instructor.  Then I was | | |
| | 8:23 | | recertified in '21 with POST in Connecticut. | | |
| | 8:24 | Q. | Give us some more details about | | |
| | 8:25 | | becoming an armorer on a P320 back in 2019.  What | | |
| | 9:01 | | specifically did that entail? | | |
| | 9:02 | A. | So it was a new platform for us.  We | | |
| | 9:03 | | were going from the P220 and we sent three guys, me | | |
| | 9:04 | | included, to an 8-hour armorer's course up in New | | |
| | 9:05 | | Hampshire.  We went over everything from the | | |
| | 9:06 | | safeties of the gun to completely stripping down the | | |
| | 9:07 | | gun, both field stripping and taking down every part | | |
| | 9:08 | | we possibly could, discussing how to put it | | |
| | 9:09 | | together, and take it back apart.  It was an | | |
| | 9:10 | | eight-hour course up in New Hampshire. | | |
| | 9:11 | Q. | After that course and everything you | | |
| | 9:12 | | learned there, would you say you were familiar with | | |
| | 9:13 | | the P320? | | |
| | 9:14 | A. | I would, yep. | | |
| | 9:15 | Q. | Did you feel confident with the P320? | | |
| | 9:16 | A. | Absolutely, yep. | | |
| | 9:17 | Q. | For the laypeople out there listening, | | |
| | 9:18 | | what is an armorer? | | |
| | 9:19 | A. | It's just someone that knows more | | |
| | 9:20 | | details of the weapon.  We can break it down, we can | | |
| | 9:21 | | do more internal cleanings of it.  If the weapon has | | |
| | 9:22 | | any kind of malfunctions or issues, it's just a guy | | |
| | 9:23 | | that has more knowledge of the weapon system than a | | |
| | 9:24 | | normal officer. | | |
| | 9:25 | | If there's maintenance to be done to | | |
| | 10:01 | | the weapon, it's an armorer that has to do that | | |
| | 10:02 | | maintenance.  A normal officer cannot strip it down | | |
| | 10:03 | | as far as we can. | | |
| | 10:04 | Q. | You said you went back to the Sig | | |
| | 10:05 | | academy in 2020.  Is that right? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 10:06 | A. | About there, yep. | | |
| | 10:07 | Q. | And what was that for? | | |
| | 10:08 | A. | I went for the firearm instructor | | |
| | 10:09 | | course. | | |
| | 10:10 | Q. | What did that involve? | | |
| | 10:11 | A. | So it was a little bit of classroom. | | |
| | 10:12 | | The first day was classroom and the rest was | | |
| | 10:13 | | on-the-range shooting discussing different | | |
| | 10:14 | | techniques of shooting and how to use the knowledge | | |
| | 10:15 | | I have, how to pass it on to the guys that I'm going | | |
| | 10:16 | | to instruct. It was pretty much to create you to be | | |
| | 10:17 | | an instructor for that firearm. | | |
| | 10:18 | Q. | So did you become a certified firearms | | |
| | 10:19 | | instructor after that course? | | |
| | 10:20 | A. | I did through Sig. But in the eyes of | | |
| | 10:21 | | Connecticut, you still got to go through their POST | | |
| | 10:22 | | certified class. So that was an additional two days | | |
| | 10:23 | | of training and then they certified me in | | |
| | 10:24 | | Connecticut. | | |
| | 10:25 | Q. | What does POST stand for? I | | |
| | 11:01 | | understand it's an acronym. | | |
| | 11:02 | A. | It's a Police Officer Standards and | | |
| | 11:03 | | Training Council. They certify all of our certs in | | |
| | 11:04 | | Connecticut. | | |
| | 11:05 | Q. | And what is involved in going through | | |
| | 11:06 | | POST? | | |
| | 11:07 | A. | Okay. So that's our basic academy in | | |
| | 11:08 | | Connecticut to get certified as an officer. Once | | |
| | 11:09 | | you're through it every three years, you have to do | | |
| | 11:10 | | a 40-hour block to stay certified. | | |
| | 11:11 | Q. | And when did you do POST? | | |
| | 11:12 | A. | 2015. | | |
| | 11:13 | Q. | As an officer in Montville from 2015, | | |
| | 11:14 | | did you regularly carry a firearm? | | |
| | 11:15 | A. | Every shift, yeah. | | |
| | 11:16 | Q. | Every single day that you work? | | |
| | 11:17 | A. | Yep. | | |
| | 11:18 | Q. | And you were regularly carrying as of | | |
| | 11:19 | | July 24th of 2023. Is that right? | | |
| | 11:20 | A. | '23, yep. | | |
| | 11:21 | Q. | When were you issued a Sig Sauer P320? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 11:22 | A. | It was sometime during 2019 after we | | |
| | 11:23 | | got rid of our older Sigs. | | |
| | 11:24 | Q. | What were the older Sigs? | | |
| | 11:25 | A. | We had P220Rs, I believe, because they | | |
| | 12:01 | | had a rail on the bottom. It was a 45-cal hammered | | |
