# EXHIBIT D

Transcribed Trial Testimony of Robert Greene that was video recorded and played for the Jury

# RobertGreene-editedfortrial

Designation List Report

| | | |
|---|---|---|
| | **Greene, Robert** | 2023-05-24 |

| | |
|---|---|
| Our Designations | 00:11:28 |
| **TOTAL RUN TIME** | **00:11:28** |



ID: **RobertGreene-editedfortrial**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 5:03 - 5:06 | **Greene, Robert 2023-05-24** | | 00:00:06 | **RobertGreene-editedfortrial.18** |
| | 5:03 | - - - | | |
| | 5:04 | ROBERT GREENE, having been duly sworn, was | | |
| | 5:05 | examined and testified as follows: | | |
| | 5:06 | - - - | | |
| 5:12 - 8:15 | **Greene, Robert 2023-05-24** | | 00:03:44 | **RobertGreene-editedfortrial.19** |
| | 5:12 | Q. Can you please state your duty | | |
| | 5:13 | position? | | |
| | 5:14 | A. I am a deportation officer with ERO | | |
| | 5:15 | under ICE. | | |
| | 5:16 | Q. How long have you been with ICE? | | |
| | 5:17 | A. Sixteen years. | | |
| | 5:18 | Q. Can you describe the firearms training | | |
| | 5:19 | you've received with ICE? | | |
| | 5:20 | A. We qualify every quarter with my issued | | |
| | 5:21 | SIG Sauer. | | |
| | 5:22 | Q. How long have you been carrying a | | |
| | 5:23 | SIG Sauer? | | |
| | 5:24 | A. Since I got hired on the agency, that's | | |
| | 6:01 | the only manufacturer that I've been issued. | | |
| | 6:02 | Q. Do you recall the different types of | | |
| | 6:03 | models of SIG Sauer you've received? | | |
| | 6:04 | A. We had a prior one that was a | | |
| | 6:05 | 40 caliber, and I honestly can't remember the model | | |
| | 6:06 | number off the top of my head. | | |
| | 6:07 | Q. Have you ever experienced an | | |
| | 6:08 | unintentional discharge, other than the one which | | |
| | 6:09 | occurred on August 3rd, 2021, which we're going to | | |
| | 6:10 | talk about today? | | |
| | 6:11 | A. No. | | |
| | 6:12 | (Greene Deposition Exhibit 1 was | | |
| | 6:13 | marked for identification.) | | |
| | 6:14 | BY MR. CEISLER: | | |
| | 6:15 | Q. I'm now going to show you a video. I'm | | |
| | 6:16 | going to mark it as Exhibit 1. | | |
| | 6:17 | Can you see my screen all right, sir? | | |
| | 6:18 | A. Yes, I can. | | |
| | 6:19 | Q. All right. I'm going to play you the | | |
| | 6:20 | first minute of the video and then ask you some | | |
| | 6:21 | questions about it. Okay? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 6:22 | A. | All right. | | |
| | 6:23 | | (Whereupon, a video was played for the | | |
| | 6:24 | | deponent to view.) | | |
| | 7:01 | | BY MR. CEISLER: | | |
| | 7:02 | Q. | I am going to stop it at 32 seconds. | | |
| | 7:03 | | Sir, have you seen this video before? | | |
| | 7:04 | A. | I have. | | |
| | 7:05 | Q. | What does this video depict, generally? | | |
| | 7:06 | A. | It depicts me taking out the lockbox | | |
| | 7:07 | | key and putting back in my equipment and my duty | | |
| | 7:08 | | weapon back in the holster. | | |
| | 7:09 | Q. | Is there a discharge of a weapon in | | |
| | 7:10 | | this video? | | |
| | 7:11 | A. | Yes, there was. | | |
| | 7:12 | Q. | Does this video fairly and accurately | | |
| | 7:13 | | represent the discharge incident of | | |
| | 7:14 | | August 3rd, 2021, as you recall it? | | |
| | 7:15 | A. | Yes. | | |
| | 7:16 | Q. | I'm now going to show you another | | |
| | 7:17 | | video, which is, I can represent to you, a close-up | | |
| | 7:18 | | of the same video.  I'm just going to ask you a few | | |
| | 7:19 | | questions about that. | | |
| | 7:20 | A. | Okay. | | |
