# EXHIBIT F

Transcribed Trial Testimony of James
Tertin that was video recorded and
played for the Jury

# JamesTertin-editedfortrial

## Designation List Report

**Tertin, James**                                    **2025-07-09**

| Our Designations | 02:41:19 |
|---|---|
| **TOTAL RUN TIME** | **02:41:19** |



**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:20 - 8:23 | **Tertin, James 2025-07-09** | 00:00:07 | **JamesTertin-edit** |
| | 8:20    . . . . .JAMES TERTIN, was called as a | | **edfortrial.1** |
| | 8:21    witness, and after having been duly sworn remotely, | | |
| | 8:22    according to the law, was examined and testified as | | |
| | 8:23    follows: | | |
| 9:03 - 25:22 | **Tertin, James 2025-07-09** | 00:21:57 | **JamesTertin-edit** |
| | 9:03  Q.  Good morning, Mr. Tertin.  Could you | | **edfortrial.2** |
| | 9:04    please tell the jury who you are and what you do? | | |
| | 9:05  A.  Yes.  My name is Jim Tertin and I've | | |
| | 9:06    been a professional gunsmith since 1972.  So since | | |
| | 9:07    that time -- | | |
| | 9:08  Q.  Let me stop you for a second.  What is | | |
| | 9:09    a professional gunsmith? | | |
| | 9:10  A.  A professional gunsmith is not a parts | | |
| | 9:11    replacer.  A professional gunsmith takes in a broken | | |
| | 9:12    or malfunctioning firearm, takes it apart, analyzes | | |
| | 9:13    what does not work, and determines the correct path | | |
| | 9:14    in order to repair or fix it.  Sometimes that means | | |
| | 9:15    making a part which there is no blueprints for.  So | | |
| | 9:16    it had to be designed on paper and manufactured | | |
| | 9:17    using machines, tools, lays, mills, torches, | | |
| | 9:18    welding, et cetera.  Heat treating and fitting that | | |
| | 9:19    part or spring back into that firearm to put it in a | | |
| | 9:20    functional and safe condition. | | |
| | 9:21    So it's multifaceted.  You need to be | | |
| | 9:22    a machinist, you need to have an engineering | | |
| | 9:23    background, and you need to have metallurgical | | |
| | 9:24    background for heat treat.  In some cases, you need | | |
| | 9:25    to be an excellent wood worker if a panel of a stock | | |
| | 10:01    is broken as well as finishing it.  So it's a | | |
| | 10:02    multifaceted and multitalented field. | | |
| | 10:03  Q.  So you've been a gunsmith for 53 | | |
| | 10:04    years.  Take me back 53 years ago.  How did you get | | |
| | 10:05    into gunsmithing? | | |
| | 10:06  A.  I wanted to be a gunsmith since sixth | | |
| | 10:07    grade.  So in high school, I sent letters to six | | |
| | 10:08    different firearms companies asking them what's | | |
| | 10:09    required to work in their factory -- at that time, I | | |
| | 10:10    didn't know that factory workers weren't gunsmiths | | |
| | 10:11    -- and what school they would recommend.  Ray | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | |
|---|---|---|
| 10:12 | | Weatherby was the only that responded and he |
| 10:13 | | recommended Trinidad College in Trinidad, Colorado. |
| 10:14 | Q. | What type of program was that at |
| 10:15 | | Trinidad? |
| 10:16 | A. | Specifically, gunsmithing. A two-year |
| 10:17 | | program. In that program, we learned repair, we |
| 10:18 | | learned all of the things that I just outlined as |
| 10:19 | | far as heat treat, making a part, analyzing a part, |
| 10:20 | | installing barrels, chambering, metallurgy, and then |
| 10:21 | | we had other basic courses like geometry and math, |
| 10:22 | | and so forth. |
| 10:23 | Q. | Tell us about your experience in the |
| 10:24 | | gun industry after you graduated from Trinidad. |
| 10:25 | A. | My first job immediately out of school |
| 11:01 | | was Rusk Gunshop in Madison, which was a |
| 11:02 | | well-established gunsmithing and gun sale shop. |
| 11:03 | | Actually, it was founded in 1938 by Kenny Rusk. I |
| 11:04 | | was fortunate to get a job there. |
| 11:05 | | I worked there for seven years and |
| 11:06 | | learned a tremendous amount about firearms |
| 11:07 | | mechanisms and actions that had been manufactured in |
| 11:08 | | the last 100 years. And in that shop, we repaired |
| 11:09 | | anything that came in that was broken. |
| 11:10 | Q. | How long did you work at Rusk for? |
| 11:11 | A. | I worked there for seven years. I |
| 11:12 | | took a -- I took a short hiatus and worked for Anton |
| 11:13 | | Custom Stocks in Waterloo, Iowa. |
| 11:14 | | At that point, my career was young and |
| 11:15 | | I aspired to be a professional stock maker and I |
| 11:16 | | actually achieved that goal, but I also realized you |
| 11:17 | | couldn't make a living doing it. So I went back to |
| 11:18 | | Rusk Gunshop and continued. |
| 11:19 | Q. | After you worked at Rusk, where did |
| 11:20 | | you go next? |
| 11:21 | A. | I moved to Gander Mountain. That was |
| 11:22 | | a large, large catalog, outdoor catalogue company at |
| 11:23 | | that time selling direct market to the mail. |
| 11:24 | | They had a vision of opening a retail |
| 11:25 | | store. So to that end, they hired me to be the gun |
| 12:01 | | guy, set up the gun department in retail as well as |
| 12:02 | | the gunsmithing shop to support that gun department. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

12:03      They hired a camping guy and a fishing guy and us

12:04      three together opened the first Gander Mountain

12:05      retail store in Wilmot, Wisconsin.

12:06  Q.  How many stores did you ultimately

12:07      open?

12:08  A.  Ultimately, they had over 100. During

12:09      my tenure at Gander, we opened 18. The growth was

12:10      phenomenal. They continued to open stores. What I

12:11      had to do for those 18 stores was hire, train, and

12:12      install a gunsmith in every one of them.

12:13  Q.  After Gander Mountain, where did you

12:14      work next?

12:15  A.  Gander Mountain, I left there and I

12:16      moved to Brainerd, Minnesota and worked for a

12:17      company called Acro Metal. Acro Metal had just

12:18      signed a tractor with Weatherby to build their then

12:19      new Mark V lightweight rifle, which was still in the

12:20      design phase.

12:21      So I worked with Dick Cressey, who was

12:22      Weatherby's lead engineer, to finish that design and

12:23      perfect that design on the Mark V rifle.

12:24      Simultaneously, we put it into production. For the

12:25      next ten years, Acro Metal built Mark V Weatherby

13:01      rifles here in Minnesota.

13:02  Q.  After leaving Acro Metal, where did

13:03      you go?

13:04  A.  After leaving Acro Metal, while I was

13:05      working at Acro Metal, I had this idea of a large

13:06      caliber five-shot hunting revolver and I actually

13:07      approached the Acro Metal management with that idea,

13:08      with the concept of finishing the design and

13:09      manufacturing it there.

13:10      They were not open to that. They were

13:11      busy with their other projects. They manufactured

13:12      numerous things other than the Weatherby Mark V

13:13      rifle. So we reached an amicable agreement and I

13:14      left. Finished the design on this five-shot large

13:15      caliber revolver, put it into production, and

13:16      started manufacturing them also here in Brainerd,

13:17      Minnesota.

13:18      I did that for five years, but my

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

13:19    expertise was in design and manufacturing.  It was

13:20    not in marketing and sales.  So I got a hold of

13:21    Magnum Research who did all the marketing and sales.

13:22    So, essentially, we sold these guns all over the

13:23    country and some were exported, but my only customer

13:24    was Magnum Research.

13:25  Q.  Tell me what went into the design and

14:01    manufacturing of that product.

14:02  A.  It was a fair amount of work.  It's a

14:03    single action revolver with a transfer bar safety,

14:04    meaning when the hammer is in the full-cocked

14:05    position and the trigger is pulled, a transfer bar

14:06    slides up between the hammer and the firing pin

14:07    allowing the gun to fire.  If the hammer's in the

14:08    full-cocked position and dropped or jarred and the

14:09    trigger's not pulled, the hammer would slip forward,

14:10    but it would be unable to hit the firing pin because

14:11    that transfer bar was not between the firing pin and

14:12    the hammer.  So that was tricky to design.  It

14:13    actuates off the trigger.

14:14    The other tricky part in the design

14:15    was the cylinder, which has five chambers in it and

14:16    rotates in a clockwise direction.  It was very

14:17    tricky to get the timing right.  So that as you cock

14:18    the hammer and the cylinder rotated, each chamber

14:19    came up on dead center where the barrel is.

14:20  Q.  Is this a gun that you machined?  You

14:21    made yourself initially?

14:22  A.  Initially, I made one.  After that, I

14:23    subcontracted the parts and perfected the drawings.

14:24    After that, I subcontracted the parts out to a C&C

14:25    machinist.

15:01  Q.  So you ultimately teamed up with

15:02    Magnum Research for that?

15:03  A.  Yes.

15:04  Q.  How long were you then working with

15:05    Magnum Research?

15:06  A.  I sold that gun to them for five

15:07    years.  And after five years, two things happened:

15:08    One, at that point, the Desert Eagle pistol was made

15:09    in Israel and they were starting to float the idea

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

15:10    of producing that pistol in the United States.

15:11    So after five years, I sold them the

15:12    BFR handgun, which it's called, the large five-shot

15:13    hunting revolver.  And, simultaneously, I designed a

15:14    high tech 22 rifle, a semi-automatic with a graphite

15:15    barrel that weighs under three pounds.  It's

15:16    extremely accurate and extremely light.  I sold them

15:17    those two product lines and went to work for them.

15:18    At that point, the Desert Eagle or the

15:19    BFR became theirs and the rifle became theirs and we

15:20    continued to produce them in the same shop in the

15:21    same location only at this point they were Magnum

15:22    Research's property.  Well, what happened is Magnum

15:23    Research started to make a lot of money on those

15:24    because my margin went away.  They got it.  Then

15:25    they said, wow, we want the Desert Eagle here.

16:01  Q.  What's the Desert Eagle?

16:02  A.  The Desert Eagle is a large caliber

16:03    semi-automatic pistol.  It was originally designed

16:04    in Israel and Magnum imported that for a number of

16:05    years from two different companies there.

16:06  Q.  What was your involvement with the

16:07    Desert Eagle at Magnum?

16:08  A.  Our involvement was to, number one,

16:09    produce it in the United States and with that came

16:10    several challenges.  One, the only drawings we had

16:11    were two-dimensional paper drawings in Hebrew and

16:12    metric.  So he had to reverse engineer those parts

16:13    into inches and English and put them in a CAD

16:14    program in a format called Solid Modeling.  I hired

16:15    an excellent firearms engineer, Dennis Gerber.  He's

16:16    now deceased, but I learned a lot from him and he

16:17    was a good guy.  We worked together and reverse

16:18    engineered this Desert Eagle from, like I mentioned,

16:19    two-dimensional paper prints and that took over

16:20    three months.  It was a big job.

16:21    Then after that, we made some parts, I

16:22    did manually, to prove the dimensions and prove that

16:23    they worked.  Our other challenge was this gun had

16:24    already been produced for 15 years overseas.  So we

16:25    had close to half a million of them in the field.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

17:01   So our other big challenge was we

17:02   could use modern C&C technology available in the

17:03   United States that Israel did not have to make these

17:04   parts, but we had to make these parts so that they

17:05   retrofitted with all of the guns that we had in the

17:06   field that were made in Israel so we could continue

17:07   to service them properly.

17:08   Q.   Are you still working with Magnum?

17:09   A.   Yes.  Now I work directly for them.

17:10   Q.   What is your title at Magnum?

17:11   A.   I'm the director of research and

17:12   development and design.  I'm part-time now.  I'm

17:13   semi-retired and I just invent new things and design

17:14   new items.

17:15   Q.   Now you're not an engineer.  Correct?

17:16   A.   That's correct.

17:17   Q.   Based -- I'm sorry, I didn't hear

17:18   that.

17:19   A.   I train engineers.

17:20   Q.   You apply engineering principals when

17:21   you're designing guns?

17:22   A.   Absolutely.

17:23   Q.   The fact that you don't have an

17:24   engineering degree, has it ever been an impediment

17:25   in your ability to design and analyze guns?

18:01   A.   No, not at all.

18:02   Q.   Do you have experience inspecting guns

18:03   and measuring them for things like trigger pull

18:04   weight and trigger travel distance?

18:05   A.   Yes.  I've done that my entire career.

18:06   All types of firearms.

18:07   Q.   Do you have experience analyzing the

18:08   characteristics of a gun and assessing whether it's

18:09   a good design or an unsafe design?

18:10   A.   Absolutely.  During my years as a

18:11   gunsmith, we worked on a lot of designs that we, as

18:12   gunsmiths, love because they were so faulty.  They

18:13   broke all the time and we made a lot of money

18:14   repairing them.

18:15   So I'm very familiar with poor designs

18:16   and good designs.  Good designs, we didn't make any

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | |
|---|---|
| 18:17 | money on. |
| 18:18 | Q. Do you have experience analyzing |
| 18:19 | various safety devices and safety components used on |
| 18:20 | firearms? |
| 18:21 | A. Yes, absolutely. |
| 18:22 | Q. In connection with all of your |
| 18:23 | experience, have you summarized that into what is |
| 18:24 | commonly called a CV or a risumi? |
| 18:25 | A. Yes. |
| 19:01 | Q. Let me show you just for |
| 19:02 | identification purposes what we've pre-marked |
| 19:03 | Plaintiff's Exhibit 105 just for your screen. |
| 19:04 | Is this a copy of your CV? |
| 19:05 | A. Yes, I see it and it is. |
| 19:06 | Q. Over your 53 years of gunsmithing, |
| 19:07 | have you been awarded any patents? |
| 19:08 | A. Yes. I've been awarded numerous |
| 19:09 | patents for firearm designs, barrel designs, |
| 19:10 | silencer or suppressor designs, and conversions from |
| 19:11 | one caliber to another. |
| 19:12 | Q. Now in all the years you've been a |
| 19:13 | gunsmith and a gun designer, have you previously |
| 19:14 | worked as an expert witness in connection to firearm |
| 19:15 | litigation like this one? |
| 19:16 | A. Yes, I have. Numerous times in the |
| 19:17 | last three years. |
| 19:18 | Q. Did that litigation expert witness |
| 19:19 | experience just begin in the last three years? |
| 19:20 | A. Yes. |
| 19:21 | Q. For this particular case, you'd agree |
| 19:22 | it was my firm that hired you to assess the Sig |
| 19:23 | Sauer P320? |
| 19:24 | A. Yes, it was. |
| 19:25 | Q. What is your hourly rate for your time |
| 20:01 | and experience? |
| 20:02 | A. $200 an hour. |
| 20:03 | Q. Is that in any way contingent upon the |
| 20:04 | outcome of this case? |
| 20:05 | A. No, it's not. |
| 20:06 | ATTORNEY HURD: I move to admit James |
| 20:07 | Tertin as an expert in firearm design, function, and |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

20:08    safeties.  With that, I don't have any further

20:09    questions for right now.

20:10    ATTORNEY DENNISON:  Okay.

20:11    BY ATTORNEY DENNISON:

20:12  Q.  Mr. Tertin, you are not a licensed

20:13    professional engineer.  Is that correct?

20:14  A.  That's correct.

20:15  Q.  And I believe you identified that you

20:16    have a two-year degree in gunsmithing from Trinidad

20:17    State College in Colorado?

20:18  A.  That's correct.

20:19  Q.  During that two-year degree, you did

20:20    not take any courses in physics.  Correct?

20:21  A.  Correct.

20:22  Q.  You did not take any courses in

20:23    engineering.  Correct?

20:24  A.  Correct.

20:25  Q.  You did not take any courses in

21:01    product design.  Correct?

21:02  A.  Correct.

21:03  Q.  You previously testified that you

21:04    don't consider yourself to be a scientist.  Do you

21:05    recall that?

21:06  A.  Yes.

21:07  Q.  And you previously testified that you

21:08    were not trained or qualified to reconstruct a

21:09    shooting accident to determine what happened in any

21:10    particular event.  Is that correct?

21:11  A.  Yeah.  I'm not a reconstructionist.

21:12    I'm a firearms expert.

21:13  Q.  You've never designed a striker-fired

21:14    pistol?

21:15  A.  No.

21:16  Q.  And you've never carried a

21:17    striker-fired pistol.  Right?

21:18  A.  I have now, yes.

21:19  Q.  Okay.  Is that recent?

21:20  A.  Yep.

21:21  Q.  You indicated that you work for Magnum

21:22    Research in a semi-retired capacity.  Is that right?

21:23  A.  Yes.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

21:24   Q.  Magnum Research is owned by a company

21:25       named -- is it Saeilo?

22:01   A.  Saeilo.

22:02   Q.  Saeilo.

22:03   A.  Saeilo, yep.  A lot -- a lot of vowels

22:04       in that word.

22:05   Q.  But Magnum Research is owned by

22:06       Saeilo.  Correct?

22:07   A.  Yes.

22:08   Q.  Saeilo owns Kahr Arms?

22:09   A.  Yes.

22:10   Q.  Kahr Arms manufactures striker-fired

22:11       pistols.  Correct?

22:12   A.  Correct.

22:13   Q.  Kahr Arms manufactures striker-fired

22:14       pistols without a tabbed trigger.  Correct?

22:15   A.  And double action, yes.

22:16   Q.  Well, let me start with they

22:17       manufacture them without a tabbed trigger.  Correct?

22:18   A.  Yes.

22:19   Q.  And you indicated that the Kahr Arms

22:20       pistols without a tabbed trigger are double action.

22:21       Would it be fair to state that they

22:22       are not true double action pistols?

22:23   A.  Well, they're true double action

22:24       pistols in that the trigger cocks and releases the

22:25       striker.

23:01   Q.  That striker on the Kahr Arms pistol

23:02       is partially pre-cocked before you pull the trigger.

23:03       Correct?

23:04   A.  Yep.  Yes, sir -- ma'am.

23:05   Q.  Now you talked about the revolver that

23:06       you designed that is a single action revolver.

23:07       Correct?

23:08   A.  Yes.

23:09   Q.  Is that also known as the BFR?

23:10   A.  That's correct.

23:11   Q.  That revolver that you designed has a

23:12       three and a half trigger pull?

23:13   A.  Yes.

