# EXHIBIT G

Transcribed Trial Testimony of David Cole that was video recorded and played for the Jury

# David Cole - Stipulated

Designation List Report

| | Cole, David | 2024-08-30 |
|---|---|---|

| Stipulated Designations | 00:22:30 |
|---|---|
| **TOTAL RUN TIME** | **00:22:30** |



**ID: OSI4V2**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 7:25 - 8:12 | **Cole, David 2024-08-30** | | 00:00:33 | **OSI4V2.1** |
| | 7:25 | Q. Can you please state your full name? | | |
| | 8:01 | A. Middle name too? | | |
| | 8:02 | Q. Yes. | | |
| | 8:03 | A. David Alan Cole. | | |
| | 8:04 | Q. Have you ever been known by any other name? | | |
| | 8:05 | A. No. | | |
| | 8:06 | Q. Can you please state your date and place of | | |
| | 8:07 | birth? | | |
| | 8:08 | A. May 13, 1983; Skowhegan, Maine. | | |
| | 8:09 | Q. Can you say the town again? | | |
| | 8:10 | A. Skowhegan. | | |
| | 8:11 | Q. Okay. How long have you lived in Maine? | | |
| | 8:12 | A. My entire life. | | |
| 16:05 - 16:08 | **Cole, David 2024-08-30** | | 00:00:09 | **OSI4V2.2** |
| | 16:05 | Q. Did you go to the police academy? | | |
| | 16:06 | A. Yes. | | |
| | 16:07 | Q. When did you go to the police academy? | | |
| | 16:08 | A. 2007 -- | | |
| 23:08 - 24:17 | **Cole, David 2024-08-30** | | 00:02:27 | **OSI4V2.3** |
| | 23:08 | Q. Okay. Have you seen the documents that I have in | | |
| | 23:09 | front of you right now that I've marked as Exhibit 1? | | |
| | 23:10 | A. Yes, ma'am. | | |
| | 23:11 | Q. And can you please describe what they are? | | |
| | 23:12 | A. The one closest to me is my certificate after | | |
| | 23:13 | completing the 18-week academy. | | |
| | 23:14 | Q. Okay. | | |
| | 23:15 | A. And the second one is the Sid Bridges Firearms | | |
| | 23:16 | Proficiency Award. | | |
| | 23:17 | Q. Okay. So the first one you said is the | | |
| | 23:18 | completion of the academy, and it looks like it was | | |
| | 23:19 | given to you May 25, 2007; is that correct? | | |
| | 23:20 | A. Yes, that's the date on there. | | |
| | 23:21 | Q. Okay. Is that the date that you officially | | |
| | 23:22 | graduated from the academy? | | |
| | 23:23 | A. I believe so. | | |
| | 23:24 | Q. Okay. And then the Sid Bridges Firearms | | |
| | 23:25 | Proficiency Award was also provided to you on May 25, | | |
| | 24:01 | 2007; is that correct? | | |
| | 24:02 | A. Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:03 Q. And what was this provided to you for? | | |
| | 24:04 A. It's a -- do you want me to explain what the | | |
| | 24:05    award is, is that what you're -- | | |
| | 24:06 Q. Yes. | | |
| | 24:07 A. Okay. During the academy, there's range weeks, | | |
| | 24:08    one of them is the firearm's range. So the best shooter | | |
| | 24:09    or shooters in the class receive that award. | | |
| | 24:10 Q. What firearms were you using during the academy? | | |
| | 24:11 A. H&K. | | |
| | 24:12 Q. Do you know which one? Was it the striker fired, | | |
| | 24:13    do you know? | | |
| | 24:14 A. I'm going to say no, it was a USP, and there was | | |
| | 24:15    a lever on the back. | | |
| | 24:16 Q. A hammer on the back? | | |
| | 24:17 A. A hammer on the back, sorry. | | |
| 36:10 - 37:07 | **Cole, David 2024-08-30** | 00:01:15 | **OSI4V2.4** |
| | 36:10 Q. Okay. And when you say when you went to | | |
| | 36:11    Somerset, you're talking about the police academy, | | |
| | 36:12    right? Or -- or -- let me -- I assumed something there. | | |
