# EXHIBIT H

Transcribed Trial Testimony of Craig Jacklyn that was video recorded and played for the Jury

# Craig Jacklyn - Stipulated

Designation List Report

| | |
|---|---|
| **Jacklyn, Craig** | **2021-04-14** |

| | |
|---|---|
| Stipulated Designations | 00:23:48 |
| Objected Designations | 00:00:41 |
| **TOTAL RUN TIME** | **00:24:30** |



ID: OSI2V2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:23 - 16:18 | **Jacklyn, Craig 2021-04-14** | 00:05:17 | **OSI2V2.1** |

| | | | |
|---|---|---|---|
| | 11:23 | Q. | Okay. So, Officer Jacklyn, |
| | 11:24 | | obviously I want to ask you some questions about |
| | 12:01 | | what happened in that incident in Suburban Station |
| | 12:02 | | back in August of 2019. |
| | 12:03 | | Before I do that, I'd like to ask |
| | 12:04 | | you some general questions about your background, |
| | 12:05 | | both in law enforcement, military also I believe, |
| | 12:06 | | and then your firearms experience, your training |
| | 12:07 | | in firearms. |
| | 12:08 | | I'll start with your, I believe, |
| | 12:09 | | your military background. Can you describe that? |
| | 12:10 | A. | Yes. I have an extensive military |
| | 12:11 | | background spanning 17 years. I spent six years, |
| | 12:12 | | my first six years, in the Army as a military |
| | 12:13 | | police officer and then got out for a short period |
| | 12:14 | | of time and rejoined the military, the U.S. |
| | 12:15 | | Marine Corps, as an infantryman. |
| | 12:16 | | During my time in the Marine Corps, |
| | 12:17 | | I had extensive training with weapons superseding |
| | 12:18 | | the normal infantry background. |
| | 12:19 | | I was a special operator with FAST |
| | 12:20 | | company as a trainer in Norfolk, Virginia and I |
| | 12:21 | | was also with the infantry battalions. |
| | 12:22 | Q. | When you say you were a special |
| | 12:23 | | operator, Officer, can you explain that or |
| | 12:24 | | elaborate on that a little bit? |
| | 13:01 | A. | Yes. I actually trained |
| | 13:02 | | individuals for the fleet antiterrorist security |
| | 13:03 | | teams. Basically they safeguard nuclear weapons |
| | 13:04 | | and they have to have all types of marksmanship |
| | 13:05 | | experience and training in order to do that. |
| | 13:06 | Q. | And you gave them that training? |
| | 13:07 | A. | Yes. I was part of the cadre that |
| | 13:08 | | trained them during those times. |
| | 13:09 | Q. | Is this the Army? Is this a branch |
| | 13:10 | | of the Army? |
| | 13:11 | A. | Marine Corps. |
| | 13:12 | Q. | Marine Corps. So you are a Marine, |
| | 13:13 | | Officer, former Marine? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 13:14 | A. Yes. I'm a former Marine. | |
| | 13:15 | Q. What kind of -- in connection with | |
| | 13:16 | the special operator training that you did, what | |
| | 13:17 | kind of weapons were being handled and used and | |
| | 13:18 | fired? | |
| | 13:19 | A. We use -- we train in a variety of | |
| | 13:20 | weapons superseding what the normal equipment the | |
| | 13:21 | Marine Corps had. You had the MC T 82 (phonetic), | |
| | 13:22 | which we handled. | |
| | 13:23 | We handled the Beretta. We handled | |
| | 13:24 | MP5s. We handled shotguns. I also was | |
| | 14:01 | experienced with AK-47s, so I got to touch a lot | |
| | 14:02 | of different weapons -- | |
| | 14:03 | Q. Okay. | |
| | 14:04 | A. -- while I was with special | |
| | 14:05 | operations. | |
| | 14:06 | Q. Was that your last position in the | |
