# EXHIBIT I

Transcribed Trial Testimony of Donald Thatcher that was video recorded and played for the Jury

# DonaldThatcher-editedfortrial
Designation List Report

| | | |
|---|---|---|
| | **Thatcher, Donald** | 2022-10-21 |

| | |
|---|---:|
| Our Designations | 00:14:24 |
| **TOTAL RUN TIME** | **00:14:24** |



ID: DonaldThatcher-editedfortrial

# DonaldThatcher-editedfortrial

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 4:22 - 4:22 | **Thatcher, Donald 2022-10-21** | 00:00:07 | DonaldThatcher-editedfortrial.1 |
| | 4:22      (Witness duly sworn.) | | |
| 5:06 - 5:15 | **Thatcher, Donald 2022-10-21** | 00:00:15 | DonaldThatcher-editedfortrial.2 |
| | 5:06    Q. All right. Good morning, again, | | |
| | 5:07       Officer Thatcher. How are you doing? | | |
| | 5:08    A. Good morning. I'm good. How are you? | | |
| | 5:09    Q. I'm well. | | |
| | 5:10       Can you see and hear me all right? | | |
| | 5:11    A. Yes. | | |
| | 5:12    Q. All right. If at any point I break up or | | |
| | 5:13       come in and out and there's any Zoom issues, just | | |
| | 5:14       let me know. Okay? | | |
| | 5:15    A. Okay. | | |
| 5:22 - 6:02 | **Thatcher, Donald 2022-10-21** | 00:00:13 | DonaldThatcher-editedfortrial.3 |
| | 5:22    Q. And the purpose of today's deposition is | | |
| | 5:23       to show you a video and to allow you to | | |
| | 5:24       authenticate the video so that it can be used for | | |
| | 5:25       trial purposes and other purposes down the line. | | |
| | 6:01       Does that make sense? | | |
| | 6:02    A. Yes. | | |
| 7:20 - 18:06 | **Thatcher, Donald 2022-10-21** | 00:11:06 | DonaldThatcher-editedfortrial.4 |
| | 7:20    Q. All right. I'm going to roll right into | | |
| | 7:21       this. | | |
| | 7:22       Can you see my screen, sir? | | |
| | 7:23    A. Yes, sir. | | |
| | 7:24       MR. CEISLER: All right. I'm going | | |
| | 7:25       to introduce as Exhibit A a video that is | | |
| | 8:01       titled "Unblurred Video," which I actually | | |
| | 8:02       received several minutes ago and have not | | |
| | 8:03       had the opportunity to rename, so it's | | |
| | 8:04       named "Unblurred Video." | | |
| | 8:05       (Thatcher Exhibit A marked.) | | |
| | 8:06       BY MR. CEISLER: | | |
| | 8:07    Q. Have you seen this -- you know, I'm going | | |
| | 8:08       to show it once, and I'll ask you a few questions. | | |
| | 8:09       (Video playback began.) | | |
| | 8:10       BY MR. CEISLER: | | |
| | 8:11    Q. All right. Were you able to see that, | | |
| | 8:12       sir? | | |

