# EXHIBIT J

Transcribed Trial Testimony of Marvin Reyes that was video recorded and played for the Jury

1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TEXAS
2                      BEAUMONT DIVISION

3
BRITTANY B. HILTON,          *
4                            *
        Plaintiff,           *
5                            *
VS.                          * C.A. NO. 1:21-cv-00441 MJT
6                            *
SIG SAUER, INC.              *
7                            *
        Defendant.           *
8

9            **********************************
10                THE ORAL VIDEOTAPED
                      DEPOSITION OF
11                SERGEANT MARVIN REYES
                    AUGUST 11, 2022
12           **********************************

13

14      ORAL VIDEOTAPED DEPOSITION OF SERGEANT MARVIN

15   REYES, produced as a witness at the instance of the

16   PLAINTIFF, and duly sworn, was taken in the above-styled

17   and numbered cause on the 11th of August, 2022, from

18   1:13 p.m. to 2:01 p.m., before Debbie Boothe, CSR, in

19   and for the State of Texas, reported by machine

20   shorthand at the offices of Sico Hoelscher Harris LLP,

21   3 Riverway Drive, Suite 1910, Houston, Texas 77056,

22   pursuant to the Federal Rules of Civil Procedure and the

23   provisions stated in the record or attached hereto.

24

25



1                    A P P E A R A N C E S

2

FOR THE PLAINTIFF:
3
            Mr. James H. Hada
4           Sico Hoelscher Harris LLP
            3 Riverway, Suite 1910
5           Houston, Texas   77056
            (713) 465-9944      (877) 521-5576 Facsimile
6           jhada@shhlaw.com

7

FOR THE DEFENDANT:
8
            Mr. Brian Keith Gibson (By Zoom)
9           Littleton Park Joyce Ughetta & Kelly, LLP
            The Centre at Purchase
10          4 Manhattanville Road, Suite 202
            Purchase, New York  10577
11          (914) 417-3400     (914) 417-3401 Facsimile
            keith.gibson@littletonpark.com

12

13  THE VIDEOGRAPHER:

14          Ms. Madeline Nagy
            Res Ipsa
15

16                  *   *   *   *   *   *

17

18

19

20

21

22

23

24

25



1                              INDEX

2

3   WITNESS:   SERGEANT MARVIN REYES

4                                                        PAGE

5   Appearances                                            2

6   Examination by Mr. James H. Hada                       5

7         1:13 p.m. - 1:45 p.m.

8         1:47 p.m. - 1:47 p.m.

9   Examination by Mr. Brian Keith Gibson                 37

10        1:47 p.m. - 2:00 p.m.

11  Further Examination by Mr. James H. Hada              50

12        2:00 p.m. - 2:01 p.m.

13  Reporter's Certificate                                52

14

15                    *   *   *   *   *   *

16

17

18

19

20

21

22

23

24

25

LEXITAS

1       REPORTER'S NOTE:  All quotations from exhibits are

2   reflected in the manner in which they were read into the

3   record and do not necessarily denote an exact quote from

4   the document.

5                         EXHIBIT INDEX

6   NUMBER        DESCRIPTION                              PAGE

7   Exhibit 1     Subpoena to Testify at a Deposition

8                 in a Civil Action                          25

9   Exhibit 2     Plaintiff's Notice of Oral and

10                Videotaped Deposition of

11                Sgt. Marvin Reyes                          25

12  Exhibit 3     Video Clips

13                1) Houston March 28, 2022

14                Second Angle.mp4

15                2) Houston March 28, 2022

16                .MOV                                       30

17

18                    *    *    *    *    *

19

20

21

22

23

24

25



1          THE VIDEOGRAPHER:  We are on the record.

2    This is the start of tape labeled Number 1 in the

3    video-recorded deposition of Sergeant Marvin Reyes.

4    Today's date is Thursday, August 11, 2022, and the time

01:13  5    is 1:13 p.m.

6          Will all attorneys in attendance please

7    state their appearances and who they represent for the

8    record.

9          MR. HADA:  Yes.  My name is James Hada.  I

01:13  10   represent Plaintiff Brittany Hilton.

11          MR. GIBSON:  Keith Gibson, Littleton Park

12   Joyce Ughetta & Kelly for Sig Sauer.

13          THE VIDEOGRAPHER:  Will the court reporter

14   please swear in the witness.

01:13  15          SERGEANT MARVIN REYES,

16   having been first duly sworn, testified as follows:

17                    EXAMINATION

18   QUESTIONS BY MR. JAMES H. HADA:

19          Q.  Would you introduce yourself to the ladies and

01:13  20   gentlemen of the jury.

21          A.  My name is Martin Reyes.

22          Q.  And do you -- are you currently employed?

23          A.  Yes.

24          Q.  Who are you employed by?

01:13  25          A.  The Houston Police Department.

1    Q.  And do you have a title?

2    A.  I'm a sergeant.

3    Q.  Okay.  So it would be appropriate for me to

4  refer to you as Sergeant Reyes?

01:14   5    A.  You can.

6    Q.  Now, I wanted to talk to you a little bit,

7  Sergeant Reyes, about your -- your background, if we

8  can, just for a moment.  Okay?

9    A.  Sure.

01:14  10    Q.  Can you tell us when you were first employed by

11  the Houston Police Department?

12    A.  I entered the academy in August of 2007.

13    Q.  And the academy lasts for six months?

14    A.  Yes.

01:14  15    Q.  So was it still 2007 when you graduated from

16  the academy?

17    A.  No.  It was February 2008.

18    Q.  When you graduated in February 2008, you had a

19  probationary period?

01:14  20    A.  Yes.

21    Q.  And how long was that?

22    A.  Six months.

23    Q.  You success -- obviously, successfully

24  completed that?

01:14  25    A.  Yes.

LEXITAS

1          Q.   And what was your first posting?

2          A.   My first posting was patrol in -- in northeast

3     area of our town.

4          Q.   Is that the northeast station?

01:15  5          A.   Yes.

6          Q.   During your time in the academy, were you --

7     were you trained in the use of handguns?

8          A.   Yes.   We have to qualify with firearms before

9     we can graduate academy.

01:15  10          Q.   So tell the ladies and gentlemen of the jury a

11    little bit about what that training consisted of while

12    you were at the academy.

13          A.   Just handling firearms, manipulating them, make

14    sure -- being able to load them.   You need to be able to

01:15  15    get them ready to be used and everything.   Actually go

16    through the -- the marksmanship course -- or not course,

17    but qualification, which is 50 shots and at various

18    lengths and, you know, different times and hands and

19    that nature.

01:15  20          Q.   Had you had experience with handguns before you

21    joined HPD?

22          A.   I was a -- a little -- a little bit of

23    handguns.   I was military before that.   So I had more

24    rifle experience than handguns.

01:16  25          Q.   And what branch of the military did you serve

1    in?

2         A.   Marine Corps.

3         Q.   Thank you for your service, sir.

4         A.   Thank you.

01:16    5         Q.   Were you honorably discharged?

6         A.   Yes.

7         Q.   What years were you in the -- in the Marines?

8         A.   2003 to 2007.

9         Q.   And what was the highest rank you obtained?

01:16   10         A.   Corporal.

11         Q.   Did any of your job duties in the Marines

12    consist of -- I can't rem -- police type work?

13         A.   There was a few months towards the end of my --

14    my duty that I -- I was at -- posted at gates, entry

01:16   15    gates to the base and was -- that's basically security.

16    That was -- that was my extent of police work with the

17    military.

18         Q.   During your time in the Marines, were you

19    trained in how to use firearms?

01:16   20         A.   Yes.

21         Q.   Were you trained in how to properly store

22    firearms?

23         A.   Yes.

24         Q.   Were you trained in the safe use of firearms?

01:17   25         A.   Yes.

1       Q.   Would this include handguns and long guns?

2       A.   Yes.

3       Q.   And then you -- in 2007, you got out of the

4   military, and then you began your work -- or you applied

01:17  5   for the academy?

6       A.   Yes.

7       Q.   So that brings us to your six months

8   probationary period in -- beginning in

9   February 2008; correct?

01:17  10       A.   Correct.

11       Q.   All right.  After you completed that -- that

12   period of probationary time, which would have been

13   August?

14       A.   Yeah.  It should be August of 2000 --

01:17  15       Q.   2008?

16       A.   -- 8.

17       Q.   You then, I guess, became a patrol officer?

18       A.   Correct.

19       Q.   And tell us, if you will, what your first

01:17  20   promotion was above that designation.

21       A.   My first promotion was actually to sergeant.

22   That's the next rank up from a police officer.  So I

23   promoted to sergeant in to 2016.

24       Q.   During the time after you passed your

01:18  25   probationary period and until the time you were promoted

1    to sergeant, did you continue to become -- maintain your

2    proficiency with the use of firearms?

3        A.   Yes.   We have yearly qualifications for

4    firearms.

01:18  5        Q.   Now, you mentioned in the academy that you --

6    you had to shoot 50 rounds as part of your

7    qualification?

8        A.   Correct.

9        Q.   But you -- you certainly shot more than that to

01:18  10   become proficient during this time period; correct?

11       A.   Yes.

12       Q.   How many rounds would you say that you --

13   you -- you discharged and practiced -- practiced during

14   your academy days, ballpark?

01:18  15       A.   During the academy days, we just -- maybe --

16   maybe thousands of rounds, I guess.   It was a week-long

17   for just strictly for firearms.

18       Q.   Got you.

19            Do you recall what kind of firearm you

01:18  20   were -- you were issued at this time?

21       A.   Yeah.   It was a Sig Sauer P226.

22       Q.   When you were promoted to sergeant, did you

23   have to take an exam and pass an exam?

24       A.   Yes.

01:19  25       Q.   And I think it's referred as to the sergeant's

1   exam?

2       A.   Correct.

3       Q.   And were -- since 2016 -- or to become a

4   sergeant, did you have to take any additional training

01:19  5   or obtain certifications in the handling or use of

6   firearms?

7       A.   No, not specifically to firearms.

8       Q.   During the time you've been a Houston Police

9   officer, including the time that you've been a sergeant,

01:19  10  have you taken any additional classes or obtained

11  certification in the -- certifications in the use or

12  handling of firearms?

13      A.   I've taken different qualifications that are

14  offered in the department, including rifle

01:19  15  qualification, red dot qualification, which is a

16  different class, 40 --

17      Q.   You said -- I'm sorry, you said --

18      A.   Red dot.  Red dot, yes --

19      Q.   Okay.

01:19  20      A.   -- for optic for the rifle.

21      Q.   Okay.

22      A.   And red dot for the pistol as well.

23              I've also taken -- we have a new

24  40 millimeter.  It's kind of like a riot-type nondeadly

01:20  25  weapon.  But that's the extent of my additional training

1   with different types of firearms.

