# EXHIBIT O

Transcribed Trial Testimony of Johnny Davis that was video recorded and played for the Jury

# JohnnyDavis-editedfortrial

Designation List Report

| | | |
|---|---|---|
| | **Davis, Johnny** | **2023-10-20** |

| | |
|---|---:|
| Our Designations | 00:22:18 |
| **TOTAL RUN TIME** | **00:22:18** |



ID: JohnnyDavis-editedfortrial

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 6:10 - 6:13 | **Davis, Johnny 2023-10-20** | | 00:00:09 | JohnnyDavis-editedfortrial.11 |
| | 6:10 | - - - | | |
| | 6:11 | JOHNNY DAVIS, after having first been duly | | |
| | 6:12 | sworn/affirmed, testified as follows: | | |
| | 6:13 | - - - | | |
| 6:17 - 12:21 | **Davis, Johnny 2023-10-20** | | 00:06:22 | JohnnyDavis-editedfortrial.12 |
| | 6:17 | Q. Good morning, Sergeant Davis. How | | |
| | 6:18 | are you today? | | |
| | 6:19 | A. I'm doing great. | | |
| | 6:20 | Q. Could you please introduce yourself | | |
| | 6:21 | to the jury? | | |
| | 6:22 | A. Sure. My name is Johnny Davis. I'm | | |
| | 6:23 | law enforcement from San Juan, Puerto Rico. | | |
| | 6:24 | I've been on the force for 27 years. Not | | |
| | 7:01 | married. Single. And this is my second | | |
| | 7:02 | language, English, so I'm gonna try to be | | |
| | 7:03 | calm here, guys. I'm a little bit nervous. | | |
| | 7:04 | All right? | | |
| | 7:05 | Q. Okay. It's understandable, and if we | | |
| | 7:06 | need to use the interpreter, you just let us | | |
| | 7:07 | know; okay? | | |
| | 7:08 | So your current rank is Sergeant; is | | |
| | 7:09 | that correct? | | |
| | 7:10 | A. I'm sorry? | | |
| | 7:11 | Q. Your current rank in law | | |
| | 7:12 | enforcement -- | | |
| | 7:13 | A. Sergeant, for 16 years. | | |
| | 7:14 | Q. And what law enforcement agency are | | |
| | 7:15 | you currently employed with? | | |
| | 7:16 | A. State Police. Puerto Rico State | | |
| | 7:17 | Police. | | |
| | 7:18 | Q. And tell me about your law | | |
| | 7:19 | enforcement background. When did you first | | |
| | 7:20 | get involved with law enforcement? | | |
| | 7:21 | A. It was on August 30th, 1996. I was | | |
| | 7:22 | in the Academy for one year and a half. | | |
| | 7:23 | Q. And have you been a police officer | | |
| | 7:24 | since then? | | |
| | 8:01 | A. Yes, sir. | | |
| | 8:02 | Q. Could you tell us what experience and | | |

| | 8:03 | | training you've had with firearms since first |
|---|---|---|---|
| | 8:04 | | joining the police department? |
| | 8:05 | A. | Well, here in Puerto Rico we go to |
| | 8:06 | | the range like twice or three or four times a |
| | 8:07 | | year.  We have -- we manipulate firearms, |
| | 8:08 | | Glocks, Smith & Wessons and now the Sig Sauer |
| | 8:09 | | P320. |
| | 8:10 | Q. | Did you have annual qualifications |
| | 8:11 | | with these pistols? |
| | 8:12 | A. | Yes, sir, we do. |
| | 8:13 | Q. | And did you have a qualification and |
| | 8:14 | | training specifically on the Sig Sauer P320? |
| | 8:15 | A. | Yes. |
| | 8:16 | Q. | It is my understanding that you had |
| | 8:17 | | had an unattended discharge on November 16th, |
| | 8:18 | | of 2022; is that correct? |
| | 8:19 | A. | Yes, sir, that's correct. |
| | 8:20 | Q. | Prior to November of 2022 would you |
| | 8:21 | | regularly carry a firearm? |
| | 8:22 | A. | Yes.  That's the job description. |
| | 8:23 | Q. | And it was department policy that you |
| | 8:24 | | would carry it loaded with one in the |
| | 9:01 | | chamber; correct? |
| | 9:02 | A. | Yes, sir, that's true. |
| | 9:03 | Q. | Prior to November 16th of 2022, how |
| | 9:04 | | long had you been carrying the P320? |
| | 9:05 | A. | For almost two years. |
| | 9:06 | Q. | Do you have experience with that |
| | 9:07 | | weapon, taking it out or, one, carrying it, |
| | 9:08 | | and two, taking it out and training with it |
| | 9:09 | | during qualifications? |
| | 9:10 | A. | Yes, that's correct. |
| | 9:11 | Q. | Prior to November of 2022 did you |
| | 9:12 | | ever have an unintended discharge? |
| | 9:13 | A. | No, not prior to that, no. |
| | 9:14 | Q. | So on November 16th of 2022 you were |
| | 9:15 | | carrying your P320; is that correct? |
| | 9:16 | A. | Yes, sir. |
| | 9:17 | Q. | Had any modifications been made to |
| | 9:18 | | it?  Did you change the trigger or do |
| | 9:19 | | anything to it or was it as you received it? |

