**Jacques Desrosiers and Yolette L. Desrosiers v. Sig Sauer, Inc.**
1:22-CV-11674-PBS
**Final Joint Admitted Trial Exhibit List**
7/29/25

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| 1 | Owner's Manual P/N 8501909-01 Rev 01 | 7/23/2025 |
| 4 | Demonstrative Animation of Mechanical Movement of Striker Fired Pistol without Audio | 7/17/2025 |
| 5 | Demonstrative Tabbed Trigger for Glock | 7/16/2025 |
| 8 | Image of Smith & Wesson Pistol | 7/17/2025 |
| 19 | Consolidated image of demonstrative pistols listed above | 7/17/2025 |
| 20 | Image of Glock Tabbed Trigger | 7/17/2025 |
| 21 | Representative Images of Different Types of Guns including a Shot Gun, Rifle, Revolver, Hammer Fired Pistol, Striker Fired Pistol | 7/15/2025 |
| 27 | Cambridge Police Scene Photos – CPD002-057 | 7/15/2025 |
| 28 | Cambridge Police Photos Inside Building– CPD058-76 | 7/15/2025 |
| 29 | Cambridge Police Evidence Photos – CPD 077-182 | 7/15/2025 |
| 30 | Cambridge Police Policies – CPD483-494 | 7/15/2025 |
| 34 | Incident Video: Exterior Right Corner | 7/16/2025 |

| 35 | Incident Video: Exterior Rogers Street | 7/15/2025 |
|---|---|---|
| 40 | Incident Video: 10_10_2019_12_16_40 PM | 7/16/2025 |
| 42 | Incident Video: 10_10_2019_12_16_59 PM (Enhanced) | 7/15/2025 |
| 43 | Atlantic Tactical Order Form | 7/16/2025 |
| 45 | P320 Manual for CPD | 7/15/2025 |
| 46 | Desrosiers Employment File | 7/15/2025 |
| 47 | Desrosiers License to Carry | 7/15/2025 |
| 51 | Desrosiers Medical Records: Atrius Health | 7/18/2025 |
| 52 | Desrosiers Medical Records: Dr. Anunziata | 7/15/2025 |
| 56 | P320 Product Kickoff | 7/21/2025 |
| 58 | Subject clothing | 7/23/2025 |
| 104 | Figure 6.6: Test Pants Damage | 7/25/2025 |
| 108 | Figure 7.2: Passive Safety Systems of a Glock Pistol | 7/17/2025 |
| 116 | Figure 2.1: Damage to Officer Desrosiers' Clothing | 7/17/2025 |
| 117 | Figure 2.2: Live Fire Test Foundation & Procedure | 7/25/2025 |
| 118 | Figure 2.3: Comparison of the Exterior Damage to the Subject Pants to the Test Pants (Discharge #6) | 7/17/2025 7/25/2025 |
| 119 | Figure 2.4: Comparison of the Interior Damage on the Subject Pants to the Test Pants (Discharge #6) | 7/25/2025 |

Case 1:22-cv-11674-PBS   Document 175   Filed 07/29/25   Page 3 of 9

| 120 | Figure 2.5: Comparison of the Belt Damage (Discharge #6) | 7/25/2025 |
| --- | --- | --- |
| 143 | Examination of clothing on 9/11/24 | 7/25/2025 |
| 146 | Live fire testing on 1/17/25 | 7/25/2025 |
| 147 | Live fire testing on 9/20/24 | 7/25/2025 |
| 148 | Live fire testing on 12/27/24 - Belt | 7/25/2025 |
| 151 | Live fire testing on 12/27/24 - Shot 3 | 7/25/2025 |
| 154 | Live fire testing on 12/27/24 - Shot 6 | 7/25/2025 |
| 155 | Live fire testing on 12/27/24 - Vigilante Theory - Pants & Belt | 7/25/2025 |
| 156 | Live fire testing on 12/27/24 - Vigilante Theory - Pants, Shirt & Belt | 7/25/2025 |
| 158 | Sight Snag Testing | 7/25/2025 |
| 165 | Figures from Eric Warren's expert report: Figure 1. (A) View of the inside of the waistband of Mr. Desrosiers' 5.11 uniform pants, with inset showing close-up of the soot present at the top of the pant seam. (B) Photograph of the outside of the pants, illustrating the additional ballistic damage just below the waistband. Figure 2. (A) View of the inside of the waistband of Mr. Desrosiers' 5.11 uniform pants, with wrinkle/fold at the top of the pant seam. (B) Photograph of reconstruction utilizing exemplar firearm and pants. | 7/25/2025 |

