Guerriero v. Sig Sauer
7/28/25

Curative Instruction as to improper argument by plaintiff's counsel, Mr. Haar.

During his closing, Mr. Haar made reference to a meeting between Officer Vincente and counsel for Sig Sauer, Mr. Campbell and Ms. Devine. Mr. Haar improperly suggested and argued that Mr. Campbell and Ms. Devine influenced, or concocted what Officer Vincente concocted or otherwise improperly communicated with Officer Vincente. Those comments by Mr. Haar were false and there was nothing whatsoever improper about the meeting between Officer Vincente and counsel for Sig. Lawyers routinely and regularly meet with each witness prior to testifying. In fact Mr. Haar's own firm met with Officer Vincente at his deposition and were to ask him any questions they chose. They were also free to meet with and contact Officer Vincente or any other member of the Cambridge police.

I instruct you to disregard the argument made by Mr. Haar in this issue, and I advise that Mr. Campbell and Ms. Devine did nothing wrong by meeting with Officer Vincente.