IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACQUES DESROSIERS and<br>YOLETTE L. DESROSIERS,<br><br>  Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. NO. 1:22-CV-11674-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANT, SIG SAUER, INC.'S TRANSCRIBED TRIAL TESTIMONY OF WITNESSES THAT WERE VIDEO RECORDED AND PLAYED FOR THE JURY</u>**

  Defendant, Sig Sauer, Inc. ("Sig Sauer") submits the following exhibits of the excerpts of the recorded testimony that was played for the jury of the following witnesses:

1. Exhibit 1 – Dr. Arthur Mourtzinos

2. Exhibit 2 – David Counceller

3. Exhibit 3 – Kris Jacobs

                  SIG SAUER, INC.,

                  By its Attorneys,

                  CAMPBELL, CONROY & O'NEIL, P.C.

                  */s/ James M. Campbell*
                  James M. Campbell (BBO #541882)
                  jmcampbell@campbell-trial-lawyers.com
                  Alaina N. Devine (BBO #688152)
                  adevine@campbell-trial-lawyers.com
                  20 City Square, Suite 300
                  Boston, MA 02210
                  Tel: (617) 241-3000

                                    LITTLETON JOYCE UGHETTA & KELLY LLP

                                    */s/ Kristen E. Dennison*
Kristen E. Dennison (*pro hac vice*)
kristen.dennison@littletonjoyce.com
2460 N. Courtenay Pkwy, Suite 204
Merritt Island, FL 32953
Tel: (321) 574-0280

## CERTIFICATE OF SERVICE

    I, Alaina N. Devine, counsel for defendant Sig Sauer, hereby certify that the foregoing submission of transcripts of video testimony played for the jury was electronically filed with the Clerk of the Court on July 29, 2025 using the Court's electronic filing (ECF) system, which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

                                      */s/ Alaina N. Devine*
Alaina N. Devine