Note #1
7/29/25

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jacques and Yolette Desrosiers,
_____
Plaintiff(s)

Vs.

Sig Sauer, Inc.
_____
Defendant(s)

Civil No. 22-cv-11674-PBS

Criminal No. _____

NOTE FROM THE JURY

YOUR HONOR,

▷ In this case, does Massachusetts law pertaining to caps on damages apply? (Are there any)

▷ Does the application of tort law apply to this case, specifically with regard to the Defense's duty of care in manufacturing of evidence?

DATED at Boston on   7/29/25

TIME:  9:00 am                    Will McPh_____
                                  Signature of Foreperson

Note #2
7/29/25

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____, )    Civil No. 22-11674
         Plaintiff(s)   )
                        )
Vs.                     )    Criminal No. _____
                        )
                        )
_____, )
         Defendant(s)   )
                        )
_____  )

## NOTE FROM THE JURY

YOUR HONOR,

What are the 2 gun models that were submitted into evidence

DATED at Boston on _____

TIME: 9:10                    _____
                              Signature of Foreperson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____, )   Civil No. _____
         Plaintiff(s)    )
                         )
    Vs.                  )   Criminal No. _____
                         )
                         )
_____,  )
         Defendant(s)    )
                         )
_____   )

NOTE FROM THE JURY

YOUR HONOR,

Can you further/more clearly define ~~~ ~~~ What it means for something to be ~~~ "unreasonably dangerous?"

Or is that a question for us the jury to figure ~~~ out?

7/29/25 3:05 pm Read the instructions on design defect. It is a fact question for the jury to decide.
PBS

DATED at Boston on ___7/29/25___

TIME: __12:50 pm__

_____Will M_____
Signature of Foreperson