# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____

JACQUES DESROSIERS, et al.,

              Plaintiff,         Civil Action
                                 No. 22-11674-PBS
V.
                                 July 15, 2025
SIG SAUER, INC.,                 8:42 a.m.

              Defendant.
_____



            TRANSCRIPT OF JURY TRIAL DAY 2

          BEFORE THE HONORABLE PATTI B. SARIS

              UNITED STATES DISTRICT COURT

            JOHN J. MOAKLEY U.S. COURTHOUSE

                    1 COURTHOUSE WAY

                   BOSTON, MA   02210




              DEBRA M. KANE, RMR, CRR, FCRR
                  Official Court Reporter
              John J. Moakley U.S. Courthouse
              1 Courthouse Way, Room 5204
                    Boston, MA   02210
                 debrakane0711@gmail.com
```

```
 1      APPEARANCES:

 2      FOR THE PLAINTIFFS:

 3      SAMUEL A. HAAZ, ESQ.
        RYAN D. HURD, ESQ.
 4      Saltz Mongeluzzi Bendesky, P.C.
        One Liberty Place, 1650 Market Street
 5      52nd Floor
        Philadelphia, PA 19103
 6      267-297-2766
        shaaz@smbb.com
 7

 8      FOR THE DEFENDANT:

 9      JAMES M. CAMPBELL, ESQ.
        ALAINA DEVINE, ESQ.
10      Campbell Conroy & O'Neil, P.C.
        20 City Square
11      Suite 300
        Boston, MA 02129
12      617-241-3000
        jmcampbell@campbell-trial-lawyers.com
13      adevine@campbell-trial-lawyers.com

14      KRISTEN E. DENNISON, ESQ.
        Littleton Joyce Ughetta & Kelly LLP
15      2460 N Courtenay Pkwy,
        Suite 24
16      Merritt Island, FL 32953
        321-574-0280
17      kristen.dennison@littletonjoyce.com

18

19

20

21

22

23

24

25
```

A.   My trigger finger was straight across the side of the gun, parallel to the -- to the slide.

Q.   All right.

A.   Because I grabbed the gun with the three fingers and my thumb, and my index finger was straight across the side of the gun, parallel to the slide.

Q.   Did your index finger ever enter the trigger guard and go flush across the face of the trigger?

A.   No, sir.

09:49

MR. HAAZ:   Mr. Hurd, could you go through the next photos, please?

All right.  Could I have the witness shown Exhibit 29.

Q.   Officer Desrosiers, I want to go through some of the evidence collected in this case and take it piece by piece.

MR. HAAZ:   Mr. Hurd, can you scroll down just kind of go one by one.

Q.   Do you see -- this is CPD 83 in Exhibit 29.

Do you see the picture of that firearm?

A.   Yes, sir.

09:50

Q.   Do you recognize it?

A.   It looks like a SIG Sauer P320.

Q.   And if this is the P320 that was collected by the Cambridge Police Department in this case, would that have been your gun?

A.   Could have been.

to add any detail about where your hands were or what you were doing with the gun, true?

A. People forget things, but when I saw the video -- I said from day one in my report, I had my hands on -- my right hand on the handle adjusting my gun. There is no question about that, and I -- it's out there. It's in the report.

Q. Well, you didn't -- you were asked where your trigger was in your deposition, true -- where your finger was relative to the trigger?

11:01  A. Oh, I know where the trigger is, yes.

Q. Do you remember saying that you can't answer that question, and you're speaking from your training. You didn't see it, true?

   THE COURT: Speaking from his what?

A. Rephrase the question. I don't -- I don't understand question.

Q. I'm sorry. It was too long.

   Do you remember testifying that you could not say, based upon your own knowledge, because you didn't see it,
11:01 whether or not your finger was over the trigger, that you were saying that based upon your training?

   MR. HAAZ: Object to the form.

   THE COURT: Overruled.

   Do you remember saying that?

A. Well, I remember my finger was on the side of the gun.