# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUES DESROSIERS and YOLETTE L. )
DESROSIERS,                       )
                                  )
            Plaintiffs,           )
                                  )        Civil Action
v.                                )        No. 22-cv-11674-PBS
                                  )
SIG SAUER, INC.,                  )
                                  )
            Defendant.            )

## VERDICT FORM

July 28, 2025

Saris, J.

We, the jury, unanimously return the following verdict:

1. Did Plaintiff Jacques Desrosiers prove by a preponderance of the evidence that Defendant Sig Sauer, Inc. breached the implied warranty of merchantability by defectively designing the P320 pistol?

    Yes ✓    No _____

2. If you answered "Yes" to Question 1, did Plaintiff Jacques Desrosiers prove by a preponderance of the evidence that Defendant Sig Sauer, Inc.'s defective design of the P320 pistol caused him injury?

    Yes ✓    No _____

3. Did Plaintiff Jacques Desrosiers prove by a preponderance of the evidence that Defendant Sig Sauer, Inc. breached the implied warranty of merchantability by failing to give adequate warnings regarding risks associated with the P320 pistol?

    Yes ✓    No _____

1

4.  If you answered "Yes" to Question 3, did Plaintiff Jacques Desrosiers prove by a preponderance of the evidence that Defendant Sig Sauer, Inc.'s failure to give adequate warnings regarding risks associated with the P320 pistol caused him injury?

    Yes _____   No \_\_✓\_\_\_

**If you answered "Yes" to both Questions 1 and 2 and/or both Questions 3 and 4, please proceed to answer Question 5. Otherwise, your deliberations are complete.**

5.  Did Defendant Sig Sauer, Inc. prove by a preponderance of the evidence that Plaintiff Jacques Desrosiers voluntarily and unreasonably used the P320 pistol knowing that it was defective and dangerous and was injured as a result?

    Yes \_\_✓\_\_\_   No _____

**If you answered "No" to Question 5, please proceed to answer Questions 6 and 7. Otherwise, your deliberations are complete.**

6.  Enter below the amount of damages you believe will fairly and reasonably compensate Plaintiff Jacques Desrosiers for the injuries caused by Sig Sauer Inc.'s breach of the implied warranty of merchantability:

    $ _____
    (in numbers)

    _____
    (in words)

7.  Enter below the amount of damages you believe will fairly and reasonably compensate Plaintiff Yolette Desrosiers for any loss of consortium:

    $ _____
    (in numbers)

    _____
    (in words)

2

I certify that the answers to the above questions are unanimous.

**Foreperson Name (Please Print):**

William McPhee

**Foreperson Signature:**

*[signature]*

**Date Jury Reached Verdict:**

7/30/25