# EXHIBIT C

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2

 3     JACQUES DESROSIERS, et al,       )
                                        )
 4              Plaintiffs              )
                                        )
 5         -VS-                         ) CA No. 22-11674-PBS
                                        ) Pages 6-1 - 6-128
 6     SIG SAUER INC.,                  )
                                        )
 7              Defendant               )

 8

 9                      JURY TRIAL - DAY SIX

10           BEFORE THE HONORABLE PATTI B. SARIS
                UNITED STATES DISTRICT JUDGE
11

12

13

14

15                              United States District Court
                                1 Courthouse Way, Courtroom 19
16                              Boston, Massachusetts  02210
                                July 21, 2025, 8:42 a.m.
17

18

19

20

21
                           LEE A. MARZILLI
22                      OFFICIAL COURT REPORTER
                     United States District Court
23                   1 Courthouse Way, Room 7200
                          Boston, MA  02210
24                      leemarz47@gmail.com

25
```

```
 1  A P P E A R A N C E S:

 2       RYAN D. HURD, ESQ. and SAMUEL A. HAAZ, ESQ.,
    Saltz Mongeluzzi Bendesky, P.C., One Liberty Place,
 3  1650 Market Street, 52nd Floor, Philadelphia, Pennsylvania,
    19103, for the Plaintiffs.
 4
         STEPHEN SEMENZA, ESQ., Law Offices of Stephen Semenza,
 5  100 Pier 4 Boulevard, Boston, Massachusetts, 02210, for the
    Plaintiffs.
 6
         JAMES M. CAMPBELL, ESQ. and ALAINA DEVINE, ESQ.,
 7  Campbell Conroy & O'Neil, P.C., 20 City Square, Suite 300,
    Boston, Massachusetts, 02129, for the Defendant.
 8
         KRISTEN E. DENNISON, ESQ., Littleton Joyce Ughetta &
 9  Kelly, LLP, 2460 North Courtenay Parkway, Suite 24, Merritt
    Island, Florida, 32953, for the Defendant.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2   WITNESS               DIRECT    CROSS    REDIRECT    RECROSS

 3   SEAN TONER

 4       By Mr. Haaz:         9
         By Ms. Dennison:              76
 5       By Mr. Haaz:                            113
         By Ms. Dennison:                                   122
 6


 7


 8
     EXHIBITS         RECEIVED IN EVIDENCE
 9
     56                      13
10   245                     29
     247                     30
11   221                     33
     19                      35
12   229                     38
     236                     43
13   232                     48
     226                     52
14   381                     57
     320                     61
15   375                     68
     24                      73
16   552                     80
```

```
 1   necessary feature of the gun, right?
 2   A.   Uhm, that's part of our marketing brochure, is that we
 3   have safety features that we were targeting in the design.
 4   Q.   Okay, I'm going to mark as exhibit what's been premarked
 5   as 221, move it into evidence, and publish it for the jury.
 6            (Exhibit 221 received in evidence.)
 7   Q.   I'm showing you Exhibit 221.  Do you recognize this
 8   document?
 9   A.   Yes, I do.
10   Q.   And this is Sig Sauer's Safety Without Compromise
11   Timetable.  Do you see that?
12   A.   Yes, it is.
13   Q.   And if we look at the promise that Sig Sauer made, "We've
14   design safety elements into every necessary feature of this
15   pistol.  From the trigger to the striker and even the magazine,
16   the P320 won't fire unless you want it to."
17        That is what Sig Sauer told its customers, correct?
18   A.   Yes, it is.
19   Q.   It's certainly fair for customers to be able to rely on
20   the statements that Sig Sauer makes about its products, right?
21   A.   Yes.
22   Q.   And this statement means that you designed safety elements
23   specifically into the trigger, correct?
24   A.   Yes, we did.
25   Q.   Do you know if this statement was made when the tabbed
```