| | 12:02 | | gun. | | |
| | 12:03 | Q. | Was that a double action? | | |
| | 12:04 | A. | Yep. | | |
| | 12:05 | Q. | The P320, do you know or were you told | | |
| | 12:06 | | whether that was a double action or a single action? | | |
| | 12:07 | A. | I can't recall if they went over it in | | |
| | 12:08 | | the class. I assume it's a double action, but I | | |
| | 12:09 | | can't recall from the armorer's course if they | | |
| | 12:10 | | specifically went over that. | | |
| | 12:11 | Q. | Okay. Did they give you any type of | | |
| | 12:12 | | manuals or instruction guides when you went through | | |
| | 12:13 | | the armorer's course? | | |
| | 12:14 | A. | Yeah. We went through it and then we | | |
| | 12:15 | | have it in our armory still. They break down -- a | | |
| | 12:16 | | full breakdown of what we went over and all the | | |
| | 12:17 | | instructions for the weapon. | | |
| 13:05 - 13:17 | **Witts, Daniel D. 2024-07-11** | | | 00:00:32 | **OSI3V2.3** |
| | 13:05 | Q. | When you received the P320 in 2019, | | |
| | 13:06 | | did you qualify with that gun -- | | |
| | 13:07 | A. | I did. | | |
| | 13:08 | Q. | -- through Montville? And what's that | | |
| | 13:09 | | mean, to qualify? | | |
| | 13:10 | A. | So it's a POST standard. It's got to | | |
| | 13:11 | | be a 60-round course shooting anywhere from contact; | | |
| | 13:12 | | so a foot away up to 25 feet away. A 60-round | | |
| | 13:13 | | course you got to shoot. Each round is worth five | | |
| | 13:14 | | points. You got to shoot at least a 140 to pass. | | |
| | 13:15 | | It's doing standing, kneeling, one-handed, | | |
| | 13:16 | | two-handed, behind cover. Just different things | | |
| | 13:17 | | that we might see in the field. | | |
| 14:02 - 16:15 | **Witts, Daniel D. 2024-07-11** | | | 00:02:21 | **OSI3V2.4** |
| | 14:02 | Q. | When you were issued the P320 in 2019, | | |
| | 14:03 | | were you also issued a holster? | | |
| | 14:04 | A. | We were. | | |
| | 14:05 | Q. | Was that a Safariland? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 14:06 | A. | It was a Safariland 6000 series. | | |
| | 14:07 | Q. | Okay. What does it mean for a holster | | |
| | 14:08 | | to have retention? | | |
| | 14:09 | A. | It's a level of safety that someone | | |
| | 14:10 | | can't walk up and just remove your -- hanging from | | |
| | 14:11 | | your holster. There are certain safeties that only | | |
| | 14:12 | | someone who carries that holster, who is familiar | | |
| | 14:13 | | with that holster would know how to get that gun out | | |
| | 14:14 | | to use it. So if we're going to struggle with a | | |
| | 14:15 | | suspect, it can't just easily fall out into anyone's | | |
| | 14:16 | | hands. | | |
| | 14:17 | Q. | And that Safariland, did that have | | |
| | 14:18 | | those type of retentions on it? | | |
| | 14:19 | A. | The style we have, it's a triple | | |
| | 14:20 | | retention. So it's got three safeties in place that | | |
| | 14:21 | | someone would have to defeat in order to get that | | |
| | 14:22 | | gun out. | | |
| | 14:23 | Q. | Tell us what those safeties are and | | |
| | 14:24 | | how they work in terms of -- for a layperson to | | |
| | 14:25 | | understand. | | |
| | 15:01 | A. | So one's just a hood that bends over | | |
| | 15:02 | | the top of the gun so someone coming from the front | | |
| | 15:03 | | of you can't grab your gun. It kind of would just | | |
| | 15:04 | | deflect their hand. | | |
| | 15:05 | | Another one is a strap that actually | | |
| | 15:06 | | goes over the back of the gun that stops the gun | | |
| | 15:07 | | from getting pulled out of your holster. Another | | |
| | 15:08 | | one is a lever inside your gun that grabs onto the | | |
| | 15:09 | | frame of the gun that the lever comes forward. So | | |
| | 15:10 | | now you can pull your gun out. | | |
| | 15:11 | Q. | That lever is part of the holster | | |
| | 15:12 | | itself? | | |
| | 15:13 | A. | Yeah, it's built inside. It grabs | | |
| | 15:14 | | onto the front where the ejection port is. It grabs | | |
| | 15:15 | | that little piece on the front of the pistol. | | |
| | 15:16 | Q. | Okay. The pistol that you had, the | | |
| | 15:17 | | P320 that you had at the time of your discharge in | | |
| | 15:18 | | July of '23, was that the original P320 you got in | | |
| | 15:19 | | '19? | | |
| | 15:20 | A. | It was. | | |
| | 15:21 | Q. | Had any modifications been made to | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 15:22 | | that pistol prior to the unintended discharge you | | |