| | 7:21 | | MR. CEISLER:  Off the record for a | | |
| | 7:22 | | second. | | |
| | 7:23 | | THE VIDEOGRAPHER:  We're going off the | | |
| | 7:24 | | record.  The time is 10:09 a.m. | | |
| | 8:01 | | (Whereupon, a short recess was had from | | |
| | 8:02 | | 10:09 a.m. to 10:10 a.m.) | | |
| | 8:03 | | THE VIDEOGRAPHER:  We are back on the | | |
| | 8:04 | | record.  The time is 10:10 a.m. | | |
| | 8:05 | | BY MR. CEISLER: | | |
| | 8:06 | Q. | All right.  Sir, can you see my screen | | |
| | 8:07 | | all right? | | |
| | 8:08 | A. | Yes. | | |
| | 8:09 | Q. | I'm going to show you another video. | | |
| | 8:10 | | (Whereupon, a video was played for the | | |
| | 8:11 | | deponent to view.) | | |
| | 8:12 | | BY MR. CEISLER: | | |
| | 8:13 | Q. | Does this video fairly and accurately | | |
| | 8:14 | | represent the August 3rd, 2021, discharge incident, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 8:15 | as you recall it? | | |
| 8:19 - 8:19 | **Greene, Robert 2023-05-24** | | 00:00:01 | **RobertGreene-editedfortrial.2** |
| | 8:19 | A. Yes. | | |
| 10:07 - 10:09 | **Greene, Robert 2023-05-24** | | 00:00:06 | **RobertGreene-editedfortrial.3** |
| | 10:07 | Q. Do you recall this incident from | | |
| | 10:08 | August 3rd of 2021? | | |
| | 10:09 | A. Yes. | | |
| 10:23 - 12:14 | **Greene, Robert 2023-05-24** | | 00:02:00 | **RobertGreene-editedfortrial.4** |
| | 10:23 | MR. CEISLER: All right. I'm going to | | |
| | 10:24 | introduce this video as Exhibit 2. This is | | |
| | 11:01 | the video with the zoom. | | |
| | 11:02 | BY MR. CEISLER: | | |
| | 11:03 | Q. First, where are you in this video, | | |
| | 11:04 | sir? | | |
| | 11:05 | A. I am at the lockbox inside of the jail | | |
| | 11:06 | sally port, the St. Clair County Jail in | | |
| | 11:07 | Port Huron, Michigan. | | |
| | 11:08 | Q. And just to absolutely confirm: That | | |
| | 11:09 | is you with the blue jacket and the tan, khaki | | |
| | 11:10 | pants? | | |
| | 11:11 | A. Yes. | | |
| | 11:12 | Q. What were you doing there, sir? | | |
| | 11:13 | A. I am getting ready to unlock the | | |
| | 11:14 | lockbox and take out my ICE-issued equipment and my | | |
| | 11:15 | sidearm. | | |
| | 11:16 | Q. Had you worked at this facility before? | | |
| | 11:17 | A. I'm sorry? | | |
| | 11:18 | Q. Had you work at this -- had you worked | | |
| | 11:19 | at this facility before? | | |
| | 11:20 | A. For ICE? | | |
| | 11:21 | Q. Yes, sir. | | |
| | 11:22 | A. Yes. | | |
| | 11:23 | Q. And what were you doing at this | | |
| | 11:24 | facility? | | |
| | 12:01 | A. I was there as a liaison for my agency. | | |
| | 12:02 | Q. So here you are at the lockbox. We're | | |
| | 12:03 | at 14 seconds in the Video 2 -- Exhibit 2. | | |
| | 12:04 | So can you describe for me what you are | | |
| | 12:05 | doing from -- actually, we're at 10 seconds, so | | |
| | 12:06 | between 10 seconds and about 11 seconds. | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 12:07 | | So in that chunk I just showed you, | | |
| | 12:08 | | right before you put your hand on the gun, what are | | |
| | 12:09 | | you doing? | | |
| | 12:10 | A. | Right before I put my hand on the gun? | | |
| | 12:11 | Q. | No, right -- right before you put your | | |
| | 12:12 | | hand on the gun. | | |
| | 12:13 | A. | I'm reaching in the box and pulling out | | |
| | 12:14 | | my firearm. | | |
| 13:03 - 13:19 | **Greene, Robert 2023-05-24** | | | 00:00:49 | **RobertGreene-editedfortrial.5** |
| | 13:03 | Q. | In this -- in this moment, where is | | |
| | 13:04 | | your firearm? | | |