23:14   Q.  It does not have a manual thumb

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

23:15     safety?
23:16  A.  No.
23:17  Q.  That's correct.  Right?
23:18  A.  Yeah, that's correct.  It does not.  I
23:19     don't know of any single action revolver that does.
23:20  Q.  It does not have a tabbed trigger.
23:21     Correct?
23:22  A.  Absolutely not.
23:23  Q.  You talked about the transfer bar
23:24     safety that you designed on that revolver.  That is
23:25     an internal safety to the gun.  Correct?
24:01  A.  Yes.
24:02  Q.  And that safety --
24:03  A.  It's -- excuse me.  Go ahead.
24:04  Q.  Sorry, I did not mean to speak over
24:05     you.  Were you finished your answer?
24:06  A.  It's visible to the shooter, but it's
24:07     internal.
24:08  Q.  Thank you.  That transfer bar safety
24:09     was designed to prevent inertial fires from things
24:10     like the pistol dropping.  Correct?
24:11  A.  Correct.
24:12  Q.  That transfer bar safety does not stop
24:13     the gun from firing if the trigger is accidentally
24:14     pulled.  Correct?
24:15  A.  Correct.
24:16  Q.  Now you previously told me that the
24:17     expert reports -- well, let's start with you
24:18     prepared an expert report in this matter.  Correct?
24:19  A.  Yes, I did.
24:20  Q.  And that set forth the opinions that
24:21     you have in this action.  Right?
24:22  A.  Yes.
24:23  Q.  And you've previously told me that the
24:24     expert report that you have prepared in these cases
24:25     was the result of a back and forth between you and
25:01     plaintiff's lawyers.  Do you recall that?
25:02  A.  That's correct.
25:03  Q.  When I've asked you which portions of
25:04     the report you wrote and which portions of the
25:05     report the plaintiffs' lawyers wrote, you've been

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 25:06 | unable to give me those specifics.  Correct? | | |
| | 25:07 | A.  I don't recall that.  I do recall that | | |
| | 25:08 | all of the ideas and opinions and facts were mine | | |
| | 25:09 | and that Saltz Mongeluzzi & Bendesky made them | | |
| | 25:10 | readable. | | |
| | 25:11 | Q.  Okay.  Do you recall telling me that | | |
| | 25:12 | your initial report was maybe eight pages long and | | |
| | 25:13 | then the report after Saltz Mongeluzzi got to it and | | |
| | 25:14 | edited it was maybe 18 pages long? | | |
| | 25:15 | A.  Yes, I do.  Yes.  Yeah, my initial | | |
| | 25:16 | report was nothing but figures and data.  They made | | |
| | 25:17 | it readable, added the legalese, and suggested some | | |
| | 25:18 | pictures. | | |
| | 25:19 | Q.  Mr. Tertin, you were asked about | | |
| | 25:20 | whether you have offered opinions in other matters | | |
| | 25:21 | over the last three years.  Do you recall that? | | |
| | 25:22 | A.  Yes. | | |
| 27:08 - 27:22 | **Tertin, James 2025-07-09** | 00:00:32 | **JamesTertin-edit edfortrial.3** |
| | 27:08 | Q.  Mr. Tertin, you were just asked about | | |
| | 27:09 | your report and it being in collaboration with the | | |
| | 27:10 | law firm Saltz Mongeluzzi & Bendesky.  Right? | | |
| | 27:11 | A.  Yes. | | |
| | 27:12 | Q.  Were all of the opinions contained in | | |
| | 27:13 | that report your opinions? | | |
| | 27:14 | A.  Yes, they were. | | |
| | 27:15 | Q.  And the law firm helped make it | | |
| | 27:16 | readable? | | |
| | 27:17 | A.  Yes. | | |
| | 27:18 | Q.  Fair to say that you're a better | | |
| | 27:19 | gunsmith than you are a wordsmith? | | |
| | 27:20 | A.  Yes.  All of my career, I've had a | | |
| | 27:21 | secretary.  So I'm not very good at putting facts | | |
| | 27:22 | and figures into a readable format. | | |
| 28:08 - 29:07 | **Tertin, James 2025-07-09** | 00:01:14 | **JamesTertin-edit edfortrial.4** |
| | 28:08 | Q.  Mr. Tertin, you mentioned that the law | | |
| | 28:09 | firm suggested some photographs for the report. | | |
| | 28:10 | Did the addition of those photographs | | |
| | 28:11 | have any effect on the length of the report? | | |
| | 28:12 | A.  Yes, the pictures made it | | |
| | 28:13 | significantly longer.  They take up a lot of room. | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 28:14   Q.   You were asked about your revolver and | | |
| | 28:15      the fact that it didn't have a tabbed trigger on it. | | |
| | 28:16      Tell me mechanically because we're all | | |
| | 28:17      unfamiliar with this revolver.  We haven't seen it. | | |
| | 28:18      Take me through what a shooter has to do to actually | | |
| | 28:19      fire this pistol. | | |
| | 28:20   A.   Number one, load the cylinder, all | | |
| | 28:21      five chambers.  Number two, cock the hammer.  On | | |
| | 28:22      this gun, there is no half cock because it has a | | |
| | 28:23      transfer bar safety.  It doesn't need a half cock. | | |
| | 28:24      Cock the hammer fully and, to fire, simply press the | | |
| | 28:25      trigger.  If you elect not to fire it, when it's in | | |
| | 29:01      full-cocked position, you put your thumb on the | | |
| | 29:02      hammer, touch the trigger, let the lamer down, and | | |
| | 29:03      the transfer bar drops. | | |
| | 29:04   Q.   It's only when that hammer is cocked | | |
| | 29:05      all the way back and the trigger is pulled that it | | |
| | 29:06      will fire? | | |
| | 29:07   A.   That's correct. | | |
| 29:14 - 30:04 | **Tertin, James 2025-07-09** | 00:00:40 | **JamesTertin-edit edfortrial.5** |
| | 29:14   Q.   What is the trigger pull when the | | |
| | 29:15      hammer's all the way back? | | |
| | 29:16   A.   Three and a half pounds. | | |
| | 29:17   Q.   Okay.  If the hammer is all the way | | |
| | 29:18      down, are you able to pull the trigger and cause it | | |
| | 29:19      to fire? | | |
| | 29:20   A.   No.  It's a hammer down on the single | | |
| | 29:21      action revolver, the entire mechanism is dead. | | |
| | 29:22   Q.   As a designer of this revolver, what's | | |
| | 29:23      your expectation of how people are going to carry | | |
| | 29:24      that, with the hammer down or with the hammer all | | |
| | 29:25      the way cocked? | | |
| | 30:01   A.   We did that demographic study on this. | | |
| | 30:02      Over 80 percent of the BFR owners hunt with them. | | |
| | 30:03      So our expectation is they carry it loaded, hammer | | |
| | 30:04      down, in a holster. | | |
| 32:06 - 32:15 | **Tertin, James 2025-07-09** | 00:00:26 | **JamesTertin-edit edfortrial.6** |
| | 32:06   Q.   Mr. Tertin, I would like to shift our | | |
| | 32:07      attention now to actually talk about the incident | | |
| | 32:08      and your analysis and your opinions in this case. | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 32:09 | Okay? | | |
| | 32:10 | A. Okay. | | |
| | 32:11 | Q. So you were hired to review and | | |
| | 32:12 | analyze the Sig Sauer P320 to determine whether you | | |
| | 32:13 | thought it was defective or dangerously designed. | | |
| | 32:14 | Is that a fair assessment? | | |
| | 32:15 | A. Yes. | | |
| 32:22 - 35:13 | **Tertin, James 2025-07-09** | | 00:04:01 | **JamesTertin-edit** |
| | | | | **edfortrial.7** |
| | 32:22 | Q. Take me through your understanding | | |
| | 32:23 | about what happened to officer Jacques Desrosiers on | | |
| | 32:24 | October 10th, 2019? | | |
| | 32:25 | A. Yes. I read his report and my | | |
| | 33:01 | understanding is he was assigned to desk duties that | | |
| | 33:02 | particular day. So he parked his car, a block away | | |
| | 33:03 | from his squad room. He couldn't leave his duty | | |
| | 33:04 | weapon in his car, which was on his belt, his duty | | |
| | 33:05 | belt. So he took it out and locked his car, had his | | |
| | 33:06 | left hand full of stuff that he needed for the day, | | |
| | 33:07 | put his P320 in his waistband on his right side. | | |
| | 33:08 | And as he was walking toward the squad | | |
| | 33:09 | room, he adjusted it with his right hand because his | | |
| | 33:10 | left hand was full, and it inadvertently fired. | | |
| | 33:11 | At that point, he -- | | |
| | 33:12 | Q. What -- | | |
| | 33:13 | A. -- gun shot. | | |
| | 33:14 | Q. What kind of gun was carrying? | | |
| | 33:15 | A. He was carrying a P320. | | |
| | 33:16 | Q. Did that P320 have any external | | |
| | 33:17 | safety? | | |
| | 33:18 | A. No, it didn't. | | |
| | 33:19 | Q. Did the shell casing eject from the | | |
| | 33:20 | gun? | | |
| | 33:21 | A. No, it didn't. | | |
| | 33:22 | Q. What does it mean if a shell casing | | |
| | 33:23 | fails to eject from a striker-fired pistol like | | |
| | 33:24 | that? | | |
| | 33:25 | A. That generally means that the slide | | |
| | 34:01 | was subject to some outside force, friction, that | | |
| | 34:02 | did not allow it to come all the way back, extract, | | |
| | 34:03 | and eject the case out of the pistol. So his slide | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 34:04 | was obstructed. | | |
| | 34:05 | Q. Did you draft a report containing your | | |
| | 34:06 | analysis and opinions in this case? | | |
| | 34:07 | A. Yes. | | |
| | 34:08 | Q. Let me show just for your screen what | | |
| | 34:09 | we pre-marked as Exhibit 106. | | |
| | 34:10 | Is this a copy of your report? | | |
| | 34:11 | A. Yes, it is. | | |
| | 34:12 | Q. Okay. And do you have a copy of that | | |
| | 34:13 | in front of you, just in case you need to refresh | | |
| | 34:14 | your recollection? | | |
| | 34:15 | A. Yes, I do. | | |
| | 34:16 | Q. Okay. So in connection to your | | |
| | 34:17 | analysis of this case and the Sig Sauer P320, what | | |
| | 34:18 | materials did you review? | | |
| | 34:19 | A. Well, that was a lot of materials. I | | |
| | 34:20 | reviewed some past reports of P320 cases from | | |
| | 34:21 | Mr. Watkins and Mr. Toner, who is a Sig engineer. I | | |
| | 34:22 | looked at an Exemplar P320 pistol that I have in my | | |
| | 34:23 | possession. I looked at Mr. Vigilante's notes | | |
| | 34:24 | regarding this P320 pistol, Officer Desrosiers'. I | | |
| | 34:25 | looked at Cambridge Police Department incident | | |
| | 35:01 | report. They had a report of the discharge from the | | |
| | 35:02 | gun. I looked at some photographs related to the | | |
| | 35:03 | subject P320, Officer Desrosiers' gun. I looked at | | |
| | 35:04 | several Cambridge Police Department reports | | |
| | 35:05 | including one from the officer who cleared his gun | | |
| | 35:06 | and made sure it was empty and safe. Actually, he's | | |
| | 35:07 | the one that removed the fired case that was still | | |
| | 35:08 | in the gun. I looked at a lot of videos from past | | |
| | 35:09 | P320 unintended discharge cases going back several | | |
| | 35:10 | years that all show some of these guns were | | |
| | 35:11 | holstered, some of these guns were not. But they | | |
| | 35:12 | showed an accidental or incidental, uncommanded, | | |
| | 35:13 | discharge. I reviewed those. | | |

| 39:23 - 44:16 | **Tertin, James 2025-07-09** | 00:07:06 | **JamesTertin-edit** |
| | | | **edfortrial.8** |
| | 39:23 | Q. Okay. Mr. Tertin, in connection to | | |
| | 39:24 | your analysis of the P320 in this incident, did you | | |
| | 39:25 | review videos of other unintended discharges? | | |
| | 40:01 | A. Yes, I did. | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

40:02  Q.  Could you tell us what you reviewed as

40:03       memorialized in your report?

40:04  A.  I reviewed several videos, I line

40:05       listed them.  The first one I looked at was February

40:06       -- the incident occurred February 22nd, 2016

40:07       involving an uncommanded discharge of a P320 in

40:08       Rosecommon, Michigan.  I reviewed Jacques

40:09       Desrosiers' incident, which occurred October 10th,

40:10       2019 in Cambridge, Mass.  I reviewed a video in

40:11       August -- that occurred August 2021 in Port Huron,

40:12       Michigan, again, involving a P320 and an uncommanded

40:13       discharge.  I reviewed a video February 7th in

40:14       Honesdale, Pennsylvania that involved a P320

40:15       discharge that was uncommanded.  An incident that

40:16       occurred March 28th in Houston, Texas I reviewed

40:17       involving a P320 with an uncommanded discharge.  And

40:18       on July 24th, an incident occurred in Montville,

40:19       Connecticut involving a P320 with an uncommanded

40:20       discharge.

40:21  Q.  In addition to the videos of other

40:22       similar incidents that you reviewed, can you tell us

40:23       what else you reviewed in connection to this case?

40:24  A.  Yes.  I did some research on similar

40:25       striker-fired handguns and I line listed them.

41:01       There's over a hundred models if you consider all

41:02       the different variations, barrel lengths, and colors

41:03       of all these different pistols.  Do you want me to

41:04       go through those all?

41:05  Q.  No, but you can tell us what's the

41:06       commonality among those pistols?

41:07  A.  The commonality of all of these

41:08       pistols is they're single or double action handguns

41:09       that have external safeties of some sort, either a

41:10       tabbed trigger, grip safety, or manual thumb safety

41:11       with the exception of the Sig Sauer P320, which has

41:12       none of the above.  No safeties externally.

41:13  Q.  Have you previously seen an image, a

41:14       consolidated image, of the demonstrative pistols?

41:15  A.  Of who?

41:16  Q.  Demonstrative pistols.  Let me share

41:17       my screen with you for just a moment.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

41:18    Have you previously seen what has been
41:19    marked as Plaintiff's Exhibit 64?
41:20  A.  Yes, I have.
41:21    ATTORNEY HURD:  Let's publish this to
41:22    the jury.
41:23    BY ATTORNEY HURD:
41:24  Q.  What is depicted in this consolidated
41:25    image?
42:01  A.  It's several different manufacturers
42:02    of striker-fired pistols, but they all have a tabbed
42:03    trigger safety.
42:04  Q.  Let's talk about gun basics for the
42:05    jury who may or may not have familiarity with the --
42:06    with firearms.
42:07    At the most basic level -- and let's
42:08    focus the conversation on pistols.  At the most
42:09    basic level, how does a gun work?  How does it fire?
42:10  A.  It has to be cocked and then the
42:11    striker-fired pin released, which hits a primer,
42:12    fires the cartridge.
42:13  Q.  Now I understand there's a couple
42:14    types of pistols, hammer- or striker-fired.  Right?
42:15  A.  Yes.
42:16  Q.  Very simply, what's the difference?
42:17  A.  The striker is internal and the
42:18    hammer-fired is actually a piece of metal that
42:19    pivots on a pin and when the trigger is pulled, that
42:20    piece of metal slides forward, hits the firing pin,
42:21    which propels it forward into the primer.
42:22    The striker pistol, the striker
42:23    itself, is propelled forward.
42:24  Q.  Let's talk about cocking a pistol.
42:25    What does it mean to cock a pistol?
43:01  A.  That means to apply spring tension on
43:02    the striker to energize it so it can go forward and
43:03    hit the primer.
43:04  Q.  Are all striker-fired guns cocked in
43:05    the same way?
43:06  A.  No.
43:07  Q.  What is the difference?
43:08  A.  Some striker-fired guns are cocked by

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 43:09 | pulling the trigger, which energizes the striker and | | |
| | 43:10 | allows it to release and go forward and fire the | | |
| | 43:11 | cartridge. | | |
| | 43:12 | Some striker-fired pistols, the | | |
| | 43:13 | striker is fully cocked and a simple pull of the | | |
| | 43:14 | trigger fires the pistol. | | |
| | 43:15 | Q. Do you have a demonstrative animation | | |
| | 43:16 | of the mechanical movement of a striker-fired | | |
| | 43:17 | pistol? | | |
| | 43:18 | A. Yes. | | |
| | 43:19 | Q. Let's take a look at what has been | | |
| | 43:20 | previously marked as Plaintiff's Exhibit 49. We'll | | |
| | 43:21 | turn that audio off. | | |
| | 43:22 | Is Plaintiff's Exhibit 49 an animation | | |
| | 43:23 | of a striker-fired pistol and specifically a Glock? | | |
| | 43:24 | A. Yes, it is. | | |
| | 43:25 | ATTORNEY HURD: Let's publish this for | | |
| | 44:01 | the jury. | | |
| | 44:02 | BY ATTORNEY HURD: | | |
| | 44:03 | Q. I'm going to play and, as I do, I'd | | |
| | 44:04 | like you to tell us and explain to the jury what is | | |
| | 44:05 | happening. | | |
| | 44:06 | A. Okay. Okay. We can just see at the | | |
| | 44:07 | bottom of the screen where the tab was pulled and | | |
| | 44:08 | the trigger -- the tab was pressed and the trigger | | |
| | 44:09 | is starting to pull. | | |
| | 44:10 | There we go. Tab's depressed, trigger | | |
| | 44:11 | is pulling, striker is being energized. It reaches | | |
| | 44:12 | a point where it's released, slides forward, hits | | |
| | 44:13 | the primer, bullet's expelled out the barrel. And | | |
| | 44:14 | now the blow back is moving the slide back, | | |
| | 44:15 | extracting and ejecting the fired case, picking up a | | |
| | 44:16 | new one from the magazine. | | |
| 44:24 - 48:18 | **Tertin, James 2025-07-09** | | 00:04:39 | **JamesTertin-edit edfortrial.9** |
| | 44:24 | Q. You mentioned just a moment ago about | | |
| | 44:25 | the different ways to cock a pistol. Do you recall | | |
| | 45:01 | that? | | |
| | 45:02 | A. Yes. | | |
| | 45:03 | Q. Are their names associated with the | | |
| | 45:04 | two different ways? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