| | 36:13    When you went to Somerset, when you refer going | | |
| | 36:14    to Somerset, are you talking about when you were first | | |
| | 36:15    hired as a deputy there? | | |
| | 36:16 A. Yes. | | |
| | 36:17 Q. Okay. And that would have been in 2006, right? | | |
| | 36:18 A. Yes. | | |
| | 36:19 Q. Do you recall when in 2006? | | |
| | 36:20 A. Full-time was July. I did start working | | |
| | 36:21    part-time capacity earlier. I believe it was February. | | |
| | 36:22 Q. Okay. And when you were first hired by Somerset | | |
| | 36:23    County, were you issued a firearm? | | |
| | 36:24 A. Full-time, yes. | | |
| | 36:25 Q. Part-time, no? | | |
| | 37:01 A. Correct. | | |
| | 37:02 Q. What firearm were you issued by Somerset County | | |
| | 37:03    in July of 2006? | | |
| | 37:04 A. H&K. | | |
| | 37:05 Q. Is that the same type that you ended up using at | | |
| | 37:06    the academy? | | |
| | 37:07 A. Yes, ma'am. | | |
| 54:23 - 56:16 | **Cole, David 2024-08-30** | 00:02:27 | **OSI4V2.5** |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 54:23 | Q. | Okay. So let's talk then about your duty | | OSI4V2.5 |
| | 54:24 | | weapons. Your first duty weapon, that was the H&K that | | |
| | 54:25 | | you purchased? | | |
| | 55:01 | A. | Yes. | | |
| | 55:02 | Q. | Okay. Did you have any other H&Ks or just that | | |
| | 55:03 | | one as a duty weapon? | | |
| | 55:04 | A. | As a duty weapon, just that one. | | |
| | 55:05 | Q. | Okay. Then did you go into the Glock after the | | |
| | 55:06 | | H&K? | | |
| | 55:07 | A. | Yes. | | |
| | 55:08 | Q. | And which Glock did you go into after the H&K? | | |
| | 55:09 | A. | It was .45 caliber. | | |
| | 55:10 | Q. | How long did you carry the H&K on duty? | | |
| | 55:11 | A. | It was years. A guess would be seven, but more | | |
| | 55:12 | | or less, I would say. | | |
| | 55:13 | Q. | So approximately seven years, give or take a year | | |
| | 55:14 | | or so? | | |
| | 55:15 | A. | Yes. | | |
| | 55:16 | Q. | And then from there, you went into the .45 | | |
| | 55:17 | | caliber Glock? | | |
| | 55:18 | A. | Yes. | | |
| | 55:19 | Q. | For how long did you carry that? | | |
| | 55:20 | A. | It would be another guesstimate, but five years, | | |
| | 55:21 | | maybe. | | |
| | 55:22 | Q. | Okay. And when you say guesstimate, five years | | |
| | 55:23 | | give or take a year or so? | | |
| | 55:24 | A. | Approximately, yes. | | |
| | 55:25 | Q. | Okay. And then after the Glock .45, what did you | | |
| | 56:01 | | go into? | | |
| | 56:02 | A. | I think that was when we were issued the Sig | | |
| | 56:03 | | Sauer, but there might have been a gun in between, I'm | | |
| | 56:04 | | not positive. | | |
| | 56:05 | Q. | Do you recall when you were issued the P320? | | |
| | 56:06 | A. | That's another guesstimate, but within months. | | |
| | 56:07 | | I'd -- February of 2022. | | |
| | 56:08 | Q. | Okay. And when you say within months, you mean | | |
| | 56:09 | | within months of your discharge incident? | | |
| | 56:10 | A. | No, I mean within months of February. So I don't | | |
| | 56:11 | | know if it was like January or March, but it was in that | | |
| | 56:12 | | time frame. | | |
| | 56:13 | Q. | Okay, understood, of 2022? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:14  A.  Yes.<br>56:15  Q.  And what model P320 were you issued?<br>56:16  A.  I thought the model was the P320. | | |
| 82:20 - 83:23 | **Cole, David 2024-08-30** | 00:01:56 | **OSI4V2.6** |