| | 14:07 | military? | |
| | 14:08 | A. No. That wasn't my last position. | |
| | 14:09 | I left that position and went back to the Fleet | |
| | 14:10 | Marine Force at Camp Lejeune. | |
| | 14:11 | Q. What did you do there? | |
| | 14:12 | A. I was in the infantry battalion | |
| | 14:13 | there. | |
| | 14:14 | Q. Did you go overseas for combat or | |
| | 14:15 | service of any kind? | |
| | 14:16 | A. Yeah. Before that -- yeah. Before | |
| | 14:17 | I went to special operations, I served with 2nd | |
| | 14:18 | battalion 3rd Marines out of Hawaii where we | |
| | 14:19 | participated in Desert Storm. | |
| | 14:20 | Q. Okay. All right. What kind of | |
| | 14:21 | sidearms are you -- were you experienced with | |
| | 14:22 | during that service that you've just described? | |
| | 14:23 | A. The Beretta 92F. That's the one | |
| | 14:24 | that was pretty much the handgun at the time that | |
| | 15:01 | I -- that was used by the military while I was in. | |
| | 15:02 | Q. That was a hammer-fired pistol? | |
| | 15:03 | A. Yes. It was -- yeah. It's | |
| | 15:04 | actually -- doesn't have the internal trigger like | |
| | 15:05 | you have with the Glocks and the -- | |
| | 15:06 | Q. Did you use any striker-fired | |

|  |  |  |  |
| --- | --- | --- | --- |
| | 15:07   pistols in the military? | | |
| | 15:08 A. Excuse me? | | |
| | 15:09 Q. Did you use any striker-fired | | |
| | 15:10    pistols or sidearms in the military when you were | | |
| | 15:11    in? | | |
| | 15:12 A. No. | | |
| | 15:13 Q. No? | | |
| | 15:14 A. No. | | |
| | 15:15 Q. Okay. | | |
| | 15:16 A. I didn't come into contact with | | |
| | 15:17    that until after I got out of the military. | | |
| | 15:18 Q. How long in total was your military | | |
| | 15:19    service? | | |
| | 15:20 A. About 17 years. | | |
| | 15:21 Q. And when was the last year? When | | |
| | 15:22    did you get out? | | |
| | 15:23 A. I got out in '95. | | |
| | 15:24 Q. Okay. After you got out in 1995, | | |
| | 16:01    is it accurate that you moved over to law | | |
| | 16:02    enforcement? | | |
| | 16:03 A. Yes. I had -- I had one year down. | | |
| | 16:04    I actually went through the process and got into | | |
| | 16:05    the -- went into the academy February, February of | | |
| | 16:06    1997. | | |
| | 16:07 Q. Which academy? Was that for the | | |
| | 16:08    police academy or some other kind? | | |
| | 16:09 A. Philadelphia Police Academy. | | |
| | 16:10 Q. Philadelphia Police Academy. And | | |
| | 16:11    you graduated from that? | | |
| | 16:12 A. Yes, sir. | | |
| | 16:13 Q. Where did you -- where did you go | | |
| | 16:14    after graduating there? | | |
| | 16:15 A. After that, I went to SEPTA Police | | |
| | 16:16    Department as a patrol officer. | | |
| | 16:17 Q. SEPTA did you say? SEPTA? | | |
| | 16:18 A. Yes. | | |
| 24:12 - 25:23 | **Jacklyn, Craig 2021-04-14** | 00:02:03 | **OSI2V2.2** |
| | 24:12 Q. What's your current position right | | |
| | 24:13    now, Officer, with SEPTA? | | |
| | 24:14 A. Right now, I'm with SEPTA special | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 24:15 | | operations, counterterrorism also known as Viper | | |
| | 24:16 | | unit. I've been with them since -- with this unit | | |
| | 24:17 | | since 2015. | | |
| | 24:18 | Q. | Any special training to obtain that | | |
| | 24:19 | | position? | | |
| | 24:20 | A. | Well, we -- generally looked at as | | |
| | 24:21 | | far as your work history, dependability, the | | |