| | | |
|---|---|---|
| 8:13 | A. | Yes, sir. |
| 8:14 | Q. | Have you seen this video before? |
| 8:15 | A. | Yes, sir. |
| 8:16 | Q. | When did you see this video before? |
| 8:17 | A. | I believe it was the day after it |
| 8:18 | | occurred. |
| 8:19 | Q. | Did you see this video today? |
| 8:20 | A. | Yes.  This morning, yes. |
| 8:21 | Q. | Okay.  And the day after it occurred? |
| 8:22 | A. | Yeah, I believe it was the day after, yes. |
| 8:23 | Q. | Okay.  So just broadly speaking -- and |
| 8:24 | | then we'll go kind of second by second -- what is |
| 8:25 | | this video? |
| 9:01 | A. | This is the -- where we park.  It's the -- |
| 9:02 | | behind the police station.  It's usually where we |
| 9:03 | | park when we're on duty so we can get to the car |
| 9:04 | | and just -- we just pull right out from there onto |
| 9:05 | | the road. |
| 9:06 | Q. | Okay.  What does this video depict? |
| 9:07 | A. | This is me.  I was pulling in off -- just |
| 9:08 | | a regular patrol, about to go into the station. |
| 9:09 | Q. | Okay.  And how do you know this is a video |
| 9:10 | | of you? |
| 9:11 | A. | Well, I could see it.  It's the car I |
| 9:12 | | always use, and that's me getting out of the car. |
| 9:13 | Q. | Do you recall this incident? |
| 9:14 | A. | Yes. |
| 9:15 | Q. | Does this video fairly and accurately |
| 9:16 | | depict the incident as you remember it? |
| 9:17 | A. | Yes. |
| 9:18 | Q. | Do you have any reason to believe this |
| 9:19 | | video does not fairly and accurately depict this |
| 9:20 | | incident as you recall? |
| 9:21 | A. | No. |
| 9:22 | Q. | Do you recall what date this incident |
| 9:23 | | occurred? |
| 9:24 | A. | February 7th. |
| 9:25 | Q. | Okay.  Of what year? |
| 10:01 | A. | 2022. |
| 10:02 | Q. | Where did this incident occur? |
| 10:03 | A. | It was right behind the station where we |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 10:04 | usually park, at 962 Main Street in Honesdale. | | |
| | 10:05 | Q. Do you know what camera captured this | | |
| | 10:06 | video? | | |
| | 10:07 | A. I don't know the name of it. Just the | | |
| | 10:08 | back parking lot. | | |
| | 10:09 | Q. Sure. But is it a security camera? Or | | |
| | 10:10 | what type of camera? | | |
| | 10:11 | A. It's -- yeah. It's a security camera. | | |
| | 10:12 | Q. Okay. So to confirm, this is a security | | |
| | 10:13 | camera that captured a video of you from that | | |
| | 10:14 | February incident in 2022? | | |
| | 10:15 | A. Correct. | | |
| | 10:16 | Q. Okay. Some of those questions might seem | | |
| | 10:17 | silly, but they're authentication questions -- | | |
| | 10:18 | A. Sure. | | |
| | 10:19 | Q. -- that allow us to use this video. | | |
| | 10:20 | Okay. Now I'm going to show the video | | |
| | 10:21 | again, and I'd like you to -- I'm going to show it | | |
| | 10:22 | kind of bit by bit, and I want you to tell me what | | |
| | 10:23 | happened in that bit. Okay? | | |
| | 10:24 | A. Okay. | | |
| | 10:25 | Q. So I'm starting at 0 seconds. | | |
| | 11:01 | (Video playback began.) | | |
| | 11:02 | BY MR. CEISLER: | | |
| | 11:03 | Q. And I'm stopping at 5 seconds. | | |
| | 11:04 | So walk me through what's happening in | | |
| | 11:05 | the first 5 seconds of this video. | | |
| | 11:06 | A. Okay. I'm just -- actually just grabbing | | |
| | 11:07 | my -- it looked like coffee or my cup and my phone | | |
| | 11:08 | and stepping out of the car to walk towards the | | |
| | 11:09 | station. | | |
| | 11:10 | Q. Okay. So what do you have in your left | | |
| | 11:11 | hand here? | | |
| | 11:12 | A. That, I believe, is my -- is my phone. | | |
| | 11:13 | Q. Okay. Do you have anything in your right | | |
| | 11:14 | hand? | | |
| | 11:15 | A. It doesn't look -- no. No. I don't | | |
| | 11:16 | believe I had anything in my right hand. | | |
| | 11:17 | No, I... | | |
| | 11:18 | Q. So you do not believe you have anything in | | |
| | 11:19 | your right hand as you're getting out of the car | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 11:20 | | here? | | |
| | 11:21 | A. | No. I -- yeah, I grabbed my phone -- I | | |
| | 11:22 | | believe that's my phone -- and then placed that in | | |
| | 11:23 | | my left hand and stepped out. | | |
| | 11:24 | Q. | Other than that being your phone, is there | | |
| | 11:25 | | anything else you can think that that would be in | | |
| | 12:01 | | your left hand? | | |
| | 12:02 | A. | I can't think of what it would be. The | | |
| | 12:03 | | only thing I -- getting out of the car is usually | | |
| | 12:04 | | I have my phone sitting there. I believe it's my | | |
| | 12:05 | | phone. | | |
| | 12:06 | Q. | Okay. At what point, do you recall, did | | |
| | 12:07 | | you take off your seat belt? | | |
| | 12:08 | A. | Right when I stopped the car. I pulled | | |
| | 12:09 | | in, stopped, took my seat belt off. | | |
| | 12:10 | Q. | Okay. So let's take it now, 5 seconds to | | |
| | 12:11 | | 10 seconds. | | |
| | 12:12 | | Actually, let's go 5 seconds to | | |
| | 12:13 | | 8 seconds. Okay? | | |
| | 12:14 | A. | Yup. | | |
| | 12:15 | | (Video playback began.) | | |
| | 12:16 | | BY MR. CEISLER: | | |
| | 12:17 | Q. | What is happening from 5 seconds to | | |
| | 12:18 | | 8 seconds, which is the clip I just showed you? | | |
| | 12:19 | A. | I heard a loud bang. | | |
| | 12:20 | Q. | Okay. Did you know what the loud bang was | | |
| | 12:21 | | immediately? | | |
| | 12:22 | A. | No, not at first. It shocked me. You | | |
| | 12:23 | | know, I didn't know what it was. It was just this | | |
| | 12:24 | | loud bang, and it took me a second or two to | | |
| | 12:25 | | figure out what -- what it was. | | |
| | 13:01 | Q. | So I'm going to drag the cursor along. | | |
| | 13:02 | | Can you see the seconds at the bottom of the | | |
| | 13:03 | | screen here? | | |
| | 13:04 | A. | Yes. | | |
| | 13:05 | Q. | Okay. I'm going to drag the cursor -- it | | |
| | 13:06 | | actually won't say the second until I stop it, but | | |
| | 13:07 | | take me to the point of discharge. Tell me when | | |
| | 13:08 | | you think you heard the bang. | | |
| | 13:09 | A. | Right about -- right about there. Yeah, | | |
| | 13:10 | | it was -- | | |