2        Q.  All right.  And during the time that you were

3   using a fire -- these firearms, were these -- what type

4   of pistols would you use?

01:20   5        A.  I've had Sig Sauer 226 from the beginning.  I

6   don't remember when I switched over.  But from the

7   beginning of my career I had a Sig Sauer P226.  And then

8   once the P320 came out, I switched over to that and got

9   a 9 -- 9 millimeter version of that.

01:20   10        Q.  And you got a what?

11        A.  9 millimeter version of that.

12        Q.  Okay.  And was this your service revolver?

13        A.  Yes.

14        Q.  Who issued this to you?

01:20   15        A.  We have to buy our own.  So we -- we -- even

16   during academy, we buy our own firearms.  And then if

17   you want to change, as long as it's on the approved

18   list, you're able to change your firearm as long as you

19   can qualify with it.

01:21   20        Q.  Okay.  So at some point you changed from the

21   Sig Sauer 226 to the Sig Sauer P320?

22        A.  Correct.

23        Q.  Do you remember approximately month and year

24   that that happened, ballpark?

01:21   25        A.  No, I really don't.  I remember when -- when it

1    first came out into -- to -- when it was first --

2    started first being manufactured, but I don't remember

3    off the top of my head when that was.

4         Q.  Was the P3 -- Sig Sauer P320 an approved

01:21 5  firearm by the Houston Police Department?

6         A.  Yes.

7         Q.  And did you have other firearms or handguns

8    that you could have chosen other than the P320?

9         A.  Yes.

01:21 10      Q.  Do you recall what they were?

11        A.  Not at the time.  The list -- the list keeps

12   getting updated and changing.  But I know Glock had --

13   was the other big manufacturer.  There was

14   Smith & Wesson that was also -- also available.  But

01:21 15 like I said, the list keeps changing.  So I don't know.

16        Q.  And so if you remember, why did you choose the

17   P3 -- Sig Sauer P320 versus another type?

18        A.  Didn't really have a -- didn't really have a

19   specific reason.  The -- the three that were laid out

01:22 20 to -- in front of us that were recommended were the Sig,

21   the Glock and the -- the Smith & Wesson when I was in

22   the academy to purchase.  So I -- I decided to go

23   Smith -- to the Sig Sauer.  And since I adopted the

24   Sig Sauer in my academy, I stuck with it for the entire

01:22 25 duration of my career.



1        Q.   Okay.   So, in other words, because you carried

2   the P -- or the Sig Sauer 226, you -- you wanted to be

3   consistent; so you chose to carry on with the

4   Sig Sauer 320?

01:22   5        A.   Correct.

6        Q.   All right.   And I'm sorry if I -- if I asked

7   you this previously, but I wanted to make sure I covered

8   it.   So do you have to get recertified or re -- yeah,

9   recertified once you switched over to the P320?

01:23   10       A.   Yes.   You -- well, you have to run the

11  qualification course again with that specific firearm

12  that you want to carry on-duty.

13       Q.   And what is the qualification course?

14       A.   It's the same as the other one, 50 --

01:23   15  50 rounds.   And the that's -- that's also been changed

16  over the years.   So it depends on the time frame that it

17  was.   But it's 50 -- it's still 50 rounds and at various

18  distances.   I think the closest 2, 7, 10, 15 and maybe

19  now it goes up to 25 yards.

01:23   20       Q.   And are these just different targets as you're

21  walking around?

22       A.   It's one single target.   You -- they move it

23  back and forth, and then they'll give you a certain

24  amount of time.   They'll face it towards you as a -- as

01:23   25  an indication of a threat, and then you have depending

1  on which stage of the course you're in a certain amount

2  of time to get however many rounds off that they tell

3  you.

4        Q.  And did you pass your qualification with the

01:23  5  P320?

6        A.  Yes.

7        Q.  Did you pass it on the first time?

8        A.  Yes.

9        Q.  My understanding is that you experienced a

01:24  10  discharge without pulling the trigger in your past; is

11  that accurate?

12        A.  Yes.

13        Q.  Do you recall what date that was?

14        A.  It was -- not exactly, actually.  It was end of

01:24  15  March, beginning of April this year, 2022.

16        Q.  Okay.  We're going to -- does March 28, 2022,

17  sound right?

18        A.  Yes.

19        Q.  We're going to talk about that in just a

01:24  20  moment.

21        A.  Sure.

22        Q.  But if you -- if you can just kind of tell

23  us -- well, first of all, do you know if there's any

24  video showing the moments right before and right after

01:24  25  the -- and the discharge?

1        A.   Yes.

2        Q.   So what I want to do is to kind of talk to you

3   a little bit about -- about that, and we can view the

4   video as well in a moment.

01:25  5        A.   Sure.

6        Q.   But just generally, if you will, tell me what

7   you were doing.  First of all, where were you when this

8   discharge occurred?

9        A.   I was at my -- in front of my residence, my

01:25  10  house.

11       Q.   And that's here in Houston?

12       A.   It's in Spring --

13       Q.   That's right.

14       A.   -- Texas, yeah.

01:25  15       Q.   All right.

16                 What time of the day was it?

17       A.   This was approximately 6:12 in the morning.  I

18  was getting ready to go to work, so...

19       Q.   And just give me a -- just briefly tell me --

01:25  20  walk me through the -- the few moments before, where you

21  were coming from, what you were carrying, what you were

22  doing when this -- when this discharge occurred.

23       A.   Sure.  I was exiting my residence.  My -- I

24  park my truck in front of my -- in front of my house on

01:25  25  the street.  I was carrying my rifle bag, and I believe

1    a backpack as well and -- I'm not exactly sure what else

2    was in my hand at that -- at that time without -- I did

3    have multiple things on my -- on my shoulder and my

4    hand.

01:25 5        Q.  Okay.  And were you -- what were you doing with

6    these things?

7        A.  I was just going to put them in my truck and

8    drive to work.  I went work at 7:00.  So that's when...

9        Q.  And when you were placing these items in your

01:26 10   truck, were you placing them in the back of your truck?

11       A.  Yes.

12       Q.  And which -- which door were you using?

13       A.  The passenger side rear door.

14       Q.  And were -- was there -- at the time of the

01:26 15   discharge of -- of the un-commanded discharge, was there

16   anything that was touching your pistol?

17       A.  No.

18       Q.  Where was your pistol at?

19       A.  It was in my duty holster on my -- on my waist

01:26 20   on my duty belt.

21       Q.  And which -- which -- are you right-handed?

22       A.  Right-handed, yes.

23       Q.  All right.  Did you have any of the things that

24   you were carrying, the bags or the other items near your

01:26 25   holster or near the P320 at the time that it discharged?

1        A.   No.

2        Q.   Had anything -- anything that you carried been

3    entangled in your service -- your P320 service pistol or

4    in your holster prior to the discharge?

01:27   5        A.   No.

6        Q.   And this was a weapon that you purchased

7    through the Houston Police Department?

8        A.   No.   We -- like I say, we have to purchase our

9    own.   I bought that one, I believe, from Central Police

01:27  10    Supply, which is actually a private-owned store.

11        Q.   All right.   And is that a -- is that a -- a

12    reputable store?

13        A.   Yes.

14        Q.   Is that where many of your fellow officers

01:27  15    purchase their weapons?

16        A.   I believe so.   I can't -- I can't speak to

17    that.

18        Q.   Okay.   That's -- that's fair enough.   I

19    appreciate that.

01:27  20            And you were required to carry this -- this

21    weapon, this P320 -- Sig Sauer P320 as part of your

22    duties as a Houston Police officer?

23        A.   Yes.

24        Q.   If you -- what type of holster were you using

01:27  25    at the time of the un-commanded discharge?

LEXITAS

1        A.  It was a Safariland Level III holster.

2        Q.  And does that holster come up over the trigger,

3   or does it leave the trigger mechanism exposed?

4        A.  It doesn't leave it exposed.  It comes over the

01:28  5   trigger.

6        Q.  All right.  So when you have it in your

7   holster, the holster portion of it comes up over the

8   trigger to cover it?

9        A.  Yes.  It -- it has retention.  So it locks in

01:28 10   and -- and covers the trigger guard.

11        Q.  At any point before the gun discharged, did

12   your fingers touch the trigger at all?

13        A.  No.

14        Q.  Once you were -- once the purchased the -- the

01:28 15   Sig Sauer P320, did you make any changes to it?

16        A.  Yes.

17        Q.  What changes did you make?

18        A.  I changed out the -- the grip module.  I

19   changed out the slide on it, and actually the -- the

01:29 20   barrel and the -- the other parts of the slide were

21   still the factory Sig Sauer parts.  But the -- the slide

22   and the grip were different.

23        Q.  Okay.  When you say "the slide," what do you

24   mean by "the slide"?

01:29 25        A.  The -- the P320 is divided into two halves.

1   The top part which goes back and forth whenever a --

2   a -- a round is shot --

3        Q.  Uh-huh.

4        A.  -- it slides back and forth.  So the upper part

01:29  5   is called a slide.  So that's an aftermarket.  That's

6   one -- that one is a Grey Ghost Precision slide.

7            The bottom part is an aftermarket as well.

8   It's -- it's from Wilson Combat, and it's a -- also a --

9   the grip module, basically the entire bottom half of

01:29 10   the -- besides the actual trigger itself.

11        Q.  Okay.  And so --

12            MR. GIBSON:  I don't -- I don't mean to

13   interrupt.  Can you just repeat what the -- who made the

14   slide.  I'm sorry, I just --

01:29 15            THE WITNESS:  Sure.

16            MR. GIBSON:  -- I couldn't hear it.

17            THE WITNESS:  The Grey -- slide is a Grey

18   Ghost Precision slide for the 3 --

19            MR. GIBSON:  And the grip -- grip module is

01:30 20   Wilson Combat?

21            THE WITNESS:  Yes.

22            MR. GIBSON:  Got it.  Thank you.  Sorry to

23   interrupt.

24            MR. HADA:  That's okay.

01:30 25        Q.  (BY MR. HADA) All right.  And how did you know

1    to use these things?

2          A.   They are designed for the P320, the -- for

3    the -- specifically for the P320 platform pistol.

4          Q.   And do you know -- how -- how do you know that

01:30  5    they were designed for the P320?  I mean, how did you --

6    how did you know that, I guess?

7          A.   I just started looking into getting information

8    for what -- what can be upgraded on -- on the pistol.

9          Q.   Okay.  And -- and what were the reasons for

01:30  10   having -- for having these upgrades?

11         A.   The -- my main reason for the slide was because

12   I wanted to attach a red dot to it, and my current slide

13   on -- on the pistol would have -- it required me to

14   either mill it, which would cost almost as much money as

01:30  15   a new slide, or do something else with the slide itself.