| | | |
|---|---|---|
| 9:20 | A. | No, it was as I received it. The |
| 9:21 | | policy in our department we cannot manipulate |
| 9:22 | | the firearm or change nothing from it. So |
| 9:23 | | it's the same as they gave it to me. |
| 9:24 | Q. | Could you tell the jury what happened |
| 10:01 | | to you on November 16th of 2022? |
| 10:02 | A. | Sure. I was in a friend's house. I |
| 10:03 | | don't like to use my gun inside the houses, |
| 10:04 | | so I put my gun -- it was in the holster that |
| 10:05 | | the agency gave me, a pelvis holster. So I |
| 10:06 | | put it on my friend's safety box. |
| 10:07 | | So we were there for a few hours. We |
| 10:08 | | were talking about work and what happened at |
| 10:09 | | work. And from there, I just needed to leave |
| 10:10 | | because I have to like come back in at |
| 10:11 | | 4:00 o'clock in the morning. I told him that |
| 10:12 | | I have to leave. |
| 10:13 | | I took my gun out of the safe box. I |
| 10:14 | | put it on my pelvis. And from there walked |
| 10:15 | | like two or three steps outside of his house |
| 10:16 | | and the firearm just discharged. |
| 10:17 | Q. | Let me stop you there. |
| 10:18 | A. | I did not put my hand on the trigger. |
| 10:19 | | It was at all times in the holster and it |
| 10:20 | | didn't get stuck on no clothing or nothing |
| 10:21 | | like that. |
| 10:22 | Q. | Let me stop you and break it down |
| 10:23 | | mechanically step by step? |
| 10:24 | A. | Sure. |
| 11:01 | Q. | To make sure that we're |
| 11:02 | | understanding. |
| 11:03 | A. | Sure. |
| 11:04 | Q. | So the pistol was in the holster in |
| 11:05 | | your friend's safe; correct? |
| 11:06 | A. | Yes, yes. |
| 11:07 | Q. | And when it was time for you to leave |
| 11:08 | | you took the pistol while it was still in the |
| 11:09 | | holster and you placed it inside of your |
| 11:10 | | waistband; right? |
| 11:11 | A. | Yes, sir. |
| 11:12 | Q. | And is that what's known as an |