| 206 | Video of OSI: Officer Donald Thatcher, Honesdale, PA, February 7, 2022 | 7/15/2025 |
| --- | --- | --- |
| 207 | Video of OSI: Officer Aaron Roth, Milwaukee, WI, January 2, 2022 | 7/15/2025 |
| 208 | Video of OSI: Officer Robert Greene, St. Clair, MN, August 3, 2021 | 7/18/2025 |
| 210 | Video of OSI: Montville, CT, January 2023 involving Officer Daniel Witts. | 7/15/2025 |
| 212 | Video of OSI: Marvin Reyes, Houston, Tx March 28, 2022 | 7/21/2025 |
| 219 | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Sig Marketing - Safety Without Compromise 1.pdf) | 7/24/2025 |
| 221 | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Sig Marketing - Safety Without Compromise 2.pdf) | 7/21/2025 |
| 224 | Sig Product Catalog 2015 | 7/24/2025 |
| 225 | Sig Product Catalog 2016 | 7/24/2025 |
| 226 | Sig Product Catalog 2017 | 7/21/2025 |
| 229 | Sig Product Catalog 2022 | 7/21/2025 |
| 232 | Owner's Manual P/N 8501300-01 Rev 05 | 7/21/2025 |
| 236 | P320 Trigger Pull Measurements and Data | 7/17/2025 |

| 240 | Email from Andrew Tuohy to Sean Toner dated August 5, 2017 with the Subject "P320 fires when dropped" | 7/21/2025 |
|---|---|---|
| 242 | Sig Sauer Press Release dated August 4, 2017 Titled: Sig Sauer Reaffirms Safety of P320 Pistol with Ron Cohen Statement | 7/21/2025 |
| 243 | P320 Voluntary Upgrade Notice (With Redaction of content other than heading and date on 000091) and Press Release from August 7, 2017 (Sig requests entire notice be marked) | 7/21/2025 |
| 244 | Glock Safe Action System Description | 7/21/2025 |
| 245 | Image of P320 Carry with Tabbed Trigger | 7/21/2025 |
| 247 | Sig Sauer P320 Marketing Brochure of P320 Listing Features, including 2 trigger options- Standard or Tabbed. | 7/21/2025 |
| 273 | William Vigilante Demonstrative/Testing Video – Sig in Vice Finger Side Pull 20230110_104527.mp4 | 7/16/2025 |
| 283 | James Tertin demonstrative/testing video of Glock demonstrative video 1.mp4 | 7/17/2025 |
| 284 | James Tertin demonstrative/testing video of Glock Trigger Travel / Pull Measurement | 7/17/2025 |
| 285 | James Tertin demonstrative/testing video of Glock with striker cutout | 7/17/2025 |

| 288 | James Tertin demonstrative/testing video of Glock Tabbed Trigger | 7/17/2025 |
|---|---|---|
| 292 | James Tertin demonstrative/testing video of Sig Sauer P320 Demonstrative Side Pull | 7/17/2025 |
| 294 | James Tertin demonstrative/testing video of P320 Fixture | 7/17/2025 |
| 298 | James Tertin demonstrative/testing video of P320 Trigger | 7/17/2025 |
| 300 | Image from James Tertin of P320 with Slide Cut Out in Report | 7/17/2025 |
| 301 | James Tertin demonstrative/testing video of Black P320 with Striker Cutout | 7/17/2025 |
| 302 | James Tertin demonstrative/testing video of Tan P320 with Striker Cutout | 7/17/2025 |
| 315 | Correspondence – Boulerice and Lt. Sabbey | 7/16/2025 |
| 320 | Sig Sauer FMECA | 7/21/2025 |
| 326 | Desrosiers Family Photo 1 | 7/16/2025 |
| 327 | Desrosiers Family Photo 2 | 7/16/2025 |
| 375 | P320 Drop Test ARMY | 7/21/2025 |
| 381 | P365 Dig Ashe 12 | 7/21/2025 |
| 435A | Pants (test) | 7/25/2025 |
| 435B | Shirt (test) | 7/25/2025 |
| 435C | Mannequin/pants | 7/25/2025 |