| | 15:23 | | had? | | |
| | 15:24 | A. | The only thing that was ever changed | | |
| | 15:25 | | on it was the other grip modules. That was it. We | | |
| | 16:01 | | never replaced barrels or never replaced springs or | | |
| | 16:02 | | anything. | | |
| | 16:03 | Q. | Okay. And the grip modules, that's | | |
| | 16:04 | | one of the things that Sig actually advertises as a | | |
| | 16:05 | | feature of it that -- | | |
| | 16:06 | A. | Yep. | | |
| | 16:07 | Q. | -- change up a module. Right? | | |
| | 16:08 | A. | Yes, sir. | | |
| | 16:09 | Q. | -- one of the benefits of getting it. | | |
| | 16:10 | | Those grip modules, do they come through Sig? | | |
| | 16:11 | A. | They do. | | |
| | 16:12 | Q. | Did you make any modifications to it | | |
| | 16:13 | | that were not authorized or not something supplied | | |
| | 16:14 | | by Sig? | | |
| | 16:15 | A. | I did not. | | |
| 17:12 - 24:18 | **Witts, Daniel D. 2024-07-11** | | | 00:06:52 | **OSI3V2.5** |
| | 17:12 | Q. | So let's talk about July 24th, 2023. | | |
| | 17:13 | | When did you first put your pistol in the holster on | | |
| | 17:14 | | that day? | | |
| | 17:15 | A. | So I have a take-home cruiser. So | | |
| | 17:16 | | when I was coming in to work, I always put it on the | | |
| | 17:17 | | same way. I keep it in a locker in my garage, put | | |
| | 17:18 | | the holster on before coming in for work that day. | | |
| | 17:19 | Q. | And is that what you did that | | |
| | 17:20 | | particular day? | | |
| | 17:21 | A. | Yes, sir. | | |
| | 17:22 | Q. | Took it out of your locker and you put | | |
| | 17:23 | | it on? | | |
| | 17:24 | A. | Yes, sir. | | |
| | 17:25 | Q. | Was the gun already in its holster | | |
| | 18:01 | | when you put it on? | | |
| | 18:02 | A. | Yes, sir. So I keep it in my locker. | | |
| | 18:03 | | I usually put my belt on. I always take my gun out | | |
| | 18:04 | | and I do a press check, make sure there's a round in | | |
| | 18:05 | | the chamber, and I re-holster it. | | |
| | 18:06 | Q. | What's a press check in layperson's | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 18:07 | | terms? | | |
| | 18:08 | A. | It's just slowly sliding back your top | | |
| | 18:09 | | slide just enough to make sure there's a round | | |
| | 18:10 | | inside that chamber. | | |
| | 18:11 | Q. | And then do you check your holster to | | |
| | 18:12 | | make sure nothing's in there before putting the gun | | |
| | 18:13 | | back in it? | | |
| | 18:14 | A. | I tend to look down inside of it, yes. | | |
| | 18:15 | Q. | Okay. Did you look down inside it on | | |
| | 18:16 | | that particular day? | | |
| | 18:17 | A. | I don't know for sure. It's a | | |
| | 18:18 | | standard practice I usually do. So I would assume I | | |
| | 18:19 | | did, but I'm not sure. | | |
| | 18:20 | Q. | Is it your expectation that you would | | |
| | 18:21 | | have done that? | | |
| | 18:22 | A. | Yes, sir. | | |
| | 18:23 | Q. | Based on your habit and routine? | | |
| | 18:24 | A. | Yes, sir. | | |
| | 18:25 | Q. | What time did your shift start on July | | |
| | 19:01 | | 24th? | | |
| | 19:02 | A. | I was day shift. So I would have | | |
| | 19:03 | | started at 7:50 in the morning. | | |
| | 19:04 | Q. | What time did the discharge ultimately | | |
| | 19:05 | | happen? | | |
| | 19:06 | A. | I don't know -- I don't remember the | | |
| | 19:07 | | exact time. I know it was earlier in the morning, | | |
| | 19:08 | | but I couldn't give you an exact time. | | |
| | 19:09 | Q. | Did you take your gun out of the | | |
| | 19:10 | | holster at any point between first putting it in for | | |
| | 19:11 | | your shift and the discharge? | | |
| | 19:12 | A. | I did not. | | |
| | 19:13 | Q. | So take us through and tell us what | | |
| | 19:14 | | happened the morning of July 24th, 2023. | | |
| | 19:15 | A. | So leading up to the discharge, I was | | |
| | 19:16 | | actually in the report room working on my normal | | |
| | 19:17 | | reports. I saw a bunch of officers running down the | | |
| | 19:18 | | main hallway stating that another cop was in a fight | | |
| | 19:19 | | in the front lobby. So I joined that pack of | | |
| | 19:20 | | officers as we run to the lobby. | | |
| | 19:21 | | We observed I believe it was two | | |
| | 19:22 | | officers fighting a male on the ground. We helped | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 19:23 | subdue that man to get him into handcuffs. Once he | | |