| | 13:05 | A. | In this moment, I believe it's still | | |
| | 13:06 | | inside the box.  It's -- obviously, I can't see it, | | |
| | 13:07 | | so that would be my assumption. | | |
| | 13:08 | Q. | So you are retrieving your firearm from | | |
| | 13:09 | | the box? | | |
| | 13:10 | A. | Correct. | | |
| | 13:11 | Q. | Okay.  Where is your firearm at this | | |
| | 13:12 | | moment? | | |
| | 13:13 | A. | It's in my hand just above the holster, | | |
| | 13:14 | | I believe. | | |
| | 13:15 | Q. | And you are holstering the weapon? | | |
| | 13:16 | A. | Correct. | | |
| | 13:17 | Q. | Okay.  Stop me at the moment of | | |
| | 13:18 | | discharge that you -- as you recall it. | | |
| | 13:19 | A. | There. | | |
| 14:24 - 15:06 | **Greene, Robert 2023-05-24** | | | 00:00:24 | **RobertGreene-editedfortrial.6** |
| | 14:24 | Q. | Do you recall where your finger was at | | |
| | 15:01 | | the moment of discharge? | | |
| | 15:02 | A. | I believe it was outside of the | | |
| | 15:03 | | holster. | | |
| | 15:04 | Q. | Do you recall giving a statement as | | |
| | 15:05 | | part of an investigation into this incident? | | |
| | 15:06 | A. | Yes. | | |
| 16:07 - 16:23 | **Greene, Robert 2023-05-24** | | | 00:01:07 | **RobertGreene-editedfortrial.7** |
| | 16:07 | | MR. CEISLER:  All right.  Then I'm | | |
| | 16:08 | | going to introduce, as Exhibit 3, a document | | |
| | 16:09 | | which has been produced to us entitled | | |
| | 16:10 | | Management Inquiry Investigative Report, | | |
| | 16:11 | | along with ten exhibits that came with it. | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 16:12 | | This was produced by ICE to us. | | |
| | 16:13 | | BY MR. CEISLER: | | |
| | 16:14 | Q. | There's a line here which states, | | |
| | 16:15 | | "DO-redacted stated, I honestly have no idea. I | | |
| | 16:16 | | made sure that my finger was outside the trigger | | |
| | 16:17 | | guard area while holstering, and nothing was in the | | |
| | 16:18 | | holster. So I really have no idea clue as to what | | |
| | 16:19 | | happened." | | |
| | 16:20 | | Does that statement refresh your | | |
| | 16:21 | | recollection of what you stated as part of the | | |
| | 16:22 | | investigation at the time as to whether your finger | | |
| | 16:23 | | was inside the trigger guard? | | |
| 17:01 - 18:01 | **Greene, Robert 2023-05-24** | | | 00:01:00 | **RobertGreene-editedfortrial.8** |
| | 17:01 | A. | I'm going to -- yes, if -- that's the | | |
| | 17:02 | | statement I gave at the time -- at that time, I | | |
| | 17:03 | | believe that's what I believed and what I said. | | |
| | 17:04 | | BY MR. CEISLER: | | |
| | 17:05 | Q. | Sir, was your finger inside of the | | |
| | 17:06 | | trigger guard at the time this gun discharged? | | |
| | 17:07 | A. | No. | | |
| | 17:08 | Q. | How sure are you of that? | | |
| | 17:09 | A. | I feel a hundred percent sure on that. | | |
| | 17:10 | Q. | Was your finger on the trigger at the | | |
| | 17:11 | | time the gun went off? | | |
| | 17:12 | A. | No. | | |
| | 17:13 | Q. | And how sure are you of that? | | |
| | 17:14 | A. | I'm a hundred percent sure of that | | |
| | 17:15 | | also. | | |
| | 17:16 | Q. | Was your finger outside of the holster | | |
| | 17:17 | | at the time the gun discharged? | | |
| | 17:18 | A. | Yes, I believe so. | | |
| | 17:19 | Q. | And you've reviewed video of this | | |
| | 17:20 | | incident, correct? | | |
| | 17:21 | A. | It's been a while, but, yes, I did. | | |
| | 17:22 | Q. | And did that video confirm your belief | | |