45:05    A.  Yes, there are.  There's a single
45:06        action pistol and a double action pistol.
45:07    Q.  Which one is which?
45:08    A.  The single action pistol is where the
45:09        striker is fully energized and cocked and resting on
45:10        a part we call a sear.
45:11        A double action pistol, the striker is
45:12        at rest until the trigger starts to be pulled.  As
45:13        the trigger is pulled, the striker moves back
45:14        correspondingly with the trigger and it's
45:15        continually energized until it releases and slides
45:16        forward and hits the primer.
45:17    Q.  What would you refer -- strike that.
45:18        What would you call a Glock, double or
45:19        single action?
45:20    A.  Double.
45:21    Q.  Okay.  Now are you aware that Glock
45:22        calls it something else?
45:23    A.  Yes, I am.
45:24    Q.  What do they call it?
45:25    A.  They call it a safe action.
46:01    Q.  Okay.  In your view, what is a Glock?
46:02    A.  It's a double action.  The striker is
46:03        not fully energized until the trigger is pulled all
46:04        the way rearward.
46:05    Q.  Okay.  Let's talk about the Sig Sauer
46:06        P320.  Is that a double action or a single action?
46:07    A.  Single action.
46:08    Q.  And why is that?
46:09    A.  It's a single action because when the
46:10        gun is cocked, like we talked about earlier, the
46:11        striker is held in the rearward position fully
46:12        energized resting on a part we call a sear.
46:13    Q.  Would a typical user know that the Sig
46:14        Sauer P320 is a single action pistol without being
46:15        told?
46:16    A.  No.  No, absolutely not.
46:17    Q.  How do you know that the Sig Sauer
46:18        P320 is a single action pistol?
46:19    A.  I actually made a cutaway of a P320
46:20        that I identified and located the striker in the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 46:21 | slide.  Using the Bridgeport mill, I made a cut in | |
| | 46:22 | that slide that made the striker visible.  I dyed | |
| | 46:23 | part of it red so that it was easily identifiable. | |
| | 46:24 | Q.  Let me show you what has been | |
| | 46:25 | pre-marked as Plaintiff's Exhibit 126. | |
| | 47:01 | Is this a video you created -- | |
| | 47:02 | A.  Yes, it is. | |
| | 47:03 | Q.  -- to demonstrate that cutaway? | |
| | 47:04 | A.  Yes. | |
| | 47:05 | ATTORNEY HURD:  Okay.  Let's publish | |
| | 47:06 | Plaintiff's Exhibit 126 for the jury. | |
| | 47:07 | BY ATTORNEY HURD: | |
| | 47:08 | Q.  Before I hit play, could you tell us | |
| | 47:09 | what we're seeing here? | |
| | 47:10 | A.  Yeah.  What we're seeing is the Sig | |
| | 47:11 | Sauer P320.  I cut a slot in the left slot of the | |
| | 47:12 | slide that makes the striker and striker spring | |
| | 47:13 | visible. | |
| | 47:14 | Q.  What is a striker in this video? | |
| | 47:15 | A.  The striker is that piece in the front | |
| | 47:16 | that's dyed red. | |
| | 47:17 | Q.  Can you see my cursor? | |
| | 47:18 | A.  Yes. | |
| | 47:19 | Q.  Is this part of the striker? | |
| | 47:20 | A.  That's it.  That is the striker. | |
| | 47:21 | Q.  And what is this component behind it? | |
| | 47:22 | A.  That's the striker spring. | |
| | 47:23 | Q.  And in this photo, is the P320 cocked | |
| | 47:24 | or uncocked? | |
| | 47:25 | A.  It's cocked.  The spring is fully | |
| | 48:01 | loaded. | |
| | 48:02 | Q.  And how does it get fully loaded? | |
| | 48:03 | A.  It gets fully loaded by articulating | |
| | 48:04 | the slide initially.  You have to pull the slide all | |
| | 48:05 | the way back and release it.  Then it cocks the | |
| | 48:06 | striker by resting it on the sear. | |
| | 48:07 | Q.  When the trigger's pulled, what will | |
| | 48:08 | happen? | |
| | 48:09 | A.  When the trigger's pulled, the striker | |
| | 48:10 | will be released and the spring behind it will | |
| | 48:11 | propel it forward into the cartridge.  Then every | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 48:12 | subsequent shot, it cocks automatically. | | |
| | 48:13 | Q. Let me hit play. | | |
| | 48:14 | (Whereupon the video clip was played.) | | |
| | 48:15 | THE WITNESS: Here I'm pulling -- yep. | | |
| | 48:16 | You can see the striker go forward when I'm pulling | | |
| | 48:17 | the trigger. | | |
| | 48:18 | (Whereupon the video clip was stopped.) | | |
| 49:07 - 62:08 | **Tertin, James 2025-07-09** | 00:16:57 | **JamesTertin-edit edfortrial.10** |
| | 49:07 | Q. Mr. Tertin, when we watch this, we see | | |
| | 49:08 | the tiniest amount of movement in the spring. Can | | |
| | 49:09 | you tell us why that is? | | |
| | 49:10 | A. Yes. That's a slight angulation in | | |
| | 49:11 | the sear so that it holds the striker solidly in | | |
| | 49:12 | position on the sear. Every gun has that that's a | | |
| | 49:13 | single action. | | |
| | 49:14 | Q. Okay. | | |
| | 49:15 | (Whereupon the video clip was played.) | | |
| | 49:16 | BY ATTORNEY HURD: | | |
| | 49:17 | Q. So does that tiny bit of movement have | | |
| | 49:18 | anything to do with the gun being cocked? | | |
| | 49:19 | A. No, it's pre-cocked. You can see in | | |
| | 49:20 | the video the spring is fully depressed. And that | | |
| | 49:21 | sear being slightly angled, as it's dropping, it's | | |
| | 49:22 | moving the striker a few thousands of an inch to get | | |
| | 49:23 | it off the sear and allow it to go forward. | | |
| | 49:24 | (Whereupon the video clip was stopped.) | | |
| | 49:25 | BY ATTORNEY HURD: | | |
| | 50:01 | Q. A few thousands of an inch. Is there | | |
| | 50:02 | anything in layperson's terms that you could equate | | |
| | 50:03 | that to? | | |
| | 50:04 | A. Well, I believe I measured this | | |
| | 50:05 | movement at 12 thousands and I could equate that to | | |
| | 50:06 | four human hairs. | | |
| | 50:07 | Q. Okay. I want you to look at the | | |
| | 50:08 | trigger when I hit play and we can see your finger | | |
| | 50:09 | moving back and forth. What is that showing? | | |
| | 50:10 | (Whereupon the video clip was played.) | | |
| | 50:11 | THE WITNESS: I'm taking up what we | | |
| | 50:12 | call the takeup. That's free travel. Once that | | |
| | 50:13 | takeup is removed, you can see that then the trigger | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 50:14 | and the transfer bar mechanism is in direct contact | |
| | 50:15 | with the sear.  It takes very little movement to | |
| | 50:16 | fire it at that point once the takeup is removed. | |
| | 50:17 | BY ATTORNEY HURD: | |
| | 50:18 | Q.  Did you perform a similar analysis of | |
| | 50:19 | the action in a Glock by creating a cutout? | |
| | 50:20 | A.  Yes, I did. | |
| | 50:21 | Q.  And did you videotape that? | |
| | 50:22 | A.  I did. | |
| | 50:23 | Q.  Let's take a look at Plaintiff's | |
| | 50:24 | Exhibit 109. | |
| | 50:25 | Is Plaintiff's Exhibit 109 the video | |
| | 51:01 | of the Glock with the cutout so you can see the | |
| | 51:02 | striker? | |
| | 51:03 | A.  Yes, it is. | |
| | 51:04 | ATTORNEY HURD:  Let's publish this for | |
| | 51:05 | the jury and let's play it. | |
| | 51:06 | (Whereupon the video clip was played and stopped.) | |
| | 51:07 | BY ATTORNEY HURD: | |
| | 51:08 | Q.  I'm going to stop right there. | |
| | 51:09 | What is happening with the spring and | |
| | 51:10 | the striker as you're squeezing the trigger? | |
| | 51:11 | (Whereupon the video clip was played.) | |
| | 51:12 | THE WITNESS:  The spring is being | |
| | 51:13 | compressed and the striker is being energized as I | |
| | 51:14 | pull the trigger. | |
| | 51:15 | You can see I hit the tab on the | |
| | 51:16 | trigger and start pulling it rearward and then, like | |
| | 51:17 | I said, the spring is being depressed and the | |
| | 51:18 | striker is being energized until the point of no | |
| | 51:19 | return and then the striker is released. | |
| | 51:20 | (Whereupon the video clip was stopped.) | |
| | 51:21 | BY ATTORNEY HURD: | |
| | 51:22 | Q.  So how many actions is the trigger | |
| | 51:23 | doing on this pistol? | |
| | 51:24 | A.  The trigger is doing one action. | |
| | 51:25 | Well, two actions.  It's energizing the striker and | |
| | 52:01 | releasing it. | |
| | 52:02 | Q.  Is there another word for energizing | |
| | 52:03 | the striker? | |
| | 52:04 | A.  Cocking. | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

52:05   Q.   Okay.

52:06   A.   Cocking the striker.

52:07   Q.   Let's talk about trigger travel and

52:08        trigger pull weight.

52:09        First, could you tell us what the term

52:10        trigger travel distance refers to?

52:11   A.   The distance required to pull a

52:12        trigger measured in inches in order for it to fire.

52:13   Q.   That's trigger travel distance?

52:14   A.   That's trigger travel distance, yes.

52:15   Q.   And what does the term trigger pull

52:16        weight refer to?

52:17   A.   Pull weight is a similar measurement

52:18        measured in pounds and ounces and it's the amount of

52:19        pounds and ounces required for a trigger to fully

52:20        actuate and fire.

52:21   Q.   Is the trigger travel distance

52:22        different across double action and single action

52:23        pistols?

52:24   A.   Yes, absolutely.

52:25   Q.   How so?

53:01   A.   As we saw in my previous video on the

53:02        double action, the trigger travel was fairly

53:03        significant because you're cocking the striker,

53:04        you're compressing the spring before it releases.

53:05        On a single action, as you saw in my

53:06        previous video, my finger's taking up the free

53:07        travel.  That's actually not measured as part of a

53:08        total distance for pull on a single action gun.

53:09        It's a measurement, but it's a pound and a half

53:10        weight.  It doesn't really matter.

53:11        Single action, the free travel is a

53:12        function of design.  It has to be there for the

53:13        disconnector in that pistol to reset the sear.

53:14        Anyway, back to your question.

53:15   Q.   Let me stop you for a second and

53:16        continue focusing on the trigger travel distance.

53:17        Have you measured the trigger travel

53:18        distance on a Glock?

53:19   A.   Yes.

53:20   Q.   And have you videotaped that?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

53:21   A.  I did.

53:22   Q.  Let me show you what's been pre-marked

53:23       as Plaintiff's Exhibit 108.

53:24       Is this the video of your measurement

53:25       of the Glock trigger travel distance?

54:01   A.  Yes, it is.

54:02       ATTORNEY HURD:  Let's publish this for

54:03       the jury.

54:04       BY ATTORNEY HURD:

54:05   Q.  When I hit play, let us know what

54:06       you're doing here.  Again, this is a Glock.  Right?

54:07   A.  Yes.

54:08       (Whereupon the video clip was played.)

54:09       THE WITNESS:  You can see the Glock is

54:10       in the inert position.  The striker's not visible,

54:11       only the spring.  Okay?

54:12       Now we're in the safe action mode.

54:13       I'm touching the blade with my electronic caliper.

54:14       I'm resetting it to zero.  I'm slowly depressing

54:15       that trigger until the point it releases and I get a

54:16       measurement of .433 inches.  Just under a half an

54:17       inch.

54:18       (Whereupon the video clip was stopped.)

54:19       BY ATTORNEY HURD:

54:20   Q.  Okay.  Did you also measure the

54:21       trigger travel distance on Exemplar P320?

54:22   A.  Yes, I did.

54:23   Q.  Did you measure that specifically for

54:24       this case?

54:25   A.  I've measured every P320 that I've

55:01       worked on plus numerous Exemplars that I have.  So I

55:02       measured a lot of them.

55:03   Q.  Okay.  You provided the measurements

55:04       of one in your report.  What was the trigger travel

55:05       distance of that one?

55:06   A.  I measured it several times.

55:07   Q.  You know what?  I'm sorry.

55:08   A.  Yes.  I measured at the free travel,

55:09       that I spoke about earlier, was 100 thousands of an

55:10       inch, .100.  And once I hit the wall and continued

55:11       movement until the break point was 48 thousands of

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

55:12   an inch, .048.

55:13   Q.   Let's talk about those phases of

55:14   trigger travel for a moment.

55:15   Explain for us the takeup or the free

55:16   travel.  What is that?

55:17   A.   That's a function of design.  Every

55:18   single action pistol has that.  It's when you fire a

55:19   single action pistol, the trigger has to be fully

55:20   released forward in order for the disconnector to

55:21   reset.  And then that free travel is just bringing

55:22   the trigger bar and that assembly back into full

55:23   contact with the sear.  If the free travel wasn't

55:24   there, the gun would either not function or go full

55:25   auto.

56:01   Q.   That free travel, what's the trigger

56:02   pull weight of that?

56:03   A.   A pound and a half.

56:04   Q.   You then mentioned the set point or

56:05   the wall.  What are you referring to with that term?

56:06   A.   The set point is when the trigger bar

56:07   linkage, as the trigger moves rearward, comes into

56:08   the full contact with the sear.

56:09   Then continuing to move past that, the

56:10   sear starts to slowly drop as the trigger is pulled.

56:11   Q.   What is the trigger pull weight for a

56:12   P320 associated with that phase of the trigger pull,

56:13   from the wall to the break?

56:14   A.   It's about five and a half pounds.

56:15   Q.   Okay.  And the break, what does that

56:16   refer to?

56:17   A.   The break is when the sear is dropped

56:18   far enough that the striker is released.  That's the

56:19   break point.

56:20   Q.   Did you take video of you measuring an

56:21   Exemplar P320?

56:22   A.   I did.

56:23   Q.   Let's take a look at Plaintiff's

56:24   Exhibit 118.

56:25   Is this the video of you measuring the

57:01   Sig Sauer P320?

57:02   A.   Yes, it is.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 57:03 | ATTORNEY HURD:  Let's publish this for | | |
| 57:04 | the jury. | | |
| 57:05 | (Whereupon the video clip was played.) | | |
| 57:06 | BY ATTORNEY HURD: | | |
| 57:07 | Q.  Tell us what you're doing here. | | |
| 57:08 | A.  Sig P320 with a flat trigger in the | | |
| 57:09 | cocked position.  I'm taking the free -- you watch, | | |
| 57:10 | I take the free travel off, the takeup, with my | | |
| 57:11 | thumb.  I'm doing that so I can get a setting where | | |
| 57:12 | the wall occurs.  I'll probably hit that yellow | | |
| 57:13 | button.  Yeah.  That sets my caliper to zero. | | |
| 57:14 | Now I continue to move the trigger | | |
| 57:15 | back with my thumb while moving the caliper as well | | |
| 57:16 | and watching the electronic readout and that'll give | | |
| 57:17 | me a number in thousands of an inch when that break | | |
| 57:18 | point is reached. | | |
| 57:19 | Q.  What was your measurement -- what was | | |
| 57:20 | your measurement of the set point to the break point | | |
| 57:21 | on this Exemplar? | | |
| 57:22 | A.  I did this three times.  That first | | |
| 57:23 | one we just saw was 54 thousandths of an inch, .054. | | |
| 57:24 | Now I'm doing the same thing again. | | |
| 57:25 | Took the takeup, free travel, up with my thumb, | | |
| 58:01 | slowly depressed the trigger with my thumb while | | |
| 58:02 | measuring it until it broke.  That was also .054, 54 | | |
| 58:03 | thousandths of an inch. | | |
| 58:04 | Now I'm doing this a third time.  Set | | |
| 58:05 | the caliper at zero, slowly depressing the trigger | | |
| 58:06 | until the break point.  That measurement was 052. | | |
| 58:07 | Just for reference, 16th of an inch is .061. | | |
| 58:08 | (Whereupon the video clip was stopped.) | | |
| 58:09 | BY ATTORNEY HURD: | | |
| 58:10 | Q.  Did you have the opportunity to see | | |
| 58:11 | the Sig Sauer diagram that listed the phases and | | |
| 58:12 | away and the measurements? | | |
| 58:13 | A.  Yes, I did see that. | | |
| 58:14 | Q.  Okay.  Let me show you what has been | | |
| 58:15 | pre-marked as Plaintiff's Exhibit 35. | | |
| 58:16 | Is this the diagram that you viewed? | | |
| 58:17 | A.  Yep, I did see that. | | |
| 58:18 | ATTORNEY HURD:  Let's publish this for | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

58:19      the jury.

58:20      BY ATTORNEY HURD:

58:21    Q.   Can you explain using this diagram the

58:22      phases of a trigger pull?

58:23    A.   Yes.  I got a zero in here on that

58:24      screen.

58:25      We have a movement from a dead trigger

59:01      to a set point, which is .28 millimeters, and we

59:02      have a dimension from the set point to the break

59:03      point of .42 millimeters and then we continue on

59:04      until the trigger is in the furthest most rearward

59:05      position.  This is after the gun is fired.  You can

59:06      continue to pull the trigger rearward and that's

59:07      point .69 millimeters until it stops.

59:08    Q.   When you do the conversion of the

59:09      travel distance between the set point and the break

59:10      point, was that consistent with your measurements?

59:11    A.   Yes, it was.

59:12    Q.   All of the P320s that you've measured,

59:13      has it been largely consistent, largely consistent

59:14      measurement between set point and break point?

59:15    A.   Yes, they have.  They varied a few

59:16      thousandths of an inch on each pistol that I've

59:17      examined.  But in actuality, this is an assembly

59:18      line -- assembly-lined made product.  So I expect

59:19      that variation.

59:20    Q.   Derek Watkins' report and I believe

59:21      will testify that the Sig Sauer P320 takes

59:22      approximately 38 percent less trigger displacement

59:23      to discharge than a Glock 19 Gen 4.  Do you agree

59:24      with that?

59:25    A.   No.  Actually, on average, it takes

60:01      about 55 thousandths of an inch to fire a Sig P320.

60:02      And as I measured earlier and we saw, it takes .433

60:03      of an inch, 433 thousandths, to fire a Glock.

60:04      That's 85 percent.

60:05    Q.   Do you know the trigger pull weight on

60:06      the average Glock?

60:07    A.   Yeah, it's about five and a half

60:08      pounds.

60:09    Q.   And does a Glock have the free travel

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 60:10 | like the P320 has? | |
| | 60:11 | A. No, it does not. | |
| | 60:12 | Q. So in the simplest of terms, in terms | |
| | 60:13 | of measurement, how do you compare the Glock trigger | |
| | 60:14 | or a double action and a Sig trigger? | |
| | 60:15 | A. Well, a double action trigger is long, | |
| | 60:16 | a Sig trigger and short. | |
| | 60:17 | Q. Let's talk about Officer Desrosiers' | |
| | 60:18 | P320 specifically. | |
| | 60:19 | Did you have the opportunity to | |
| | 60:20 | personally inspect his pistol? | |
| | 60:21 | A. No, I did not. | |
| | 60:22 | Q. Do you know why not? | |
| | 60:23 | A. Yes. Officer Desrosiers' pistol was | |
| | 60:24 | being held by the Cambridge Police Department and | |
| | 60:25 | Mr. Vigilante was there looking at some other items | |
| | 61:01 | and had the chance to examine this pistol, he made | |
| | 61:02 | notes on it, did measurements on it, and I got a | |
| | 61:03 | chance to see those. | |
| | 61:04 | Q. So Dr. Vigilante measured the trigger | |
| | 61:05 | travel distance? | |
| | 61:06 | A. Yes. | |
| | 61:07 | Q. Have you worked with Dr. Vigilante | |
| | 61:08 | before? | |
| | 61:09 | A. Yes, I have, on past cases. | |
| | 61:10 | Q. Have you relied on his measurements | |
| | 61:11 | before or demonstrations before? | |
| | 61:12 | A. Absolutely. He's a solid scientist. | |
| | 61:13 | Q. Dr. Vigilante's measurements here, how | |
| | 61:14 | did they compare to the measurements that you've | |
| | 61:15 | taken of P320s previously? | |
| | 61:16 | A. They match very closely. | |
| | 61:17 | Q. Okay. Within thousandths of an inch? | |
| | 61:18 | A. Yes, they did. Actually, Bill | |
| | 61:19 | Vigilante measured the takeup at 122 thousandths. | |
| | 61:20 | On this one particular gun we talked about earlier, | |
| | 61:21 | I measured at 100 thousandths. Twenty-two | |
| | 61:22 | thousandths is pretty much insignificant in free | |
| | 61:23 | travel. | |
| | 61:24 | Q. And his total travel distance, how did | |
| | 61:25 | that compare to the Sig Sauer's P320 diagram travel | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 62:01 | distance? | | |
| | 62:02 | A. Identical.  Bill measured it in | | |
| | 62:03 | millimeters.  I believe he got 6.8 millimeters for | | |
| | 62:04 | total trigger travel.  And if I recall, that diagram | | |
| | 62:05 | Sig had was the same. | | |
| | 62:06 | Q. Let me show you for identification | | |
| | 62:07 | purposes what's been pre-marked as Plaintiff's | | |
| | 62:08 | Exhibit 87. | | |

| 62:21 - 63:06 | **Tertin, James 2025-07-09** | 00:00:24 | **JamesTertin-edit** |
| | | | **edfortrial.11** |
| | 62:21 | Mr. Tertin, what are we looking at at | | |
| | 62:22 | Plaintiff's Exhibit 87? | | |
| | 62:23 | A. This Bill Vigilante's notes that he | | |
| | 62:24 | recorded on the trigger pull distance of Officer | | |
| | 62:25 | Desrosiers' P320. | | |
| | 63:01 | Q. Does this contain the measurements you | | |
| | 63:02 | just referred to? | | |
| | 63:03 | A. Yes, it does. | | |
| | 63:04 | Q. Is this something you relied on in | | |
| | 63:05 | connection with your analysis of this case? | | |
| | 63:06 | A. Absolutely. | | |

| 63:16 - 82:15 | **Tertin, James 2025-07-09** | 00:23:42 | **JamesTertin-edit** |
| | | | **edfortrial.12** |
| | 63:16 | Q. Even if you | | |
| | 63:17 | were unable to have Dr. Vigilante's measurements, | | |
| | 63:18 | based on your evaluations and measurements of other | | |
| | 63:19 | Exemplar P320's through the years, what is your | | |
| | 63:20 | expectation that you'd find for Officer Desrosiers' | | |
| | 63:21 | gun? | | |
| | 63:22 | A. I would expect them to be very similar | | |
| | 63:23 | to all of them that I've examined. | | |
| | 63:24 | Q. Let's talk about safeties. | | |
| | 63:25 | When we're talking about a safety on a | | |
| | 64:01 | pistol, what are we talking about?  What is it? | | |
| | 64:02 | A. Mechanism.  We're talking about | | |
| | 64:03 | safeties, it would be a mechanism on the outside of | | |
| | 64:04 | the firearm that prevents it from being discharged | | |
| | 64:05 | inadvertently. | | |
| | 64:06 | Q. You may have just said it, but what's | | |
| | 64:07 | the purpose of a safety, an external safety? | | |
| | 64:08 | A. Keep a gun from firing uncommanded. | | |
| | 64:09 | Q. Does a Glock have a safety? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

64:10   A.  Yes, it does.  It has a bladed
64:11        trigger.
64:12   Q.  Is that also referred to as a tabbed
64:13        trigger?
64:14   A.  Yes.
64:15   Q.  What type of external safeties are
64:16        most commonly used on pistols?
64:17   A.  Most common today is a blade in the
64:18        trigger.  When I first started in this business,  it
64:19        was an external manual safety that pushed up and
64:20        down and they're located on the slide or the frame
64:21        of a pistol or a grip safety located in the rear of
64:22        the frame that when you grab the frame of the
64:23        handgun, the web of your hand actually depressed it.
64:24   Q.  The last type of safety you were
64:25        referencing, is that also known as a thumb safety?
65:01   A.  The thumb safety is the second one I
65:02        mentioned.  That's a lever that flips up usually is
65:03        on, flips down usually is off.
65:04   Q.  Okay.  Did Officer Desrosiers' P320
65:05        have a tabbed trigger safety or a bladed trigger
65:06        safety?
65:07   A.  No, it did not.
65:08   Q.  Does any P320 that you're aware of
65:09        have a tabbed trigger safety?
65:10   A.  No.
65:11   Q.  Did Officer Desrosiers' P320 have a
65:12        manual thumb safety?
65:13   A.  No, it did not.
65:14   Q.  Let's talk about tabbed triggers.  I
65:15        would like to show you what has been pre-marked --
65:16        strike that.
65:17        I would like to show you a
65:18        demonstrative first.  This has been pre-marked as
65:19        Exhibit 50.  Have you seen this before?
65:20   A.  Yes, I have.
65:21   Q.  What am I holding up in front of the
65:22        camera?
65:23   A.  You're holding a Glock trigger
65:24        assembly.
65:25   Q.  Okay.  Does this trigger assembly have

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

66:01    a tab on it?