82:20  Q.  Had you ever heard about the Sig Sauer P320
82:21      pistol before it was issued to you?
82:22  A.  Only if it was one of those guns that I shot
82:23      prior to it being issued, but other than that, no.
82:24  Q.  Okay.  Did you ever visit Sig Sauer's website
82:25      prior to your incident?
83:01  A.  No.
83:02  Q.  Did you ever read any reviews about the P320
83:03      pistol prior to your incident?
83:04  A.  No.
83:05  Q.  Did you ever review any marketing information
83:06      issued by Sig Sauer about the P320 prior to your
83:07      incident?
83:08  A.  No.
83:09  Q.  Did you know anybody who owned or used a P320
83:10      pistol before you were issued your duty weapon, your
83:11      P320 duty weapon?
83:12  A.  Not that I'm aware of, no.
83:13  Q.  Had you heard about any unintentional discharges
83:14      with a P320 pistol prior to your incident?
83:15  A.  No.
83:16  Q.  Prior to being issued the P320 duty pistol or
83:17      potentially when pistols were sent to Somerset County to
83:18      be tried out, had you ever fired a P320 pistol?
83:19  A.  No.
83:20  Q.  And I apologize if I've asked this, but prior to
83:21      being issued your P320 pistol, did you have any concerns
83:22      with that model pistol?
83:23  A.  No.

| 107:03 - 113:24 | **Cole, David 2024-08-30** | 00:11:44 | **OSI4V2.7** |

107:03  Q.  Okay.  And the accident happened on May 4, 2022;
107:04      is that correct?
107:05  A.  Yes.
107:06  Q.  What day of the week was that?
107:07  A.  Wednesday, I think.
107:08  Q.  Okay.  Approximately what time did the accident