| | 24:22 | | ability to work with very little supervision. | | |
| | 24:23 | | In addition to that, once you get | | |
| | 24:24 | | to the unit, you know, they send you to -- there's | | |
| | 25:01 | | training that they send you to, to train with the | | |
| | 25:02 | | U.S. Marshals with the Viper unit from the | | |
| | 25:03 | | airport. | | |
| | 25:04 | | That has to do with protecting | | |
| | 25:05 | | citizens, mass transit in flight. Sky marshals, | | |
| | 25:06 | | they used to be called sky marshals. | | |
| | 25:07 | Q. | In your years of service for SEPTA, | | |
| | 25:08 | | Officer, have you been given any commendations or | | |
| | 25:09 | | awards? | | |
| | 25:10 | A. | I received commendations, you know, | | |
| | 25:11 | | for good jobs. The most significant one was in | | |
| | 25:12 | | 2014 I was recognized as officer of the year. | | |
| | 25:13 | Q. | In 2014? | | |
| | 25:14 | A. | Yes. | | |
| | 25:15 | Q. | As you're sitting here right now, | | |
| | 25:16 | | Officer, how many years of experience do you have | | |
| | 25:17 | | handling and firing firearms? And by firearms, I | | |
| | 25:18 | | include pistols and rifles. | | |
| | 25:19 | A. | I was raised around them. My | | |
| | 25:20 | | father was a Special Forces operator during the | | |
| | 25:21 | | Vietnam era. He taught myself and my brother how | | |
| | 25:22 | | to use guns before I even joined the military, so | | |
| | 25:23 | | if I include that, it's been a lifetime. | | |
| 26:03 - 29:03 | **Jacklyn, Craig 2021-04-14** | | | 00:03:50 | **OSI2V2.3** |
| | 26:03 | | I want to move to the incident that | | |
| | 26:04 | | we're all here to talk about and this occurred | | |
| | 26:05 | | August 26, 2019. Is that correct? Do you recall | | |
| | 26:06 | | this incident? | | |
| | 26:07 | A. | Yes. I recall it. | | |
| | 26:08 | Q. | It was at the Suburban Station, | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 26:09 | | 1500 JFK concourse? | | |
| | 26:10 | A. | Yes. | | |
| | 26:11 | Q. | Can you describe what you were | | |
| | 26:12 | | doing, you know, let's say, let's say, you know, | | |
| | 26:13 | | half an hour before the incident happened? Can | | |
| | 26:14 | | you describe what you and your partner were doing? | | |
| | 26:15 | | I understand you were on a SEPTA | | |
| | 26:16 | | golf cart. Just a general explanation of what | | |
| | 26:17 | | your role and duties were at that time. | | |
| | 26:18 | A. | As a Viper team member, part of the | | |
| | 26:19 | | mandate is to patrol during peak hours, look for | | |
| | 26:20 | | anomalies as part of the counterterrorism mission. | | |
| | 26:21 | | So we were tasked with patrolling | | |
| | 26:22 | | the regional rail station and basically that's -- | | |
| | 26:23 | | we were riding around. We're looking for | | |
| | 26:24 | | anomalies or anything out of place, but we'll also | | |
| | 27:01 | | answer calls and helping doing basic patrol work. | | |
| | 27:02 | | So that's pretty much what my partner and I were | | |
| | 27:03 | | doing at the time in the station. | | |
| | 27:04 | Q. | And your partner's name? | | |
| | 27:05 | A. | Richard McDowell. | | |
| | 27:06 | Q. | How long had you two been partners | | |
| | 27:07 | | in SEPTA? | | |
| | 27:08 | A. | Since I joined the unit. | | |
| | 27:09 | Q. | So quite some time? | | |
| | 27:10 | A. | Since 2015. | | |
| | 27:11 | Q. | Okay. All right. So you're in a | | |
| | 27:12 | | golf cart. Is that -- what do you call the -- I | | |