| | | |
|---|---|---|
| 13:11 | Q. | So you think the moment where you look |
| 13:12 | | down as you're getting out of the car, which is -- |
| 13:13 | A. | Yes.  Right there.  Exactly.  That's -- |
| 13:14 | | yeah. |
| 13:15 | Q. | Which is at about the 6-second mark |
| 13:16 | | here -- |
| 13:17 | A. | Yes. |
| 13:18 | Q. | -- there's a discharge? |
| 13:19 | A. | Yes.  Yes, sir. |
| 13:20 | Q. | Can you tell me where -- is it -- strike |
| 13:21 | | that. |
| 13:22 | | Is it a gun that discharged? |
| 13:23 | A. | Yes. |
| 13:24 | Q. | What gun discharged? |
| 13:25 | A. | What discharged? |
| 14:01 | Q. | Yeah.  What gun discharged?  Was it your |
| 14:02 | | gun?  I'm trying to -- |
| 14:03 | A. | It was my -- yeah, it's my on-duty gun, |
| 14:04 | | which was -- at that time was a SIG SAUER P320. |
| 14:05 | Q. | Where was your SIG SAUER P320 at the |
| 14:06 | | moment of discharge? |
| 14:07 | A. | It was in my holster. |
| 14:08 | Q. | Where was your holster at the moment of |
| 14:09 | | discharge? |
| 14:10 | A. | It was on the left side of my hip where I |
| 14:11 | | usually have my holster. |
| 14:12 | Q. | So when you said left side of your hip, |
| 14:13 | | was it -- do you see my arrow? |
| 14:14 | A. | Yes. |
| 14:15 | Q. | Is -- what side of your body? |
| 14:16 | A. | It's on the left side.  It would be near |
| 14:17 | | the car there, the car side. |
| 14:18 | Q. | Got it. |
| 14:19 | | So it is on the side of the hand where |
| 14:20 | | you're -- you have something in your hand, you |
| 14:21 | | believe to be your phone? |
| 14:22 | A. | Correct.  Yes. |
| 14:23 | Q. | Okay.  Are you left-handed or |
| 14:24 | | right-handed? |
| 14:25 | A. | I am left-handed. |
| 15:01 | Q. | So you draw with your left hand, and |