16   So I just -- instead of paying for a mill, I just bought

17   an aftermarket slide that was already precut for the --

18   the red dot that I wanted to attach to it.

19         Q.   Okay.  And you also were the person responsible

01:31  20   for -- before I move on, any other changes that you made

21   to the pistol?

22         A.   No, that's it.

23         Q.   Were you responsible for cleaning the gun

24   yourself?

01:31  25         A.   Yes.



1       Q.   And did you regularly clean the gun?

2       A.   Yes.  After I -- well, after I went to the

3   range, I clean it off and --

4       Q.   Sure.

01:31  5            Normal care for the pistol after you've

6   used it; right?

7       A.   Yes.

8       Q.   All right.  Do you know of any repairs that

9   were performed on the Sig Sauer either before you owned

01:31 10   it or after you owned it other than what we just

11   discussed?

12       A.   No.

13       Q.   So we're going to look at the -- at the video

14   in just a second, but after the discharge of the --

01:32 15   un-commanded discharge of the P320, what did you do

16   after that?

17       A.   Well, first I was trying to -- I carry two guns

18   on me when I'm on duty usually.  So I had another pistol

19   in my pocket.  And I was trying to determine where --

01:32 20   I -- I -- I recognized a shot, a gunshot just went off.

21   I looked down in my holster.  I -- and I checked that

22   one.  I check -- my -- my backup -- my backup pistol was

23   in my -- in my cargo pocket.  So I checked that.  I was

24   trying to determine where -- which one discharged.

01:32 25            And then I looked around, make sure nobody

1   was hurt, make -- looked on my truck, make sure nothing

2   got hit, and I couldn't find a -- I couldn't find where

3   the shot went.  I think it just went straight down

4   and -- well, I did find eventually where it went, but I

01:32   5   couldn't find the -- the -- the bullet hole.

6        Q.  Okay.  And did you determine at some point

7   what -- I guess, what the discharge -- where the

8   discharge came from?

9        A.  Yes.  It came from my P320.

01:32   10       Q.  And how did you -- and how did you make that

11   determination?

12       A.  Whenever I checked my -- my -- my duty gun,

13   which was in my cargo pocket, the slide grip, which is

14   a -- it's on a bottom slide, it was shattered.  Then

01:33   15   when I went to -- I went to clear -- I cleared that one.

16   I went to clear this one, and -- and I took it out of

17   the holster, and because it has retention, the slide

18   never -- the slide never got to go back.  So the -- the

19   casing was still in the slide.

01:33   20       Q.  Okay.  And when you say "this one" and "that

21   one" --

22       A.  I'm sorry.

23       Q.  No, no.  It's okay.  I just want to make sure.

24            So you had a secondary service pistol that

01:33   25   you carried, and it was in your pocket; correct?

LEXITAS

1        A.  Yes.

2        Q.  What was it?

3        A.  It's a Sig Sauer, too.  It's -- if you might

4    ought to get it.  I'm not -- it's a 380, a smaller

01:33  5    version.

6        Q.  Okay.  That's fine.

7        A.  But it's Sig Sauer, too.

8        Q.  Okay.  All right.  Fair enough.

9            And what you're saying, then, is that the

01:33  10   discharge from the Sig Sauer P320 just damaged your

11   other pistol?

12       A.  Correct.  It looked like it -- it bounced --

13   hit the grip and bounced off into -- I'm not sure which

14   direction, but it was damaged.

01:34  15       Q.  Did you report this to anyone at HPD?

16       A.  Yes.

17       Q.  And did you fill out any paperwork, any reports

18   of that nature with respect to this?

19       A.  Yeah.  Once I notified my chain of command,

01:34  20   I -- I had to file a police report with Harris County,

21   Precinct 4, who -- who has the -- who patrols my

22   neighborhood.  So they --

23       Q.  Okay.

24       A.  -- had jurisdiction in -- in that report in the

01:34  25   area.

         1                    (Exhibit 1 marked.)

         2        Q.  (BY MR. HADA) All right.  And I meant to do

         3   this a little earlier.  I'm going to --

         4        A.  Sure.

01:34    5        Q.  -- hand you, first of all, a subpoena, and you

         6   tell me if you received that, Exhibit 1?

         7        A.  Yes.

         8        Q.  And that's a -- a subpoena for you to appear

         9   here today; correct?

01:34   10        A.  Correct.

        11        Q.  Okay.

        12                    (Exhibit 2 marked.)

        13        Q.  (BY MR. HADA) Okay.  And Exhibit Number 2 is a

        14   deposition for you to appear here today?

01:34   15        A.  Yes.

        16        Q.  And that was attached to the subpoena when it

        17   was served on you?

        18        A.  Yes.

        19        Q.  All right, Officer.  Just -- I know we talked

01:34   20   about this off the record, but I wanted to talk to you

        21   about this on the record.  One of the things I asked you

        22   to bring is "Any documents, including but not limited to

        23   reports, complaints, photographs, videos,

        24   correspondences, emails and complaints relating to the

01:35   25   unintended discharge or firing without a trigger pull of



1    a Sig Sauer 3 -- P320 in your possession and/or use."

2               Did I read that correctly?

3         A.  Yes.

4         Q.  I understand -- well, first of all, did you

01:35  5    bring any documents here today?

6         A.  The only document I have digitally is the --

7    the -- the police report.

8         Q.  The video?

9         A.  The video as well.

01:35 10         Q.  Okay.  And you --

11         A.  And --

12         Q.  Have you --

13         A.  And -- and some pictures of -- that I took of

14    the -- the condition they were in at the time.

01:35 15         Q.  Okay.  And we're going to -- like I said, we're

16    going to look at that video in just a second, but I

17    wanted to -- to get through that housekeeping part of

18    it, which I should have started off with.  So apologize.

19               So did you -- did you bring your P320 into

01:35 20    the H -- the Houston Police Department and, I guess,

21    present it to anyone to try to determine what was going

22    on with it?

23         A.  Yes.  I -- I took it to our -- our firearms

24    ranges because that's our policy.

01:36 25         Q.  And do you know who that was?

1        A.   I don't know who actually checked it.

2        Q.   And did they ever come back and tell you what

3   they found?

4        A.   They -- they didn't find anything wrong with

01:36  5   it.

6        Q.   Do you know what happened to the pistol today,

7   where it is?

8        A.   I have -- I have taken out the fire control

9   unit out, and I've switch -- I've swapped it out with

01:36 10   a -- with a new one.  So the fire control unit is by

11   itself now.  And the -- the rest of the parts for the

12   action, the one that -- that occurred, I -- I still

13   carry on duty with a different fire mechanism.

14        Q.   Okay.  So you're basically -- what you're

01:36 15   saying is you're still caring the P320?

16        A.   Yes.

17        Q.   All right.  But you made the -- what -- what --

18   I'm sorry, sir.

19             You said that you changed out the slide

01:36 20   mechanism?

21        A.   I changed out the fire mechan -- the trigger

22   mechanism --

23        Q.   Oh.

24        A.   -- which is the serialized pers -- portion and

01:36 25   the trigger.

1        Q.  And what did you replace it with?

2        A.  It's another P320 fire control unit.  It's in

3   gold this time.

4        Q.  Okay.  So we've talked about there's -- I've

01:37  5   seen two videos of the incident.  Is that your

6   recollection --

7        A.  Yes.

8        Q.  -- as well?

9            All right.  And we'll talk about them.  But

01:37 10   these -- do you know -- they -- they seem to be two

11   views; is that accurate?

12        A.  Correct.

13        Q.  Okay.  Were these recording devices belong --

14   do they belong to you?

01:37 15        A.  Yes.

16        Q.  The first one, let's see --

17            MR. GIBSON:  Jim -- Jim, while you're

18   looking at that, I just want to make sure, did -- did he

19   say he brought documents with him?

01:37 20            MR. HADA:  No.  He -- he -- he does not

21   have any documents.

22            MR. GIBSON:  Okay.  I just -- I didn't have

23   any.  So I wanted to make sure there wasn't something I

24   was missing.  Thank you.

01:38 25            MR. HADA:  No, no worries.



1          Q.   (BY MR. HADA) All right.  The first one that I

2     am going to show you is -- it's titled, at least what I

3     have, is -- give me one second.

4          A.   Sure.

01:38   5          Q.   All right.

6                    MR. GIBSON:  And, Madam Reporter, are we

7     going to be able to show this on the screen so I can see

8     the video?

9                    THE REPORTER:  I can turn the Zoom thing

10     around so you're not looking at the officer and you can

11     see the video if you'd like.

12                    MR. GIBSON:  Okay.

13                    MR. HADA:  Yeah, that -- that's --

14                    MR. GIBSON:  I've only seen one video.  So

15     I just want to make sure.

16                    MR. HADA:  And just so --

17                    THE REPORTER:  Let me turn this first.

18                    (Turning the Zoom screen so Mr. Gibson can

19                    watch the videos will be played.)

20                    THE REPORTER:  Can you see the --

21     Ms. Videographer you might have to help me get the -- I

22     got it.

23                    THE VIDEOGRAPHER:  Okay.

24                    THE REPORTER:  I got it.

25                    All right.  Can you see that screen, sir?

1          MR. GIBSON:  I can.  I don't know how much

2    I'll be able to see, but at least I can see something.

3          MR. HADA:  I'll -- I'll make it -- I'll

4    make it bigger, Counsel, at the time I show it.

5          MR. GIBSON:  Yeah.  Yeah.  No problem.  No

6    problem.

7          MR. HADA:  Okay.  Are we ready to go back

8    on the record?

9          THE REPORTER:  Yes.

01:39 10          MR. HADA:  Okay.  So I've got this also

11    burned onto a disk, and -- and -- and what I want to do

12    is to mark it as Exhibit 3.  These are both of these

13    videos I'm about to show Officer Reye -- or

14    Sergeant Reyes, but I don't want to put a sticker -- I

01:39 15    mean, on the case or do you want me to put it on the --

16    the video itself?

17          THE REPORTER:  It's your preference.

18          MR. HADA:  Well, I don't -- sometimes

19    people put these in and these stickers can come up and.

20          THE REPORTER:  You can put it on the case.

21    It's your choice.

22          MR. HADA:  All right.  That's fine.  I'm

23    going to put it on the case.

24          (Exhibit 3 marked.)

01:39 25          MR. HADA:  Counsel, what I'm doing is



1   Exhibit Number 3 is a -- is a CD of both of these movies

2   or videos that I'm about to show.

3            MR. GIBSON:  Okay.  Thank you.

4       Q.  (BY MR. HADA) Okay.  The first one, Sergeant

01:40 5  Reyes, is "Houston, March 28, 2022, Second Angle.MP4."