| | | | |
|---|---|---|---|
| | 11:13 | appendix carry? | |
| | 11:14 | A. Yes. | |
| | 11:15 | Q. So the pistol was in the holster | |
| | 11:16 | inside of your waistband and then you began | |
| | 11:17 | to walk; is that correct? | |
| | 11:18 | A. Yes, sir. | |
| | 11:19 | Q. And as you were walking, the pistol | |
| | 11:20 | discharged? | |
| | 11:21 | A. I took like two or three steps and | |
| | 11:22 | suddenly it just went off. | |
| | 11:23 | Q. Where were your hands at when it went | |
| | 11:24 | off? | |
| | 12:01 | A. Well, I was walking. Obviously, I | |
| | 12:02 | had my hands beside me. I didn't have it | |
| | 12:03 | near the gun or nothing like that. | |
| | 12:04 | Q. Was the pistol fully in the holster? | |
| | 12:05 | A. Yes, it was. | |
| | 12:06 | Q. And is there any way that your | |
| | 12:07 | clothing or anything got caught up in the | |
| | 12:08 | holster? | |
| | 12:09 | A. No, sir, no. I don't think so. No, | |
| | 12:10 | 'cause when I put the gun on it, I just had | |
| | 12:11 | my shirt outside. So here you have to have | |
| | 12:12 | it concealed when you're off duty, so you | |
| | 12:13 | have to have your shirt outside. So I know | |
| | 12:14 | it was not in touch with nothing because I | |
| | 12:15 | make sure. | |
| | 12:16 | Q. The holster that you were using, that | |
| | 12:17 | was a department-issued holster; is that | |
| | 12:18 | correct? | |
| | 12:19 | A. Yes, sir. | |
| | 12:20 | Q. Was it a Safariland made for the Sig? | |
| | 12:21 | A. Yes. | |
| 13:04 - 13:19 | **Davis, Johnny 2023-10-20** | | 00:00:52 | **JohnnyDavis-editedfortrial.2** |
| | 13:04 | Q. Sergeant Davis, could you tell us | |
| | 13:05 | what type of holster you had at the time of | |
| | 13:06 | the discharge? | |
| | 13:07 | A. It was a Safariland issued by Sig | |
| | 13:08 | Sauer. The trigger pull is covered and -- | |
| | 13:09 | that's like a -- let me see if I got the -- | |

| | | | |
|---|---|---|---|
| | 13:10    it's a Sig Sauer P320 assembled in Mexico. | | |
| | 13:11  Q. And that holster you said covered the | | |
| | 13:12    trigger and trigger guard? | | |
| | 13:13  A. Yeah, it did. | | |
| | 13:14  Q. Is the bottom of that holster open or | | |
| | 13:15    closed? | | |
| | 13:16  A. No, it's open. | | |
| | 13:17  Q. After the charge, was there any | | |
| | 13:18    damage to the holster? | | |
| | 13:19  A. No, not at all. | | |
| 14:06 - 14:14 | **Davis, Johnny 2023-10-20** | 00:00:29 | **JohnnyDavis-editedfortrial.3** |
| | 14:06  Q. Forgive me if I just asked this.  Was | | |
| | 14:07    there any damage to that holster after the | | |
| | 14:08    discharge? | | |
| | 14:09  A. No. | | |
| | 14:10  Q. Were you struck by the bullet? | | |
| | 14:11  A. Yes, I was struck on the groin area. | | |
| | 14:12    From there I was taken to a hospital and | | |
| | 14:13    that's where I handed my gun to my -- one of | | |
| | 14:14    the sergeants that came to the scene. | | |
| 14:23 - 15:14 | **Davis, Johnny 2023-10-20** | 00:00:51 | **JohnnyDavis-editedfortrial.4** |
| | 14:23  Q. Do you have any idea what caused the | | |
| | 14:24    gun to discharge? | | |
| | 15:01  A. No idea whatsoever. | | |
| | 15:02  Q. How sure are you that it wasn't your | | |
| | 15:03    finger or a piece of clothing? | | |
| | 15:04  A. I'm very sure, because when I put it | | |
| | 15:05    on my waist, I always make sure that | | |
| | 15:06    anything -- nothing is stuck on it.  And I -- | | |
| | 15:07    you know, I've been a cop for 27 years.  We | | |
| | 15:08    know for a fact that we cannot put the finger | | |
| | 15:09    on the trigger and that's our, like, that's | | |
| | 15:10    one of the first things that they show you on | | |
| | 15:11    range, that you put your finger on the | | |
| | 15:12    trigger when you're  going to shoot it.  And, | | |
| | 15:13    obviously, it was in a holster, so no way | | |
| | 15:14    that I could put my finger on that trigger. | | |
| 18:06 - 19:19 | **Davis, Johnny 2023-10-20** | 00:01:58 | **JohnnyDavis-editedfortrial.5** |
| | 18:06  Q. When you joined the Police | | |
| | 18:07    Department, what firearm were you issued? | | |