| 438C | FMEA & Pugh Matrices – Warning Label on Glock | 7/28/2025 |
|---|---|---|
| 440C | Compilation of photos (3) from the Witts video | 7/28/2025 |
| 440E | Photo from video of David Counceller's incident | 7/28/2025 |
| 440F | Compilation of photos (3) from the Jacobs video | 7/28/2025 |
| 445A | Trigger Side & Angled Actuation - compilation of photos from Watkins video | 7/28/2025 |
| 463 | MPTC Recruit Officer Training Firearms Course | 7/23/2025 |
| 469 | Sig Sauer video of 5 steps to fire a P320 | 7/23/2025 |
| 481A | Exhibit from Hector Vicente Deposition | 7/23/2025 |
| 494 | All documents produced by Plaintiffs' counsel related to the other incident witnesses they intend to call or reference at trial - Photo of Cole's trigger | 7/28/2025 |
| 497 | All expert reports, photographs, videos, pictures, figures, and reliance materials from Derek Watkins in *Cole* | 7/28/2025 |
| 513 | Exemplar Sig Sauer M17, with user/operator manuals and marketing materials | 7/17/2025 |
| 514 | Exemplar Beretta 92A1, with user/operator manuals and marketing materials | 7/17/2025 |
| 530 | Dayton Brown Rough Handling Test Report | 7/24/2025 |

| | | |
|---|---|---|
| 531A | Dayton Brown testing video #1 | 7/24/2025 |
| 531B | Dayton Brown testing video #2 | 7/24/2025 |
| 531C | Dayton Brown testing video #3 | 7/24/2025 |
| 532 | 21-P320-083 Vibration Test Request | 7/24/2025 |
| 534 | P320 Angled Trigger Pull Data | 7/24/2025 |
| 536 | National Institute of Justice Law Enforcement and Corrections Standards for Police Officers (Standard 0112.03) | 7/24/2025 |
| 537 | U.S. Army Developmental Test Command Test Operations Procedure (Standard 3-2-045) | 7/24/2025 |
| 538 | Sporting Arms and Ammunition Manufacturers' Institute sponsored Voluntary industry Performance Standard (Standard Z299.5 – 2016) | 7/24/2025 |
| 539 | NATO's AC/225 Evaluation Procedures for Future NATO Small Arms Weapons Systems | 7/24/2025 |
| 549 | US Patent No. 7690144 | 7/17/2025 |
| 552 | Sean Toner Patent --US9303936 | 7/21/2025 |
| 554 | Video – Accidental discharge of a Glock pistol by David Counceller (Indianapolis) | 7/24/2025 |
| 556 | Video – Accidental discharge of a Glock pistol by Kris Jacob | 7/23/2025 |
| 557A | Photographs of Kris Jacob's Glock pistol from inspection (photos) | 7/28/2025 |

| 557B | Photographs of Kris Jacob's Glock pistol from inspection (photos) | 7/28/2025 |
| --- | --- | --- |
| 560 | LA Sheriff's Dept Report (cover page only) | 7/17/2025 |
| 594 | Dr Durand Fitness Evaluation | 7/17/2025 |
| 596 | Pistol 1 (P320) Demonstrative | 7/21/2025 |
| 598 | Pistol 3 (Glock 17) Demonstrative | 7/17/2025 |
| 599 | Pistol 4 (P226) Demonstrative | 7/24/2025 |
| 617 | Desrosiers Training | 7/17/2025 |