| | 19:24 | was in handcuffs, he was getting verbal against us, | | |
| | 19:25 | he was resisting us walking him out of the lobby. | | |
| | 20:01 | So I made the decision to grab his | | |
| | 20:02 | legs rather than lifting him up by his shoulders and | | |
| | 20:03 | hurting his shoulders or his wrists, I just decided | | |
| | 20:04 | to grab his legs and carry him outside to our | | |
| | 20:05 | lockup. | | |
| | 20:06 | As I bent down, I heard a loud bang. | | |
| | 20:07 | Once I stepped back, I could smell the smoke of a | | |
| | 20:08 | gun. I looked down and I could see smoke coming out | | |
| | 20:09 | of the holster. I immediately turned toward my | | |
| | 20:10 | lieutenant who was next to me and made sure, "hey, | | |
| | 20:11 | LT, I didn't touch my gun. It's still in the | | |
| | 20:12 | holster." He looked at it and said, "yep, it's | | |
| | 20:13 | still in there. You're fine." | | |
| | 20:14 | After the suspect was out of the lobby | | |
| | 20:15 | and in the lockup, I went into the armory, took my | | |
| | 20:16 | gun out of the holster, and we sat in the armory and | | |
| | 20:17 | we contacted our chief. | | |
| | 20:18 | Q. In the armory, did you take your gun | | |
| | 20:19 | and holster off as one unit or did you take the gun | | |
| | 20:20 | out first? | | |
| | 20:21 | A. So our holsters have a quick release | | |
| | 20:22 | that Safariland supplies and we can slide them right | | |
| | 20:23 | off our holsters -- right off our belts. | | |
| | 20:24 | Q. So you took it off as a package? | | |
| | 20:25 | A. I did. | | |
| | 21:01 | Q. Did you then take the P320 out of the | | |
| | 21:02 | holster? | | |
| | 21:03 | A. Not right away. Once one of my other | | |
| | 21:04 | officers was in there, another firearms guy, we did | | |
| | 21:05 | eject the round that was inside of the chamber just | | |
| | 21:06 | to make sure the weapon was clear and it didn't have | | |
| | 21:07 | a chance of going off again. So we did make the | | |
| | 21:08 | weapon -- | | |
| | 21:09 | Q. Do you -- do you know what a stovepipe | | |
| | 21:10 | is? | | |
| | 21:11 | A. I do. | | |
| | 21:12 | Q. Could you explain in layperson's terms | | |
| | 21:13 | what a stovepipe is? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | |
|---|---|---|
| 21:14 | A. | So it's when after you fire your gun, |
| 21:15 | | the round is supposed to eject out the side of it. |
| 21:16 | | Extractor grabs it, pulls it around to the rear.  It |
| 21:17 | | doesn't fully eject.  So pretty much part of your |
| 21:18 | | round is sticking out.  It jams your weapon, but |
| 21:19 | | part of the round is sticking out of the -- right |
| 21:20 | | where it ejects and you got to pop it out, but you |
| 21:21 | | can see the brass sticking out. |
| 21:22 | Q. | So you're using the term round and you |
| 21:23 | | just mentioned the word brass.  Are you referring to |
| 21:24 | | the spent shell casing? |
| 21:25 | A. | So round or brass I think is two terms |
| 22:01 | | I go back and forth with. |
| 22:02 | Q. | Is it also accurate to call it a |
| 22:03 | | casing? |
| 22:04 | A. | Yep. |
| 22:05 | Q. | A bullet casing? |
| 22:06 | A. | Another term for it, yep. |
| 22:07 | Q. | Okay.  So when you experience a |
| 22:08 | | stovepipe, would you agree that that's when the |
| 22:09 | | casing does not eject from the gun? |
| 22:10 | A. | Yes, sir. |
| 22:11 | Q. | And in this instance, did you |
| 22:12 | | experience a stovepipe or a failure of the casing |
| 22:13 | | ejecting? |
| 22:14 | A. | I did not.  When we ejected it, the |
| 22:15 | | casing was fully inside the breach still. |
| 22:16 | Q. | Okay.  So the casing did not eject? |
| 22:17 | A. | It did not at all. |
| 22:18 | Q. | Do you have any idea why that is? |
| 22:19 | A. | So if it's in the holster, there's a |
| 22:20 | | back strap over it that doesn't allow the slide to |
| 22:21 | | cycle.  It can only cycle maybe half an inch to an |
| 22:22 | | inch, at most.  It's not enough for the slide to |
| 22:23 | | come back enough to eject any kind of casing or |
| 22:24 | | brass. |
| 22:25 | Q. | When your P320 discharged, you would |
| 23:01 | | agree it was in your holster.  Right? |
| 23:02 | A. | Yes, sir. |
| 23:03 | Q. | Was it fully seated? |
| 23:04 | A. | Yes, sir. |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 23:05 | Q. | Was it retained by the retention on | | |
| | 23:06 | | that Safariland triple retention holster? | | |
| | 23:07 | A. | Yes, sir. | | |