| | 17:23 | | that your finger was outside of the holster at the | | |
| | 17:24 | | time of the incident? | | |
| | 18:01 | A. | It did to me, yes. | | |
| 18:18 - 18:22 | **Greene, Robert 2023-05-24** | | | 00:00:15 | **RobertGreene-editedfortrial.9** |
| | 18:18 | Q. | What type of holster are you wearing? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 18:19  A.  That is the issued holster that I<br>18:20       received when I received that weapon. It's a black<br>18:21       molded plastic. I believe the brand was the same<br>18:22       as the firearm. | | |
| 24:18 - 24:19 | **Greene, Robert 2023-05-24**<br>24:18  Q.  Was your pistol fully seated at the<br>24:19       time it discharged? | 00:00:05 | **RobertGreene-editedfortrial.10** |
| 24:21 - 25:13 | **Greene, Robert 2023-05-24**<br>24:21  A.  I do not know.<br>24:22       BY MR. CEISLER:<br>24:23  Q.  Was it inside of the holster at the<br>24:24       time it discharged?<br>25:01  A.  I believe it was, partially.<br>25:02  Q.  Do you know, partially or fully?<br>25:03  A.  I do not know how far in the holster it<br>25:04       was.<br>25:05  Q.  Okay. And to confirm, this was a<br>25:06       SIG Sauer P320, correct?<br>25:07  A.  Yes.<br>25:08  Q.  And it was SIG Sauer P320 that you were<br>25:09       issued by ICE?<br>25:10  A.  Yes. I was issued that weapon by ICE.<br>25:11  Q.  It didn't have any sort of manual<br>25:12       external safety?<br>25:13  A.  No. | 00:00:47 | **RobertGreene-editedfortrial.11** |
| 27:22 - 27:24 | **Greene, Robert 2023-05-24**<br>27:22       BY MR. CEISLER:<br>27:23  Q.  Were you following your training?<br>27:24  A.  Yes. | 00:00:04 | **RobertGreene-editedfortrial.12** |
| 28:01 - 28:03 | **Greene, Robert 2023-05-24**<br>28:01  Q.  Were you following the basic rules of<br>28:02       firearm safety, as you know them?<br>28:03  A.  Yes, as I know them. | 00:00:07 | **RobertGreene-editedfortrial.13** |
| 46:17 - 46:18 | **Greene, Robert 2023-05-24**<br>46:17  Q.  Did you have any personal concerns with<br>46:18       carrying the P320 again after your incident? | 00:00:05 | **RobertGreene-editedfortrial.14** |
| 46:22 - 46:23 | **Greene, Robert 2023-05-24**<br>46:22  A.  I really didn't have any thoughts on it<br>46:23       either way. | 00:00:03 | **RobertGreene-editedfortrial.15** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 71:04 - 71:13 | **Greene, Robert 2023-05-24** | 00:00:25 | **RobertGreene-editedfortrial.16** |
| | 71:04  Q.  Have you changed any of your practices | | |
| | 71:05       in holstering or un-holstering your pistol since | | |
| | 71:06       this incident? | | |
| | 71:07  A.  Well, obviously, I'm a lot more | | |
| | 71:08       cautious because, as I've said, I have no idea what | | |
| | 71:09       happened, but I'm going to continue to try to do | | |
| | 71:10       everything in my power to make sure it doesn't | | |
| | 71:11       happen again. | | |
| | 71:12  Q.  When you say you're "a lot more | | |
| | 71:13       cautious," how so? | | |
| 71:18 - 71:24 | **Greene, Robert 2023-05-24** | 00:00:20 | **RobertGreene-editedfortrial.17** |
| | 71:18       I always did before, I make sure to double check | | |
| | 71:19       that there's nothing in the holster, nothing | | |
| | 71:20       obstructed, you know. | | |
| | 71:21  Q.  Have you had any problems or issued | | |
| | 71:22       with -- issues with the P320 that you were issued | | |
| | 71:23       after this incident? | | |
| | 71:24  A.  No. | | |

| | |
|---|---|
| Our Designations | 00:11:28 |
| **TOTAL RUN TIME** | **00:11:28** |