66:02  A.  Yes.  You can see it right in the

66:03    center of the trigger.

66:04  Q.  Okay.  Now I'm not sure how well the

66:05    jury is going to be able to see that on video, if at

66:06    all.  So I will show you what has been pre-marked as

66:07    Plaintiff's Exhibit 66.

66:08    Have you seen Plaintiff's Exhibit 66

66:09    before?

66:10  A.  Yes, I have.

66:11    ATTORNEY HURD:  I would like to

66:12    publish this for the jury.

66:13    BY ATTORNEY HURD:

66:14  Q.  Could you take a look at Plaintiff's

66:15    Exhibit 66 and explain to the jury what we're

66:16    looking at?

66:17  A.  You're looking at a Glock trigger with

66:18    the tab visible in the center of the trigger.  It's

66:19    protruding out from the trigger itself.

66:20  Q.  Can you see my cursor?

66:21  A.  I can.

66:22  Q.  Okay.  This area here that I'm moving

66:23    the cursor on --

66:24  A.  Yeah.  You're --

66:25  Q.  -- what is that?  What is that?

67:01  A.  You're on the tab right there with

67:02    your cursor.

67:03  Q.  Could you explain to us how this

67:04    works, how this tabbed trigger works?

67:05  A.  Yes.  The tab is depressed by your

67:06    finger when it's squarely on the trigger.  As the

67:07    tab is depressed, you can see at the very back of

67:08    the trigger, there's a little piece that sticks

67:09    down.  Right there, yeah.  That interacts with the

67:10    frame.  So if you pull the side of the trigger, that

67:11    little piece that sticks down hits the frame and

67:12    disallows the trigger to move.

67:13    When the tab is depressed, that is --

67:14    that little piece connected to the tab swings up and

67:15    out of the way and allows the trigger to move

67:16    rearward, cock, and release the striker.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

67:17  Q.  On a tabbed trigger, how many areas

67:18     can a user or an object touch and cause that trigger

67:19     to actuate if pressure's applied?

67:20  A.  That's a good question.  Actually,

67:21     there's two.  You can touch the very tip of the tab

67:22     with your finger and you can touch the center of the

67:23     trigger with your finger and depress the tab and

67:24     actuate the trigger.  Two, two areas.

67:25  Q.  If you were to press just the side of

68:01     the trigger and pull, what would happen?

68:02  A.  Nothing.  It's a dead trigger.

68:03  Q.  Have you demonstrated on video how a

68:04     tabbed trigger works?

68:05  A.  Yes, I have.

68:06  Q.  Let me show you what has been

68:07     pre-marked as Plaintiff's Exhibit 107.

68:08     Is the video that I have up on my

68:09     screen the video that you recorded?

68:10  A.  Yes, it is.

68:11     ATTORNEY HURD:  I'm going to publish

68:12     this for the jury.

68:13     BY ATTORNEY HURD:

68:14  Q.  I'm going to hit play and I ask that

68:15     you explain to the jury what this is showing.

68:16  A.  Okay, I'll do it.

68:17     (Whereupon the video clip was played.)

68:18     THE WITNESS:  I'm setting the striker.

68:19     Now I'm hitting various positions of the trigger

68:20     top, center, bottom, but always on the side.  Even

68:21     on the tip, but I'm on the side of the trigger.  I'm

68:22     simulating a graze trigger here.

68:23     BY ATTORNEY HURD:

68:24  Q.  What do you mean by graze trigger?

68:25  A.  A graze trigger is when some object

69:01     grazes the side of it.  And in the end, I put my

69:02     finger on the center of the tab, depressed it, and

69:03     fired the gun.

69:04     Yeah, now I'm grazing the side.

69:05     There, I even use my fingernail.  I'm unable to get

69:06     that pistol to fire until right there.  Depress the

69:07     tab, cock, and fire it.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

69:08  Q. Let's talk about a non-tabbed trigger

69:09     like the Sig Sauer P320 trigger.

69:10  A. Okay.

69:11  Q. How many areas can a user or an object

69:12     touch on a P320 trigger and cause it to actuate if

69:13     pressure's applied?

69:14  A. That's another good question. Let me

69:15     think about that.

69:16     Single action, non-tabbed trigger, I

69:17     would have to say ten. You can hit the left side of

69:18     the trigger in three different areas: the bottom,

69:19     the center, and the top. You can hit the right side

69:20     of the trigger bottom, center, and top. You can hit

69:21     the center of the trigger bottom, center, and top,

69:22     and you can also touch the very tip of the trigger

69:23     and fire it.

69:24  Q. Have you done a video demonstrating

69:25     how you can actuate a P320 trigger that does not

70:01     have a tab?

70:02  A. Yes.

70:03  Q. Let me show you what has been

70:04     pre-marked as Plaintiff's Exhibit 125.

70:05     Is this a video that you recorded?

70:06  A. Not coming up.

70:07  Q. Oh, I'm sorry, I didn't hit share.

70:08     Let me start fresh.

70:09     Let me show you what's been pre-marked

70:10     as Plaintiff's Exhibit 125. Is this a video that

70:11     you recorded?

70:12  A. Yes, it is.

70:13  Q. I'm going to hit play. And when I do,

70:14     please explain to the jury and what you're doing

70:15     here and what this demonstrates.

70:16     (Whereupon the video clip was played.)

70:17     THE WITNESS: Okay. We're starting

70:18     with a cocked Sig Sauer. You can see the striker in

70:19     the rearward position and I'm grazing the trigger

70:20     even with my fingernail on the right side trying to

70:21     get it to fire.

70:22     As you can see by the red striker, I

70:23     can fire that pistol from any position by grazing it

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

70:24    on the side.  Then I'm manually re-cocking the

70:25    pistol every time.

71:01    BY ATTORNEY HURD:

71:02  Q.  Why is it that you had to manually

71:03    re-cock the pistol every time?

71:04  A.  Because it's a single action.  I have

71:05    to get the striker solidly in contact with the sear

71:06    again.

71:07  Q.  Now if the gun actually had ammunition

71:08    in it, you wouldn't have to rack the slide every

71:09    time.  Right?

71:10  A.  That's correct.  Yeah, firing it would

71:11    re-cock it automatically.

71:12  Q.  Now if this P320 was equipped with a

71:13    tabbed trigger, do you have an opinion about whether

71:14    that side grazing would cause it to actuate?

71:15  A.  Yes, I do.  My opinion is it would be

71:16    exactly like the previous video of the Glock

71:17    trigger.  Grazing it on the side from any position,

71:18    top or bottom, would not fire it.

71:19  Q.  Did you also test the two types of

71:20    triggers using some type of apparatus?

71:21  A.  Yes.  I designed an apparatus that

71:22    scientifically and accurately measures various

71:23    angles.  I can set this device at any angle.  It

71:24    measures various angles of pull on triggers.

71:25  Q.  Okay.  Let's first take a look at

72:01    Exhibit, Plaintiff's Exhibit, 122.

72:02    Is this a video that you took?

72:03  A.  Yes, it is.

72:04  Q.  Okay.  This is a Sig Sauer P320.

72:05    Correct?

72:06  A.  Yes, it is.

72:07    ATTORNEY HURD:  Okay.  Let's publish

72:08    this for the jury.

72:09    BY ATTORNEY HURD:

72:10  Q.  Before I hit play, set the stage.

72:11    What do we see here?

72:12  A.  We see my fixture.  And in that

72:13    fixture, there's a Sig P320.  You can see an arm

72:14    through the window of the trigger guard.  That arm

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

72:15   simulates some object that might graze at various

72:16   angles the side of a trigger.

72:17   In this case, I can see that arm angle

72:18   is fairly severe.  I'm assuming that arm is at 40

72:19   degrees.  I did this actually at 20, 30, and 40

72:20   degrees.

72:21   (Whereupon the video clip was played.)

72:22   THE WITNESS:  I can see that it's

72:23   contacting the very side of the P320 and it fires

72:24   it.

72:25   BY ATTORNEY HURD:

73:01   Q.  So that arm at 40 degrees, what does

73:02   that simulate?

73:03   A.  That simulates an object grazing the

73:04   side of a trigger and firing it.

73:05   (Whereupon the video clip was stopped.)

73:06   BY ATTORNEY HURD:

73:07   Q.  Did you also perform that type of

73:08   demonstration with a Glock?

73:09   A.  I did.

73:10   Q.  Let's take a look at Plaintiff's

73:11   Exhibit 112.  Is Plaintiff's Exhibit 112 a video you

73:12   took?

73:13   (Whereupon the video clip was played and stopped.)

73:14   THE WITNESS:  Yes.  This is a Glock in

73:15   the same fixture.  You can see that the striker is

73:16   not energized.  I'm pulling the trigger numerous

73:17   times.  To get it to fire, I have to put my finger

73:18   in the center of the blade and pull it back.  But

73:19   I'm hitting the side of the trigger here in numerous

73:20   different positions.  You can see me pulling it with

73:21   a chain.  I'm on the bottom, center, and now I'm

73:22   firing it manually.

73:23   BY ATTORNEY HURD:

73:24   Q.  Now if you were to stick that actuator

73:25   or that arm in further across the tab, would you

74:01   expect it to fire?

74:02   A.  No.  Only if it was in far enough and

74:03   at a shallow enough angle to hit the tab.  At 40

74:04   degrees, it'd have to be all the way across the

74:05   trigger.  So the answer's no.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | |
|---|---|---|
| 74:06 | Q. | But if it was all the way across the |
| 74:07 | | trigger and across that tab, then it would? |
| 74:08 | A. | If it depressed the tab, it would, and |
| 74:09 | | then only. |
| 74:10 | Q. | Are there any disadvantages that |
| 74:11 | | you're aware of to having a tabbed trigger safety? |
| 74:12 | A. | No.  None. |
| 74:13 | Q. | Have you ever seen someone get a glove |
| 74:14 | | stuck in a tab? |
| 74:15 | A. | No, I haven't. |
| 74:16 | Q. | Have you ever seen someone break a |
| 74:17 | | tab? |
| 74:18 | A. | No.  Actually, I've been repairing |
| 74:19 | | guns 53 years and one of those has never come in the |
| 74:20 | | shop. |
| 74:21 | Q. | Have you ever seen a tab get jammed? |
| 74:22 | A. | No, I haven't. |
| 74:23 | Q. | Let's talk about alternative designs |
| 74:24 | | for the P320. |
| 74:25 | | Could the Sig Sauer P320 have been |
| 75:01 | | designed and manufactured with a tabbed trigger? |
| 75:02 | A. | Certainly. |
| 75:03 | Q. | From a design perspective, is there |
| 75:04 | | any reason not to use a tabbed trigger on a single |
| 75:05 | | action striker-fired pistol? |
| 75:06 | A. | No, no reason. |
| 75:07 | Q. | Other manufacturers use tabbed |
| 75:08 | | triggers? |
| 75:09 | A. | Yes, they do. |
| 75:10 | Q. | So we've talked about tabbed triggers |
| 75:11 | | a bit.  Let's talk about a manual thumb safety in a |
| 75:12 | | little bit more depth. |
| 75:13 | | How does a manual thumb safety work? |
| 75:14 | A. | Manual thumb safety is a device or |
| 75:15 | | lever located on the outside of the gun that when |
| 75:16 | | it's activated in the on or the safe position, |
| 75:17 | | blocks either the striker, the hammer, the trigger |
| 75:18 | | bar, or both or all three. |
| 75:19 | | So you flip it up to be in the on |
| 75:20 | | position, you flip it down to be in the fire |
| 75:21 | | position. |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

75:22    Q.   So if it's activated, the trigger is

75:23       locked?

75:24    A.   What's that?

75:25    Q.   If it's activated, the trigger is

76:01       locked?

76:02    A.   I didn't hear that.

76:03    Q.   If the manual thumb safety is up, if

76:04       it's on, is the trigger locked?

76:05    A.   Yes.

76:06    Q.   How long does it take to turn a manual

76:07       thumb safety off?

76:08    A.   Milliseconds.

76:09    Q.   From a design perspective, is there

76:10       any reason not to put a thumb safety on a single

76:11       action striker-fired pistol with a trigger pull of

76:12       55 one thousandths of an inch?

76:13    A.   No.

76:14    Q.   So you had initially opined that there

76:15       was no other single action striker-fired pistol on

76:16       the market with no external safety.  Correct?

76:17    A.   Yes, that's correct.

76:18    Q.   As you sit here today, are you aware

76:19       of any other single action striker-fired pistol with

76:20       no external safety?

76:21    A.   Yes, I am now.  I've become aware of a

76:22       few.

76:23    Q.   Okay.  When did you become aware of

76:24       them?  Was it at your deposition?

76:25    A.   Yes, it was.

77:01    Q.   So you were asked about a number of

77:02       guns during that deposition.  Is that correct?

77:03    A.   Yes.

77:04    Q.   Have you had the opportunity to learn

77:05       something about some of these?

77:06    A.   Yes.  I was able to briefly research

77:07       them.  These are new models that weren't available

77:08       during the prime of my career, but yes.

77:09    Q.   Okay.  In terms of major

77:10       manufacturers, the name brands, do they make single

77:11       action striker-fired pistols with no safeties?

77:12    A.   No.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

77:13   Q.   I know that the manufacturer or model

77:14        SCCY was mentioned.  What do you know about -- SCCY.

77:15        What do you know about SCCY?

77:16   A.   Yeah.  SCCY's been around for a while.

77:17        It's a manufacturer of a low priced -- call it a

77:18        budget handgun.  I know that SCCY is now out of

77:19        business.  They had an auction last month that

77:20        cleared out the remnants of their machinery and

77:21        equipment.

77:22   Q.   So is it your impression that SCCY

77:23        would no longer be available at least in terms of

77:24        purchasing a new gun?

77:25   A.   Correct.

78:01   Q.   And if SCCY is, in fact, a single

78:02        action striker-fired pistol with a short trigger

78:03        pull like the Sig Sauer P320, would you have an

78:04        opinion about whether that's defective or dangerous?

78:05   A.   Absolutely.  That'd be defective.

78:06   Q.   Okay.  Let's talk about the FN Reflex.

78:07        What do you know about that?

78:08   A.   Not a lot.  I haven't had one in my

78:09        hand.  But the FN Reflex is a hammer-fired gun.

78:10        It's got an internal hammer.  However, it has a

78:11        safety firing pin block like most pistols do, but it

78:12        also has some linkage in the trigger that I don't

78:13        fully understand.  I haven't been able to play with

78:14        one, that they claim is an external safety, but I,

78:15        honestly, don't know how it works.

78:16   Q.   If that gun operated in an identical

78:17        fashion to the Sig Sauer P320 and had no external

78:18        safety, would you put that in the same category as

78:19        the P320 in terms of being defective?

78:20   A.   Yes.  I'd call it defective and

78:21        unsafe.

78:22   Q.   What other firearms were brought up in

78:23        your deposition that you recall that you had an

78:24        opportunity to look at?

78:25   A.   There was an obscure maker called a

79:01        Strike 1 as the model and I believe the manufacturer

79:02        is Arsenal Arms.  I researched that briefly and it's

79:03        got kind of a sorted history.  It's kind of a

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

79:04    collaboration between a Russian designer and an

79:05    Italian designer.  It may have been produced in

79:06    Russian at some point.  Currently, it comes from

79:07    Italy and it's an imported gun.

79:08    In researching that, the Strike 1 has

79:09    a pivoting trigger and the trigger needs to be

79:10    pivoted down from the tip in order to allow the

79:11    trigger to move rearward and fire.

79:12  Q.  There was one other I recall.  Was it

79:13    Savage Stance?

79:14  A.  Yeah, yeah, you're right.  I

79:15    researched that, as well.  Savage is a big name as

79:16    far as marketing goes.  A popular company.

79:17    They made that Stance for a few years

79:18    exactly like the P320, a single action with no

79:19    safeties and flat trigger.  My research showed that

79:20    all of those models are now discontinued and they

79:21    have been replaced.  The same gun, but they've been

79:22    replaced with a bladed or tabbed trigger.

79:23  Q.  So those guns that were like the P320

79:24    now have tabbed triggers?

79:25  A.  Yes.  All of the non-bladed trigger

80:01    ones are discontinued.

80:02  Q.  Okay.  Now I understand from your

80:03    testimony and from this case that Officer Desrosiers

80:04    placed his P320 in his waste band.

80:05  A.  Yes.

80:06  Q.  As a firearm manufacturer, does that

80:07    shock you that somebody put a pistol in their

80:08    waistband?

80:09  A.  No.

80:10  Q.  Why not?

80:11  A.  No.  I've seen it and I've done it

80:12    myself.

80:13  Q.  Okay.  Do you consider that to be

80:14    misuse?

80:15  A.  No, absolutely not.

80:16  Q.  Is it foreseeable for a manufacturer

80:17    that a user will carry their pistol in that way?

80:18  A.  Yes, yes.  There's times when you're

80:19    at the range using your handgun, shooting and you're

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 80:20 | carrying your stuff back to the car, and this and | |
| | 80:21 | that.  You do not want to leave your handgun | |
| | 80:22 | unattended and simply stick it in your waistband and | |
| | 80:23 | carry it to the car with you. | |
| | 80:24 | Q.  Let's talk about your opinions in this | |
| | 80:25 | case. | |
| | 81:01 | Based on your training and 53 years of | |
| | 81:02 | experience and your review of materials and videos, | |
| | 81:03 | and your examination of Exemplar P320s, did you | |
| | 81:04 | reach an opinion about whether the Sig Sauer P320 is | |
| | 81:05 | unsafe or defective? | |
| | 81:06 | A.  Yes, I reached an opinion of both. | |
| | 81:07 | Q.  And what is your opinion? | |
| | 81:08 | A.  It's defective and it's unsafe. | |
| | 81:09 | Q.  Do you have an opinion about whether | |
| | 81:10 | the P320 is defective for lack of a tabbed trigger | |
| | 81:11 | safety? | |
| | 81:12 | A.  Absolutely. | |
| | 81:13 | Q.  And what is your opinion? | |
| | 81:14 | A.  There's no external safeties on that | |
| | 81:15 | pistol whatsoever and the tabbed trigger would make | |
| | 81:16 | it significantly safer and probably with a high | |
| | 81:17 | level of probability would have prevented Officer | |
| | 81:18 | Desrosiers' uncommanded discharge. | |
| | 81:19 | Q.  That was going to be my next question. | |
| | 81:20 | Assuming that Officer Desrosiers' | |
| | 81:21 | trigger was contacted on the side by a foreign | |
| | 81:22 | object or finger, do you have an opinion about | |
| | 81:23 | whether a tabbed trigger safety would have prevented | |
| | 81:24 | that? | |
| | 81:25 | A.  Yes. | |
| | 82:01 | Q.  That discharge, I mean. | |
| | 82:02 | A.  Yes, I do.  It's a high level of | |
| | 82:03 | probability that that would have not happened had | |
| | 82:04 | there been a tabbed trigger. | |
| | 82:05 | That's evidenced by my video earlier | |
| | 82:06 | where I grazed the side of a tabbed trigger | |
| | 82:07 | repeatedly and couldn't fire the pistol. | |
| | 82:08 | Q.  Do you have an opinion about whether | |
| | 82:09 | the P320 is safe for users without any external | |
| | 82:10 | safety? | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 82:11 A. Yes. I think it's dreadfully unsafe. | | |
|  | 82:12 Q. Do you have an opinion about whether | | |
|  | 82:13 it was possible for Sig Sauer to design the P320 | | |
|  | 82:14 with a tabbed trigger? | | |
|  | 82:15 A. Yes, they certainly could have. | | |

**82:17 - 84:01    Tertin, James 2025-07-09                                        00:01:51    JamesTertin-edit edfortrial.13**

82:17     Is it possible to put a tabbed trigger

82:18     on any P320 that's manufactured today? Could you

82:19     retrofit it?

82:20  A. Yes, you could.

82:21  Q. So is it possible that Sig Sauer could

82:22     retrofit their P320s?

82:23  A. Yes, they could.