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 107:09 | | occur? | | |
| | 107:10 | A. | Approximate, I hope; I want to say 9:30, | | |
| | 107:11 | | 9:40-ish. | | |
| | 107:12 | Q. | In the morning, right? | | |
| | 107:13 | A. | Yes, sorry. | | |
| | 107:14 | Q. | What time did your shift start that day? | | |
| | 107:15 | A. | Approximately 7 a.m. | | |
| | 107:16 | Q. | Do you recall what time you got up that morning? | | |
| | 107:17 | A. | I don't that morning in particular. Normally | | |
| | 107:18 | | it's between 5 and 5:30 when I get up. | | |
| | 107:19 | Q. | How long does it take you to get into work? | | |
| | 107:20 | A. | Do you mean the drive? | | |
| | 107:21 | Q. | Yes. | | |
| | 107:22 | A. | Ten, 15 minutes, but I'm technically at work when | | |
| | 107:23 | | I get in my car so -- | | |
| | 107:24 | Q. | So as soon as you get into -- and your car, was | | |
| | 107:25 | | that a patrol car, was that an undercover or detective | | |
| | 108:01 | | car? | | |
| | 108:02 | A. | Yes. | | |
| | 108:03 | Q. | What kind of car was it? | | |
| | 108:04 | A. | That, at the time, was a Chevy Silverado truck, | | |
| | 108:05 | | bright red. | | |
| | 108:06 | Q. | And so when you got into the truck, did you log | | |
| | 108:07 | | in or somehow report to duty as soon as you got into the | | |
| | 108:08 | | truck? | | |
| | 108:09 | A. | You sign on duty on the radio. | | |
| | 108:10 | Q. | Okay. And then you get into -- or on that day, | | |
| | 108:11 | | did you go directly from your home into the office, or | | |
| | 108:12 | | did you go somewhere else first? | | |
| | 108:13 | A. | I don't know if I went to the office that morning | | |
| | 108:14 | | because we were meeting for the search warrant in a | | |
| | 108:15 | | different county. I don't know if I stopped at the | | |
| | 108:16 | | office first or not. | | |
| | 108:17 | Q. | Okay. And where were you going for the search | | |
| | 108:18 | | warrant? | | |
| | 108:19 | A. | The search warrant itself was in Sangerville. | | |
| | 108:20 | Q. | Where were you meeting for the search warrant? | | |
| | 108:21 | A. | Bear with me, it's a different county. I think | | |
| | 108:22 | | it was Dover Foxcroft, I believe. | | |
| | 108:23 | Q. | Okay. What time were you meeting? | | |
| | 108:24 | A. | I'm not sure there was a specific time, but it | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 108:25 | | would have been first thing so approximately | | |
| | 109:01 | | eight o'clock. | | |
| | 109:02 | Q. | And how far away was that from your home? | | |
| | 109:03 | A. | Approximately an hour, maybe a little more. | | |
| | 109:04 | Q. | Okay. Who were you meeting? | | |
| | 109:05 | A. | Other deputies from Piscataquis, deputies from | | |
| | 109:06 | | our agency and other detectives from our agency. | | |
| | 109:07 | Q. | Do you recall the names of anybody that you were | | |
| | 109:08 | | meeting that morning? | | |
| | 109:09 | A. | I recall some, yes. | | |
| | 109:10 | Q. | Okay. Which names do you recall? | | |
| | 109:11 | A. | Detective Dodge, Detective Leal, Deputy Armiger, | | |
| | 109:12 | | Lieutenant Knight. That's everybody from our agency. | | |
| | 109:13 | | Then there was -- I know that Deputy Cook from | | |
| | 109:14 | | Piscataquis. And there was one or two more Piscataquis | | |
| | 109:15 | | guys, and their sheriff was there. | | |
| | 109:16 | Q. | Anyone else you can remember? | | |
| | 109:17 | A. | No. | | |
| | 109:18 | Q. | Okay. All right. So you arrive for the meeting. | | |
| | 109:19 | | How long was that meeting? | | |
| | 109:20 | A. | It would have been a briefing on the search | | |
| | 109:21 | | warrant. I don't have a time. I mean it would be safe | | |
| | 109:22 | | to say it was 20 or 30 minutes. | | |
| | 109:23 | Q. | And then what did you do after that briefing? | | |
| | 109:24 | A. | We went to the address of the search warrant. | | |
| | 109:25 | Q. | Did you drive by yourself or was anybody with | | |
| | 110:01 | | you? | | |
| | 110:02 | A. | By ourselves, we took our own cruisers. | | |