| | 27:13 | | call it a golf cart. What's the terminology for | | |
| | 27:14 | | SEPTA? | | |
| | 27:15 | A. | Police cart. | | |
| | 27:16 | Q. | Police cart. Now, what kind of | | |
| | 27:17 | | pistols are you carrying at the time? | | |
| | 27:18 | A. | At the time, we were carrying the | | |
| | 27:19 | | P320, the SIG Sauer. | | |
| | 27:20 | Q. | When had those been issued to you? | | |
| | 27:21 | A. | We had two issuances of that | | |
| | 27:22 | | pistol. The first one we had, I don't remember | | |
| | 27:23 | | exactly what year it was that we got that. | | |
| | 27:24 | | We had switched out from that SIG | | |
| | 28:01 | | Pro and then we went to the P320. At some point, | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 28:02 | | there was a question about the safety of the | | |
| | 28:03 | | weapon or there may be some type of problem with | | |
| | 28:04 | | it and we were told that we were getting an | | |
| | 28:05 | | upgraded version, which we got. | | |
| | 28:06 | Q. | So you had a SIG Pro model first? | | |
| | 28:07 | A. | Right. That was my first | | |
| | 28:08 | | introduction into the SIG Sauer brand. | | |
| | 28:09 | Q. | Was that a hammer-fired gun do you | | |
| | 28:10 | | know? | | |
| | 28:11 | A. | I'm not sure. I believe it was. | | |
| | 28:12 | Q. | And so then the department | | |
| | 28:13 | | transitions to P320s. Do you know when that was | | |
| | 28:14 | | approximately, what time frame? | | |
| | 28:15 | A. | No. I can't tell you what year | | |
| | 28:16 | | that was. | | |
| | 28:17 | Q. | Was the P -- okay. I'm sorry. Was | | |
| | 28:18 | | the P320 the first striker-fired pistol that you | | |
| | 28:19 | | had handled or encountered in your career? | | |
| | 28:20 | A. | In my professional career, yes, but | | |
| | 28:21 | | it wasn't the first weapon, striker-fired weapon, | | |
| | 28:22 | | that I ever owned or had contact with at that | | |
| | 28:23 | | point. | | |
| | 28:24 | Q. | What other kinds were you familiar | | |
| | 29:01 | | with? | | |
| | 29:02 | A. | Well, I had my off-duty weapon that | | |
| | 29:03 | | I carry was a Glock. | | |
| 30:21 - 32:15 | **Jacklyn, Craig 2021-04-14** | | | 00:02:00 | **OSI2V2.4** |
| | 30:21 | Q. | All right. So going back to the | | |
| | 30:22 | | cart on August 19th -- wait a minute -- 26th, you | | |
| | 30:23 | | and Officer McDowell, at some point you're in the | | |
| | 30:24 | | concourse moving towards the area where you will | | |
| | 31:01 | | stop near a beauty store. | | |
| | 31:02 | | Have you seen camera video of this | | |
| | 31:03 | | -- of that movement? | | |
| | 31:04 | A. | Yes. | | |
| | 31:05 | Q. | In what context? And where did you | | |
| | 31:06 | | see it? | | |
| | 31:07 | A. | I saw it after -- I believe it was | | |
| | 31:08 | | sometime after I had already given my statement | | |
| | 31:09 | | and -- either that evening or maybe the next day. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 31:10  Q. Were you driving the cart that day? | | |
| | 31:11  A. Yes, I was. | | |
| | 31:12  Q. Did you -- is that something you | | |
| | 31:13      did routinely? | | |
| | 31:14  A. My partner and I, we switch off and | | |
| | 31:15      on, yeah, but it's pretty much a regular, you | | |
| | 31:16      know, thing where he and I are working together, | | |
| | 31:17      one of us is driving.  It just happened to be my | | |
| | 31:18      time at that particular moment. | | |
| | 31:19  Q. And it's about six o'clock on a -- | | |