| | | |
|---|---|---|
| 15:02 | | that's why the holster's on your left hip? |
| 15:03 | A. | Yes, sir. |
| 15:04 | Q. | Okay. What type of holster did you have? |
| 15:05 | A. | That is a Blackhawk T-Series -- T-Series |
| 15:06 | | holster. It's a triple retention holster. |
| 15:07 | Q. | Triple retention holster. |
| 15:08 | | So can you describe when you put the |
| 15:09 | | gun in the holster, does it make a click? Or how |
| 15:10 | | do you know it's seated? |
| 15:11 | A. | Yes. It actually locks in. It makes a |
| 15:12 | | click and it locks in. |
| 15:13 | Q. | Is the trigger accessible when the gun is |
| 15:14 | | fully seated? |
| 15:15 | A. | No, sir. |
| 15:16 | Q. | What is covering the trigger at the time |
| 15:17 | | the gun is fully seated? |
| 15:18 | A. | The holster is -- it's fully covered on -- |
| 15:19 | | where the trigger is at with plastic. It's a -- |
| 15:20 | | you can't get to the trigger at all. |
| 15:21 | Q. | How -- how do you know that the gun is |
| 15:22 | | seated in the holster? |
| 15:23 | A. | Well, it's a triple retention. It clicks |
| 15:24 | | in, and then it's got a hood over top of it, |
| 15:25 | | making it triple retention. You have to click |
| 16:01 | | the -- pull the hood of it up over so the gun |
| 16:02 | | can't come out at all. |
| 16:03 | Q. | Was the hood over the gun at the time of |
| 16:04 | | this incident? |
| 16:05 | A. | Yes, sir. |
| 16:06 | Q. | So was the gun fully holstered at the time |
| 16:07 | | of this incident? |
| 16:08 | A. | Yes, sir. |
| 16:09 | Q. | All the levels of the triple retention |
| 16:10 | | were activated at the time of this incident? |
| 16:11 | A. | Yes, sir. |
| 16:12 | Q. | So I'm going to take you to the moment |
| 16:13 | | where you say you -- you described the discharge. |
| 16:14 | | Where is your left hand? |
| 16:15 | A. | My left hand, right there -- and I'm just |
| 16:16 | | getting out and I'm actually in shock, because I |
| 16:17 | | heard the shot go off, and I didn't know at -- for |

| | 16:18 | | a second what -- you know, what happened.  So I'm | | |
|---|---|---|---|---|---|
| | 16:19 | | just -- I'm just getting out with -- it looks -- | | |
| | 16:20 | | it appears to be my phone in my hand. | | |
| | 16:21 | Q. | Okay.  So your left hand, is it touching | | |
| | 16:22 | | your gun? | | |
| | 16:23 | A. | No.  Not at all. | | |
| | 16:24 | Q. | Is your left hand touching the trigger of | | |
| | 16:25 | | your gun? | | |
| | 17:01 | A. | Not at all.  No, sir. | | |
| | 17:02 | Q. | Where is your right hand at the time of | | |
| | 17:03 | | discharge? | | |
| | 17:04 | A. | My right hand is just pushing the door | | |
| | 17:05 | | open.  It's on the door. | | |
| | 17:06 | Q. | Is your right hand touching the gun at the | | |
| | 17:07 | | time of discharge? | | |
| | 17:08 | A. | No, sir. | | |
| | 17:09 | Q. | Is your right hand touching your holster | | |
| | 17:10 | | at the time of the discharge? | | |
| | 17:11 | A. | No, sir. | | |
| | 17:12 | Q. | Had you made any modifications to the P320 | | |
| | 17:13 | | prior to this incident? | | |
| | 17:14 | A. | No, sir.  The only thing, it has a | | |
| | 17:15 | | flashlight mounted on it. | | |
| | 17:16 | Q. | Okay.  On top? | | |
| | 17:17 | A. | It's on the bottom. | | |
| | 17:18 | Q. | On the bottom? | | |
| | 17:19 | A. | Yeah. | | |
| | 17:20 | Q. | So it's between the trigger and the end of | | |
| | 17:21 | | the barrel? | | |
| | 17:22 | A. | Yes.  That -- yeah.  They have mounts for | | |
| | 17:23 | | them for police that we put them on like that. | | |
| | 17:24 | Q. | Okay.  Do you recall where you got that -- | | |
| | 17:25 | | that light? | | |
| | 18:01 | A. | It was issued to us from -- you'd have to | | |
| | 18:02 | | ask the chief of police where they got them from. | | |
| | 18:03 | Q. | Okay.  And was the holster designed to fit | | |
| | 18:04 | | the -- that you know of, to fit the gun with the | | |
| | 18:05 | | flashlight on it? | | |
| | 18:06 | A. | Yes.  They're made for that, yes. | | |
| 22:16 - 22:18 | **Thatcher, Donald 2022-10-21** | | | 00:00:05 | **DonaldThatcher-** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 22:16     Do you have any idea if your seat belt <br> 22:17     got in the holster in any way? <br> 22:18     A.   I -- | | editedfortrial.5 |
| 22:20 - 22:25 | **Thatcher, Donald 2022-10-21** <br> 22:20     THE WITNESS: I have no idea. When <br> 22:21     I got out, I took the seat belt off. It <br> 22:22     felt like it was, like, alongside of me, <br> 22:23     the seat belt, when I took it off and got <br> 22:24     out, but it was already cleared from me <br> 22:25     when I stepped out, when the gun went off. | 00:00:20 | DonaldThatcher-editedfortrial.6 |
| 23:08 - 23:14 | **Thatcher, Donald 2022-10-21** <br> 23:08     Q.   And the hood was over the gun the whole <br> 23:09     time you were in the car; right? It was over -- <br> 23:10     A.   Yes. <br> 23:11     Q.   The holster -- the gun was fully <br> 23:12     holstered? <br> 23:13     A.   Yes. <br> 23:14     Q.   Okay. | 00:00:09 | DonaldThatcher-editedfortrial.7 |
| 33:05 - 33:13 | **Thatcher, Donald 2022-10-21** <br> 33:05     Q.   Okay. And you had a light mounted onto <br> 33:06     the pistol; is that correct? <br> 33:07     A.   Yes. <br> 33:08     Q.   You were using a Blackhawk T-Series <br> 33:09     holster. Is that what you indicated? <br> 33:10     A.   Yes. <br> 33:11     Q.   Have you ever seen a manual for the <br> 33:12     Blackhawk T-Series holster? <br> 33:13     A.   No. | 00:00:25 | DonaldThatcher-editedfortrial.8 |
| 35:07 - 35:09 | **Thatcher, Donald 2022-10-21** <br> 35:07     Q.   Okay. Were you aware that the trigger on <br> 35:08     certain firearms was unavoidably accessible in <br> 35:09     these holsters? | 00:00:08 | DonaldThatcher-editedfortrial.9 |
| 35:12 - 35:24 | **Thatcher, Donald 2022-10-21** <br> 35:12     THE WITNESS: No. <br> 35:13     BY MS. DENNISON: <br> 35:14     Q.   Okay. As we sit here today, is it <br> 35:15     accurate to say that you don't know whether <br> 35:16     something got into that trigger guard to cause the <br> 35:17     trigger to be pulled? | 00:00:32 | DonaldThatcher-editedfortrial.10 |