6   Do you see that?

7       A.  Yes.

8       Q.  Okay.  Let's see if I can get this to play.

9   All right.

01:40 10           (Video playing.)

11      Q.  (BY MR. HADA) Can you tell us what we're

12  looking at from this angle?

13      A.  This is the entryway to the front of my

14  residence.

01:40 15      Q.  And what -- what device is this recorded on?

16      A.  This is a Lorex security camera, a DVR system.

17      Q.  And did you purchase that?

18      A.  Yes.

19      Q.  And did you install it?

01:40 20      A.  No, I had somebody install the cameras.  The --

21  the DVR is just a DVR so you connect it to it.

22      Q.  Did -- do you know what -- approximately what

23  year this was installed?

24      A.  It was after -- after Harvey, I think.  So

01:40 25  '17 -- '17 or '18.

      1        Q.   Yeah, I think that that would have been --

      2        A.   It should have been '18, then.

      3        Q.   Yeah.  I think Harvey was August 2018; is that

      4   right?

01:41 5             MR. GIBSON:  No, 2017.

      6        A.   '17.

      7        Q.   (BY MR. HADA) 2017.  So --

      8             MR. GIBSON:  The Astros won the

      9   World Series that year.

01:41 10            THE WITNESS:  Yes, sir.  So it was --

      11            MR. GIBSON:  I'm from Houston.  So I know

      12   these things.

      13            MR. HADA:  Oh, okay.

      14       A.   It was after that, I believe.  So it had to be

01:41 15  either late 2017 or early 2018.

      16       Q.   (BY MR. HADA) Understood.  All right.

      17            All right.  So let's take a look at this.

      18   I'm going to play it.

      19            (Video playing.)

01:41 20       Q.   (BY MR. HADA) And is that -- who is that by the

      21   car?

      22       A.   That's me.

      23       Q.   Okay.  And what is it showing you doing?

      24       A.   That's me opening the passenger -- the rear

01:41 25  passenger door and --

1      Q.  Okay.

2      A.  -- and just starting to put my gear into my --

3  the back seat of my truck.

4      Q.  All right.  All right.  And that what we heard

01:41  5  sounded to be a discharge of a gun?

6      A.  Correct.

7      Q.  And that was at 10 -- this whole -- this whole

8  clip, it lasts 20 seconds; correct?

9      A.  Yes.

01:41 10      Q.  And that was basically midpoint through?

11      A.  Yes.

12      Q.  Then there's another -- were you attempting to

13  determine where that came from?

14      A.  Correct.

01:42 15      Q.  Is this a fair and accurate representation of

16  what occurred to you on March 28, 2022, at approximately

17  7:12 a.m. in the morning?

18      A.  Yes.

19      Q.  Okay.  And this was your recording device?

01:42 20      A.  Yes.

21      Q.  Now, the second video that I'm going to show

22  you is marked or identified as Houston, March 28, 2022,

23  and it's a .MOV is the -- I guess after the title of it.

24  And this looks to be a different angle?

01:42 25      A.  Yes.



1        Q.   What is this being recorded on?

2        A.   I think that was a recording on my phone, of

3   the actual DVR on my TV because it's zoomed in a lot.

4   So I was trying to show, well, my chain, first of all,

01:42  5   and then that -- just a better angle of the incident.

6        Q.   Is it the same camera we just saw --

7        A.   No.

8        Q.   -- or is it a different camera?

9        A.   It's a different camera.

01:43  10        Q.   And where was this camera installed?

11        A.   It's in the front left of the -- on the roof

12   line of the residence.

13        Q.   Of your home?

14        A.   Yes.

01:43  15        Q.   All right.  And do you know what kind of

16   recording device this was?

17        A.   It's part of the same DVR system.

18        Q.   Installed at the same time?

19        A.   Yes.

01:43  20        Q.   And you purchased it again?

21        A.   Correct.

22             (Video playing.)

23        Q.   (BY MR. HADA) This looks to be, again, 20

24   seconds long.  Is this a -- and this shows -- who is

01:43  25   that we see in the -- in the video?



1     A.   That's still me.

2     Q.   And is that the, I guess, stuff that you were

3   carrying at that time?

4     A.   Correct.

01:43  5     Q.   Does it help refresh your recollection what you

6   were carrying?

7     A.   That's still -- I know it was my rifle bag and

8   my backpack.  I'm not sure what else is in my hands.

9     Q.   Okay.  Okay.  And then we're going to continue

01:43  10   it on.

11           (Video playing.)

12     Q.   (BY MR. HADA) Okay.  Right there, I guess, at

13   approximately 15, 16 seconds, it looked to be a -- a --

14   a muzzle flash.  Did you see that?

01:44  15     A.   Yes.

16     Q.   Okay.  At this point had you -- at the time

17   that we see the muzzle flash, did you have the equipment

18   you were carrying to the car in your hands at that time?

19     A.   It was -- well, it's hard to tell.  It was

01:44  20   either in my hands, holding it in my right hand.  But it

21   might have been laying on the -- the back seat already,

22   and I was trying to adjust.  But it was in my right hand

23   still.

24     Q.   Right.  Okay.  But it wasn't over your shoulder

01:44  25   any longer.  It was --



1          A.   No.

2          Q.   You had already put the process of putting it

3    in the back seat?

4          A.   Correct.

01:44 5    Q.   All right.  And then we're going to continue

6    on.

7               (Video playing.)

8          Q.   (BY MR. HADA) And it looks you're -- what are

9    you doing there towards the end of that 20-second clip?

01:45 10   A.   That's when I started just trying to figure out

11   where -- where the shot came from.

12         Q.   Okay.  So is this a fair and accurate depiction

13   of what occurred to you on March the 28th, 2022, that

14   morning about 7:00 o'clock in the morning?

01:45 15   A.   Yes.

16         Q.   Does that accurately reflect what happened to

17   you with respect to the unintended trigger -- the

18   unintended discharge of your P320?

19         A.   Correct.

20              THE REPORTER:  Do you want me to turn you

21   back around, Counsel?

22              MR. HADA:  Yes, I'm done.

23              MR. GIBSON:  Yes, please.  Thank you.

24              He's a handsome man.  So I want to make

25   sure I'm looking at him.



1          THE WITNESS:  I appreciate it.

2          MR. HADA:  Don't let him flatter you.

3          Okay.  Let's -- Counsel, I just want to

4    take a couple of minutes and go off the record and look

01:46  5    over my notes, and I think I'm -- I'm wrapping up.

6    Okay?

7          MR. GIBSON:  Sure.

8          MR. HADA:  All right.

9          THE VIDEOGRAPHER:  The time is 1:45.  We

01:46 10    are off the record.

11          (Recess from 1:45 p.m. to 1:47 p.m.)

12          THE VIDEOGRAPHER:  The time is 1:47.  We

13    are on the record.

14     Q.  (BY MR. HADA) Sergeant Reyes, have you

01:47 15    understood my questions today?

16     A.  Yes.

17     Q.  And have I let you answer all my questions

18    without interruption?

19     A.  Yes.

01:47 20          MR. HADA:  Thank you, sir.  I pass the

21    witness.

22                    EXAMINATION

23    QUESTIONS BY MR. BRIAN KEITH GIBSON:

24     Q.  Just a -- a few things, Sergeant Reyes.

01:48 25          I want to go back to the pistols that



1    you've carried on duty.  And I believe you said the

2    first pistol you had in the academy was a P226; is that

3    correct?

4         A.  Yes.

01:48  5         Q.  And can you just, if you recall, let me know

6    why you chose the P226 as your duty weapon initially.

7         A.  I didn't really have a -- a particular reason.

8    The options were Glock, Sig and -- and the

9    Smith & Wesson.  And I just felt like it was a higher

01:48 10    quality in my hand than the plastic, a Glock, and I

11    didn't like the safety of the Smith I believe it was.

12         Q.  Okay.  So you liked the way the P226 felt in

13    your hand.  You liked the weight of it, things like

14    that?

01:48 15         A.  Yes.

16         Q.  Had you done any research about either the 226

17    or Sig Sauer generally prior to making your decision to

18    purchase the 226?

19         A.  Not really, no.  Uh-uh.

01:48 20         Q.  Did the 226 have a manual thumb safety?

21         A.  Not mine, no.

22         Q.  Okay.  Is a manual thumb safety something that

23    you look for in a pistol, you prefer without one, or is

24    it not something that really makes a difference one way

01:49 25    or the other for you?



1          A.   So far pistol handles don't have a safety on

2    it.  I -- I just don't -- don't have a gun when it has a

3    safety.

4          Q.   Is that an intentional decision, or it's just

01:49 5   the way it's worked out?

6          A.   It's just the way it's worked out.  Now -- now

7    I'm a little more of -- how do I say this -- I guess I

8    do a little more research into pistols I get now, and I

9    just go by quality, I guess.

01:49 10        Q.   Do any of the pistols that you own currently or

11   that you've owned during your law enforcement career

12   have manual safeties?

13         A.   No.

14         Q.   And you're aware manual safeties are available

01:49 15  on pistols; correct?

16         A.   Yes.

17         Q.   Does the Houston Police Department have any

18   policy either encouraging, discouraging, prohibiting

19   allowing manual safeties on the pistols that you use?

01:49 20        A.   No, there's no policy that I'm aware of it.

21         Q.   Okay.  Now, did you switch directly from the

22   P226 to the P320, or did -- were there any other pistols

23   in between?

24         A.   No.  The only duty pistols I've had is a

01:50 25  Sig Sauer 226 and P320 after that.

1     Q.  Okay.  And I believe -- and correct me if I'm

2  wrong -- but I believe you said that you purchased your

3  P320 around the time it was made available to the

4  market; is that correct?

01:50  5     A.  Yes.

6     Q.  Okay.  So the -- the P320 was first available

7  for sale in the spring of 2014.  Does that give you some

8  kind of time frame as to when you may have purchased it?

9     A.  No -- well, the -- the version I'm carrying is

01:50 10  actually the XFIVE.  So whenever the XFIVE came out.

11     Q.  Okay.

12     A.  The fire mechanism for the XFIVE, when that

13  first came out.  I -- I also did switch over to the P320

14  initially, and then I -- I switched over to the XFIVE

01:50 15  because of the flat trigger when it came or.

16     Q.  Okay.  So this is actually the second P320

17  you've had?

18     A.  Yes.

19     Q.  Got it.

01:51 20           So you believe you bought your first P320

21  around 2014, 2015, and then you upgraded at some point

22  later?

23     A.  Yes.  Whenever the XFIVE came out is when I

24  upgraded.

01:51 25     Q.  Okay.  Do you have any sense for how long



1  before the incident you had owned the subject P320?  Are

2  we talking two years, three years, four years?  I don't

3  need an exact date, but any idea?