|  |  |  |  |
|---|---|---|---|
| | 18:08 A. They issued me a Smith and Wesson | | |
| | 18:09     5906, Model 5906. That's a double-action | | |
| | 18:10     firearm. | | |
| | 18:11 Q. How long did you carry that firearm? | | |
| | 18:12 A. Oh, like seven years. | | |
| | 18:13 Q. So that takes us up into the early | | |
| | 18:14     2000s then, I guess? | | |
| | 18:15 A. Yes, sir. | | |
| | 18:16 Q. And then did the department go to a | | |
| | 18:17     Glock pistol after that? | | |
| | 18:18 A. No, actually they went to like | | |
| | 18:19     another Smith and Wesson, but I don't | | |
| | 18:20     remember the model of it. It was -- it | | |
| | 18:21     looked like a Glock but it was a Smith and | | |
| | 18:22     Wesson. I don't remember the model. It was | | |
| | 18:23     a 40, caliber 40. | | |
| | 18:24 Q. After that Smith and Wesson did the | | |
| | 19:01     department go to another pistol prior to the | | |
| | 19:02     P320? | | |
| | 19:03 A. Yes, they've been like switching | | |
| | 19:04     around. They switched to a Glock. They | | |
| | 19:05     switched to a Glock and I had a Glock Model | | |
| | 19:06     35. | | |
| | 19:07 Q. How long did you carry that pistol? | | |
| | 19:08 A. For eight years. | | |
| | 19:09 Q. Is that the pistol that you had | | |
| | 19:10     immediately prior to the P320? | | |
| | 19:11 A. Yeah. | | |
| | 19:12 Q. Are you aware of any officers | | |
| | 19:13     experiencing an accidental discharge | | |
| | 19:14     involving the Glock? | | |
| | 19:15 A. No, not that I know of, to be honest | | |
| | 19:16     with you. | | |
| | 19:17 Q. And then you said you switched to the | | |
| | 19:18     P320 in 2019 or 2020; is that right? | | |
| | 19:19 A. It was in 2020. | | |
| 48:02 - 48:13 | **Davis, Johnny 2023-10-20** | 00:00:36 | **JohnnyDavis-edit edfortrial.6** |
| | 48:02 Q. Gotcha. Did you have your jacket | | |
| | 48:03     zipped up at the time of the discharge? | | |
| | 48:04 A. No, it was open. | | |

| | | | | | |
|---|---|---|---|---|---|
| | 48:05 | Q. | Are you right-handed or left-handed? | | |
| | 48:06 | A. | Right. | | |
| | 48:07 | Q. | And you said that the pistol was in | | |
| | 48:08 | | the appendix carry position when the | | |
| | 48:09 | | discharge occurred? | | |
| | 48:10 | A. | Yes. | | |
| | 48:11 | Q. | So is that kind of the right center | | |
| | 48:12 | | of your body in the front? | | |
| | 48:13 | A. | Yes, yes. | | |
| 48:20 - 48:24 | **Davis, Johnny 2023-10-20** | | | 00:00:10 | **JohnnyDavis-editedfortrial.7** |
| | 48:20 | Q. | The zipper on the front of that | | |
| | 48:21 | | jacket, is the part that moves and zips up on | | |
| | 48:22 | | the right-hand side of the jacket front or on | | |
| | 48:23 | | the left? | | |
| | 48:24 | A. | On the right. | | |
| 49:13 - 50:12 | **Davis, Johnny 2023-10-20** | | | 00:01:27 | **JohnnyDavis-editedfortrial.8** |
| | 49:13 | Q. | Was the zipper pull at the bottom of | | |
| | 49:14 | | the jacket down by your waist when the | | |
| | 49:15 | | discharge occurred? | | |
| | 49:16 | A. | Yeah, I think so, yes. | | |
| | 49:17 | Q. | Do you think there's any chance that | | |
| | 49:18 | | the zipper pull on your jacket got into your | | |
| | 49:19 | | holster and caused the trigger to be pulled? | | |
| | 49:20 | A. | I don't think so.  I don't think so | | |
| | 49:21 | | at all. | | |
| | 49:22 | Q. | Why not? | | |
| | 49:23 | A. | 'Cause the holster is close all the | | |
| | 49:24 | | way to the top of the gun, so if it got stuck | | |
| | 50:01 | | on it, like you're trying to tell me, I | | |
| | 50:02 | | should have noticed it, because I deal with | | |
| | 50:03 | | weapons before and I should have like know. | | |
| | 50:04 | | But the holster goes all the way to the top | | |
| | 50:05 | | of the gun and I don't believe it could get | | |
| | 50:06 | | stuck on nothing. | | |
| | 50:07 | Q. | Was your T-shirt tucked into your | | |
| | 50:08 | | waistband at the time of the discharge? | | |
| | 50:09 | A. | No, no. | | |
| | 50:10 | Q. | Was the T-shirt out over the outside | | |
| | 50:11 | | of the pistol when the discharge occurred? | | |
| | 50:12 | A. | Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 55:11 - 55:21 | **Davis, Johnny 2023-10-20** | 00:00:41 | **JohnnyDavis-editedfortrial.9** |