| | 23:08 | Q. | Was the hood in place where it was | | |
| | 23:09 | | supposed to be? | | |
| | 23:10 | A. | Mm-hmm.  Yes, sir. | | |
| | 23:11 | Q. | Was your finger anywhere near the | | |
| | 23:12 | | trigger or the gun itself? | | |
| | 23:13 | A. | No, sir. | | |
| | 23:14 | Q. | Was your hand anywhere near it? | | |
| | 23:15 | A. | No. | | |
| | 23:16 | Q. | How sure are you that your finger or | | |
| | 23:17 | | hand were not near the gun that went off? | | |
| | 23:18 | A. | I'm a hundred percent sure of that.  I | | |
| | 23:19 | | was reaching for the guy's legs that were out in | | |
| | 23:20 | | front of me. | | |
| | 23:21 | Q. | Okay.  Did you have the opportunity | | |
| | 23:22 | | after this incident to review security surveillance | | |
| | 23:23 | | footage of the incident? | | |
| | 23:24 | A. | I did. | | |
| | 23:25 | Q. | Was one of those recordings from video | | |
| | 24:01 | | in the foyer up on the ceiling or the wall? | | |
| | 24:02 | A. | Yes, sir. | | |
| | 24:03 | Q. | And was another one body camera | | |
| | 24:04 | | footage? | | |
| | 24:05 | A. | Yep. | | |
| | 24:06 | Q. | When did you first have the | | |
| | 24:07 | | opportunity to watch that surveillance recording? | | |
| | 24:08 | A. | So we looked at it maybe within 20 or | | |
| | 24:09 | | 30 minutes of it going off. | | |
| | 24:10 | Q. | Who was present when you got to watch | | |
| | 24:11 | | that video? | | |
| | 24:12 | A. | Most of the officers in that video.  I | | |
| | 24:13 | | know for sure it was my lieutenant and one or two of | | |
| | 24:14 | | the sergeants, but it was most people in that video. | | |
| | 24:15 | Q. | Everyone wanted to see it? | | |
| | 24:16 | A. | Yeah.  We wanted to figure out what | | |
| | 24:17 | | happened.  We didn't know -- we didn't know if the | | |
| | 24:18 | | suspect grabbed it or what. | | |
| 25:01 - 30:16 | **Witts, Daniel D. 2024-07-11** | | | 00:06:56 | **OSI3V2.6** |

| | | | | |
|---|---|---|---|---|
| | 25:01 | BY MR. HURD: | | OSI3V2.6 |
| | 25:02 | Q. Immediately after the discharge, did | | |
| | 25:03 | you have any explanation for what had happened? | | |
| | 25:04 | A. I did not. | | |
| | 25:05 | Q. Let me show you what I will mark as | | |
| | 25:06 | Exhibit 1. Can you see my screen? | | |
| | 25:07 | A. Yes, sir, I can. | | |
| | 25:08 | Q. Can you identify for us what we're | | |
| | 25:09 | looking at in Exhibit 1? | | |
| | 25:10 | A. So it's the front lobby of our PD. | | |
| | 25:11 | The one door that's open, that leads to our | | |
| | 25:12 | secretary's office. The suspect is already in | | |
| | 25:13 | handcuffs. All the cops are working that shift. | | |
| | 25:14 | Q. And the suspect is off to the right | | |
| | 25:15 | side of this view? | | |
| | 25:16 | A. Yes, sir. In between the two | | |
| | 25:17 | officers. | | |
| | 25:18 | Q. Who is this gentleman with the yellow? | | |
| | 25:19 | Is he also an officer? | | |
| | 25:20 | A. That's Sergeant Spring. He was just | | |
| | 25:21 | coming in for a morning road job when everything | | |
| | 25:22 | took place. | | |
| | 25:23 | Q. Okay. So there were nine of you in | | |
| | 25:24 | this room when this happened. Is that right? Not | | |
| | 25:25 | counting the suspect. | | |
| | 26:01 | A. Yes, sir. | | |
| | 26:02 | Q. Is that you in the center pointing? | | |
| | 26:03 | A. It is. | | |
| | 26:04 | Q. What are you pointing to or what are | | |
| | 26:05 | you doing there? | | |
| | 26:06 | A. I think we're discussing what we're | | |
| | 26:07 | going to do with the suspect. We were bringing him | | |
| | 26:08 | to the side where that sergeant's at and we were | | |
| | 26:09 | going to walk him out the front door. | | |
| | 26:10 | (Whereupon the video was played and stopped.) | | |
| | 26:11 | BY MR. HURD: | | |
| | 26:12 | Q. That video, that eight-second video I | | |
| | 26:13 | just played, is that an accurate depiction of what | | |
| | 26:14 | you recall happening with your unintended discharge? | | |
| | 26:15 | A. Yes, sir. | | |
| | 26:16 | Q. I'm going to play it one more time and | | |

| | | | |
|---|---|---|---|
| 26:17 | ask what's this flash we see narrowly miss an | | |
| 26:18 | officer's leg? | | |
| 26:19 | (Whereupon the video was played and stopped.) | | |
| 26:20 | THE WITNESS: The firearm discharging. | | |
| 26:21 | BY MR. HURD: | | |
| 26:22 | Q. Did your holster have a closed bottom | | |
| 26:23 | with a muzzle locator? | | |
| 26:24 | A. It did. It has the plug at the bottom | | |
| 26:25 | for the muzzle. | | |