82:24  Q. If Officer Desrosiers' trigger was

82:25     contacted even on the front of the trigger face, do

83:01     you have an opinion about whether a manual thumb

83:02     safety would have prevented that discharge?

83:03  A. If a manual thumb safety was engaged,

83:04     it would have absolutely prevented that discharge.

83:05  Q. Do you have an opinion about the

83:06     proximate cause of Officer Desrosiers' discharge?

83:07  A. Well, we know that he was carrying

83:08     items to work, we know that he inserted his P320

83:09     into his waistband, and we know that as he was

83:10     traveling to work on foot, he adjusted and it fired.

83:11     So what was your question again after all that?

83:12  Q. Do you recall -- what was the cause of

83:13     his discharge or what would have prevented the

83:14     discharge?

83:15  A. Well, what caused his discharge is

83:16     some graze or actuation of the trigger. What would

83:17     have prevented it is several things. One, a bladed

83:18     trigger would have made that highly improbable that

83:19     some object, his finger, clothing, whatever, would

83:20     have grazed that trigger and hit the center of it

83:21     with enough force to fire it. Also what would have

83:22     prevented it is a manual safety that was engaged.

83:23  Q. Have all of your opinions that you've

83:24     shared with us been based on a reasonable degree of

83:25     professional certainty?

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 84:01    A.   Yes, they have. | | |
| 84:17 - 88:02 | **Tertin, James 2025-07-09** | 00:03:47 | **JamesTertin-edit edfortrial.14** |

84:17    Q.   Okay. Mr. Tertin, let's start with
84:18        some of the things that I believe we can agree on.
84:19        Can we agree that something pulled
84:20        plaintiff's trigger to discharge P320?
84:21    A.   Yes.
84:22    Q.   Can we agree that you don't know what
84:23        pulled plaintiff's trigger?
84:24    A.   Yes.
84:25    Q.   Can we agree that a gun is designed to
85:01        discharge when the trigger is pulled?
85:02    A.   Yes.
85:03    Q.   Can we agree that either plaintiff's
85:04        finger or a foreign object must have contacted the
85:05        plaintiff's trigger to pull it and discharge the
85:06        gun?
85:07    A.   Yes, we can. However, if that P320
85:08        had a bladed trigger, that would have been highly
85:09        unlikely.
85:10    Q.   That's not my question. My question
85:11        was can we agree --
85:12    A.   Yes.
85:13    Q.   -- plaintiff's finger or a foreign
85:14        object is what pulled the trigger?
85:15    A.   Yes.
85:16    Q.   And can we agree that you have not
85:17        identified any foreign object that contacted the
85:18        trigger to pull it?
85:19    A.   Yes.
85:20    Q.   We can agree that you don't know where
85:21        on the trigger plaintiff's finger or foreign object
85:22        contacted it to pull it rearwards and cause it to
85:23        discharge?
85:24    A.   We don't know.
85:25    Q.   You didn't make any determination as
86:01        to whether whatever pulled plaintiff's trigger
86:02        contacted the trigger on the front face of it.
86:03        Right?
86:04    A.   Correct.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | |
|---|---|
| 86:05 | Q. We agree that you don't have any |
| 86:06 | evidence that Officer Desrosiers's trigger was |
| 86:07 | pulled on the side of the trigger rather than on the |
| 86:08 | front of the trigger.  Right? |
| 86:09 | A. That's correct. |
| 86:10 | Q. And because of that, you can't tell |
| 86:11 | the jury that the trigger was not pulled on the |
| 86:12 | front of it.  Right? |
| 86:13 | A. Correct. |
| 86:14 | Q. We can also agree that you don't know |
| 86:15 | the force that was applied to plaintiff's trigger to |
| 86:16 | cause it to discharge.  Right? |
| 86:17 | A. Correct. |
| 86:18 | Q. Now you know it must have been at |
| 86:19 | least six and a half pounds.  Right? |
| 86:20 | A. Yes. |
| 86:21 | Q. So we can agree that something applied |
| 86:22 | at least six and a half pounds of force onto Officer |
| 86:23 | Desrosiers' trigger and pulled it rearwards to cause |
| 86:24 | it to fire.  Right? |
| 86:25 | A. Correct. |
| 87:01 | Q. But you don't know what.  Right? |
| 87:02 | A. Yes. |
| 87:03 | Q. And you don't know where on the |
| 87:04 | trigger.  Right? |
| 87:05 | A. Yes. |
| 87:06 | Q. There is video of the incident that |
| 87:07 | you viewed.  Correct? |
| 87:08 | A. Yes. |
| 87:09 | Q. And you can't tell on that video where |
| 87:10 | his hand was.  Right? |
| 87:11 | A. Right. |
| 87:12 | Q. We can agree that you can discharge |
| 87:13 | any firearm made with a foreign object.  Right? |
| 87:14 | A. Yes. |
| 87:15 | Q. We can agree that you can discharge |
| 87:16 | any firearm unintentionally if the user accidentally |
| 87:17 | pulls the trigger.  Right? |
| 87:18 | A. Say that again. |
| 87:19 | Q. Sure.  We can agree that any firearm |
| 87:20 | can be accidentally discharged if a user |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 87:21   accidentally pulls the trigger? | | |
| | 87:22   A.  Yes. | | |
| | 87:23   Q.  We can agree that just because a | | |
| | 87:24   firearm discharges when the user does not want it to | | |
| | 87:25   does not mean it's defective.  Right? | | |
| | 88:01   A.  Well, in the first place, that should | | |
| | 88:02   never happen.  And I disagree, that is defective. | | |
| 91:03 - 91:10 | **Tertin, James 2025-07-09** | 00:02:51 | **JamesTertin-edit** |
| | 91:03   Q.  Mr. Tertin, do you recall previously | | **edfortrial.15** |
| | 91:04   testifying about an incident that you looked into | | |
| | 91:05   regarding an unintentional discharge with a Taurus | | |
| | 91:06   pistol that had a tabbed trigger? | | |
| | 91:07   A.  Yes. | | |
| | 91:08   Q.  And do you recall telling me that the | | |
| | 91:09   individual in that case claimed he did not intend to | | |
| | 91:10   pull the trigger? | | |
| | 91:11   A.  Yes. | | |
| | 91:12   Q.  That Taurus pistol was single action | | |
| | 91:13   pistol with a tabbed trigger.  Right? | | |
| | 91:14   A.  Yes. | | |
| | 91:15   Q.  The tabbed trigger did not prevent | | |
| | 91:16   that accidental discharge? | | |
| | 91:17   A.  That's correct. | | |
| | 91:18   Q.  And you did not opine that the pistol | | |
| | 91:19   was defective in that case, even though it had a | | |
| | 91:20   discharge when the user did not intend it to. | | |
| | 91:21   Correct? | | |
| | 91:22   A.  That's correct.  However, this was an | | |
| | 91:23   examination of that handgun.  Nothing was decided or | | |
| | 91:24   proved nor did it go to trial. | | |
| | 91:25   Q.  Well, when I asked you if you believed | | |
| | 92:01   that Taurus single action pistol with a tabbed | | |
| | 92:02   trigger was safe, even though it discharged when the | | |
| | 92:03   user did not want it to, you told me that you | | |
| | 92:04   thought it was safe.  Do you recall that? | | |
| | 92:05   A.  Yes. | | |
| | 92:06   Q.  So let me ask you again.  Just because | | |
| | 92:07   a gun discharges when the user does not want it to | | |
| | 92:08   does not automatically mean it's defective.  Right? | | |
| | 92:09   A.  Boy, I'll tell you.  I still have to | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

92:10    say no, it's defective.  A gun shouldn't discharge
92:11    when you don't want it to.
92:12    Q.  So the Taurus gun that you looked at
92:13    that had a tabbed trigger that discharged when the
92:14    user did not want it to, is that a defective gun?
92:15    A.  You know, there was no -- there was no
92:16    empirical evidence on that whole case.  I just
92:17    examined the pistol and nothing was concluded.  It
92:18    was dropped.  So I can't really answer that,
92:19    honestly.
92:20    Q.  The user stated he did not want the
92:21    gun to discharge in that case.  Right?
92:22    A.  Yes.
92:23    Q.  Okay.  The gun discharged.  Right?
92:24    A.  Yes, and we don't know how.  There was
92:25    no video?
93:01    Q.  Okay.  So are you telling this jury
93:02    then that just because a gun discharges when the
93:03    user does not want it to does not mean that it's
93:04    defective?
93:05    A.  No, I still hold pad.  It's defective
93:06    if it goes off when you don't want it to.
93:07    Q.  So in the case of the Taurus pistol,
93:08    the gun went off when the user did want it to.  Is
93:09    that gun defective?
93:10    A.  I would have to say yes.

| 93:22 - 95:11 | **Tertin, James 2025-07-09** | 00:02:08 | **JamesTertin-edit** |
| | | | **edfortrial.16** |

93:22    Q.  Mr. Tertin, I would like to pull up
93:23    for you what's been marked as Defense Exhibit 348.
93:24    ATTORNEY DENNISON:  If we could just
93:25    pull up the first page of that.
94:01    THE WITNESS:  Yep, I see it.
94:02    BY ATTORNEY DENNISON:
94:03    Q.  Now that I've pulled up at least the
94:04    first page of that, do you recall seeing this report
94:05    before?
94:06    A.  Yes.
94:07    Q.  Okay.  And in this report, the Office
94:08    of Inspector General of the County of Los Angeles
94:09    was investigating a rise in unintended discharges

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

94:10    following the sheriff's department's conversion to a
94:11    new handgun. Right?
94:12   A.   Yes.
94:13   Q.   And do you recall that the Los Angeles
94:14    sheriff's department had transitioned from the
94:15    Beretta 92 to the Smith & Wesson M&P that is shown
94:16    on the cover here of Defense Exhibit 348?
94:17   A.   Yes.
94:18   Q.   And do you recall that there were
94:19    notations of discharges with a Beretta 92 in this
94:20    report?
94:21   A.   Yes.
94:22   Q.   And do you understand that in this
94:23    report, the Beretta 92 discharges that were reported
94:24    were unintended discharges where it discharged and
94:25    the user did not want it to?
95:01   A.   Yes.
95:02    ATTORNEY DENNISON: We can take that
95:03    Exhibit down. Thank you.
95:04    BY ATTORNEY DENNISON:
95:05   Q.   You previously testified that nothing
95:06    can prevent all accidental discharges. Do you
95:07    recall that?
95:08   A.   Yes.
95:09   Q.   Have you seen reports of accidental
95:10    discharges with Glock pistols?
95:11   A.   Yes, I have.

| | | | |
|---|---|---|---|
| 95:14 - 96:03 | **Tertin, James 2025-07-09** | 00:00:34 | **JamesTertin-edit** |
| | | | **edfortrial.17** |

95:14   Q.   Have you seen reports throughout your
95:15    career as a gunsmith of individuals reporting
95:16    accidental discharges while handling their pistols?
95:17   A.   Not so much pistols, but we've seen
95:18    accidental discharges in almost every make and
95:19    model.
95:20   Q.   And an accidental discharge by
95:21    definition is a gun discharging when the user did
95:22    not intend for it to do so. Correct?
95:23   A.   Correct.
95:24   Q.   You previously testified that the
95:25    facts of a specific accident don't matter to your

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 96:01  opinions on defect and causation.  Do you recall | | |
| | 96:02  that? | | |
| | 96:03  A.  I do. | | |
| 96:06 - 97:25 | **Tertin, James 2025-07-09** | 00:01:42 | **JamesTertin-edit** |
| | | | **edfortrial.18** |
| | 96:06  Q.  And is that a true statement, that the | | |
| | 96:07  facts of a specific occurrence don't matter to your | | |
| | 96:08  opinions on defect and causation? | | |
| | 96:09  A.  No, it isn't.  The facts matter | | |
| | 96:10  tremendously to me.  I analyze the facts, I look at | | |
| | 96:11  the facts, I scientifically study the facts, | | |
| | 96:12  measurements, dimensions, palms, function.  So I | | |
| | 96:13  look at the facts very, very carefully. | | |
| | 96:14  Q.  Do you look at the facts of a specific | | |
| | 96:15  accidental discharge incident very carefully? | | |
| | 96:16  A.  Yes. | | |
| | 96:17  Q.  You did not inspect Officer | | |
| | 96:18  Desrosiers' pistol.  Correct? | | |
| | 96:19  A.  That's correct.  I didn't have the | | |
| | 96:20  opportunity to see it. | | |
| | 96:21  Q.  Well, you certainly could have seen it | | |
| | 96:22  if you wanted to.  Right? | | |
| | 96:23  A.  That, I don't know.  It was at the | | |
| | 96:24  Cambridge Police Department.  It wasn't available to | | |
| | 96:25  me at the time. | | |
| | 97:01  Q.  Plaintiff's expert William Vigilante | | |
| | 97:02  inspected the pistol.  Right? | | |
| | 97:03  A.  Yes, he did. | | |
| | 97:04  Q.  The defense experts Derek Watkins and | | |
| | 97:05  Eric Warren inspected the pistol.  Are you aware of | | |
| | 97:06  that? | | |
| | 97:07  A.  Yes. | | |
| | 97:08  Q.  You're the only expert that has been | | |
| | 97:09  retained in this case to render opinions about the | | |
| | 97:10  P320 pistol that did not inspect the actual pistol. | | |
| | 97:11  Is that right? | | |
| | 97:12  A.  That's correct.  Yeah, I relied on Dr. | | |
| | 97:13  Vigilante's report and his opinion. | | |
| | 97:14  Q.  You're the expert that is here to tell | | |
| | 97:15  the jury about whether Officer Desrosiers' gun was | | |
| | 97:16  defective.  Correct? | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 97:17 | A. | Yes. |  |  |
|  | 97:18 | Q. | But you did not look at Officer |  |  |
|  | 97:19 |  | Desrosiers' gun.  Right? |  |  |
|  | 97:20 | A. | That's correct, yes.  I didn't have |  |  |
|  | 97:21 |  | the opportunity. |  |  |
|  | 97:22 | Q. | Okay.  And you did not ask to have |  |  |
|  | 97:23 |  | that opportunity.  Isn't that right? |  |  |
|  | 97:24 | A. | No, I talked about that, but it wasn't |  |  |
|  | 97:25 |  | available. |  |  |

**98:16 - 105:25**　　**Tertin, James 2025-07-09**　　　　　　　　　　　**00:09:01**　　**JamesTertin-edit**
**edfortrial.19**

| | 98:16 | Q. | Mr. Tertin, are you telling this jury |
| | 98:17 | | that three of the four liability experts in this |
| | 98:18 | | matter were provided an opportunity to inspect |
| | 98:19 | | Officer Desrosiers' pistol, but you were told that |
| | 98:20 | | you would not be provided that opportunity? |
| | 98:21 | A. | I don't recall that I was told that |
| | 98:22 | | specifically.  The pistol was just never made |
| | 98:23 | | available to me. |
| | 98:24 | Q. | Could you have gone to look at the |
| | 98:25 | | pistol when William Vigilante looked at the pistol? |
| | 99:01 | A. | You know, that, I don't even, |
| | 99:02 | | honestly, know. |
| | 99:03 | Q. | Well -- |
| | 99:04 | A. | I don't know the date he even went. |
| | 99:05 | Q. | Okay.  You certainly, as you sit here |
| | 99:06 | | today, are not aware of the date that he went and |
| | 99:07 | | you did not ask if you could inspect that pistol the |
| | 99:08 | | same time as William Vigilante when it was made |
| | 99:09 | | available to him to look at.  Correct? |
| | 99:10 | A. | Yes, that's correct. |
| | 99:11 | Q. | Okay.  Dr. Vigilante measured the |
| | 99:12 | | trigger pull on Officer Desrosiers' P320 pistol to |
| | 99:13 | | be around six and a half pounds.  Correct? |
| | 99:14 | A. | Yes. |
| | 99:15 | Q. | When you talk about a graze or a brush |
| | 99:16 | | on the side of the trigger, you're talking in this |
| | 99:17 | | instance about a contact on the side of the trigger |
| | 99:18 | | still applying at least six and a half pounds of |
| | 99:19 | | force on that trigger.  Is that right? |
| | 99:20 | A. | Yes, that's right. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

99:21   Q.   You showed some videos to the jury of
99:22      trigger pulls on an implement on an angle not
99:23      directly flush against the pistol. Is that right?
99:24      Do you recall that?
99:25   A.   Yes.
100:01   Q.   You didn't measure the force required
100:02      to pull the trigger at those angles. Right?
100:03   A.   That's correct. That would have been
100:04      really hard to do because of the angle.
100:05   Q.   Are you aware that Sig Sauer has
100:06      measured the force to pull a trigger at an angle
100:07      such as what you showed the jury?
100:08   A.   No.
100:09   Q.   You would agree with me that as you
100:10      angle away from the trigger as you did in the videos
100:11      you showed the jury that the force needed to pull
100:12      the trigger rearward increases?
100:13   A.   Yes, I would agree with that.
100:14   Q.   So if you contact the trigger at an
100:15      angle such as you showed the jury, the force would
100:16      actually need to be more than six and a half pounds
100:17      to pull that trigger rearward and discharge the gun.
100:18      Correct?
100:19   A.   Well, that would be depending on what
100:20      grazed the trigger. If it was a rubber-coated rod
100:21      like I had, yes. A lot of friction. If it was a
100:22      key with a tooth, no.
100:23   Q.   Have you measured that force, any
100:24      difference between a key and something like the
100:25      implement that you used?
101:01   A.   No.
101:02   Q.   If it was a finger that contacted the
101:03      trigger at an angle, would that be more similar to
101:04      the rubber implement you used?
101:05   A.   It would be very similar.
101:06   Q.   So if a finger contacted the side of
101:07      the trigger like the implement that you used, that
101:08      would cause -- that would require more than six and
101:09      a half pounds of force to pull that trigger
101:10      rearward. Correct?
101:11   A.   Yes. That's the assumption, yes.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

101:12  Q.  Okay.

101:13  A.  I agree.

101:14  Q.  And when you angled the -- when you

101:15       did that trigger -- angle trigger pull test on the

101:16       implement that you showed the jury, you

101:17       intentionally set that implement to avoid the blade

101:18       in the middle of the Glock trigger.  Correct?

101:19  A.  I hit the Glock trigger at bottom,

101:20       middle, and top.  I hit it at all angles.

101:21  Q.  And you hit it on the side and

101:22       intentionally placed that implement in a way that it

101:23       would not contact the blade in the center of the

101:24       trigger.  Correct?

101:25  A.  Yes.  That was the whole object of the

102:01       exercise, to show --

102:02  Q.  And when --

102:03  A.  -- defective on a graze.

102:04  Q.  Okay.  And, again, just for the jury,

102:05       by graze, you mean a side pull of a minimum of six

102:06       and a half pounds of force on Officer Desrosiers'

102:07       pistol.  Correct?

102:08  A.  Yes.

102:09  Q.  You did not actually measure the

102:10       trigger travel distance of Officer Desrosiers'

102:11       pistol because you didn't look at it.  Right?

102:12  A.  Correct.

102:13  Q.  Dr. Vigilante did so and you looked at

102:14       his notes and relied on that.  Right?

102:15  A.  Yes.

102:16  Q.  And you testified that Dr. Vigilante

102:17       measured from rest to takeup of the P320 pistol at

102:18       3.2 millimeters, which I believe you stated was .122

102:19       inches.  Was that right?

102:20  A.  I believe it was 3.1 millimeters.

102:21  Q.  I'm going to show you what we've

102:22       marked -- what was marked for -- sorry, just to show

102:23       you, but not to show the jury.  I'll show you what

102:24       we had marked as Exhibit 87.

102:25  A.  Okay.

103:01       ATTORNEY DENNISON:  Bob, are you going

103:02       to pull it up?

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

103:03    THE WITNESS:  I don't see it yet.

103:04    ATTORNEY DENNISON:  Yeah, we'll get it

103:05    up in just one second here.  I'll show you those

103:06    notes.  Here, here it goes.

103:07    THE WITNESS:  Okay.

103:08    ATTORNEY DENNISON:  Oh, not this one.

103:09    Can you pull it back down?  Sorry, I'll share what I

103:10    want to.  Sorry.  Sorry, Bobby.

103:11    BY ATTORNEY DENNISON:

103:12  Q.  Let me share with you what I want to

103:13    show you, which is the notes.  Again, this is for

103:14    the witness's purposes only.

103:15  A.  I've seen these before, yep.

103:16  Q.  Okay.  And do you see at the bottom

103:17    there's trigger pull measurements from Dr.