| | 110:03 | Q. | How long to get to the address -- let me ask that | | |
| | 110:04 | | again. | | |
| | 110:05 | | How long did it take you to get to the address of | | |
| | 110:06 | | the search warrant from the briefing meeting? | | |
| | 110:07 | A. | I don't recall it being very long. I don't know | | |
| | 110:08 | | a time though. | | |
| | 110:09 | Q. | Okay. Can you tell me what happened from the | | |
| | 110:10 | | time that you arrived to the address of the search | | |
| | 110:11 | | warrant to the time of the discharge of the P320 pistol? | | |
| | 110:12 | A. | About my actions or what I observed around me too | | |
| | 110:13 | | or -- | | |
| | 110:14 | Q. | Yes. | | |
| | 110:15 | A. | We arrived, the entry team went to the door. I | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 110:16 | was not on the entry team. Then we have perimeter units | | |
| | 110:17 | which I was a perimeter unit. They knocked, entered. I | | |
| | 110:18 | can't remember if somebody answered the door or if they | | |
| | 110:19 | forced entry. Cleared the residence and secured the | | |
| | 110:20 | residence, and then notified everybody that the | | |
| | 110:21 | residence was secure. We walked through. I say "we." | | |
| | 110:22 | Some of us walked through the property, the house, the | | |
| | 110:23 | detached garage, I believe, and then we started giving | | |
| | 110:24 | out assignments. | | |
| | 110:25 | Q. Okay. Now, when you were on perimeter duty, did | | |
| | 111:01 | you have your weapon drawn? | | |
| | 111:02 | A. Not that I recall. | | |
| | 111:03 | Q. Okay. And then once the residence was determined | | |
| | 111:04 | to be cleared and secured, did you enter the residence? | | |
| | 111:05 | A. Yes. | | |
| | 111:06 | Q. When you entered the residence, did you have your | | |
| | 111:07 | weapon drawn? | | |
| | 111:08 | A. Not that I recall. It was already secured so | | |
| | 111:09 | there would have been no need for me to. | | |
| | 111:10 | Q. Okay. Did you also walk through the detached | | |
| | 111:11 | garage? | | |
| | 111:12 | A. I think so. | | |
| | 111:13 | Q. And then what happened after that? | | |
| | 111:14 | A. Discussion between me and Detective Dodge. He | | |
| | 111:15 | asked me to take care of the evidence, and he had the | | |
| | 111:16 | evidence kit in his car so I was off-loading my jacket | | |
| | 111:17 | and my vest prior to searching. I had taken my jacket | | |
| | 111:18 | off, I was walking to my truck to put it in the truck | | |
| | 111:19 | along with my vest, and then I heard the gunshot. | | |
| | 111:20 | Q. When the gun discharged, were you walking at the | | |
| | 111:21 | time? | | |
| | 111:22 | A. Yes. | | |
| | 111:23 | Q. And you said you had already taken the jacket | | |
| | 111:24 | off? | | |
| | 111:25 | A. Yes. | | |
| | 112:01 | Q. Had you already taken the vest off or were you in | | |
| | 112:02 | the process of taking that off when the gun discharged? | | |
| | 112:03 | A. It wasn't off yet. I don't know if I was in the | | |
| | 112:04 | process of taking it off or not. | | |
| | 112:05 | Q. So it was either still on and you intended to | | |
| | 112:06 | take it off, or you were in the process of taking it off | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 112:07 | | when it discharged; is that what you're saying? | | |
| | 112:08 | A. | Yes, I was walking. I had already taken the | | |
| | 112:09 | | jacket off. I'm not sure if I undid any Velcro prior to | | |
| | 112:10 | | getting into my truck or not. | | |
| | 112:11 | Q. | Okay. And do you recall whether at any time from | | |
| | 112:12 | | securing the gun in your holster on your belt at your | | |
| | 112:13 | | home that morning to the time of it discharging, whether | | |
| | 112:14 | | you had drawn the gun for any reason? | | |
| | 112:15 | A. | I don't recall drawing my gun that day. Yeah, I | | |
| | 112:16 | | can't recall drawing it while I was on scene so I don't | | |
| | 112:17 | | know. | | |
| | 112:18 | Q. | Okay. And then at the time the gun discharged, | | |