| | 31:20      was it a Friday? | | |
| | 31:21  A. Was it a Friday?  I'm not -- I | | |
| | 31:22      don't remember. | | |
| | 31:23  Q. Okay.  Do you remember it was about | | |
| | 31:24      six o'clock rush hour-ish? | | |
| | 32:01  A. Right.  It was. | | |
| | 32:02  Q. And it was the Suburban Station. | | |
| | 32:03      Correct? | | |
| | 32:04  A. Yes. | | |
| | 32:05  Q. What kind of -- where are you | | |
| | 32:06      carrying your P320 when you're in the cart? | | |
| | 32:07  A. At that time, Viper unit was | | |
| | 32:08      carrying a leg holster, so it was a holster that's | | |
| | 32:09      strapped to our thigh.  Mine was on my right | | |
| | 32:10      thigh. | | |
| | 32:11  Q. You're a right-handed shooter? | | |
| | 32:12  A. Yes, I am. | | |
| | 32:13  Q. Officer McDowell, was his on his | | |
| | 32:14      right side also? | | |
| | 32:15  A. Yes. | | |
| 33:03 - 33:14 | **Jacklyn, Craig 2021-04-14** | 00:00:31 | **OSI2V2.5** |
| | 33:03  Q. I'm asking why or was your body cam | | |
| | 33:04      on at that point? | | |
| | 33:05  A. My body camera wasn't on.  There | | |
| | 33:06      wasn't any need for it to be on at that particular | | |
| | 33:07      time while I was patrolling. | | |
| | 33:08  Q. When would you put your body cam on | | |
| | 33:09      typically? | | |
| | 33:10  A. Body cam goes on when there's an | | |
| | 33:11      incident.  If we see that there's a situation | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 33:12 | developing, we turn our body camera on. If | | |
| | 33:13 | there's an incident that occurs and we respond to | | |
| | 33:14 | it, our body cam goes on. | | |
| 36:17 - 37:21 | **Jacklyn, Craig 2021-04-14** | | 00:01:13 | **OSI2V2.6** |
| | 36:17 | Q. All right. Officer, I want to go | | |
| | 36:18 | back again to the -- to the police cart that | | |
| | 36:19 | you're in that day. | | |
| | 36:20 | You're going down a concourse with | | |
| | 36:21 | Officer McDowell on your right. You were driving. | | |
| | 36:22 | Correct? | | |
| | 36:23 | A. Yes. | | |
| | 36:24 | Q. I think you said your holstered | | |
| | 37:01 | P320 is on your right side? | | |
| | 37:02 | A. Yes. It's on my right thigh. | | |
| | 37:03 | Q. Is that a tactical holster? | | |
| | 37:04 | A. Yes, it is. | | |
| | 37:05 | Q. Is it also known as a drop holster | | |
| | 37:06 | in your experience? | | |
| | 37:07 | MR. KELLY: Objection. Leading. | | |
| | 37:08 | BY MR. BAGNELL: | | |
| | 37:09 | Q. Have you heard that term? | | |
| | 37:10 | A. Yes, I have. | | |
| | 37:11 | Q. Okay. What's the advantage of a | | |
| | 37:12 | tactical holster in the performance of your | | |
| | 37:13 | duties? | | |
| | 37:14 | A. For some intruders, it's more | | |
| | 37:15 | accessible. It comes from the draw. For me, I | | |
| | 37:16 | prefer that. It wasn't mandatory. We have | | |
| | 37:17 | officers that sometimes prefer their weapon | | |
| | 37:18 | directly on their hip. | | |
| | 37:19 | Q. So your weapon that day was | | |
| | 37:20 | midthigh area. Is that correct? | | |
| | 37:21 | A. Yes. | | |
| 41:12 - 42:02 | **Jacklyn, Craig 2021-04-14** | | 00:00:39 | **OSI2V2.7** |
| | 41:12 | Q. And anything like that happen to | | |
| | 41:13 | you before in your law enforcement or military | | |
| | 41:14 | career? | | |
| | 41:15 | A. Absolutely not. | | |
| | 41:16 | Q. What was your -- what was your | | |
| | 41:17 | personal reaction to the discharge? | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 41:18 | A. I've been handling weapons, like I | | |