| | | | |
|---|---|---|---|
| | 35:18  A.  You're asking if I knew whether something | | |
| | 35:19      got in the trigger guard? | | |
| | 35:20  Q.  No. I'm asking you, as we sit here today, | | |
| | 35:21      can you state with certainty that nothing got into | | |
| | 35:22      that trigger guard to cause it to discharge? | | |
| | 35:23  A.  I can't state -- no. I can't state | | |
| | 35:24      whether something got in there or not. | | |
| 40:05 - 40:13 | **Thatcher, Donald 2022-10-21** | 00:00:17 | **DonaldThatcher-editedfortrial.11** |
| | 40:05  Q.  Sergeant, I have about three questions. | | |
| | 40:06  A.  Okay. | | |
| | 40:07  Q.  Did the round discharge after you shot -- | | |
| | 40:08      or after it shot? | | |
| | 40:09  A.  It discharged -- yes. It went into the | | |
| | 40:10      pavement. | | |
| | 40:11  Q.  Okay. It came out of the -- it came out | | |
| | 40:12      of the gun? | | |
| | 40:13  A.  Yes. | | |
| 41:22 - 42:18 | **Thatcher, Donald 2022-10-21** | 00:00:49 | **DonaldThatcher-editedfortrial.12** |
| | 41:22      BY MR. CEISLER: | | |
| | 41:23  Q.  And to clarify, so did it come out after | | |
| | 41:24      you took the gun out of the holster? Did you take | | |
| | 41:25      the gun out of the holster? | | |
| | 42:01  A.  Yes. When we -- when I -- I came into the | | |
| | 42:02      station, did not touch the weapon until | | |
| | 42:03      Lieutenant Langman show- -- arrived, and then I | | |
| | 42:04      pulled the gun out, handed it over to | | |
| | 42:05      Lieutenant Langman, and he ejected the casing out, | | |
| | 42:06      which was still in the chamber. | | |
| | 42:07  Q.  Got it. | | |
| | 42:08  A.  And then we -- we stripped the gun of the | | |
| | 42:09      rounds and made them -- made it safe. | | |
| | 42:10  Q.  Got it. | | |
| | 42:11      So the round itself, the bullet, went | | |
| | 42:12      through the bottom of the holster, hit the | | |
| | 42:13      pavement, and the casing stayed inside the | | |
| | 42:14      holster; is that correct? | | |
| | 42:15  A.  Yes. It actually went down through the | | |
| | 42:16      back of my pant leg. I have pant leg holes. So | | |
| | 42:17      it went down through my pant leg, and then it hit | | |
| | 42:18      the pavement, yes. | | |

| | |
|---|---:|
| Our Designations | 00:14:24 |
| **TOTAL RUN TIME** | **00:14:24** |