4       A.  It was a few years, at least.

01:51  5       Q.  Okay.  Are you familiar with the voluntary

6  upgrade program for the P320 pistols?

7       A.  Yes.

8       Q.  Did you ever participate in the voluntary

9  upgrade with your initial P320 pistol?

01:51  10       A.  I did.

11       Q.  Okay.  Do you still have your initial -- your

12  original P320 pistol?

13       A.  Yes.

14       Q.  Okay.  Do you still use it?

01:51  15       A.  Not -- not as much as the other ones, no.

16       Q.  Okay.  And have you ever dropped your P320, any

17  of them?

18       A.  I'm sure I have.  I don't recall a specific

19  time or place.

01:52  20       Q.  Okay.  I mean, I guess maybe what I'm looking

21  for is -- is did you ever have a P320 discharge when you

22  dropped it?

23       A.  No.

24       Q.  Okay.  Now, when you switched from the P226 to

01:52  25  the P320, why -- why were you making the switch?  Were

1   you looking to go to a striker-fired pistol, something

2   else?

3        A.   I did want to go to striker fire, but I also

4   wanted to change caliber because my initial one was a

01:52  5   40 caliber, P226.  It's a little harsher round to shoot.

6   And the -- and the 226 has a double-action, first

7   trigger pull.  So I was looking for something a little

8   lighter on the initial trigger pull and a smaller round

9   just to be able to carry more -- more rounds in my

01:52 10   magazine.

11        Q.   Okay.  What size was your initial P320?  Was it

12   Full Compact, Carry?

13        A.   Full size.

14        Q.   Okay.  How about the subject P320, the XFIVE,

01:52 15   it that a full size as well?

16        A.   The XFIVE had -- yes, it's full size.  But like

17   I say, I switched out the slide.  So it's a full-size

18   slide with the XFIVE mechan -- mechanism.

19        Q.   Got it.

01:53 20             And you mentioned you -- you got the custom

21   slide so you could add the red dot.  Why did you switch

22   out the grip module?

23        A.   That was just preference because the XFIVE --

24   the XFIVE grip is -- it's heavy.  I mean, it's for

01:53 25   competition, but it's heavy.  So I wanted something

Lexitas

1   lighter.  And there's a few times where I had to hold a

2   pistol for longer than, you know, I wanted to in my hand

3   pointing, and it just gets heavy after a few hours.

4        Q.   Understood.  So -- so you're -- you're trying

01:53   5   to lower the weight of the pistol overall?

6        A.   Correct.

7        Q.   Okay.  Now, the holster that you were carrying

8   your pistol in at the time, now, you said that was a

9   Safariland.  Do you know the model designation?

01:53  10        A.   It was a 6300 series.  I have it in the

11   pictures that are on my flash drive, but I don't -- I'm

12   not -- I don't know off top of my head which -- which

13   one it was.  It believe a 6360.

14        Q.   Is it a light bearing holster?

01:54  15        A.   Yes.

16        Q.   Okay.  Did you have a light attached to your

17   P320 at the time of the incident?

18        A.   No.

19        Q.   Okay.  So the holster is light bearing, but at

01:54  20   the time you did not have a light attached; is that --

21        A.   Correct.

22        Q.   -- accurate?  Okay.

23             Other than the red dot, any other

24   attachments to your P320 pistol at the time of the

01:54  25   incident?

1          A.  No.

2          Q.  Was there any damage to the holster in the

3    incident?

4          A.  I believe the -- the -- there's a part in the

01:54  5    front.  It's only at the academy that -- that it holds

6    the -- it's kind of like a muzzle stop.  I guess that --

7    that got blown out.

8          Q.  Okay.  Do you still have the holster?

9          A.  I do.

01:54  10          Q.  Do you still use it?

11          A.  No.

12          Q.  Okay.  And I believe you said after the

13    incident you gave the pistol to the HPD; is that

14    correct?

01:55  15          A.  Well, for -- per our policy, they have to

16    test -- they have to look at it and try to see and

17    determine if there's any kind of mechanical issues with

18    it.  They have to test fire it.  So that's part of our

19    policy.  So they -- they took it for a few hours and...

01:55  20          Q.  Okay.  Do you know what they did with the

21    pistol when they had it, HPD?

22          A.  No.  I mean, they -- they're -- they're

23    armorers.  So I'm not sure what they did.  But I know

24    they test fired it after -- after they looked at it.

01:55  25          Q.  Do you know if they disassembled it all?

1      A.  I don't know.  I -- I can't speak to that.

2      Q.  Okay.  Have you ever seen any written report

3 regarding the examination of your P320 pistol after the

4 incident?

01:55 5      A.  The only one I got was from Sig Sauer back when

6 I -- when I -- I sent it to you guys to -- to have --

7 have you guys look at it as well to find out what

8 happened.

9      Q.  Okay.  But from the HPD you haven't seen any

01:55 10 written report?

11      A.  I -- I got a paper, but it was submitted with

12 my -- my -- my paperwork I have to send up to my chain.

13 So I -- I have -- I got it, but they asked that I turn

14 it in.  So I don't have it.

01:56 15      Q.  Okay.  So -- so there was one.  You just don't

16 recall what it says; is that fair?

17      A.  It said -- they said there was no -- no

18 malfunctions.  But like I said, I don't have that in my

19 possession.  It -- it was --

01:56 20      Q.  Okay.

21      A.  -- submitted to the department.

22      Q.  Okay.  Other than wanting to change your to

23 striker fire and a -- a lighter -- a lower caliber, any

24 other reasons that you selected the P320 when you

01:56 25 switched from the P226?



1        A.   No.   Like I said, that's just the -- I wanted

2   to stick with Sig Sauer because I -- I was familiar with

3   the -- with the -- the platform --

4        Q.   Yeah.

01:56  5        A.   -- I mean, to an extent.   So that -- that's why

6   I stuck with Sig Sauer, and that was -- that was what

7   the options were that the department gave us as far as

8   what we could use on duty.

9        Q.   Okay.   Could you continue to use the 226, or

01:56 10   did you have to switch to a -- to a striker fire pistol?

11        A.   No.   I could -- I could have stayed with the

12   226.

13        Q.   Okay.   Any issues with your 226 when you used

14   it?

01:57 15        A.   No.

16        Q.   Okay.   How about your initial P320, before you

17   got the XFIVE, any issues with that?

18        A.   No.

19        Q.   Had you made any modifications to that 320?

01:57 20        A.   I don't recall making any extensive ones

21   like -- like this one.

22        Q.   Okay.   So it had the factory slide, factory

23   grip?

24        A.   Yeah.

01:57 25        Q.   Okay.   Prior to the incident, any issues with

1   your P320 XFIVE?

2        A.  No.

3        Q.  Did you like the way it handled, like the way

4   it shot?

01:57  5        A.  Yes.

6        Q.  And I believe you said after the incident you

7   removed the fire control unit from the -- the P320 that

8   you were carrying at the time of the incident, and you

9   replaced it with a different fire control unit; is that

01:57  10  correct?

11       A.  Yes.

12       Q.  You're still using the Wilson Combat grip and

13  the -- I believe you said Grey Ghost slide, but it's

14  just a different fire control unit --

01:57  15       A.  Yes.

16       Q.  -- is that accurate?

17       A.  Yes.

18       Q.  Any issues with your 320 since you've switched

19  out the fire control unit?

01:57  20       A.  So far, no.

21       Q.  Do you have any concerns carrying a 320 since

22  your incident?

23       A.  I'm still carrying it.  So, no.

24       Q.  Now, you may have mentioned this -- I may have

01:58  25  missed it -- but what was you backup pistol you said you



1  had in -- in your pocket?  What kind of a pistol is

2  that?

3      A.  It's a 380 Sig Sauer.  I -- I can't for -- I'm

4  drawing a blank on the model number.  I do have --

01:58  5      Q.  Is it another -- is it another striker fire, or

6  is it a hammer fire?

7      A.  That one -- that -- you know what, that one

8  actually does have a safety, I'm sorry.  I apol -- I

9  retract my previous.  That one is a hammer fired,

01:58 10  safety, 380 magazine.

11      Q.  Okay.  So it's not a P365 pistol?

12      A.  No.  I -- I have that one as well, but that's

13  not the one I was carrying with me that day.

14      Q.  Okay.  So the backup pistol you were carrying

01:58 15  is a Sig and it has a hammer.  You just can't recall the

16  model?

17      A.  It's -- yeah.  It's a 380 caliber version of

18  it.  I -- I want to say a 238, but I'm not sure that's

19  the right --

01:58 20      Q.  Okay.  And that did have a manual thumb safety?

21      A.  Yes.

22      Q.  And is there a reason you selected to have a

23  manual thumb safety with that pistol, or is it just kind

24  of what you ended up purchasing?

01:59 25      A.  No.  That one was just because of the size.

1    That was a very small, you know, pistol I could carry --

2        Q.  Yeah.

3        A.  -- pretty much anywhere, and I needed to -- as

4    a backup to my full-size duty pistol.

01:59 5      Q.  Got it.

6            MR. GIBSON:  I think that's it.  Let me

7    just check through my notes real quick.

8        Q.  (BY MR. GIBSON) And you -- you mentioned the

9    HPD armorer looked at the -- the pistol.  Fair to say

01:59 10   you're not an armorer for the P320?

11       A.  No.

12       Q.  Are you an armorer for any handgun?

13       A.  No.

14       Q.  Okay.  After the incident, did you contact

01:59 15   Sig Sauer, or was that done through the department?

16       A.  No, I contacted them.

17       Q.  Okay.  And you sent your pistol in for

18   inspection, and they returned it to you?

19       A.  Yes.

02:00 20     Q.  Okay.  Other than contacting them and letting

21   them know what happened, any other discussions with

22   Sig Sauer since the time of -- of your incident?

23       A.  No.

24       Q.  Okay.

02:00 25         MR. GIBSON:  Sergeant, that's all I have.

1    Thank you very much for your time.

2              THE WITNESS:  Thank you.

3                        EXAMINATION

4    QUESTIONS BY MR. JAMES H. HADA:

02:00  5         Q.  Just a quick question.  I'm a little unclear.

6              Did you get a written report back from

7    Sig Sauer?

8         A.  I did.  I no longer have that report.  I'm

9    sorry.

02:00 10         Q.  That's okay.

11         A.  Yeah.

12         Q.  What -- did you send it to HPD?  What did you

13   do with it?

14         A.  No, that one I just -- I had it somewhere in my

02:00 15   house, and I just -- I don't know where it's -- where it

16   went, so...

17         Q.  Did -- did Sig Sauer in this report give you

18   any opinions about why your gun discharged?