| | 55:11 | Q. | Have you ever told anybody that the |
|---|---|---|---|
| | 55:12 | | discharge occurred while you were holstering |
| | 55:13 | | your pistol? |
| | 55:14 | A. | Yeah. |
| | 55:15 | Q. | Who did you tell that to? |
| | 55:16 | A. | They do -- they did like an |
| | 55:17 | | investigation, and I was -- I had like an |
| | 55:18 | | appointment to talk to one of the |
| | 55:19 | | investigating officers. |
| | 55:20 | Q. | What was the name of that officer? |
| | 55:21 | A. | Oh, Wanda Lee Rodriguez. |

| 56:07 - 57:11 | **Davis, Johnny 2023-10-20** | 00:01:20 | **JohnnyDavis-editedfortrial.10** |
|---|---|---|---|

| | 56:07 | Q. | And why did you tell that individual |
|---|---|---|---|
| | 56:08 | | that the discharge occurred while you were |
| | 56:09 | | holstering your pistol? |
| | 56:10 | A. | That's what happened. I was putting |
| | 56:11 | | my gun on it, and when I got out, the same |
| | 56:12 | | thing that I told you, I told her, the same |
| | 56:13 | | thing. |
| | 56:14 | Q. | Now, my understanding of holstering a |
| | 56:15 | | pistol would be putting the pistol into the |
| | 56:16 | | holster. Is that what you were doing when |
| | 56:17 | | the discharge occurred? |
| | 56:18 | A. | No, no, no. I'm sorry. Sorry. Like |
| | 56:19 | | I told you, my English is not that awesome. |
| | 56:20 | | No, I told her I was putting my weapon with |
| | 56:21 | | the pelvis holster. When I put it on, I |
| | 56:22 | | walked two or three steps and it went off. |
| | 56:23 | | That's what I told he. Sorry. |
| | 56:24 | Q. | No problem. When you went to the |
| | 57:01 | | emergency room after the discharge, did you |
| | 57:02 | | speak to someone there about how the |
| | 57:03 | | discharge occurred? |
| | 57:04 | A. | No, sir. Like I said in my |
| | 57:05 | | testimony -- I said that I passed out. I |
| | 57:06 | | really don't remember from there what |
| | 57:07 | | happened. |
| | 57:08 | Q. | Did you tell anybody at the hospital |
| | 57:09 | | that you went to after the discharge how it |