| 27:01 | Q. Okay. Was there damage to the | | |
| 27:02 | holster? | | |
| 27:03 | A. There was. The whole bottom was blown | | |
| 27:04 | out. | | |
| 27:05 | Q. Let me show you a second video that | | |
| 27:06 | I'll mark as Exhibit 2. Can you identify this video | | |
| 27:07 | perspective for us? | | |
| 27:08 | A. It's from an officer's body worn | | |
| 27:09 | camera. I believe it was from Officer Hughes's | | |
| 27:10 | camera. | | |
| 27:11 | Q. Is that something that he would have | | |
| 27:12 | activated just before this incident happened because | | |
| 27:13 | you guys were dealing with a suspect? | | |
| 27:14 | A. Yeah. So any time we have contact | | |
| 27:15 | with the public, we have to activate them. He was | | |
| 27:16 | actually in the lobby with his FTO and they both had | | |
| 27:17 | their cameras activated. | | |
| 27:18 | Q. What's an FTO? | | |
| 27:19 | A. So Officer Hughes, it was his second | | |
| 27:20 | day on the police force after graduating the | | |
| 27:21 | academy. It's just an officer, a senior officer, | | |
| 27:22 | who kind of teaches him the way on how to be a cop. | | |
| 27:23 | Like a senior officer can point him in different | | |
| 27:24 | directions and show him the ropes. | | |
| 27:25 | Q. I see a timestamp on this camera | | |
| 28:01 | footage up here as 9:03. Does that refresh your | | |
| 28:02 | recollection of about when this incident happened? | | |
| 28:03 | A. I know it was early in the morning. | | |
| 28:04 | It could be that time. I just can't recall when | | |
| 28:05 | exactly when it happened. | | |
| 28:06 | (Whereupon the video was played and stopped.) | | |
| 28:07 | BY MR. HURD: | | |

OSI3V2 - Daniel Witts - Stipulated

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 28:08 | Q. | Did that seven-second video I just | | |
| | 28:09 | | played for you at Exhibit 2 accurately depict what | | |
| | 28:10 | | you recall happening with your unintended discharge? | | |
| | 28:11 | A. | Yes, sir. | | |
| | 28:12 | Q. | How many times would you say you've | | |
| | 28:13 | | watched this video? | | |
| | 28:14 | A. | Um -- | | |
| | 28:15 | Q. | More than ten? | | |
| | 28:16 | A. | Way more than ten. | | |
| | 28:17 | Q. | And same for the other video?  More | | |
| | 28:18 | | than ten times? | | |
| | 28:19 | A. | I would say the other one more than | | |
| | 28:20 | | this one.  I think the other one is the more popular | | |
| | 28:21 | | one, but I've seen them both 30, 40, 50 times. | | |
| | 28:22 | Q. | Okay.  In watching both of these | | |
| | 28:23 | | videos 30, 40, 50 times, did you ever find any | | |
| | 28:24 | | reason to blame yourself for this discharge | | |
| | 28:25 | | happening? | | |
| | 29:01 | A. | No, sir.  Not at all. | | |
| | 29:02 | Q. | Did you ever find any reason to blame | | |
| | 29:03 | | anyone else in this room for your discharge | | |
| | 29:04 | | happening? | | |
| | 29:05 | A. | No, sir. | | |
| | 29:06 | Q. | Was there any contact between you and | | |
| | 29:07 | | the other officer to the right with the red stripes | | |
| | 29:08 | | on his arm? | | |
| | 29:09 | A. | Not that I recall or remember. | | |
| | 29:10 | | (Whereupon the video was played and stopped.) | | |
| | 29:11 | | BY MR. HURD: | | |
| | 29:12 | Q. | So in this moment right here at about | | |
| | 29:13 | | six seconds, do you know if there was contact one | | |
| | 29:14 | | way or another? | | |
| | 29:15 | A. | It's possible.  I just can't recall if | | |
| | 29:16 | | there was for sure or not. | | |
| | 29:17 | Q. | Okay.  I'm frozen at seven seconds | | |
| | 29:18 | | right now and you can see a white line in this | | |
| | 29:19 | | image.  Is this also the muzzle blast? | | |
| | 29:20 | A. | Yes, sir. | | |
| | 29:21 | Q. | Let me show you an image that I'm | | |
| | 29:22 | | going to have marked as Exhibit 3. | | |
| | 29:23 | | Would you agree this is an accurate | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:24   screen shot of the video that we just saw? | | |
| | 29:25 A. Yes, sir. | | |
| | 30:01 Q. Okay. I'm going to zoom in here. You | | |
| | 30:02   would agree that's your P320 on your hip in your | | |
| | 30:03   Safariland holster? | | |
| | 30:04 A. Yes, sir. | | |
| | 30:05 Q. Is this your tourniquet that's kind of | | |
| | 30:06   visible in the front? | | |
| | 30:07 A. Yes, sir. | | |
| | 30:08 Q. Is your P320 properly secured in the | | |
| | 30:09   holster in this image? | | |
| | 30:10 A. It is. | | |