103:18    Vigilante?

103:19  A.  Yes.  On the left side column is 32,

103:20    32, 30, 31, 30.

103:21  Q.  Okay.  And those five measurements

103:22    that he took that are on the left column are

103:23    measurements of the rest to -- basically, the takeup

103:24    that you talked about.  Right?

103:25  A.  Yes.

104:01  Q.  Okay.  So 3.2 millimeters is how many

104:02    inches?

104:03  A.  3.2 is -- I think I calculated that to

104:04    122 thousandths.

104:05  Q.  Okay.  And he measured the full

104:06    trigger pull from rest to break at 6.87, 6.8, 6.9,

104:07    and 6.7 millimeters.  Correct?

104:08  A.  Yes.

104:09  Q.  So let's just take this first one

104:10    where he did 3.2 on the takeup and 6.8 for the full

104:11    trigger pull.

104:12    That would mean from -- after you

104:13    remove the takeup, so from set to break, 3.6

104:14    millimeters.  Right?

104:15  A.  Say that again, please.

104:16  Q.  Sure.  If the full trigger pull is 6.8

104:17    millimeters and the takeup is 3.2 millimeters,

104:18    simple math means that it's 3.6 millimeters for the

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

104:19    P320, for Officer Desrosiers' P320 to go from set to

104:20    break.  Right?

104:21  A.  No, that's not correct.  His 6.8

104:22    measurement is total trigger travel, which is three

104:23    things.  Free travel or takeup, set to break, which

104:24    on all P320 I looked at is around 55 thousandths,

104:25    and then the trigger continues to move through dead

105:01    air until it fully stops.

105:02  Q.  Okay.  So let's go to what

105:03    Dr. Vigilante actually put in his report.  I'm going

105:04    to stop my share.

105:05    ATTORNEY DENNISON:  Bob, would you

105:06    mind putting up the exhibit you had up just a minute

105:07    ago?

105:08    BY ATTORNEY DENNISON:

105:09  Q.  I'm going to show you just for

105:10    demonstrative purposes just to show the witness, not

105:11    to show the jury, what was marked -- I think it's

105:12    marked as -- maybe not Exhibit 71, but this is just

105:13    for demonstrative purposes.

105:14  A.  Okay.

105:15  Q.  Okay.  Now this is an excerpt from

105:16    Dr. Vigilante's report.

105:17    Mr. Tertin, did you read Dr.

105:18    Vigilante's report?

105:19  A.  I read his dimensions and scanned his

105:20    report, yes.

105:21  Q.  Okay.  Do you see here where he says

105:22    that he got a total travel distance from rest to

105:23    break (sear release) of approximately 6.8

105:24    millimeters?

105:25  A.  Yes.

| 106:06 - 109:16 | **Tertin, James 2025-07-09** | 00:03:51 | **JamesTertin-edit** |
|---|---|---|---|
| | | | **edfortrial.20** |

106:06    ATTORNEY DENNISON:  Can you do --

106:07    Bobby, can you show the first page of the report,

106:08    please.

106:09    BY ATTORNEY DENNISON:

106:10  Q.  Mr. Tertin, do you see the first page

106:11    of this report indicates that it is Dr. Vigilante's

106:12    report from this case?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

106:13　A.　Yes.

106:14　Q.　Okay.

106:15　　　ATTORNEY DENNISON:  Now, Bobby, can

106:16　　　you go to the full page of what we were just at.

106:17　　　BY ATTORNEY DENNISON:

106:18　Q.　So this is the page I was showing you,

106:19　　　which is Page 17 of 50.  You can see at the top,

106:20　　　it's the Desrosiers' matter.

106:21　　　ATTORNEY DENNISON:  Now if we could

106:22　　　enlarge that part that you just had enlarged.

106:23　　　THE WITNESS:  Yes.

106:24　　　BY ATTORNEY DENNISON:

106:25　Q.　This is his inspection of the subject

107:01　　　Sig P320 in the Desrosiers' case.  He said that he

107:02　　　found that there is a trigger takeup distance of

107:03　　　approximately 3.1 millimeters and a total travel

107:04　　　distance from rest to break of approximately 6.8

107:05　　　millimeters.  Do you see that?

107:06　A.　Yes.

107:07　Q.　So if I actually subtract 6.8

107:08　　　millimeters from 3.1 millimeters, we have 3.7

107:09　　　millimeters.  Correct?

107:10　A.　Correct.

107:11　Q.　And that 37 millimeters is the

107:12　　　distance that he calculated from set to after the

107:13　　　takeup, after you take that out, to when you get the

107:14　　　sear release and the gun discharges.  Correct?

107:15　A.　No, that's false.  That's --

107:16　Q.　What --

107:17　A.　That's the distance like you just

107:18　　　described.  From the set point to the break point

107:19　　　and the additional movement of the trigger until it

107:20　　　stops its rearward motion.  There's rearward motion

107:21　　　after the break point.

107:22　Q.　So are you saying that Dr. Vigilante

107:23　　　made a mistake in his report when he said his travel

107:24　　　distance was from rest to break?  He did not say

107:25　　　that it is all the way to travel beyond the break.

108:01　　　He was very clear on this, that it's

108:02　　　from rest to break.  Do you see that?

108:03　A.　3.1 from rest to break, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

108:04  Q.  Rest --

108:05  A.  122 thousandths from rest to break.

108:06  Q.  Dr. Vigilante said rest to break --

108:07  A.  Yes.

108:08  Q.  -- and said that sear release is 6.8

108:09      millimeters of travel.  Right?

108:10  A.  Yes, yes.

108:11  Q.  You did not measure Officer

108:12      Desrosiers' trigger travel.  Right?

108:13  A.  That's correct.  Yeah, didn't see the

108:14      gun.

108:15  Q.  Dr. Vigilante did measure it.  Right?

108:16  A.  Yes.

108:17  Q.  And he put in his report that he

108:18      measured 6.8 millimeters of total trigger travel

108:19      distance for Officer Desrosiers' P320 from rest to

108:20      break at 6.8 millimeters.  Correct?

108:21  A.  Yes.

108:22  Q.  Which would mean that if you take out

108:23      the 3.1 millimeters of the takeup, you get the

108:24      difference of 3.7 millimeters from set to break?

108:25  A.  I understand what you're saying, but I

109:01      disagree with it.  I've never seen a Sig in all the

109:02      dozens I've examined that had a trigger pull that

109:03      long, from set to break.  They're always around 55

109:04      thousandths.

109:05  Q.  So are you telling this jury that you

109:06      believe Dr. Vigilante's report is incorrect even

109:07      though you did not inspect Officer Desrosiers'

109:08      pistol?

109:09  A.  No, I think it may be play-on words.

109:10      He says 3.1 millimeters and I can't read all of it

109:11      because there's pictures in the way.  But from rest

109:12      until resistance and then what does it say?

109:13  Q.  Well --

109:14  A.  I can't read it.

109:15  Q.  You can move the pictures out of the

109:16      way.

| 111:20 - 119:06 | **Tertin, James 2025-07-09** | 00:09:27 | **JamesTertin-edit** |
| | | | **edfortrial.21** |

111:20  Q.  All right.  Mr. Tertin, my only

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

111:21    question for you is does Dr. Vigilante state that

111:22    his measurements of Officer Desrosiers' P320 pistol

111:23    lists a total travel distance from rest to break

111:24    (sear release) of approximately 6.8 millimeters or

111:25    .27 inches?

112:01  A.  No.  In reading Dr. Vigilante's notes,

112:02    he has from rest and that's when the trigger is in

112:03    its full forward position and the gun is cocked.

112:04    So he measures from rest until

112:05    resistance, which would be what we call the wall, at

112:06    3.1 millimeters, which is 122 thousandths and that

112:07    compares favorably with all of the ones I've looked

112:08    at.  Then he goes on to say from rest to break, 3.1

112:09    millimeters total travel from rest to break of

112:10    approximately 6.8.

112:11    He misses one measurement that I

112:12    always take.  That doesn't mean he's wrong, but I

112:13    add a specific measurement that is from the wall to

112:14    the break point.

112:15  Q.  Okay.  My question for you is --

112:16  A.  -- 55 thousandth.

112:17  Q.  Am I reading Dr. Vigilante's report

112:18    correctly that it says total travel distance from

112:19    rest to break (sear release) of approximately 6.8

112:20    millimeters?

112:21  A.  Yes, that's what he has written.

112:22    ATTORNEY DENNISON:  Okay.  We can take

112:23    that down.

112:24    BY ATTORNEY DENNISON:

112:25  Q.  Now the distance for the P320 pistol

113:01    trigger to travel from rest to break is longer than

113:02    the .055 inches you measured on an Exemplar.

113:03    Correct?

113:04  A.  I didn't measure -- measure a rest to

113:05    break.  I measured rest to wall and wall to break.

113:06    So if we add those two together, we'd get the number

113:07    you're looking for.

113:08  Q.  Right.  That was on an Exemplar

113:09    pistol.  Correct?

113:10  A.  Yes.

113:11  Q.  Was that measurement done on the

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

113:12    Exemplar pistol that you showed the jury in one of
113:13    your videos?
113:14  A.  Yes.
113:15  Q.  Okay.  Let's look at that.  So let's
113:16    go to Exhibit -- it was Plaintiff's Exhibit 118.
113:17    I'm just going to show you -- not the
113:18    video, but just the start of the video.  Just a
113:19    screenshot.  I think it's a screenshot where you
113:20    started to take the trigger pull measurement.
113:21    That's Plaintiff's Exhibit 118.
113:22  A.  Okay.  There, I have it.
113:23  Q.  All right.  So this is the beginning
113:24    before the video starts to play.
113:25    So this Exemplar that you used to take
114:01    this measurement has a straight trigger.  Correct?
114:02  A.  Yes.
114:03  Q.  Officer Desrosiers' trigger, was that
114:04    straight or curved?
114:05  A.  It was curved.
114:06  Q.  Now if we go to the next screenshot
114:07    from this video, Plaintiff's Exhibit 118, where
114:08    you're taking the trigger travel distance, this is
114:09    at the 1 minute and 5 second mark, your calipers
114:10    there are towards the top of that straight trigger
114:11    on that Exemplar P320.  Correct?
114:12  A.  That's correct.  That was my 52
114:13    thousandths measurement, which you expect to be
114:14    shorter because it's closer to the pivot pin.
114:15  Q.  Okay.  Now let me follow up on that,
114:16    what you just said.
114:17    The higher up towards pivot pin that
114:18    you get, the shorter the trigger travel distance.
114:19    Correct?
114:20  A.  That's correct.
114:21  Q.  And the lower you get, the longer the
114:22    trigger travel distance.  Correct?
114:23  A.  That's correct.
114:24  Q.  Okay.  So let's go to the video of the
114:25    measurement that you did for the Glock pistol that
115:01    you tested and that one is going to be Plaintiff's
115:02    Exhibit -- I don't remember which number it was.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

115:03    ATTORNEY DENNISON:  Do you remember

115:04    which number it was, Ryan?

115:05    ATTORNEY HURD:  Give me a sec.  108.

115:06    ATTORNEY DENNISON:  Let's go off the

115:07    record a quick second.

115:08    THE VIDEOGRAPHER:  Off the record.

115:09    The time is 2:18.

115:10    ATTORNEY DENNISON:  I had it when I

115:11    went off.  I don't think it's labeled with the

115:12    measurement.

115:13    ATTORNEY HURD:  It's Plaintiff's

115:14    Exhibit 108.

115:15    ATTORNEY DENNISON:  I got it, it's

115:16    108.  Thank you, Ryan.  I found it the exact same

115:17    time you did.  We can go back on the record.

115:18    THE VIDEOGRAPHER:  Back on the record

115:19    at 2:18.

115:20    BY ATTORNEY DENNISON:

115:21  Q.  So, Mr. Tertin, if we go to

115:22    Plaintiff's Exhibit 108, which was the video that

115:23    you showed the jury of the Glock pistol.

115:24  A.  Yep.

115:25  Q.  On the screen, you can see the

116:01    beginning of the video without us playing it.

116:02    Right?

116:03  A.  Yes.

116:04  Q.  Okay.  So let's go to the screenshot

116:05    at about 15 seconds of the trigger pull measurement

116:06    and your calipers on this trigger when you measured

116:07    the Glock are towards the very bottom of that

116:08    trigger.  Correct?

116:09  A.  Yes.

116:10    ATTORNEY DENNISON:  All right.  We can

116:11    take that down.

116:12    BY ATTORNEY DENNISON:

116:13  Q.  So when you tell the jury that the

116:14    trigger pull distance of a P320 pistol is .055

116:15    inches, you were taking out all of that distance

116:16    from what you identified as the takeup.  Correct?

116:17    You're taking that out of the equation?

116:18  A.  That's correct.  Yeah, the free

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

116:19    travel, takeup.

116:20  Q.  You're giving a measurement of pistols

116:21    that you've taken that are not Officer Desrosiers'

116:22    pistol.  Correct?

116:23  A.  Yes.

116:24  Q.  Okay.  Now you understand that the

116:25    tabbed trigger was designed to be a prevention

117:01    against drop fires.  Correct?

117:02  A.  Well, it was -- yes, it was designed

117:03    to be a prevention against drop fires, but it's also

117:04    a darn good safety mechanism used on many pistols.

117:05  Q.  The tabbed trigger prevents inertia

117:06    from drop forces from allowing the trigger to move

117:07    rearward to discharge the firearm.  Right?

117:08  A.  Yeah, yeah.  That totally depends on

117:09    the weight of the trigger.

117:10  Q.  There are other --

117:11  A.  Not trigger pull.  The actual weight

117:12    of the trigger piece itself.

117:13  Q.  There are other ways to achieve that

117:14    goal besides introducing a tabbed trigger.  Correct?

117:15  A.  Make a lighter trigger.

117:16  Q.  Okay.  You can -- you put a transfer

117:17    bar on the revolver you did.  Right?

117:18  A.  That doesn't even compare.  We're

117:19    talking about a drop safe on a semi-automatic

117:20    pistol.

117:21  Q.  Okay.  You can also balance the

117:22    trigger system, right, so that the inertia does not

117:23    cause the trigger to move rearwards?

117:24  A.  Yes.

117:25  Q.  And speaking of balancing the trigger

118:01    system.  When you were telling the jury about single

118:02    action versus double action, you were describing the

118:03    motion of the trigger bar as moving rearward to

118:04    contact the sear.

118:05    In a P320, though, the trigger bar

118:06    moves forward, the opposite direction of the

118:07    trigger, as you pull the trigger.  Right?

118:08  A.  That's correct.

118:09  Q.  And that helps to balance that trigger

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

118:10　system to prevent an inertial drop.  Correct?

118:11　A.　You know what, to back up, that's a

118:12　term I've never really heard, balancing a trigger

118:13　system.  I don't really know what that means.

118:14　That's not an industry term.

118:15　Q.　Well, it's not a term that you're

118:16　familiar with.  Correct?

118:17　A.　I've never heard it in our industry.

118:18　Q.　Okay.  Now you're aware that the

118:19　tabbed trigger was initially developed back in the

118:20　late 1800s.  Right?

118:21　A.　Yes.

118:22　Q.　I've previously shown some patents

118:23　from firearms manufacturers related to the tabbed

118:24　trigger.  Do you recall that?

118:25　A.　I do.

119:01　Q.　Since I've shown them to you before,

119:02　have you ever gone back and tried to look at or

119:03　research patents for the tabbed trigger to see what

119:04　designers are saying the purpose of the tabbed

119:05　trigger was?

119:06　A.　No, I have not.

| | | | |
|---|---|---|---|
| 121:05 - 128:09 | **Tertin, James 2025-07-09** | 00:07:52 | **JamesTertin-edit edfortrial.22** |

121:05　ATTORNEY DENNISON:  Can we go to the

121:06　highlighted section of this J.H. Brown patent?

121:07　BY ATTORNEY DENNISON:

121:08　Q.　So do you see here where this patent

121:09　indicates that the tabbed trigger and, quote, "owing

121:10　to this the hammer is prevented from being

121:11　accidentally released by a shock acting on the

121:12　trigger.  It will, therefore, prevent the release of

121:13　the trigger being occasioned by setting down the

121:14　firearm suddenly."  Do you see that?

121:15　A.　Yes.

121:16　Q.　And so back in 1883 when J.H. Brown

121:17　patented a tabbed trigger, he listed the reason for

121:18　the tabbed trigger as being a prevention of an

121:19　accidental discharge from setting down the firearm

121:20　suddenly or a shock acting on the trigger.  Correct?

121:21　A.　Yes.  Yep, I see it.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

121:22    ATTORNEY DENNISON:  Okay.  We can take
121:23    that down.
121:24    BY ATTORNEY DENNISON:
121:25  Q.  Now over the years, manufacturers have
122:01    designed various sizes of the blade on a tabbed
122:02    trigger.  Is that right?
122:03  A.  Yes.
122:04  Q.  And you showed the jury the blade on a
122:05    Glock tabbed trigger and the blade is that little
122:06    portion that sticks out of the center of the
122:07    trigger.  Right?
122:08  A.  Yes.
122:09  Q.  And then there's a tab on the back of
122:10    that trigger that stops the trigger from moving
122:11    rearward unless that blade is pressed down flush
122:12    with the trigger.  Correct?
122:13  A.  That's correct.
122:14  Q.  Okay.  And so the size of that blade
122:15    and how much of the width of the trigger it takes up
122:16    depends on the manufacturer of that blade and
122:17    trigger.  Correct?
122:18  A.  Yes.
122:19  Q.  And the wider that blade, the less
122:20    prevention it provides against an accidental trigger
122:21    pull.  Right?
122:22  A.  Yes.
122:23  Q.  Now manufacturers have designed other
122:24    types of tabbed triggers besides a bladed trigger
122:25    like the Glock.  Would you agree?
123:01  A.  Say that again, please.
123:02  Q.  Sure.  Manufacturers have designed
123:03    other types of tabbed triggers besides the bladed
123:04    trigger.  So other ways to have a tab in the back
123:05    without a blade in the front.  Right?
123:06  A.  Yes.
123:07  Q.  For example, there are hinged triggers
123:08    like the Smith & Wesson.
123:09    ATTORNEY DENNISON:  Could we show
123:10    Defendant's Exhibit 302, please.
123:11    BY ATTORNEY DENNISON:
123:12  Q.  Do you see Defense Exhibit 302 on your

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

123:13     screen, Mr. Tertin?

123:14  A.  Yes.

123:15  Q.  Is this a photograph of a Smith &

123:16     Wesson M&P 2.0?

123:17  A.  Yes, it is.

123:18  Q.  You recognize this gun.  Right?

123:19  A.  Yes.

123:20  Q.  And that has, instead of a blade, it

123:21     has a hinge on the trigger.  Right?

123:22  A.  That's correct.

123:23  Q.  And you can still see the tab sticking

123:24     out of the back of the trigger that would engage

123:25     against the back of the frame unless the trigger is

124:01     pulled on this hinge.  Right?

124:02  A.  That's correct.

124:03  Q.  And you can pull this trigger anywhere

124:04     along the bottom, the whole bottom half of this

124:05     trigger, and discharge that gun.  Correct?

124:06  A.  That is correct.  However, the gun

124:07     also has an ambidextrous manual safety.

124:08  Q.  This one does, you are correct.  Thank

124:09     you for pointing that out.

124:10     The Smith & Wesson has an option on

124:11     its guns where some of them have a manual safety and

124:12     some of them do not.  Correct?

124:13  A.  Yes.

124:14  Q.  So the photograph we're showing has

124:15     the manual safety, but there are versions of this

124:16     exact same gun that are sold to the public that do

124:17     not have a manual safety on it.  Correct?

124:18  A.  Yes.

124:19  Q.  All right.  And on this Smith & Wesson

124:20     M&P without a manual safety, you can pull that

124:21     trigger on the front, on the sides, anywhere

124:22     underneath that hinge, other side, on the bottom,

124:23     anywhere there and pull that trigger back and

124:24     discharge the gun.  Correct?

124:25  A.  Yes.