| | 112:19 | | did you have your hands on the gun or the holster? | | |
| | 112:20 | A. | No. | | |
| | 112:21 | Q. | At the time that the gun discharged, did you bump | | |
| | 112:22 | | it against anything? | | |
| | 112:23 | A. | Not that I know of. | | |
| | 112:24 | Q. | Now, you said that you were walking. Was there | | |
| | 112:25 | | anything around you that you may have bumped into with | | |
| | 113:01 | | the gun? | | |
| | 113:02 | A. | I was on the lawn. I don't know if there was | | |
| | 113:03 | | stuff on that lawn or not. | | |
| | 113:04 | Q. | Where were you in proximity to your truck when | | |
| | 113:05 | | the gun discharged? | | |
| | 113:06 | A. | Ten to 20 feet, maybe. | | |
| | 113:07 | Q. | Okay. Do you recall if anything was in contact | | |
| | 113:08 | | with the gun or the holster when it discharged? | | |
| | 113:09 | A. | I don't know. | | |
| | 113:10 | Q. | Okay. Tell me what happened when the gun | | |
| | 113:11 | | discharged. | | |
| | 113:12 | A. | I heard the gunshot. I felt my leg hurting, I | | |
| | 113:13 | | fell to the ground. People came running over. I looked | | |
| | 113:14 | | down at my leg, I realized I was shot. I was surrounded | | |
| | 113:15 | | by everybody that was there -- well, I say everybody. I | | |
| | 113:16 | | don't know if it was everybody or not. It felt like | | |
| | 113:17 | | everybody. Somebody was yelling, "where's the shooter," | | |
| | 113:18 | | and I'm staring at my leg. They started doing first aid | | |
| | 113:19 | | on me and somebody yelled again, "where's the shooter," | | |
| | 113:20 | | and I said, "I think it was my gun." | | |
| | 113:21 | | THE WITNESS: Could we just take a break for | | |
| | 113:22 | | a second? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 113:23   MS. DENNISON: We sure can. | | |
| | 113:24   (OFF RECORD) | | |
| 117:10 - 117:25 | **Cole, David 2024-08-30** | 00:01:02 | **OSI4V2.8** |
| | 117:10  Q.  All right. So do you know right after the | | |
| | 117:11       incident, was the gun still holstered in your holster? | | |
| | 117:12  A.  Yes. | | |
| | 117:13  Q.  Do you know what happened to the gun immediately | | |
| | 117:14       after you went down to the ground? | | |
| | 117:15  A.  It was holstered. While I was on the ground, | | |
| | 117:16       after -- not realizing is the wrong word. After | | |
| | 117:17       thinking it could have been my gun that shot me, I had | | |
| | 117:18       asked somebody where is my gun, and they -- and I don't | | |
| | 117:19       know who it was. They said, it's in your holster. I'm | | |
| | 117:20       like is it -- is it locked in? And somebody tugs on it | | |
| | 117:21       and says, "yes, it's locked in." And I -- I think | | |
| | 117:22       somebody removed it after that, I'm not sure who. | | |
| | 117:23  Q.  Okay. Did you see the P320 again after the | | |
| | 117:24       accident? | | |
| | 117:25  A.  No. | | |
| 142:02 - 142:17 | **Cole, David 2024-08-30** | 00:00:56 | **OSI4V2.9** |
| | 142:02  Q.  Okay. Do you have or do you believe that your | | |
| | 142:03       P320 discharged without anything pulling the trigger? | | |
| | 142:04  A.  I don't know. | | |
| | 142:05  Q.  Okay, and that's a -- that's a fair answer. | | |
| | 142:06       So you don't know what happened to cause your gun | | |
| | 142:07       to discharge, you just know that it discharged in your | | |
| | 142:08       holster, and you did not have your hand on the gun; is | | |
| | 142:09       that accurate? | | |
| | 142:10  A.  Yes. | | |
| | 142:11  Q.  Would you expect your P320 pistol to fire if | | |
| | 142:12       something pulled the trigger all the way to the rear? | | |
| | 142:13  A.  Yes. | | |
| | 142:14  Q.  And would you agree that it would be a problem | | |
| | 142:15       for you as an officer of the law if your trigger was | | |
| | 142:16       pulled all the way to the rear and it did not discharge? | | |
| | 142:17  A.  Yes. | | |

| | Stipulated Designations | 00:22:30 | |
|---|---|---|---|
| | **TOTAL RUN TIME** | **00:22:30** | |