| | 41:19 | said, since I was a kid. I know all the safety | | |
| | 41:20 | rules. I've taught weapons handling, the whole | | |
| | 41:21 | nine yards. | | |
| | 41:22 | I was stunned that it happened. I | | |
| | 41:23 | would have never -- if I'd have read the story | | |
| | 41:24 | somewhere, I would have never believed that a | | |
| | 42:01 | person was safely handling the weapon that this | | |
| | 42:02 | could actually happen. | | |
| 43:11 - 44:03 | **Jacklyn, Craig 2021-04-14** | | 00:00:50 | **OSI2V2.8** |
| | 43:11 | Was it | | |
| | 43:12 | holstered at that time? | | |
| | 43:13 | A. Yes. | | |
| | 43:14 | Q. Fully holstered? | | |
| | 43:15 | A. Yes. | | |
| | 43:16 | Q. Was the gun, you know, coming out | | |
| | 43:17 | backwards from the holster to any extent? | | |
| | 43:18 | A. No. It was sitting there just as | | |
| | 43:19 | it, you know, I had -- it was sitting there just | | |
| | 43:20 | as I had put it in there originally at the | | |
| | 43:21 | beginning of the day. | | |
| | 43:22 | The only difference that I noticed | | |
| | 43:23 | afterward was that there's a small kind of like | | |
| | 43:24 | some type of seal or shaped like a large button at | | |
| | 44:01 | the bottom of the holster that I was carrying that | | |
| | 44:02 | was -- that actually was blown out and that was | | |
| | 44:03 | found nearby the front of the cart. | | |
| 45:02 - 45:13 | **Jacklyn, Craig 2021-04-14** | | 00:00:16 | **OSI2V2.9** |
| | 45:02 | At any time were you playing with | | |
| | 45:03 | your holstered gun? | | |
| | 45:04 | A. No. | | |
| | 45:05 | Q. At any time did you impact it | | |
| | 45:06 | roughly in any fashion? | | |
| | 45:07 | A. No. | | |
| | 45:08 | Q. Did you draw the weapon or attempt | | |
| | 45:09 | to withdraw it in any fashion? | | |
| | 45:10 | A. No. | | |
| | 45:11 | Q. Did you try to get at the trigger | | |
| | 45:12 | in any way? | | |
| | 45:13 | A. No. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:23 - 50:13 | **Jacklyn, Craig 2021-04-14** | 00:00:41 | **OSI2V2.14** |

| | | | |
|---|---|---|---|
| | 49:23 | Q. | Was the incident investigated, |
| | 49:24 | | Officer? |
| | 50:01 | A. | Yes. It was investigated by |
| | 50:02 | | Philadelphia police. They were the primary |
| | 50:03 | | investigative agency. They were the only ones |
| | 50:04 | | that questioned me about what had happened. |
| | 50:05 | Q. | What was the result of the |
| | 50:06 | | investigation to your knowledge? |
| | 50:07 | A. | I was -- everything -- according to |
| | 50:08 | | their measurements, everything that they did, they |
| | 50:09 | | verified it with what I had told them and I went |
| | 50:10 | | back to work the next day. |
| | 50:11 | Q. | Is it -- is it accurate to say that |
| | 50:12 | | you were exonerated -- |
| | 50:13 | A. | Absolutely. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 62:01 - 63:21 | **Jacklyn, Craig 2021-04-14** | 00:02:26 | **OSI2V2.10** |

| | | | |
|---|---|---|---|
| | 62:01 | Q. | I get it. And when the round went |
| | 62:02 | | off, you were in the process of getting off of the |
| | 62:03 | | police cart. Right? |
| | 62:04 | A. | Yes. |
| | 62:05 | Q. | And did you continue and get fully |
| | 62:06 | | upright standing on the -- in the corridor as the |
| | 62:07 | | round went off? |
| | 62:08 | A. | Yeah. I continued to -- like I |
| | 62:09 | | said, as I was getting out of the vehicle, that's |