19         A.  No.  They said that -- I believe the report

02:00 20   said something must have fallen inside the trigger

21   mechanism and discharged it.  But there was -- they

22   found no defects with the gun.

23         Q.  Okay.  Do you -- do you believe that that could

24   have happened in -- in your case?

02:01 25         A.  No.  I mean, I walked from my door to my -- to

1  my truck without nothing in my hand -- or nothing near

2  the -- the -- the holster.  So I don't -- I don't

3  believe that happened but...

4      Q.  Understood.

02:01  5              MR. HADA:  All right.  That's all the

6  questions I have, Sergeant.  I really appreciate it.

7              THE WITNESS:  Okay.

8              MR. HADA:  Anything else --

9              MR. GIBSON:  Thanks for your time.

02:01 10              MR. HADA:  -- Counsel?

11              MR. GIBSON:  No.  Thank you.

12              MR. HADA:  Okay.

13              THE VIDEOGRAPHER:  The time is 2:01.  We

14  are off the record.

15

16                    *   *   *   *   *   *

17

18

19

20

21

22

23

24

25



```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF TEXAS
 2                  BEAUMONT DIVISION

 3
   BRITTANY B. HILTON,        *
 4                            *
         Plaintiff,           *
 5                            *
   VS.                        * C.A. NO. 1:21-cv-00441 MJT
 6                            *
   SIG SAUER, INC.            *
 7                            *
         Defendant.           *
 8

 9
                   REPORTER'S CERTIFICATION
10            ORAL VIDEOTAPED DEPOSITION OF
                   SERGEANT MARVIN REYES
11                   AUGUST 11, 2022

12

13        I, Debbie Boothe, Certified Shorthand Reporter

14  in and for the State of Texas, hereby certify to the

15  following:

16        That the witness, SERGEANT MARVIN REYES, was

17  duly sworn by the officer and that the transcript of the

18  oral deposition is a true record of the testimony given

19  by the witness;

20        I further certify that pursuant to FRCP Rule

21  30(f)(1) that the signature of the deponent:

22        _____ was requested by the deponent or a party

23  before the completion of the deposition and returned

24  within 30 days from date of receipt of the transcript.

25  If returned, the attached Changes and Signature Page
```



1  contains any changes and the reasons therefor:

2         __X__ was not requested by the deponent or a

3  party before the completion of the deposition.

4         I further certify that I am neither attorney

5  nor counsel for, related to, nor employed by any of the

6  parties to the action in which this testimony was taken.

7  Further, I am not a relative or employee of any attorney

8  of record in this cause, nor am I financially or

9  otherwise interested in the outcome of the action.

10         Subscribed and sworn to on this the 23rd

11  day of August, 2022.

12

13

14

15  _____
    DEBBIE BOOTHE, CSR
16  Texas CSR 4708
    Expiration Date:  7-31-23
17  Lexitas
    Firm Registration No. 95
18  13101 Northwest Freeway, Suite 210
    Houston, Texas  77040
19  888-893-3767

20
    JOB NO. 2022-855559
21

22

23

24

25



**Exhibits**

**Reyes 001** 4:7 25:1,6
**Reyes 002** 4:9 25:12,13
**Reyes 003** 4:12 30:12,24 31:1

**1**

**1** 5:2 25:1,6
**10** 14:18 33:7
**11** 5:4
**15** 14:18 35:13
**16** 35:13
**17** 31:25 32:6
**18** 31:25 32:2
**1:13** 5:5
**1:45** 37:9,11
**1:47** 37:11,12

**2**

**2** 14:18 25:12,13
**20** 33:8 34:23
**20-second** 36:9
**2000** 9:14
**2003** 8:8
**2007** 6:12,15 8:8 9:3
**2008** 6:17,18 9:9,15
**2014** 40:7,21
**2015** 40:21
**2016** 9:23 11:3
**2017** 32:5,7,15
**2018** 32:3,15
**2022** 5:4 15:15,16 31:5 33:16,22 36:13

**226** 12:5,21 14:2 38:16,18, 20 39:25 42:6 46:9,12,13
**238** 48:18
**25** 14:19
**28** 15:16 31:5 33:16,22
**28th** 36:13
**2:01** 51:13

**3**

**3** 20:18 26:1 30:12,24 31:1
**320** 14:4 46:19 47:18,21
**380** 24:4 48:3,10,17

**4**

**4** 24:21
**40** 11:16,24 42:5

**5**

**50** 7:17 10:6 14:14,15,17

**6**

**6300** 43:10
**6360** 43:13
**6:12** 16:17

**7**

**7** 14:18
**7:00** 17:8 36:14
**7:12** 33:17

**8**

**8** 9:16

**9**

**9** 12:9,11

**A**

**a.m.** 33:17
**academy** 6:12,13,16 7:6, 9,12 9:5 10:5,14,15 12:16 13:22,24 38:2 44:5
**accurate** 15:11 28:11 33:15 36:12 43:22 47:16
**accurately** 36:16
**action** 27:12
**actual** 20:10 34:3
**add** 42:21
**additional** 11:4,10,25
**adjust** 35:22
**adopted** 13:23
**aftermarket** 20:5,7 21:17
**allowing** 39:19
**amount** 14:24 15:1
**and/or** 26:1
**angle** 31:12 33:24 34:5
**Angle.mp4.** 31:5
**apol** 48:8
**apologize** 26:18
**appearances** 5:7
**applied** 9:4
**approved** 12:17 13:4
**approximately** 12:23 16:17 31:22 33:16 35:13
**April** 15:15
**area** 7:3 24:25
**armorer** 49:9,10,12



**armorers** 44:23

**Astros** 32:8

**attach** 21:12,18

**attached** 25:16 43:16,20

**attachments** 43:24

**attempting** 33:12

**attendance** 5:6

**attorneys** 5:6

**August** 5:4 6:12 9:13,14
32:3

**aware** 39:14,20

---

## B

**back** 14:23 17:10 20:1,4
23:18 27:2 30:7 33:3
35:21 36:3,21 37:25 45:5
50:6

**background** 6:7

**backpack** 17:1 35:8

**backup** 22:22 47:25 48:14
49:4

**bag** 16:25 35:7

**bags** 17:24

**ballpark** 10:14 12:24

**barrel** 19:20

**base** 8:15

**basically** 8:15 20:9 27:14
33:10

**bearing** 43:14,19

**began** 9:4

**beginning** 9:8 12:5,7
15:15

**belong** 28:13,14

**belt** 17:20

**big** 13:13

**bigger** 30:4

**bit** 6:6 7:11,22 16:3

**blank** 48:4

**blown** 44:7

**bottom** 20:7,9 23:14

**bought** 18:9 21:16 40:20

**bounced** 24:12,13

**branch** 7:25

**BRIAN** 37:23

**briefly** 16:19

**bring** 25:22 26:5,19

**brings** 9:7

**Brittany** 5:10

**brought** 28:19

**bullet** 23:5

**burned** 30:11

**buy** 12:15,16

---

## C

**caliber** 42:4,5 45:23 48:17

**called** 20:5

**camera** 31:16 34:6,8,9,10

**cameras** 31:20

**car** 32:21 35:18

**care** 22:5

**career** 12:7 13:25 39:11

**cargo** 22:23 23:13

**caring** 27:15

**carried** 14:1 18:2 23:25
38:1

**carry** 14:3,12 18:20 22:17
27:13 42:9,12 49:1

**carrying** 16:21,25 17:24
35:3,6,18 40:9 43:7 47:8,
21,23 48:13,14

**case** 30:15,20,23 50:24

**casing** 23:19

**CD** 31:1

**Central** 18:9

**certification** 11:11

**certifications** 11:5,11

**chain** 24:19 34:4 45:12

**change** 12:17,18 42:4
45:22

**changed** 12:20 14:15
19:18,19 27:19,21

**changing** 13:12,15

**check** 22:22 49:7

**checked** 22:21,23 23:12
27:1

**choice** 30:21

**choose** 13:16

**chose** 14:3 38:6

**chosen** 13:8

**class** 11:16

**classes** 11:10

**clean** 22:1,3

**cleaning** 21:23

**clear** 23:15,16

**cleared** 23:15

**clip** 33:8 36:9

**closest** 14:18

**Combat** 20:8,20 47:12

**command** 24:19

**Compact** 42:12

**competition** 42:25

**complaints** 25:23,24

**completed** 6:24 9:11

**concerns** 47:21



**condition** 26:14

**connect** 31:21

**consist** 8:12

**consisted** 7:11

**consistent** 14:3

**contact** 49:14

**contacted** 49:16

**contacting** 49:20

**continue** 10:1 35:9 36:5 46:9

**control** 27:8,10 28:2 47:7, 9,14,19

**Corporal** 8:10

**Corps** 8:2

**correct** 9:9,10,18 10:8,10 11:2 12:22 14:5 23:25 24:12 25:9,10 28:12 33:6, 8,14 34:21 35:4 36:4,19 38:3 39:15 40:1,4 43:6,21 44:14 47:10