| | 57:10 | | happened? | | |
|---|---|---|---|---|---|
| | 57:11 | A. | No. | | |
| 58:12 - 64:11 | **Davis, Johnny 2023-10-20** | | | 00:07:23 | **JohnnyDavis-editedfortrial.13** |
| | 58:12 | Q. | Now, this is a record. It says at | | |
| | 58:13 | | the top History and Physical Exam. Service | | |
| | 58:14 | | date November 17, it looks like 2:41 a.m. | | |
| | 58:15 | | Do you see that? | | |
| | 58:16 | A. | Yeah, yeah, I see it. | | |
| | 58:17 | Q. | Okay. And that says Patient Name, | | |
| | 58:18 | | Johnny Davis Gonzalez. Do you see that? | | |
| | 58:19 | A. | Yep. | | |
| | 58:20 | Q. | And it has a date of birth Jan 18th | | |
| | 58:21 | | of 1975? | | |
| | 58:22 | A. | Hm-hmm. | | |
| | 58:23 | Q. | Is that your date of birth? | | |
| | 58:24 | A. | Yes, sir. | | |
| | 59:01 | Q. | And then if we go down under History | | |
| | 59:02 | | of Present Illness, you see here it says | | |
| | 59:03 | | under History, "47-year-old male patient with | | |
| | 59:04 | | HX of scrotal GSW since yesterday during the | | |
| | 59:05 | | afternoon while holstering his gun." | | |
| | 59:06 | | Do you see that? | | |
| | 59:07 | A. | Yeah. | | |
| | 59:08 | Q. | Do you know how the person that | | |
| | 59:09 | | filled out this medical record obtained the | | |
| | 59:10 | | information indicating at least to them that | | |
| | 59:11 | | the discharge occurred while you were | | |
| | 59:12 | | holstering your gun? | | |
| | 59:13 | A. | Well, to be honest with you, my | | |
| | 59:14 | | friend, like I told you, he went with me to | | |
| | 59:15 | | the hospital. Probably he told them that. | | |
| | 59:16 | Q. | You don't recall telling anybody at | | |
| | 59:17 | | the hospital that you were holstering the gun | | |
| | 59:18 | | when the discharge occurred? | | |
| | 59:19 | A. | No. | | |
| | 59:20 | Q. | Do you know if your friend actually | | |
| | 59:21 | | saw the discharge occur? | | |
| | 59:22 | A. | No, he didn't, because like I said, | | |
| | 59:23 | | when I put the gun in my waist I took like | | |
| | 59:24 | | two or three steps and he was behind me, so | | |