| | 30:11 Q. Is the hood up? | | |
| | 30:12 A. It is. | | |
| | 30:13 Q. Do you see anything in this image that | | |
| | 30:14   should have indicated to you that your P320 was | | |
| | 30:15   about to discharge without your intent? | | |
| | 30:16 A. I do not. | | |
| 30:23 - 31:20 | **Witts, Daniel D. 2024-07-11** | 00:01:11 | **OSI3V2.7** |
| | 30:23 Q. I'm going to show you another screen | | |
| | 30:24   shot that I'll have marked as Exhibit 4. Strike | | |
| | 30:25   that. I'll show you the image Exhibit 4. This is | | |
| | 31:01   Screen Shot 4. | | |
| | 31:02   Can you tell me what is happening in | | |
| | 31:03   or what's depicted in this image? | | |
| | 31:04 A. So this is right when the suspect was | | |
| | 31:05   refusing to walk out on his own. I reached down to | | |
| | 31:06   grab his legs. That's when you can see that the | | |
| | 31:07   firearm is discharging right there. | | |
| | 31:08 Q. Where are your hands and your arms at | | |
| | 31:09   this -- | | |
| | 31:10 A. Right now, they're both wrapped around | | |
| | 31:11   -- right around his knees. | | |
| | 31:12 Q. Okay. Now I'll show you what I'll | | |
| | 31:13   have marked as Exhibit 5, Screen Shot 5. | | |
| | 31:14   And you would agree that your | | |
| | 31:15   testimony about where your hands and your arms are | | |
| | 31:16   are consistent with what's depicted in this image? | | |
| | 31:17 A. Yes, sir. | | |
| | 31:18 Q. So this is just a moment after your | | |

OSI3V2 - Daniel Witts - Stipulated

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 31:19 | | discharge occurred.  Correct? | | |
| | 31:20 | A. | Yes, sir. | | |
| 32:02 - 32:24 | **Witts, Daniel D. 2024-07-11** | | | 00:01:34 | **OSI3V2.8** |
| | 32:02 | Q. | After the incident occurred, did you | | |
| | 32:03 | | see any evidence whatsoever to suggest to you that | | |
| | 32:04 | | your P320 was not properly seated or secured in your | | |
| | 32:05 | | Safariland holster? | | |
| | 32:06 | A. | I did not. | | |
| | 32:07 | Q. | Let me show you what I'll have marked | | |
| | 32:08 | | as Exhibit 6.  Tell us what's happening in the image | | |
| | 32:09 | | marked as Exhibit 6. | | |
| | 32:10 | A. | So that's right after it went off.  So | | |
| | 32:11 | | we all heard a bang and I could smell what I know | | |
| | 32:12 | | from being on the range and being around guns to be | | |
| | 32:13 | | the remnants of a round going off.  I looked down | | |
| | 32:14 | | and I could see smoke coming out of my holster. | | |
| | 32:15 | | That's when I'm realizing that it was my gun. | | |
| | 32:16 | Q. | After this incident, did Sig Sauer or | | |
| | 32:17 | | anybody from Sig Sauer reach out to you? | | |
| | 32:18 | A. | Not to me. | | |
| | 32:19 | Q. | Did anyone from Sig Sauer interview | | |
| | 32:20 | | you? | | |
| | 32:21 | A. | They did not. | | |
| | 32:22 | Q. | Did anyone from Sig Sauer come to the | | |
| | 32:23 | | Montville Police Department to investigate? | | |
| | 32:24 | A. | Not that I know of. | | |
| 45:17 - 46:11 | **Witts, Daniel D. 2024-07-11** | | | 00:00:40 | **OSI3V2.9** |
| | 45:17 | Q. | Was your holster a light-bearing | | |
| | 45:18 | | holster? | | |
| | 45:19 | A. | It was. | | |
| | 45:20 | Q. | Did you have a light on your P320 -- | | |
| | 45:21 | A. | I did. | | |
| | 45:22 | Q. | -- when the discharge occurred? | | |
| | 45:23 | A. | Yes, sir. | | |
| | 45:24 | Q. | What kind of light did you have? | | |
| | 45:25 | A. | It was a Streamlight TR-1. | | |
| | 46:01 | Q. | So even aside from the retention, the | | |
| | 46:02 | | three levels of retention that that Safariland had, | | |
| | 46:03 | | considering that your 320 had a light on it, did it | | |
| | 46:04 | | fit securely within that Safariland holster? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 46:05  A.  It did. | | |
| | 46:06  Q.  Did you ever have any prior issue with | | |
| | 46:07       that holster? | | |
| | 46:08  A.  No, sir. | | |
| | 46:09  Q.  Did you ever have a prior unintended | | |
| | 46:10       discharge? | | |
| | 46:11  A.  No, sir. | | |
| 55:21 - 58:13 | **Witts, Daniel D. 2024-07-11** | 00:02:47 | **OSI3V2.10** |
| | 55:21  Q.  Thank you.  You've said on the date of | | |
| | 55:22       the incident you had a Streamlight 301 on your | | |
| | 55:23       weapon? | | |
| | 55:24  A.  A TLR-1. | | |
| | 55:25  Q.  TLR-1.  And when did you affix that | | |
| | 56:01       Streamlight to your weapon for the first time? | | |
| | 56:02  A.  When we first were issued the guns. | | |