125:01  Q.  You previously testified that you

125:02     believe that that design on the Smith & Wesson M&P

125:03     with this hinged trigger on models that do not have

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

125:04    a manual thumb safety is defective.  Do you recall
125:05    that?
125:06  A.  I do.
125:07  Q.  Is that still your opinion?
125:08  A.  It is.  This gun doesn't really offer
125:09    any protection against that inadvertent discharge.
125:10    ATTORNEY DENNISON:  We can take that
125:11    one down.  Thank you.
125:12    BY ATTORNEY DENNISON:
125:13  Q.  Now there are also articulated
125:14    triggers that are a different design, as well.  Let
125:15    me show you an example.
125:16    ATTORNEY DENNISON:  Defense Exhibit
125:17    306, please.
125:18    BY ATTORNEY DENNISON:
125:19  Q.  Do you recognize what's depicted in
125:20    Defense Exhibit 306, Mr. Tertin?
125:21  A.  I do.
125:22  Q.  This is a Walther P99.  Correct?
125:23  A.  Yes.
125:24  Q.  And do you see this trigger?
125:25  A.  Yes.
126:01  Q.  Is this an example of an articulated
126:02    trigger?
126:03  A.  I'm not sure what you mean by an
126:04    articulated trigger.  This is a single action,
126:05    double action with a decocker.
126:06  Q.  Right.  I'm just using this for
126:07    demonstrative purposes, Mr. Tertin, for what the
126:08    actual trigger is.
126:09    This trigger, you can see that there's
126:10    a tab here in the back of it.  Correct?
126:11  A.  Yes, yes.
126:12  Q.  Okay.  And it pivots along the hinge
126:13    way up here at the frame of the gun.  Right?
126:14  A.  Yes.
126:15  Q.  And you can pull the trigger on an
126:16    articulated trigger anywhere, front, side, top,
126:17    bottom, anywhere on there and get that trigger to
126:18    pull all the way rearwards.  Correct?
126:19  A.  Yes, but it's also double action on

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

126:20   the first shot.

126:21  Q.  And single action on the remaining

126:22   shots.  Correct?

126:23  A.  Correct.

126:24   ATTORNEY DENNISON:  We can take that

126:25   one down.  Thank you.

127:01   BY ATTORNEY DENNISON:

127:02  Q.  Now Smith & Wesson actually patented

127:03   its hinged trigger in 1994.  You're aware of that.

127:04   Correct?

127:05  A.  Yes.

127:06  Q.  And you've seen that patent before?

127:07  A.  I haven't seen it, but I'm aware of

127:08   it.

127:09  Q.  Okay.  I've shown it to you before,

127:10   but I will -- I'll show it to you again.

127:11   ATTORNEY DENNISON:  Defense Exhibit

127:12   334, please.

127:13   BY ATTORNEY DENNISON:

127:14  Q.  So this is the first page of the

127:15   patent for that.  Do you recognize the drawing on

127:16   here as a Smith & Wesson M&P?

127:17  A.  Yes.

127:18  Q.  Okay.  And that stamp on the bottom is

127:19   the certified stamp for the patent from the United

127:20   States Patent Office.

127:21   ATTORNEY DENNISON:  Now if you pull up

127:22   the abstract so that Mr. Tertin can read that.

127:23   BY ATTORNEY DENNISON:

127:24  Q.  We've highlighted here that it talks

127:25   about that hinge trigger, that it serves to engage

128:01   the frame of the gun to prevent firing movement of

128:02   the trigger in the event the gun is dropped or

128:03   otherwise impacted.  Do you see that?

128:04  A.  Yes, I do.

128:05  Q.  So that hinged trigger, would you

128:06   agree that a hinged trigger is designed to prevent

128:07   against drop fires?

128:08  A.  A hinged trigger, I would have to

128:09   agree with that.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:09 - 129:21 | **Tertin, James 2025-07-09** | 00:00:40 | **JamesTertin-edit edfortrial.23** |

129:09  Q.  Okay.  Do you see where this patent

129:10      says that this design of the hinged trigger is done

129:11      because many experienced shooters are not

129:12      comfortable with the nontraditional feel of this

129:13      construction as compared to that of a conventional

129:14      trigger having a smoothly curved face.  Do you see

129:15      that?

129:16  A.  Yes.

129:17  Q.  And you understand they're talking

129:18      about designing a hinged trigger as opposed to a

129:19      bladed trigger to give shooters a more comfortable

129:20      feel of the trigger?

129:21  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 130:03 - 139:10 | **Tertin, James 2025-07-09** | 00:09:57 | **JamesTertin-edit edfortrial.24** |

130:03  Q.  Mr. Tertin, this patent additionally

130:04      states that the protruding blade may increase the

130:05      possibility of a gloved trigger finger becoming

130:06      caught thereon and thereby by affecting the

130:07      operation of the trigger during firing.  Do you see

130:08      that?

130:09  A.  Yes, I do.  The operative word there

130:10      is may increase.

130:11  Q.  Okay.  Those are some downsides to the

130:12      use of a tabbed trigger that were listed by Smith &

130:13      Wesson as the reason for designing a bladed trigger.

130:14      Correct?

130:15  A.  Yes.

130:16  Q.  Okay.  Now I'll show you one more

130:17      patent involving another type of trigger safety.

130:18      This is the Taurus patent.

130:19      ATTORNEY DENNISON:  Can you pull up

130:20      Defense Exhibit 337, please.

130:21      BY ATTORNEY DENNISON:

130:22  Q.  All right.  On the first page here,

130:23      you'll see simply the certification from the U.S.

130:24      Patent Office for this patent.

130:25      ATTORNEY DENNISON:  Can we go to the

131:01      next page, please.

131:02      BY ATTORNEY DENNISON:

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

131:03  Q.  Okay.  There is a description here for
131:04       this patent.
131:05       If you go to the background of the
131:06       invention here, do you see where it says, "said
131:07       trigger lock of this kind of pistol which
131:08       constitutes an additional component not traditional
131:09       for pistols was, in fact, added to avoid the
131:10       occurrence of accidental firing if the gun at issue
131:11       falls hitting its end portion on a hard surface."
131:12  A.  Yes.
131:13       ATTORNEY DENNISON:  Okay.  We can go
131:14       ahead and take that down.
131:15       BY ATTORNEY DENNISON:
131:16  Q.  So, Mr. Tertin, at least the patents
131:17       that we've shown you related to tabbed triggers,
131:18       whether it's a bladed tabbed trigger or a hinged
131:19       tabbed trigger, talk about the reasons for those
131:20       inventions being to prevent against drop fires.
131:21       Correct?
131:22  A.  On those three, yes.  However, Glock
131:23       talks about the same thing, about a drop fire and
131:24       the tabbed trigger helps, but they also talk about
131:25       the safety features of having a tabbed trigger in
132:01       their --
132:02  Q.  Is that in the Glock patent?
132:03  A.  Pardon?
132:04  Q.  Is that in Glock's patent?
132:05  A.  No, it's in their owner's manual.
132:06       It's in their literature.
132:07  Q.  But you have not looked at the patent
132:08       for the Glock trigger.  Correct?
132:09  A.  No, no.  I don't think any consumer
132:10       would either.  They read their owner's manual when
132:11       they buy a handgun.
132:12  Q.  Okay.  And what I'm asking of you as
132:13       somebody who is rendering design opinions is whether
132:14       you've looked at the patents for any manufacturer
132:15       about the reason for the design of the tabbed
132:16       trigger and I believe that the answer is other than
132:17       what I've just shown you, you have not looked at
132:18       anything.  Correct?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

132:19  A.  That's correct.

132:20  Q.  And a year ago, I told you about some

132:21      of these patents.  But before you came in to talk to

132:22      the jury about your opinions here today, you did not

132:23      go back and try to research those patents or any

132:24      other patents to see what engineers say about the

132:25      reason for the design of a tabbed trigger.  Correct?

133:01  A.  Correct.

133:02  Q.  Okay.  Now let's talk again about --

133:03      or let's talk about the tabbed trigger a little bit

133:04      more.

133:05      You told the jury a little bit ago

133:06      there are no downsides to a tabbed trigger.  Right?

133:07  A.  Yes.

133:08  Q.  You would agree that the videos you

133:09      showed the juries this morning of trigger pulls

133:10      where you intentionally avoid contacting the blade

133:11      on the Glock trigger demonstrate a finger placement

133:12      hazard?

133:13  A.  No, it was geared to demonstrate a

133:14      brushing glance to the trigger won't allow that gun

133:15      to fire.

133:16  Q.  And the brushing glance again on a

133:17      Glock would be about five and a half pounds.

133:18      Correct?

133:19  A.  Yes.  Well --

133:20  Q.  So you were --

133:21  A.  Just under a half inch of travel.

133:22      That gun is not cocked until 433 thousandths of

133:23      trigger movement is attained.  So it would be one

133:24      heck of a glance to move a trigger 433 thousandths.

133:25  Q.  And to be clear, that gun, the Glock

134:01      pistol, is partially cocked --

134:02  A.  Yes.

134:03  Q.  -- before the trigger is pulled.

134:04      Correct?

134:05  A.  Yes.

134:06  Q.  And so you would have to complete the

134:07      cocking motion --

134:08  A.  Correct.

134:09  Q.  -- with the pull of the trigger.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

134:10    Correct?

134:11  A.  Yes.

134:12  Q.  A true double action pistol, let's

134:13    talk about a double action hammer-fired pistol.

134:14    That trigger pull distance would be vastly larger

134:15    than that of the Glock trigger pull distance.

134:16    Correct?

134:17  A.  Hammer-fired -- say that again.

134:18  Q.  Double action hammer-fired pistol.

134:19    That trigger travel distance would be a lot longer

134:20    than the Glock trigger travel distance?

134:21  A.  They would be similar.

134:22  Q.  They would be similar?

134:23  A.  Yep.

134:24  Q.  You measured double action

134:25    hammer-fired pistols and it's your opinion that

135:01    those trigger travel distances are similar to that

135:02    of the Glock?

135:03  A.  I know they're similar to the Glock.

135:04    Have I measured them?  No.  But I've worked on

135:05    numerous models where we articulate the trigger and

135:06    get a feel for it.

135:07  Q.  Okay.  All right.  Regardless, those

135:08    areas, you said that there are only two areas on the

135:09    trigger that you can contact the Glock and disengage

135:10    the blade and pull the trigger.  Correct?

135:11  A.  Yes.

135:12  Q.  So that means all the other areas on

135:13    that trigger, if you contact them, you would have a

135:14    dead trigger.  Right?  You wouldn't be able to pull

135:15    the trigger?

135:16  A.  That's correct.  If you don't depress

135:17    the blade, you can't pull the trigger.

135:18  Q.  Okay.  And those are all the areas

135:19    where somebody could accidentally put their finger

135:20    in a life or death situation and not be able to get

135:21    that gun to discharge when needed.  Correct?

135:22  A.  That is correct.

135:23  Q.  You previously testified that you

135:24    believe users need to be trained on how to properly

135:25    disengage a tabbed trigger.  Do you recall that?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

136:01 A. Yes.

136:02 Q. And you previously agreed that it

136:03 would be dangerous for a police officer if they were

136:04 unable to discharge their weapon when they needed

136:05 to. Correct?

136:06 A. Yes.

136:07 Q. And that could be a downside to a

136:08 tabbed trigger. Wouldn't it?

136:09 A. It would be, but that's why they have

136:10 training.

136:11 Q. Okay.

136:12 ATTORNEY DENNISON: Could we please

136:13 pull up what I have pre-marked as Exhibit 300 for

136:14 the witness. Not this one, there's a different one.

136:15 Sorry. Take that one down. Let's go off the record

136:16 a second.

136:17 THE VIDEOGRAPHER: Off the record.

136:18 The time is 2:41.

136:19 ATTORNEY DENNISON: Bobby, what I want

136:20 you to pull up is the one that I had you create for

136:21 me. So there's a series of 300, 301, 302, 303, 304.

136:22 So the first one would be 300. The PowerPoint

136:23 slides I had you create.

136:24 Okay. We can go back on the record.

136:25 THE VIDEOGRAPHER: Back on the record

137:01 at 2:44.

137:02 BY ATTORNEY DENNISON:

137:03 Q. Okay. So, Mr. Tertin, if we're

137:04 talking about downsides to a tabbed trigger, you

137:05 would agree that a finger placement hazard that

137:06 contacting the trigger in an area other than the two

137:07 you identified where the blade is on a Glock that

137:08 that could be a hazard to an officer. Correct?

137:09 A. It could be, but that's where the

137:10 training comes in.

137:11 Q. Okay. So can we check that, yes,

137:12 there could be a downside to a tabbed trigger would

137:13 be a finger placement hazard?

137:14 A. Yes.

137:15 Q. Okay. We'll go ahead and do that.

137:16 We'll mark this as Exhibit 300.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

137:17     ATTORNEY DENNISON:  We can go ahead

137:18     and take that down.

137:19     BY ATTORNEY DENNISON:

137:20  Q.  Now we can agree, Mr. Tertin, that if

137:21     something like a glove, a piece of clothing,  or

137:22     debris got caught between the blade and the trigger,

137:23     that could prevent the proper functioning of the

137:24     tab.  Correct?

137:25  A.  Yes.  However, I can't see how that's

138:01     possible.  I've never heard of that happening.

138:02  Q.  The Smith & Wesson patent we looked at

138:03     referenced the possibility of a gloved finger being

138:04     caught.  Right?

138:05  A.  It mentioned the possibility.

138:06  Q.  People sometimes wear gloves when they

138:07     shoot.  Right?

138:08  A.  Yeah, I do too.

138:09  Q.  Okay.  In Boston, where it's cold,

138:10     police officers will often wear gloves in the

138:11     winter.  Right?

138:12  A.  Yes.

138:13  Q.  We've already agreed that it would be

138:14     dangerous for a police officer if they failed to

138:15     discharge their weapon when they needed to.  Right?

138:16  A.  Yes.

138:17     ATTORNEY DENNISON:  So if we could

138:18     pull up Exhibit 301.

138:19     BY ATTORNEY DENNISON:

138:20  Q.  Can we agree that interference with a

138:21     tab from a glove, piece of clothing, or debris could

138:22     be a downside to the tabbed trigger?

138:23  A.  In principle, but I still stand by I

138:24     can't see how that would happen.

138:25  Q.  Okay.  If it did happen, that would be

139:01     a downside.  Correct?

139:02  A.  What kind of interference?

139:03  Q.  A glove getting in there, a piece of

139:04     clothing, or debris getting in there and sticking

139:05     that tab so it cannot be depressed?

139:06  A.  If that's entirely possible, yes.

139:07  Q.  Okay.

JamesTertin-editedfortrial

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

139:08  A.  I can't see how that would happen.

139:09  Q.  Can we check yes on this?

139:10  A.  Yes.

| 139:16 - 143:13 | **Tertin, James 2025-07-09** | 00:04:26 | **JamesTertin-edit** |
|---|---|---|---|
| | | | **edfortrial.25** |

139:16  Q.  There are options here, Mr. Tertin,

139:17      for yes, no, don't know, won't answer.

139:18      If something interfered with the tab

139:19      so that it could not be depressed, that would be a

139:20      downside to the tabbed trigger.  Correct?

139:21  A.  That would be a downside.  Again, I've

139:22      never heard of it, I've never seen it.  I've shot

139:23      tabbed triggers.  So I'm going to have to answer no.

139:24      I can't say how that would happen.

139:25  Q.  Okay.  Go ahead and check no on that

140:01      one then.

140:02  A.  -- hypothetical question.

140:03      ATTORNEY DENNISON:  All right.  We can

140:04      take that one -- that one is marked as 301.  We can

140:05      take that one down.

140:06      BY ATTORNEY DENNISON:

140:07  Q.  Okay.  Now you've spent your career

140:08      fixing firearms that aren't working properly.

140:09      Correct?

140:10  A.  Yes.

140:11  Q.  And the blade on the tabbed trigger is

140:12      attached with parts like springs and pins.  Right?

140:13  A.  That's correct.

140:14  Q.  And if those springs or pins --

140:15      springs or pins break or wear down and aren't

140:16      functioning properly, that could prevent the blade

140:17      from working properly.  Correct?

140:18  A.  Yes, it could.

140:19  Q.  And that would prevent the gun from

140:20      being able to fire when it's needed to?

140:21  A.  No, absolutely not.  There just

140:22      wouldn't be a tab.

140:23  Q.  Okay.  Let's go to -- let's go to a

140:24      new thing, here, Mr. Tertin.

140:25      You previously agreed that if

141:01      something contacts the front face of a trigger with

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

141:02     the blade and pulls the blade and trigger back, that

141:03     pistol will discharge.  Correct?

141:04  A.  Yep.  Yes.

141:05  Q.  That's exactly what that gun is

141:06     designed to do.  Right?

141:07  A.  Yes.

141:08  Q.  The tabbed trigger was designed to be

141:09     easily disengaged when a user wants it to.  Right?

141:10  A.  Yes.

141:11  Q.  You talked about training.

141:12  A.  About what?

141:13  Q.  About training with the bladed

141:14     trigger.

141:15  A.  Yes.

141:16  Q.  You think that training is needed for

141:17     officers or customers, users, to be able to properly

141:18     use a gun that had a bladed trigger.  Right?

141:19  A.  Yes.

141:20  Q.  All right.  Let's go back to the

141:21     evidence that you looked at.

141:22     We talked about the fact that you did

141:23     not look at the P320 pistol that Officer Desrosiers

141:24     was using.

141:25     You didn't inspect any of the clothing

142:01     that he was wearing that day either.  Right?

142:02  A.  No.  I'm a firearms expert.  I need to

142:03     stay there.  I'm not a forensic examiner.

142:04  Q.  But you're giving the jury opinions

142:05     today as to what would have prevented Officer

142:06     Desrosiers' accident.  Right?

142:07  A.  Yes.  I've given one opinion.

142:08  Q.  Are you giving any opinions as to what

142:09     caused Officer Desrosiers' accident besides that the

142:10     trigger was pulled?

142:11  A.  No.

142:12  Q.  Okay.  Now you saw some police

142:13     photographs.  Right?

142:14  A.  From the Cambridge PD?

142:15  Q.  Yes.

142:16  A.  Yes.

142:17     ATTORNEY DENNISON:  Okay.  I'd like to

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 142:18 | go to what has been marked in this case as Exhibit | | |
| | 142:19 | 70, which is the police, the Cambridge Police | | |
| | 142:20 | Department, photographs. | | |
| | 142:21 | I'd like to go to one particular | | |
| | 142:22 | photograph, which is the eighth photograph in the | | |
| | 142:23 | packet that is marked as Exhibit 70. | | |
| | 142:24 | BY ATTORNEY DENNISON: | | |
| | 142:25 Q. | Have you seen this photograph, Mr. | | |
| | 143:01 | Tertin? | | |
| | 143:02 A. | Yes, I have. | | |
| | 143:03 Q. | Do you understand what this familiar | | |
| | 143:04 | depicts? | | |
| | 143:05 A. | A bullet hole. | | |
| | 143:06 Q. | It is a bullet hole right at the seam | | |
| | 143:07 | of Officer Desrosiers' pants. Correct? | | |
| | 143:08 A. | That's correct. | | |
| | 143:09 Q. | Okay. And so for the bullet hole to | | |
| | 143:10 | be there, the muzzle of the gun had to be above that | | |
| | 143:11 | hole when it discharged. Right? | | |
| | 143:12 A. | Well, slightly, yes. | | |
| | 143:13 Q. | Yes. | | |
| 143:24 - 147:02 | **Tertin, James 2025-07-09** | 00:04:04 | **JamesTertin-edit** |
| | 143:24 Q. | Okay. And, Mr. Tertin, you previously | | **edfortrial.26** |
| | 143:25 | agreed -- well, let me step back a second. | | |
| | 144:01 | If the gun -- if the barrel of the gun | | |
| | 144:02 | was just above this bullet hole, then would you | | |
| | 144:03 | agree that most of the gun would be outside of the | | |
| | 144:04 | pants? | | |
| | 144:05 A. | Or parallel, yes. | | |
| | 144:06 Q. | Okay. And that would mean that the | | |
| | 144:07 | trigger was not covered by the pants. Right? | | |
| | 144:08 A. | Yes. | | |
| | 144:09 Q. | It would also mean that Officer | | |
| | 144:10 | Desrosiers must have had his hand on the gun when it | | |
| | 144:11 | discharged because otherwise it would have just | | |
| | 144:12 | fallen onto the ground. Right? | | |
| | 144:13 A. | That, we don't know. We know that his | | |
| | 144:14 | gun did not eject. So we know that there was | | |
| | 144:15 | significant friction on that slide. | | |
| | 144:16 Q. | Let's talk about that. Friction on | | |

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

144:17    the slide could come from any number of things.

144:18    Correct?

144:19  A.  Well, in this case, it looks like it

144:20    would have come from his skin and his pants.

144:21  Q.  On what do you base what you just told

144:22    the jury, that in this case, the friction would have

144:23    come from his skin and his pants?  On what do you

144:24    base that?