| | 62:10 | | when I heard the pop. |
| | 62:11 | | I continued to get out of the |
| | 62:12 | | vehicle to check to see if there was any tires |
| | 62:13 | | blown out. |
| | 62:14 | Q. | Okay. And do I understand that you |
| | 62:15 | | used both hands to boost yourself off of the |
| | 62:16 | | steering wheel to help get out? |
| | 62:17 | A. | Yes. |
| | 62:18 | Q. | And I think you said that you had a |
| | 62:19 | | lot of gear on you or on the belt. Is that |
| | 62:20 | | correct? |
| | 62:21 | A. | We carry -- yeah. We carry a lot |
| | 62:22 | | of gear. |
| | 62:23 | Q. | Okay. And do you carry it all on a |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 62:24 | belt? | | |
| | 63:01 | A. No. I had similar to what I have | | |
| | 63:02 | on today, a body armor that's on the outside where | | |
| | 63:03 | we carry other gear as well to keep a lot of our | | |
| | 63:04 | gear off of our hips. | | |
| | 63:05 | Q. Off of your hips? | | |
| | 63:06 | A. Yeah. | | |
| | 63:07 | Q. And do you still have a belt around | | |
| | 63:08 | your hip or did you still have a belt around your | | |
| | 63:09 | hip as you were getting out of the police cart? | | |
| | 63:10 | A. Yes. | | |
| | 63:11 | Q. And is the drop holster that you | | |
| | 63:12 | talked about connected to the belt on your hip? | | |
| | 63:13 | A. Yes. | | |
| | 63:14 | Q. So it's suspended from the belt on | | |
| | 63:15 | your hip? | | |
| | 63:16 | A. Yes. | | |
| | 63:17 | Q. And what other gear did you have on | | |
| | 63:18 | your belt at that time? | | |
| | 63:19 | A. I had OC spray, an asp, handcuffs, | | |
| | 63:20 | keys and that's about it. Excuse me. My ammo | | |
| | 63:21 | pouches that are worn like this here. | | |
| 66:03 - 67:22 | **Jacklyn, Craig 2021-04-14** | | 00:02:38 | **OSI2V2.11** |
| | 66:03 | Q. Could you estimate for me how far | | |
| | 66:04 | below the belt it was to get to the top of the | | |
| | 66:05 | drop holster? | | |
| | 66:06 | A. I could stand up and show you from | | |
| | 66:07 | the side view. You'll get a better understanding. | | |
| | 66:08 | Q. That would be fine. I should have | | |
| | 66:09 | asked you while you were still up, but I | | |
| | 66:10 | appreciate it. | | |
| | 66:11 | A. I have the drop holster in my hand. | | |
| | 66:12 | My hand that's up right now is on my hip. At that | | |
| | 66:13 | time, it was about -- see where my hand is here? | | |
| | 66:14 | Q. Yes. | | |
| | 66:15 | A. So from the belt down to here | | |
| | 66:16 | (witness indicating). | | |
| | 66:17 | Q. Okay. Could you -- and was the | | |
| | 66:18 | holster located where your fingers are or where | | |
| | 66:19 | your wrist was or your palm? | | |

OSI2V2 - Craig Jacklyn - Stipulated

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 66:20 | A. | Well, where my hand is at right | | |
| | 66:21 | | here -- | | |
| | 66:22 | Q. | Yes. | | |
| | 66:23 | A. | -- I could touch my -- the back | | |
| | 66:24 | | strap of my weapon, so I could operate everything | | |
| | 67:01 | | here. It was the holster was a triple retention | | |
| | 67:02 | | holster, so there was three different ways to keep | | |
| | 67:03 | | it safe and I had to manipulate it to get the gun | | |
| | 67:04 | | out. | | |
| | 67:05 | Q. | Okay. What were the three forms of | | |
| | 67:06 | | retention of the holster? | | |
| | 67:07 | A. | All right. The first part is a | | |
| | 67:08 | | thumb slide that when you stick your finger in, | | |