**correctly** 26:2

**correspondences** 25:24

**cost** 21:14

**Counsel** 30:4,25 36:21 37:3 51:10

**County** 24:20

**couple** 37:4

**court** 5:13

**cover** 19:8

**covered** 14:7

**covers** 19:10

**current** 21:12

**custom** 42:20

---

**D**

**damage** 44:2

**damaged** 24:10,14

**date** 5:4 15:13 41:3

**day** 16:16 48:13

**days** 10:14,15

**decided** 13:22

**decision** 38:17 39:4

**defects** 50:22

**department** 5:25 6:11 11:14 13:5 18:7 26:20 39:17 45:21 46:7 49:15

**depending** 14:25

**depends** 14:16

**depiction** 36:12

**deposition** 5:3 25:14

**designation** 9:20 43:9

**designed** 21:2,5

**determination** 23:11

**determine** 22:19,24 23:6 26:21 33:13 44:17

**device** 31:15 33:19 34:16

**devices** 28:13

**difference** 38:24

**digitally** 26:6

**direction** 24:14

**directly** 39:21

**disassembled** 44:25

**discharge** 15:10,25 16:8, 22 17:15 18:4,25 22:14, 15 23:7,8 24:10 25:25 33:5 36:18 41:21

**discharged** 8:5 10:13 17:25 19:11 22:24 50:18, 21

**discouraging** 39:18

**discussed** 22:11

**discussions** 49:21

**disk** 30:11

**distances** 14:18

**divided** 19:25

**document** 26:6

**documents** 25:22 26:5 28:19,21

**door** 17:12,13 32:25 50:25

**dot** 11:15,18,22 21:12,18 42:21 43:23

**double-action** 42:6

**drawing** 48:4

**drive** 17:8 43:11

**dropped** 41:16,22

**duly** 5:16

**duration** 13:25

**duties** 8:11 18:22

**duty** 8:14 17:19,20 22:18 23:12 27:13 38:1,6 39:24 46:8 49:4

**DVR** 31:16,21 34:3,17

---

**E**

**earlier** 25:3

**early** 32:15

**emails** 25:24

**employed** 5:22,24 6:10

**encouraging** 39:18

**end** 8:13 15:14 36:9

**ended** 48:24

**enforcement** 39:11

**entangled** 18:3

**entered** 6:12

**entire** 13:24 20:9

**entry** 8:14



**entryway** 31:13

**equipment** 35:17

**eventually** 23:4

**exact** 41:3

**exam** 10:23 11:1

**examination** 5:17 37:22 45:3 50:3

**exhibit** 25:1,6,12,13 30:12,24 31:1

**exiting** 16:23

**experience** 7:20,24

**experienced** 15:9

**exposed** 19:3,4

**extensive** 46:20

**extent** 8:16 11:25 46:5

**F**

**face** 14:24

**factory** 19:21 46:22

**fair** 18:18 24:8 33:15 36:12 45:16 49:9

**fallen** 50:20

**familiar** 41:5 46:2

**February** 6:17,18 9:9

**fellow** 18:14

**felt** 38:9,12

**figure** 36:10

**file** 24:20

**fill** 24:17

**find** 23:2,4,5 27:4 45:7

**fine** 24:6 30:22

**fingers** 19:12

**fire** 12:3 27:8,10,13,21 28:2 40:12 42:3 44:18 45:23 46:10 47:7,9,14,19

48:5,6

**firearm** 10:19 12:18 13:5 14:11

**firearms** 7:8,13 8:19,22, 24 10:2,4,17 11:6,7,12 12:1,3,16 13:7 26:23

**fired** 44:24 48:9

**firing** 25:25

**flash** 35:14,17 43:11

**flat** 40:15

**flatter** 37:2

**found** 27:3 50:22

**frame** 14:16 40:8

**front** 13:20 16:9,24 31:13 34:11 44:5

**full** 42:12,13,15,16

**full-size** 42:17 49:4

**G**

**gates** 8:14,15

**gave** 44:13 46:7

**gear** 33:2

**generally** 16:6 38:17

**gentlemen** 5:20 7:10

**Ghost** 20:6,18 47:13

**Gibson** 5:11 20:12,16,19, 22 28:17,22 29:6,12,14, 18 30:1,5 31:3 32:5,8,11 36:23 37:7,23 49:6,8,25 51:9,11

**give** 14:23 16:19 29:3 40:7 50:17

**Glock** 13:12,21 38:8,10

**gold** 28:3

**graduate** 7:9

**graduated** 6:15,18

**Grey** 20:6,17 47:13

**grip** 19:18,22 20:9,19 23:13 24:13 42:22,24 46:23 47:12

**guard** 19:10

**guess** 9:17 10:16 21:6 23:7 26:20 33:23 35:2,12 39:7,9 41:20 44:6

**gun** 19:11 21:23 22:1 23:12 33:5 39:2 50:18,22

**guns** 9:1 22:17

**gunshot** 22:20

**guys** 45:6,7

**H**

**Hada** 5:9,18 20:24,25 25:2,13 28:20,25 29:1,13, 16 30:3,7,10,18,22,25 31:4,11 32:7,13,16,20 34:23 35:12 36:8,22 37:2, 8,14,20 50:4 51:5,8,10,12

**half** 20:9

**halves** 19:25

**hammer** 48:6,9,15

**hand** 17:2,4 25:5 35:20,22 38:10,13 43:2 51:1

**handgun** 49:12

**handguns** 7:7,20,23,24 9:1 13:7

**handled** 47:3

**handles** 39:1

**handling** 7:13 11:5,12

**hands** 7:18 35:8,18,20

**handsome** 36:24

**happened** 12:24 27:6 36:16 45:8 49:21 50:24 51:3

LEXITAS

**hard** 35:19

**Harris** 24:20

**harsher** 42:5

**Harvey** 31:24 32:3

**head** 13:3 43:12

**hear** 20:16

**heard** 33:4

**heavy** 42:24,25 43:3

**higher** 38:9

**highest** 8:9

**Hilton** 5:10

**hit** 23:2 24:13

**hold** 43:1

**holding** 35:20

**holds** 44:5

**hole** 23:5

**holster** 17:19,25 18:4,24
  19:1,2,7 22:21 23:17
  43:7,14,19 44:2,8 51:2

**home** 34:13

**honorably** 8:5

**hours** 43:3 44:19

**house** 16:10,24 50:15

**housekeeping** 26:17

**Houston** 5:25 6:11 11:8
  13:5 16:11 18:7,22 26:20
  31:5 32:11 33:22 39:17

**HPD** 7:21 24:15 44:13,21
  45:9 49:9 50:12

**hurt** 23:1

---

**I**

**idea** 41:3

**identified** 33:22

**Ill** 19:1

**incident** 28:5 34:5 41:1
  43:17,25 44:3,13 45:4
  46:25 47:6,8,22 49:14,22

**include** 9:1

**including** 11:9,14 25:22

**indication** 14:25

**information** 21:7

**initial** 41:9,11 42:4,8,11
  46:16

**initially** 38:6 40:14

**inside** 50:20

**inspection** 49:18

**install** 31:19,20

**installed** 31:23 34:10,18

**intentional** 39:4

**interrupt** 20:13,23

**interruption** 37:18

**introduce** 5:19

**issued** 10:20 12:14

**issues** 44:17 46:13,17,25
  47:18

**items** 17:9,24

---

**J**

**James** 5:9,18 50:4

**Jim** 28:17

**job** 8:11

**joined** 7:21

**Joyce** 5:12

**jurisdiction** 24:24

**jury** 5:20 7:10

---

**K**

**Keith** 5:11 37:23

**Kelly** 5:12

**kind** 10:19 11:24 15:22
  16:2 34:15 40:8 44:6,17
  48:1,23

---

**L**

**labeled** 5:2

**ladies** 5:19 7:10

**laid** 13:19

**lasts** 6:13 33:8

**late** 32:15

**law** 39:11

**laying** 35:21

**leave** 19:3,4

**left** 34:11

**lengths** 7:18

**letting** 49:20

**Level** 19:1

**light** 43:14,16,19,20

**lighter** 42:8 43:1 45:23

**limited** 25:22

**list** 12:18 13:11,15

**Littleton** 5:11

**load** 7:14

**locks** 19:9

**long** 6:21 9:1 12:17,18
  34:24 40:25

**longer** 35:25 43:2 50:8

**looked** 22:21,25 23:1
  24:12 35:13 44:24 49:9

**Lorex** 31:16

**lot** 34:3

**lower** 43:5 45:23



## M

**Madam** 29:6

**made** 20:13 21:20 27:17
40:3 46:19

**magazine** 42:10 48:10

**main** 21:11

**maintain** 10:1

**make** 7:13 14:7 19:15,17
22:25 23:1,10,23 28:18,
23 29:15 30:3,4 36:24

**makes** 38:24

**making** 38:17 41:25 46:20

**malfunctions** 45:18

**man** 36:24

**manipulating** 7:13

**manual** 38:20,22 39:12,
14,19 48:20,23

**manufactured** 13:2

**manufacturer** 13:13

**March** 15:15,16 31:5
33:16,22 36:13

**Marine** 8:2

**Marines** 8:7,11,18

**mark** 30:12

**marked** 25:1,12 30:24
33:22

**market** 40:4

**marksmanship** 7:16

**Martin** 5:21

**Marvin** 5:3,15

**meant** 25:2

**mechan** 27:21 42:18

**mechanical** 44:17

**mechanism** 19:3 27:13,
20,22 40:12 42:18 50:21

**mentioned** 10:5 42:20
47:24 49:8

**midpoint** 33:10

**military** 7:23,25 8:17 9:4

**mill** 21:14,16

**millimeter** 11:24 12:9,11

**mine** 38:21

**minutes** 37:4

**missed** 47:25

**missing** 28:24

**model** 43:9 48:4,16

**modifications** 46:19

**module** 19:18 20:9,19
42:22

**moment** 6:8 15:20 16:4

**moments** 15:24 16:20

**money** 21:14

**month** 12:23

**months** 6:13,22 8:13 9:7

**morning** 16:17 33:17
36:14

**MOV** 33:23

**move** 14:22 21:20

**movies** 31:1

**multiple** 17:3

**muzzle** 35:14,17 44:6

## N

**nature** 7:19 24:18

**needed** 49:3

**neighborhood** 24:22

**nondeadly** 11:24

**Normal** 22:5

**northeast** 7:2,4

**notes** 37:5 49:7

**notified** 24:19

**number** 5:2 25:13 31:1
48:4

## O

**obtain** 11:5

**obtained** 8:9 11:10

**occurred** 16:8,22 27:12
33:16 36:13

**offered** 11:14

**officer** 9:17,22 11:9 18:22
25:19 29:10 30:13

**officers** 18:14

**on-duty** 14:12

**opening** 32:24

**opinions** 50:18

**optic** 11:20

**options** 38:8 46:7

**original** 41:12

**owned** 22:9,10 39:11 41:1

## P

**p.m.** 5:5 37:11

**P226** 10:21 12:7 38:2,6,12
39:22 41:24 42:5 45:25

**P3** 13:4,17

**P320** 12:8,21 13:4,8,17
14:9 15:5 17:25 18:3,21
19:15,25 21:2,3,5 22:15
23:9 24:10 26:1,19 27:15
28:2 36:18 39:22,25 40:3,
6,13,16,20 41:1,6,9,12,
16,21,25 42:11,14 43:17,
24 45:3,24 46:16 47:1,7
49:10

**P365** 48:11



**paper** 45:11

**paperwork** 24:17 45:12

**park** 5:11 16:24

**part** 10:6 18:21 20:1,4,7 26:17 34:17 44:4,18

**participate** 41:8

**parts** 19:20,21 27:11

**pass** 10:23 15:4,7 37:20

**passed** 9:24

**passenger** 17:13 32:24,25

**past** 15:10

**patrol** 7:2 9:17

**patrols** 24:21

**paying** 21:16

**people** 30:19

**performed** 22:9

**period** 6:19 9:8,12,25 10:10

**pers** 27:24

**person** 21:19

**phone** 34:2

**photographs** 25:23

**pictures** 26:13 43:11

**pistol** 11:22 17:16,18 18:3 21:3,8,13,21 22:5,18,22 23:24 24:11 27:6 38:2,23 39:1 41:9,12 42:1 43:2,5, 8,24 44:13,21 45:3 46:10 47:25 48:1,11,14,23 49:1, 4,9,17