| | | | |
|---|---|---|---|
| | 60:01 | that's when it happened. | |
| | 60:02 | Q. Have you spoken to him at all since | |
| | 60:03 | the discharge about what he saw? | |
| | 60:04 | A. We talked about it, yes, but just | |
| | 60:05 | like, You okay?  Some things like that, not | |
| | 60:06 | what he saw or whatever. | |
| | 60:07 | Q. Did your friend also have a P320 with | |
| | 60:08 | that same holster in that safe? | |
| | 60:09 | A. Yes. | |
| | 60:10 | Q. How did you know which one was yours? | |
| | 60:11 | A. Because I remember where I put it. | |
| | 60:12 | Q. You're sure you didn't grab his by | |
| | 60:13 | accident? | |
| | 60:14 | A. Nah. | |
| | 60:15 | MR. HURD:  Is that a yes, you're | |
| | 60:16 | sure? | |
| | 60:17 | THE WITNESS:  Yes, I'm sure. | |
| | 60:18 | BY MR. WOY: | |
| | 60:19 | Q. Where were your hands located when | |
| | 60:20 | the discharge occurred? | |
| | 60:21 | A. Like I said, side. | |
| | 60:22 | Q. Did you have anything in either hand? | |
| | 60:23 | A. No, not that I remember. | |
| | 60:24 | Q. Were you touching any part of your | |
| | 61:01 | body or your clothing or anything else with | |
| | 61:02 | your hand when the discharge occurred? | |
| | 61:03 | A. No. | |
| | 61:04 | Q. The investigation that was conducted, | |
| | 61:05 | was that investigation conducted by the FIU? | |
| | 61:06 | A. What does -- | |
| | 61:07 | Q. Force Investigation Unit or I've | |
| | 61:08 | heard it called the FIU? | |
| | 61:09 | A. The FIU, yeah. | |
| | 61:10 | Q. Has that investigation been | |
| | 61:11 | concluded? | |
| | 61:12 | A. Well, to be honest with you, no. | |
| | 61:13 | Q. Why do you say that? | |
| | 61:14 | A. Because they haven't interviewed me | |
| | 61:15 | yet.  Just Internal Affairs, they interviewed | |
| | 61:16 | me. | |
| | 61:17 | Q. Is Internal Affairs something | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 61:18 | different than the FIU? | | |
| | 61:19 | A. Yeah, it is. | | |
| | 61:20 | Q. So did Internal Affairs conduct an | | |
| | 61:21 | investigation into this charge? | | |
| | 61:22 | A. No, the thing is that here it's very | | |
| | 61:23 | different.  The FIU, they got to the hospital | | |
| | 61:24 | to verify that what happened with the | | |
| | 62:01 | discharge.  And so I was critical in the | | |
| | 62:02 | hospital.  They did not interview me.  From | | |
| | 62:03 | there I went to the emergency room.  They | | |
| | 62:04 | took me out of the emergency room the | | |
| | 62:05 | following day and they never interviewed me | | |
| | 62:06 | because I was in the, you know, the sick | | |
| | 62:07 | leave.  And so they never interviewed me. | | |
| | 62:08 | Like two or three months later, I could say | | |
| | 62:09 | in April 2023, a sergeant from that division | | |
| | 62:10 | FIU contacted me and she asked me for all the | | |
| | 62:11 | paperwork, and that's what I gave her.  So I | | |
| | 62:12 | haven't been interviewed properly by them, | | |
| | 62:13 | but I already gave them all the documents | | |
| | 62:14 | that they ask.  So Internal Affairs -- | | |
| | 62:15 | Q. What documents? | | |
| | 62:16 | A. All the information that you have, | | |
| | 62:17 | like medical records the doctor from the | | |
| | 62:18 | police giving me the go to like work.  They | | |
| | 62:19 | asked me for the psychological referral for | | |
| | 62:20 | the doctor and all the paperwork that was | | |
| | 62:21 | involved in the medical records, I'm sorry. | | |
| | 62:22 | Q. I'm going to show you one last | | |
| | 62:23 | document? | | |
| | 62:24 | A. Yeah, sure. | | |
| | 63:01 | MR. WOY:  We'll mark this | | |
| | 63:02 | Exhibit 3. | | |
| | 63:03 | - - - | | |
| | 63:04 | (Document marked as Exhibit 3 for | | |
| | 63:05 | identification.) | | |
| | 63:06 | - - - | | |
| | 63:07 | BY MR. WOY: | | |
| | 63:08 | Q. Do you see that document up on your | | |
| | 63:09 | screen now? | | |
| | 63:10 | A. Yes, sir. | | |

| | | | |
|---|---|---|---|
| 63:11 | Q. And are you able to read it. Am I | | |
| 63:12 | zoomed in far enough for you to read it? | | |
| 63:13 | A. Yeah. | | |
| 63:14 | Q. Do you recognize this document? | | |
| 63:15 | A. Yeah. | | |
| 63:16 | Q. Do you know what it is? | | |
| 63:17 | A. Yeah, that's a memo from the sergeant | | |
| 63:18 | that I told you that I give her my weapon. | | |
| 63:19 | Q. The document I have is a one-page | | |
| 63:20 | document, is it your understanding this is | | |
| 63:21 | one page or should there be more this? | | |
| 63:22 | A. More to that. No, it has to be one | | |
| 63:23 | page because it's given -- how you say this? | | |
| 63:24 | It's given, you know the lieutenant that is | | |
| 64:01 | on the top, he's telling him what happened to | | |
| 64:02 | me. So he doesn't investigate. | | |
| 64:03 | Q. Have you seen any other investigation | | |
| 64:04 | reports or police reports relating to this | | |
| 64:05 | discharge? | | |
| 64:06 | A. No, I don't have access to those | | |
| 64:07 | documents, to the investigation -- I'm sorry. | | |
| 64:08 | Q. Sir, I'm sorry. I've interrupted you | | |
| 64:09 | a few times now and it's tough sometimes when | | |
| 64:10 | we're on video. | | |
| 64:11 | A. Yeah. | | |

| | |
|---|---|
| Our Designations | 00:22:18 |
| **TOTAL RUN TIME** | **00:22:18** |