| | 56:03       We went through our initial training with them. | | |
| | 56:04       They were on them. | | |
| | 56:05  Q.  And did you always carry your P320 | | |
| | 56:06       from the time it was issued to the time of the | | |
| | 56:07       incident with that TLR-1 on it? | | |
| | 56:08  A.  Yes, sir. | | |
| | 56:09  Q.  I want to talk to you about your duty | | |
| | 56:10       belt a little bit.  What kind of duty belt was it? | | |
| | 56:11  A.  I can't -- I don't know the exact | | |
| | 56:12       brand.  I think we get them from Galls.  Our other | | |
| | 56:13       sergeant orders all of our gear. | | |
| | 56:14  Q.  Are you still wearing the same duty | | |
| | 56:15       belt you were wearing on that day? | | |
| | 56:16  A.  I am not. | | |
| | 56:17  Q.  Did it have a buckle or Velcro to | | |
| | 56:18       close the front? | | |
| | 56:19  A.  It had a plastic buckle with two | | |
| | 56:20       release points on it. | | |
| | 56:21  Q.  So like a clip that clips together? | | |
| | 56:22  A.  Yes, sir. | | |
| | 56:23  Q.  What equipment were you carrying on | | |
| | 56:24       that duty belt on the date of the incident? | | |
| | 56:25  A.  The only thing on my duty belt was the | | |
| | 57:01       handgun, holster, and a set of handcuffs. | | |
| | 57:02  Q.  The handgun, holster, and a set of | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 57:03 | | handcuffs? | | |
| | 57:04 | A. | Yes, sir. | | |
| | 57:05 | Q. | Where were the handcuffs? | | |
| | 57:06 | A. | They're slightly behind my handgun. | | |
| | 57:07 | | Maybe four inches behind it. | | |
| | 57:08 | Q. | Were they just tucked into a belt or | | |
| | 57:09 | | were they in a holder? | | |
| | 57:10 | A. | They're in a Kydex holder. | | |
| | 57:11 | Q. | Can you say the name of the holder | | |
| | 57:12 | | again, please? | | |
| | 57:13 | A. | They're called Kydex holsters.  Just a | | |
| | 57:14 | | foreign plastic that the cuffs click into. | | |
| | 57:15 | Q. | So it doesn't have a flap over the | | |
| | 57:16 | | top.  They click in and it has an indent in the | | |
| | 57:17 | | middle that holds the cuffs in there? | | |
| | 57:18 | A. | Yeah.  They're divided by retention, | | |
| | 57:19 | | yep. | | |
| | 57:20 | Q. | Did you carry chain cuffs or hinged | | |
| | 57:21 | | cuffs? | | |
| | 57:22 | A. | Hinged. | | |
| | 57:23 | Q. | And other than the holster with the | | |
| | 57:24 | | weapon in it and the cuff holder with cuffs in it, | | |
| | 57:25 | | there was nothing else on your duty belt? | | |
| | 58:01 | A. | Just one set of my car keys up front | | |
| | 58:02 | | on my front left. | | |
| | 58:03 | Q. | And how were they affixed to the duty | | |
| | 58:04 | | belt? | | |
| | 58:05 | A. | It's a quick release.  So they slide | | |
| | 58:06 | | in and out of a little metal clip. | | |
| | 58:07 | Q. | Are they contained within any kind of | | |
| | 58:08 | | pouch or holder or are they hanging loose? | | |
| | 58:09 | A. | They're hanging loose on a ring. | | |
| | 58:10 | Q. | How many keys do you have on your key | | |
| | 58:11 | | ring? | | |
| | 58:12 | A. | Just one car key and a fob to get into | | |
| | 58:13 | | our building. | | |
| 61:17 - 62:02 | **Witts, Daniel D. 2024-07-11** | | | 00:00:32 | **OSI3V2.11** |
| | 61:17 | Q. | Okay.  Off to your left-hand side next | | |
| | 61:18 | | to your left hand, is there something on your body | | |
| | 61:19 | | there? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 61:20 | A. | That's just my cargo pocket. Usually | | |
| | 61:21 | | my patrol gloves are kept on that side. It might be | | |
| | 61:22 | | the top of the patrol gloves sticking out. | | |
| | 61:23 | Q. | Did you have anything on your belt or | | |
| | 61:24 | | your pants or your body near the vicinity of the | | |
| | 61:25 | | P320 and holster other than the tourniquet kit? | | |
| | 62:01 | A. | Only thing that's close to it is a set | | |
| | 62:02 | | of cuffs that sit just behind my gun. | | |
| 62:09 - 62:14 | **Witts, Daniel D. 2024-07-11** | | | 00:00:13 | **OSI3V2.12** |
| | 62:09 | Q. | Okay. What was the size of your P320? | | |
| | 62:10 | | Was it a full size or a carry? | | |
| | 62:11 | A. | It was a full size. | | |
| | 62:12 | Q. | And did you have the smaller grip on | | |
| | 62:13 | | it? | | |
| | 62:14 | A. | It had a smaller size. Yes, sir. | | |

| | |
|---|---|
| Stipulated Designations | 00:29:27 |
| **TOTAL RUN TIME** | **00:29:27** |