144:25  A.  His gun was in his waistband on his

145:01    right side.  So the left side of the pistol was

145:02    against his skin.  The right side of the pistol was

145:03    against his pants.

145:04  Q.  How do you know that the left side of

145:05    the pistol was against his skin?

145:06  A.  He's right-handed.

145:07  Q.  Okay.  He could have been holding the

145:08    gun away from his skin.  Couldn't he?

145:09  A.  Could have.

145:10  Q.  Okay.  And how do you know that any

145:11    portion of that slide was restricted by his pants?

145:12  A.  Well, we know part of it was because

145:13    it didn't eject.

145:14  Q.  Have you ever heard of a firearm not

145:15    ejecting because of a loose grip, of not holding the

145:16    gun tightly?

145:17  A.  Sure.  Yeah, in our industry, we call

145:18    it limp wristing.

145:19  Q.  Yes.  And that can happen when

145:20    somebody isn't intending to pull a gun or holding

145:21    the gun in a shooter's stance.  Correct?

145:22  A.  Yes.

145:23  Q.  That's another possibility for a shell

145:24    casing not ejecting.  Correct?

145:25  A.  Yes.

146:01    ATTORNEY DENNISON:  Okay.  We can go

146:02    ahead and take this exhibit down.

146:03    BY ATTORNEY DENNISON:

146:04  Q.  Before you came here to tell the jury

146:05    about your opinions that a tabbed trigger would have

146:06    prevented this discharge, you did not consider the

146:07    physical evidence available in this case such as

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 146:08    Officer Desrosiers' pistol, his shell casing, or his | | |
| | 146:09    clothing.  Correct? | | |
| | 146:10  A.  The only thing I didn't consider was | | |
| | 146:11    his clothing.  I'm not a forensic reconstructionist. | | |
| | 146:12  Q.  Okay.  And you did not -- you relied | | |
| | 146:13    solely on Dr. Vigilante notes of his inspection of | | |
| | 146:14    Officer Desrosiers' pistol in rendering your | | |
| | 146:15    opinions about Officer Desrosiers' pistol.  Correct? | | |
| | 146:16  A.  Yes. | | |
| | 146:17  Q.  Now you've told this jury that tabbed | | |
| | 146:18    triggers are effective at preventing accidental | | |
| | 146:19    discharges.  Is that right? | | |
| | 146:20  A.  Yes. | | |
| | 146:21  Q.  You haven't looked at whether Glock | | |
| | 146:22    pistols have had accident discharges despite having | | |
| | 146:23    a tabbed trigger.  Correct? | | |
| | 146:24  A.  No, I've seen that. | | |
| | 146:25  Q.  You've seen discharges with Glock | | |
| | 147:01    pistols with tabbed triggers? | | |
| | 147:02  A.  I have not -- | | |
| 147:04 - 147:05 | **Tertin, James 2025-07-09** | 00:00:02 | **JamesTertin-edit** |
| | 147:04    THE WITNESS:  -- personally.  I've | | **edfortrial.27** |
| | 147:05    seen data. | | |
| 147:07 - 147:11 | **Tertin, James 2025-07-09** | 00:00:14 | **JamesTertin-edit** |
| | 147:07  Q.  Okay.  What data have you seen, Mr. | | **edfortrial.28** |
| | 147:08    Tertin, about Glock pistols having accidental | | |
| | 147:09    discharges despite having a tabbed trigger? | | |
| | 147:10  A.  Well, I don't recall the agency, but | | |
| | 147:11    it was data that you showed me. | | |
| 147:14 - 147:18 | **Tertin, James 2025-07-09** | 00:00:11 | **JamesTertin-edit** |
| | 147:14  Q.  All right.  So you're talking about | | **edfortrial.29** |
| | 147:15    data that I showed you from the Washington, D.C. | | |
| | 147:16    Metro police about accidental discharges with Glock | | |
| | 147:17    pistols? | | |
| | 147:18  A.  Yes. | | |
| 147:22 - 149:11 | **Tertin, James 2025-07-09** | 00:02:14 | **JamesTertin-edit** |
| | 147:22  Q.  Mr. Tertin, have you seen the | | **edfortrial.30** |
| | 147:23    videotape and deposition of an accidental discharge | | |
| | 147:24    experienced by somebody named Chris Jacob? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

147:25  A.  I don't recall that, no.

148:01  Q.  Okay.  Have you seen a video or

148:02      deposition transcript of an individual who had an

148:03      accidental discharge with a Glock pistol named David

148:04      Kensler?

148:05  A.  I don't recall that either.

148:06  Q.  Have you been provided any evidence of

148:07      accidental discharges with pistols equipped with a

148:08      tabbed trigger or some other safety on the outside

148:09      of the pistol?

148:10  A.  Two things.  One, again, that data

148:11      that you showed me previously and, two, I don't know

148:12      of any manufacturer that publishes that kind of

148:13      data.

148:14  Q.  Okay.  That is not something that you

148:15      have undertaken to look at or investigate yourself.

148:16      Correct?

148:17  A.  No.  I'm focused on the P320.

148:18  Q.  You're focused on the P320 at the

148:19      exclusion of looking at any evidence of accidental

148:20      discharges with any other types of pistols.

148:21      Correct?

148:22  A.  Yes.  I'm a firearms expert and I've

148:23      been retained to work on this case.

148:24  Q.  But you want to tell the jury that in

148:25      this case where we have a P320 pistol not in a

149:01      holster being handled by Officer Desrosiers that a

149:02      tabbed trigger would have prevented his accident?

149:03  A.  I didn't say that.  I said it would

149:04      have made it highly unlikely and that's demonstrated

149:05      by my previous video.

149:06  Q.  Okay.  When you reference your

149:07      previous video, you're referencing the videos where

149:08      you intentionally avoided contact with that bladed

149:09      trigger.  Right?

149:10  A.  Absolutely.  That was the intent of

149:11      the video.

| 149:20 - 153:22 | **Tertin, James 2025-07-09** | 00:05:08 | **JamesTertin-edit** |
|  |  |  | **edfortrial.31** |

149:20  Q.  Sure.  You've done no testing to show

149:21      where a finger or a foreign object would likely make

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

149:22    contact with a trigger when it's unintentionally

149:23    contacted and pulled?

149:24  A.  Well, both of my P320 and my Glock

149:25    videos graphically demonstrate that.  The trigger's

150:01    only three-quarters of an inch long.

150:02  Q.  But, again, what you're demonstrating

150:03    is an intentional avoidance of the blade.  Correct?

150:04  A.  Yes, on the Glock.

150:05  Q.  Okay.  And it does not show an

150:06    accidental contact with the trigger.  Correct?

150:07  A.  There's no difference.

150:08  Q.  There's no difference between an

150:09    intentional avoidance of a tab and an unintentional

150:10    contact with the trigger?

150:11  A.  If I intentionally avoid the tab or

150:12    purposely avoid the tab, there's no difference.

150:13  Q.  You're telling the jury that there is

150:14    no difference between you intentionally putting your

150:15    finger on a trigger to avoid the blade and somebody

150:16    accidentally pulling the trigger?

150:17  A.  No, no.  I didn't say that.

150:18  Q.  Okay.  I did not think so, sir.

150:19  A.  If I accidentally avoid the blade or

150:20    intentionally avoid the blade, there's no

150:21    difference.

150:22  Q.  Okay.  But what I'm asking you is you

150:23    haven't done any testing or looked at any studies to

150:24    show where somebody is likely to accidentally

150:25    contact the trigger.  Correct?

151:01  A.  That's correct.  But, again, my videos

151:02    photographically demonstrate where somebody can

151:03    accidentally touch the trigger.

151:04  Q.  You mentioned something earlier about

151:05    reviewing some videos of what you described as

151:06    uncommanded discharges.

151:07    I want to be super clear.  When you

151:08    say uncommanded, do you mean an accidental discharge

151:09    where somebody did not intend to pull the trigger?

151:10  A.  Yes.

151:11  Q.  Okay.  You were not suggesting that

151:12    you reviewed videos of a P320 discharging without a

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

151:13        trigger pull.  Are you?

151:14    A.    No.

151:15    Q.    Okay.  And you said that you reviewed

151:16        some videos, but am I correct that you did not

151:17        inspect any of the pistols involved in those videos

151:18        that you saw?

151:19    A.    Yes, you are.

151:20    Q.    Am I correct that you did not speak to

151:21        any of the individuals that were depicted in the

151:22        videos that you watched?

151:23    A.    That's correct.

151:24    Q.    Am I correct that you did not review

151:25        any information about how those accidents occurred

152:01        other than what you could see in the videos that you

152:02        watched?

152:03    A.    That's correct.

152:04    Q.    You reviewed some information and

152:05        depositions from the Cambridge Police Department.

152:06        Correct?

152:07    A.    Yes.

152:08    Q.    So are you aware that the Cambridge

152:09        Police Department would not have purchased a pistol

152:10        with a manual thumb safety?

152:11    A.    Yes.

152:12    Q.    In fact, that's a stipulated fact in

152:13        this matter.  Are you aware of that?

152:14    A.    Say that again, please.

152:15    Q.    That's a stipulated fact in this

152:16        matter, that the Cambridge Police Department would

152:17        not have purchased the P320 with a manual safety.

152:18        Correct?

152:19    A.    Yes.

152:20    Q.    You did some demonstrative testing of

152:21        a P320 other than the ones that you showed the jury

152:22        here today.  Correct?

152:23    A.    Yes.

152:24        ATTORNEY DENNISON:  Okay.  I'd like to

152:25        show Exhibit 116.  It's Plaintiff's Exhibit 116.  I

153:01        don't want to show the video.  I just want to show

153:02        the image of it, please.

153:03        BY ATTORNEY DENNISON:

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

153:04　Q.　So this image that we've shown on the

153:05　　　screen, is this one of the tests that you did with a

153:06　　　tan P320 pistol?

153:07　A.　Yes, it is.

153:08　Q.　And that has a manual thumb safety on

153:09　　　it.  Correct?

153:10　A.　Correct.

153:11　Q.　The P320 actually has options

153:12　　　available for sale with a manual thumb safety.

153:13　　　Correct?

153:14　A.　Yes.

153:15　Q.　Cambridge Police Department chose not

153:16　　　to purchase the P320 that was available with a

153:17　　　manual thumb safety.  Correct?

153:18　A.　That is correct.

153:19　　　ATTORNEY DENNISON:  We can take that

153:20　　　down.

153:21　　　Sir, those are all the questions I

153:22　　　have for you.  Thank you.

| | | | |
|---|---|---|---|
| 154:25 - 155:03 | **Tertin, James 2025-07-09** | 00:00:07 | **JamesTertin-edit**<br>**edfortrial.32** |

154:25　Q.　Mr. Tertin, I'm not going to keep you

155:01　　　here terribly long.  I just have some follow-up

155:02　　　questions for you.  Okay?

155:03　A.　Sure.

| | | | |
|---|---|---|---|
| 155:11 - 156:11 | **Tertin, James 2025-07-09** | 00:01:21 | **JamesTertin-edit**<br>**edfortrial.33** |

155:11　Q.　Mr. Tertin, are you aware of Officer

155:12　　　Desrosiers' claim about where his finger was or

155:13　　　wasn't?

155:14　A.　Yes, yes.  He --

155:15　Q.　What's your understanding?

155:16　A.　I'm sorry, what?

155:17　Q.　What's your understanding?

155:18　A.　That his finger was not on the trigger

155:19　　　and he attributed that due to this police training.

155:20　Q.　And if his finger wasn't on the

155:21　　　trigger face, is that something that a tabbed

155:22　　　trigger would have prevented -- strike that

155:23　　　question.

155:24　　　In the event his finger was not across

155:25　　　the trigger face, would a tabbed trigger have

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

156:01      prevented actuation of the trigger?

156:02   A.   Yes, it would have.

156:03   Q.   What is the purpose of a tabbed

156:04      trigger?

156:05   A.   We've discussed that at great length.

156:06      Early on, it was to prevent a drop fire. But more

156:07      recently, it is an additional safety.

156:08   Q.   Okay. You were shown some patents

156:09      that did not include prevention of side actuation as

156:10      a purpose for the tabbed trigger. Right?

156:11   A.   Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 156:21 - 157:12 | **Tertin, James 2025-07-09** | 00:00:44 | **JamesTertin-edit edfortrial.34** |

156:21   Q.   In your opinion, what is a tabbed

156:22      trigger for?

156:23   A.   In my professional opinion, it's to --

156:24      it's an additional safety and it's to prevent a

156:25      trigger from unintentionally firing with a glancing

157:01      touch to either side of the trigger.

157:02   Q.   Does the existence of that purpose

157:03      being stated in a patent in any way affect or

157:04      diminish your opinion?

157:05   A.   No.

157:06   Q.   You were asked questions about

157:07      Dr. Vigilante's note of his measurement of 6.8 from

157:08      rest to break. Do you recall that?

157:09   A.   Yes, I do.

157:10   Q.   Okay. Did you speak to Dr. Vigilante

157:11      about his measurements?

157:12   A.   I spoke to him briefly.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 158:24 - 162:03 | **Tertin, James 2025-07-09** | 00:03:59 | **JamesTertin-edit edfortrial.35** |

158:24   Q.   Mr. Tertin, I'm going to show you for

158:25      identification purposes Dr. Vigilante's report,

159:01      which is marked as Plaintiff's Exhibit 73.

159:02      What is indicated in this section that

159:03      I've highlighted?

159:04   A.   He followed the subject P320 as a

159:05      takeup distance from rest until resistance of

159:06      approximately 3.1 millimeters and a total travel

159:07      distance from rest to break (sear release) of

159:08      approximately 6.8 millimeters.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

159:09  Q.  What does total travel distance mean
159:10      to you?
159:11  A.  Total travel distance to me means
159:12      total distance that the trigger travels.  Simply
159:13      stated, it's from the rest point until you can't
159:14      move it rearward any more.
159:15  Q.  Here, it indicates 6.8 millimeters.
159:16      Is that right?
159:17  A.  Yes.
159:18  Q.  Let's take a look back at Plaintiff's
159:19      Exhibit 53.
159:20      This is a Sig Sauer created document.
159:21  A.  Yes.
159:22  Q.  What is the total trigger travel
159:23      distance indicated on this document?
159:24  A.  Total on this diagram is 6.9
159:25      millimeters.
160:01  Q.  And how does that line up with
160:02      Dr. Vigilante's indicated 6.8?
160:03  A.  It's very, very -- very, very close to
160:04      an assembly line -- assembly line-made pistol.
160:05  Q.  In this image, can you tell us where
160:06      is rest to break?
160:07  A.  Rest to break is 2.8 plus 4.2.  So
160:08      that's --
160:09  Q.  Is rest when it's at dead trigger?
160:10  A.  Oh, from rest to break, excuse me.
160:11      2.8 to 42.
160:12  Q.  Is 2.8 the wall?
160:13  A.  Yes, and the break is at 4.2
160:14      millimeters.
160:15  Q.  Okay.  That -- strike that.
160:16      You were asked about where you placed
160:17      your caliper when measuring the P320 trigger in the
160:18      video and you measured it to be 53 one thousandths
160:19      of an inch.  Do you recall that?
160:20  A.  Yes.
160:21  Q.  And then you were asked about where
160:22      you measured on the Glock tabbed trigger.  Do you
160:23      remember that?
160:24  A.  Yes.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

160:25  Q.  On the Glock tabbed trigger, you

161:01       measured at the tip of the tab.  Right?

161:02  A.  Yes.

161:03  Q.  Why did you measure it from there?

161:04  A.  If I had it measured higher, I

161:05       wouldn't have activated the tab and wouldn't have

161:06       measured it.

161:07  Q.  Okay.  You were asked about the Smith

161:08       & Wesson M&P 2.0.

161:09       Do you recall seeing that diagram or

161:10       that picture of the Smith & Wesson?

161:11  A.  Yes.

161:12  Q.  And that one that you were shown by

161:13       Ms. Dennis had a hinged trigger.  Correct?

161:14  A.  Correct.

161:15  Q.  If contact was made on the sides or

161:16       even the front of that hinged trigger above the

161:17       hinge, would it actuate the trigger?

161:18  A.  No.

161:19  Q.  Okay.  Let me show you what has been

161:20       marked as Plaintiff's Exhibit 53.

161:21       Can you tell us what make and model is

161:22       depicted here?

161:23  A.  Yeah.  That's a small Smith & Wesson

161:24       M&P Shield.

161:25  Q.  Okay.  What's used on this -- what

162:01       kind of trigger is used on this Smith & Wesson?

162:02  A.  That's a tabbed trigger and it also

162:03       has a manual external safety.

| 162:10 - 164:03 | **Tertin, James 2025-07-09** | 00:02:09 | **JamesTertin-edit** |
|---|---|---|---|
| | | | **edfortrial.36** |

162:10  Q.  You're familiar with the Smith &

162:11       Wesson M&P.  Right?

162:12  A.  Yes.

162:13  Q.  Okay.  And you've seen that photograph

162:14       of the Smith & Wesson M&P with the hinged trigger

162:15       before.  Correct?

162:16  A.  Yes.

162:17  Q.  Do you have any idea if Smith & Wesson

162:18       has changed the trigger on that model?

162:19  A.  Yes.  It's now a hinged -- excuse me.

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

162:20     It was a hinged, now it's a tabbed trigger.

162:21  Q.  Okay.  You were shown an image of a

162:22     Walther P99 and you said that that's a single action

162:23     double action with a decocker.  Do you recall that?

162:24  A.  Yes, I do.

162:25  Q.  What does that mean, to be a single

163:01     action double action with a decocker?

163:02  A.  We'll start with the gun loaded, the

163:03     slide closed, and the decocker depressed.  That's

163:04     how you would normally carry that gun.

163:05     If you wanted to shoot it and intended

163:06     to shoot it, you would have the first pull of the

163:07     trigger would be a long steady double action pull.

163:08     After that, it ejects the fired case, loads a new

163:09     one, and at that point it's in a single action mode.

163:10     If you wanted to stop firing at any

163:11     point, you simply push the decocker, the striker is

163:12     blocked, and the gun is dead again.  It takes a

163:13     double action to start firing again.

163:14  Q.  So in that double action mode, just

163:15     before that first pull, is that like a P320 that's

163:16     single action?

163:17  A.  No, no.  It's like a Glock.  It's a

163:18     long steady pull to cock and release the striker.

163:19  Q.  Okay.  You testified earlier when I

163:20     asked you are there any downsides to a tabbed

163:21     trigger.  Do you recall your answer?

163:22  A.  I said no.

163:23  Q.  Okay.  You were then asked if finger

163:24     placement could be a hazard.

163:25     Have you ever heard of finger

164:01     placement on a tabbed trigger being a problem where

164:02     somebody missed pulling it because of a tab?

164:03  A.  No.

| 164:08 - 165:08 | **Tertin, James 2025-07-09** | 00:01:16 | **JamesTertin-edit** |
| | | | **edfortrial.37** |

164:08  Q.  Have you ever heard of finger

164:09     placement actually being a hazard in terms of

164:10     somebody not being able to fire because of a tab?

164:11  A.  No, I haven't.

164:12  Q.  Okay.  So when you gave an answer to

**JamesTertin-editedfortrial**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 164:13 | Ms. Dennison, was that based on any real world | |
| | 164:14 | experience?  It was a hypothetical. | |
| | 164:15 A. | Hypothetical.  Well, I've shot tabbed | |
| | 164:16 | triggers of several different manufacturers.  So | |
| | 164:17 | that's my real world experience. | |
| | 164:18 Q. | What's your real world experience, not | |
| | 164:19 | having a problem? | |
| | 164:20 A. | Not having a problem, no.  No -- | |
| | 164:21 Q. | What -- I'm sorry.  I didn't mean to | |
| | 164:22 | cut you off. | |
| | 164:23 A. | They're easy to shoot. | |
| | 164:24 Q. | What do you think has a greater risk, | |
| | 164:25 | a risk of unintended discharge because there is no | |
| | 165:01 | tabbed trigger or a risk of not being able to fire | |
| | 165:02 | because of finger misplacement? | |
| | 165:03 A. | The accidental/incidental/uncommanded | |
| | 165:04 | discharges a far greater risk. | |
| | 165:05 Q. | Did anything that Ms. Dennison asked | |
| | 165:06 | you cause you to change any of your opinions? | |
| | 165:07 A. | No, it did not. | |
| | 165:08 Q. | I have no further questions for you. | |

| | | |
|---|---|---|
| Our Designations | 02:41:19 | |
| **TOTAL RUN TIME** | **02:41:19** | |