| | 67:09 | | you -- first is the back strap. The back strap, | | |
| | 67:10 | | you hit the -- the back strap, it protects the | | |
| | 67:11 | | rear of the magazine. That has to be -- that gets | | |
| | 67:12 | | pushed forward. | | |
| | 67:13 | | Then there's a place that you have | | |
| | 67:14 | | to touch on the side of the holster that you push | | |
| | 67:15 | | in and you use it to pull it out. | | |
| | 67:16 | | The third one, I believe, is just | | |
| | 67:17 | | -- it's locked in there. I don't recall exactly | | |
| | 67:18 | | what the third part. It could be just a back | | |
| | 67:19 | | strap. The back strap, once that pops up, then | | |
| | 67:20 | | you hit the button and then there's a little lever | | |
| | 67:21 | | on the side bar where your trigger guard is at. | | |
| | 67:22 | | You touch that and it comes out. | | |
| 73:04 - 74:17 | **Jacklyn, Craig 2021-04-14** | | | 00:01:34 | **OSI2V2.12** |
| | 73:04 | Q. | I want to ask a couple questions -- | | |
| | 73:05 | | and believe me, I'm getting there, but I want to | | |
| | 73:06 | | ask you a couple questions about the equipment | | |
| | 73:07 | | that you had that day. | | |
| | 73:08 | | First of all, was the P320 that you | | |
| | 73:09 | | had equipped with a light? | | |
| | 73:10 | A. | Yes. | | |
| | 73:11 | Q. | It had a stream light on it or a | | |
| | 73:12 | | flashlight that's -- | | |
| | 73:13 | A. | Right. Attached to lower rail. | | |
| | 73:14 | Q. | Okay. In other words, under the | | |
| | 73:15 | | barrel. Correct? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 73:16 | A. | Yes. | | |
| | 73:17 | Q. | And do you recall the make and | | |
| | 73:18 | | model of the light? | | |
| | 73:19 | A. | No. | | |
| | 73:20 | Q. | Was that light issued to you by the | | |
| | 73:21 | | department? | | |
| | 73:22 | A. | Yes. | | |
| | 73:23 | Q. | Okay. So it's not something you | | |
| | 73:24 | | ordered for yourself? | | |
| | 74:01 | A. | No. | | |
| | 74:02 | Q. | Was the holster that you used also | | |
| | 74:03 | | issued to you by the department? | | |
| | 74:04 | A. | No. | | |
| | 74:05 | Q. | Did you buy that yourself? | | |
| | 74:06 | A. | Yes. | | |
| | 74:07 | Q. | Okay. And was that a Safariland | | |
| | 74:08 | | SLS tactical leg holster? | | |
| | 74:09 | A. | Yes. That's exactly what it was. | | |
| | 74:10 | Q. | And was it specifically designed to | | |
| | 74:11 | | accommodate the stream light that was to be | | |
| | 74:12 | | attached to the pistol? | | |
| | 74:13 | A. | Yes. | | |
| | 74:14 | Q. | In other words, if you have that | | |
| | 74:15 | | stream light attached to your pistol, you need | | |
| | 74:16 | | more room in the holster. Correct? | | |
| | 74:17 | A. | Yes. | | |
| 86:22 - 87:08 | **Jacklyn, Craig 2021-04-14** | | | 00:00:30 | **OSI2V2.13** |
| | 86:22 | Q. | And is it also your understanding | | |
| | 86:23 | | that the weapon was tested and found to be in | | |
| | 86:24 | | normal operating condition? | | |
| | 87:01 | A. | Yes. | | |
| | 87:02 | Q. | And found to be nondefective by the | | |
| | 87:03 | | Philadelphia Police Department armorer. Is that | | |
| | 87:04 | | correct? | | |
| | 87:05 | | MR. BAGNELL: Object to the form. | | |
| | 87:06 | | THE WITNESS: What was told to me | | |
| | 87:07 | | was that all the parts were in working | | |
| | 87:08 | | order. | | |

| | |
|---|---|
| Stipulated Designations | 00:23:48 |
| Objected Designations | 00:00:41 |
| **TOTAL RUN TIME** | **00:24:30** |