**pistols** 12:4 37:25 39:8, 10,15,19,22,24 41:6

**place** 41:19

**placing** 17:9,10

**Plaintiff** 5:10

**plastic** 38:10

**platform** 21:3 46:3

**play** 31:8 32:18

**played** 29:19

**playing** 31:10 32:19 34:22 35:11 36:7

**pocket** 22:19,23 23:13,25 48:1

**point** 12:20 19:11 23:6 35:16 40:21

**pointing** 43:3

**police** 5:25 6:11 8:12,16 9:22 11:8 13:5 18:7,9,22 24:20 26:7,20 39:17

**policy** 26:24 39:18,20 44:15,19

**portion** 19:7 27:24

**possession** 26:1 45:19

**posted** 8:14

**posting** 7:1,2

**practiced** 10:13

**Precinct** 24:21

**Precision** 20:6,18

**precut** 21:17

**prefer** 38:23

**preference** 30:17 42:23

**present** 26:21

**pretty** 49:3

**previous** 48:9

**previously** 14:7

**prior** 18:4 38:17 46:25

**private-owned** 18:10

**probationary** 6:19 9:8,12, 25

**problem** 30:5,6

**process** 36:2

**proficiency** 10:2

**proficient** 10:10

**program** 41:6

**prohibiting** 39:18

**promoted** 9:23,25 10:22

**promotion** 9:20,21

**properly** 8:21

**pull** 25:25 42:7,8

**pulling** 15:10

**purchase** 13:22 18:8,15 31:17 38:18

**purchased** 18:6 19:14 34:20 40:2,8

**purchasing** 48:24

**put** 17:7 30:14,15,19,20, 23 33:2 36:2

**putting** 36:2

**Q**

**qualification** 7:17 10:7 11:15 14:11,13 15:4

**qualifications** 10:3 11:13

**qualify** 7:8 12:19

**quality** 38:10 39:9

**question** 50:5

**questions** 5:18 37:15,17, 23 50:4 51:6

**quick** 49:7 50:5

**R**

**range** 22:3

**ranges** 26:24

**rank** 8:9 9:22

**read** 26:2

**ready** 7:15 16:18 30:7



**real** 49:7

**rear** 17:13 32:24

**reason** 13:19 21:11 38:7
48:22

**reasons** 21:9 45:24

**recall** 10:19 13:10 15:13
38:5 41:18 45:16 46:20
48:15

**received** 25:6

**recertified** 14:8,9

**recess** 37:11

**recognized** 22:20

**recollection** 28:6 35:5

**recommended** 13:20

**record** 5:1,8 25:20,21
30:8 37:4,10,13 51:14

**recorded** 31:15 34:1

**recording** 28:13 33:19
34:2,16

**red** 11:15,18,22 21:12,18
42:21 43:23

**refer** 6:4

**referred** 10:25

**reflect** 36:16

**refresh** 35:5

**regularly** 22:1

**relating** 25:24

**rem** 8:12

**remember** 12:6,23,25
13:2,16

**removed** 47:7

**repairs** 22:8

**repeat** 20:13

**replace** 28:1

**replaced** 47:9

**report** 24:15,20,24 26:7
45:2,10 50:6,8,17,19

**reporter** 5:13 29:6,9,17,
20,24 30:9,17,20 36:20

**reports** 24:17 25:23

**represent** 5:7,10

**representation** 33:15

**reputable** 18:12

**required** 18:20 21:13

**research** 38:16 39:8

**residence** 16:9,23 31:14
34:12

**respect** 24:18 36:17

**responsible** 21:19,23

**rest** 27:11

**retention** 19:9 23:17

**retract** 48:9

**returned** 49:18

**revolver** 12:12

**Reye** 30:13

**Reyes** 5:3,15,21 6:4,7
30:14 31:5 37:14,24

**rifle** 7:24 11:14,20 16:25
35:7

**right-handed** 17:21,22

**riot-type** 11:24

**roof** 34:11

**round** 20:2 42:5,8

**rounds** 10:6,12,16 14:15,
17 15:2 42:9

**run** 14:10

**S**

**Safariland** 19:1 43:9

**safe** 8:24

**safeties** 39:12,14,19

**safety** 38:11,20,22 39:1,3
48:8,10,20,23

**sale** 40:7

**Sauer** 5:12 10:21 12:5,7,
21 13:4,17,23,24 14:2,4
18:21 19:15,21 22:9 24:3,
7,10 26:1 38:17 39:25
45:5 46:2,6 48:3 49:15,22
50:7,17

**screen** 29:7,18,25

**seat** 33:3 35:21 36:3

**secondary** 23:24

**seconds** 33:8 34:24 35:13

**security** 8:15 31:16

**selected** 45:24 48:22

**send** 45:12 50:12

**sense** 40:25

**sergeant** 5:3,15 6:2,4,7
9:21,23 10:1,22 11:4,9
30:14 31:4 37:14,24
49:25 51:6

**sergeant's** 10:25

**serialized** 27:24

**series** 32:9 43:10

**serve** 7:25

**served** 25:17

**service** 8:3 12:12 18:3
23:24

**shattered** 23:14

**shoot** 10:6 42:5

**shot** 10:9 20:2 22:20 23:3
36:11 47:4

**shots** 7:17

**shoulder** 17:3 35:24

**show** 29:2,7 30:4,13 31:2
33:21 34:4



**showing** 15:24 32:23

**shows** 34:24

**side** 17:13

**Sig** 5:12 10:21 12:5,7,21
  13:4,17,20,23,24 14:2,4
  18:21 19:15,21 22:9 24:3,
  7,10 26:1 38:8,17 39:25
  45:5 46:2,6 48:3,15
  49:15,22 50:7,17

**single** 14:22

**sir** 8:3 27:18 29:25 32:10
  37:20

**size** 42:11,13,15,16 48:25

**slide** 19:19,20,21,23,24
  20:5,6,14,17,18 21:11,12,
  15,17 23:13,14,17,18,19
  27:19 42:17,18,21 46:22
  47:13

**slides** 20:4

**small** 49:1

**smaller** 24:4 42:8

**Smith** 13:14,21,23 38:9,11

**sound** 15:17

**sounded** 33:5

**speak** 18:16 45:1

**specific** 13:19 14:11
  41:18

**specifically** 11:7 21:3

**spring** 16:12 40:7

**stage** 15:1

**start** 5:2

**started** 13:2 21:7 26:18
  36:10

**starting** 33:2

**state** 5:7

**station** 7:4

**stayed** 46:11

**stick** 46:2

**sticker** 30:14

**stickers** 30:19

**stop** 44:6

**store** 8:21 18:10,12

**straight** 23:3

**street** 16:25

**strictly** 10:17

**striker** 42:3 45:23 46:10
  48:5

**striker-fired** 42:1

**stuck** 13:24 46:6

**stuff** 35:2

**subject** 41:1 42:14

**submitted** 45:11,21

**subpoena** 25:5,8,16

**success** 6:23

**successfully** 6:23

**Supply** 18:10

**swapped** 27:9

**swear** 5:14

**switch** 27:9 39:21 40:13
  41:25 42:21 46:10

**switched** 12:6,8 14:9
  40:14 41:24 42:17 45:25
  47:18

**sworn** 5:16

**system** 31:16 34:17

---

**T**

---

**talk** 6:6 15:19 16:2 25:20
  28:9

**talked** 25:19 28:4

**talking** 41:2

**tape** 5:2

**target** 14:22

**targets** 14:20

**test** 44:16,18,24

**testified** 5:16

**Texas** 16:14

**thing** 29:9

**things** 17:3,6,23 21:1
  25:21 32:12 37:24 38:13

**thousands** 10:16

**threat** 14:25

**thumb** 38:20,22 48:20,23

**Thursday** 5:4

**time** 5:4 7:6 8:18 9:12,24,
  25 10:10,20 11:8,9 12:2
  13:11 14:16,24 15:2,7
  16:16 17:2,14,25 18:25
  26:14 28:3 30:4 34:18
  35:3,16,18 37:9,12 40:3,8
  41:19 43:8,17,20,24 47:8
  49:22 50:1 51:9,13

**times** 7:18 43:1

**title** 6:1 33:23

**titled** 29:2

**today** 25:9,14 26:5 27:6
  37:15

**Today's** 5:4

**top** 13:3 20:1 43:12

**touch** 19:12

**touching** 17:16

**town** 7:3

**trained** 7:7 8:19,21,24

**training** 7:11 11:4,25

**trigger** 15:10 19:2,3,5,8,
  10,12 20:10 25:25 27:21,
  25 36:17 40:15 42:7,8
  50:20

**truck** 16:24 17:7,10 23:1



33:3 51:1

**turn** 29:9,17 36:20 45:13

**turning** 29:18

**TV** 34:3

**type** 8:12 12:3 13:17 18:24

**types** 12:1

## U

**Ughetta** 5:12

**Uh-huh** 20:3

**Uh-uh** 38:19

**un-commanded** 17:15 18:25 22:15

**unclear** 50:5

**understand** 26:4

**understanding** 15:9

**understood** 32:16 37:15 43:4 51:4

**unintended** 25:25 36:17, 18

**unit** 27:9,10 28:2 47:7,9, 14,19

**updated** 13:12

**upgrade** 41:6,9

**upgraded** 21:8 40:21,24

**upgrades** 21:10

**upper** 20:4

## V

**version** 12:9,11 24:5 40:9 48:17

**versus** 13:17

**video** 15:24 16:4 22:13 26:8,9,16 29:8,11,14 30:16 31:10 32:19 33:21

34:22,25 35:11 36:7

**video-recorded** 5:3

**videos** 25:23 28:5 29:19 30:13 31:2

**view** 16:3

**views** 28:11

**voluntary** 41:5,8

## W

**waist** 17:19

**walk** 16:20

**walked** 50:25

**walking** 14:21

**wanted** 6:6 14:2,7 21:12, 18 25:20 26:17 28:23 42:4,25 43:2 46:1

**wanting** 45:22

**watch** 29:19

**weapon** 11:25 18:6,21 38:6

**weapons** 18:15

**week-long** 10:16

**weight** 38:13 43:5

**Wesson** 13:14,21 38:9

**Wilson** 20:8,20 47:12

**won** 32:8

**words** 14:1

**work** 8:12,16 9:4 16:18 17:8

**worked** 39:5,6

**World** 32:9

**worries** 28:25

**wrapping** 37:5

**written** 45:2,10 50:6

**wrong** 27:4 40:2

## X

**XFIVE** 40:10,12,14,23 42:14,16,18,23,24 46:17 47:1

## Y

**yards** 14:19

**year** 12:23 15:15 31:23 32:9

**yearly** 10:3

**years** 8:7 14:16 41:2,4

## Z

**Zoom** 29:9,18

**zoomed** 34:3

